IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 NOV -3 PM 3:04

WU WINFRED HUANG, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED;
    Plaintiff,

-vs-

EZCORP, INC., STUART I. GRIMSHAW,
MARK E. KUCHENRITHER,
    Defendants.

CAUSE NO.:
A-15-CA-00608-SS

JOHN ROONEY,
    Plaintiff,

-vs-

EZCORP, INC., STUART I. GRIMSHAW,
MARK E. KUCHENRITHER,
    Defendants.

CAUSE NO.:
A-15-CA-00700-SS

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the files in the above- captioned cases and specifically the "Proposed Agreed Order (1) Appointing Lead Plaintiffs, (2) Approving Selection of Lead Counsel and (3) Consolidating Related Cases," and it appearing from the record that appropriate motions for consolidation and agreements as to the appointment of lead counsel and further from the stipulation that counsel for the defendants that there are no objections to the same, IT IS HEREBY ORDERED

1. Wu Winifred Huang and John Rooney are appointed Co-Lead Plaintiffs for the above captioned actions pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and



- 2 -

2. Wu Winfred Huang's and John Rooney's selections of Glancy Prongay & Murray LLP and Block & Leviton LLP are hereby approved as Co-Lead Counsel with The Kendall Law Group, LLP as Liaison Counsel;

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above captioned actions, and any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are consolidated for all purposes. The consolidated action shall be captioned "In re EZCORP, Inc. Securities Litigation" and the file shall be maintained under Master File No. 1:15-cv-00608-SS.

SIGNED this the 3rd day of November 2015.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE