UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re EZCORP, Inc. Securities Litigation | Master File No. 1:15-cv-00608-SS |

**STIPULATION REGARDING DEFENDANTS' ANSWER DEADLINE**

WHEREAS, on May 8, 2017, the parties received notice of the Court's Order granting in part and denying in part Defendants' Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 54); and

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answers to the Second Amended Class Action Complaint currently are due on or before May 22, 2017; and

WHEREAS, Defendants request an extension to file their answers, up to and including June 9, 2017; and

WHEREAS, Plaintiffs do not oppose this proposed extension;

THEREFORE, Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, subject to the Court's approval, that Defendants shall file their answers to the Second Amended Class Action Complaint on or before June 9, 2017.

IT IS SO STIPULATED this 15th day of May, 2017.

Respectfully Submitted,

**KENDALL LAW GROUP**

*/s/ Jamie J. McKey (with permission)*

Joe Kendall
Jamie J. McKey
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214.744.3000
Facsimile: 214.744.3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Elaine Chang (with permission)*

Lionel Z. Glancy (*pro hac vice*)
Elaine Chang (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310.201.9150
Facsimile: 310.201.9160
lglancy@glancylaw.com
echang@glancylaw.com

*Counsel for Lead Plaintiff Wu Winifred Huang and Co-Lead Counsel for the Class*

**BLOCK & LEVITON LLP**

*/s/ Jakob A. Walker (with permission)*

Jeffrey C. Block (*pro hac vice*)
Jakob A. Walker (*pro hac vice*)
155 Federal Street, Suite 400
Boston, Massachusetts 02110
Telephone: 617.398.5600
Facsimile: 617.507.6020
jeff@blockesq.com
jake@blockesq.com

*Counsel for Lead Plaintiff John Rooney and Co-Lead Counsel for the Class*

**VINSON & ELKINS LLP**

*/s/ Jennifer B. Poppe*

Jennifer B. Poppe
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8464
Facsimile: 512.236.3470
jpoppe@velaw.com

Michael C. Holmes (*pro hac vice*)
Stephen S. Gilstrap  (*pro hac vice*)
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: 214.220.7700
Facsimile: 212.220.7716
mholmes@velaw.com
sgilstrap@velaw.com

*Counsel for Defendant EZCORP, Inc.*

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell (with permission)*

Gary Ewell
Alithea Z. Sullivan
111 Congress Ave., Suite 2800
Austin, Texas 78701
Telephone: 512.770.4030
Facsimile: 877.851.6384
gewell@ebbklaw.com
asullivan@ebbklaw.com

*Counsel for Defendant Mark E. Kuchenrither*

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of May 2017, a true and correct copy of the foregoing document was served on all counsel of record in this case via the Court's CM/ECF system.

*/s/ Jennifer B. Poppe*
