UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re EZCORP, Inc. Securities Litigation | Master File No. 1:15-cv-00608-SS |

**DECLARATION OF JOE KENDALL IN SUPPORT OF PLAINTIFF'S
MOTION TO CERTIFY CLASS PURSUANT TO FED. R. CIV. P. 23 AND
<u>APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL</u>**

I, Joe Kendall, declare under the penalties of perjury as follows:

I am a partner in the law firm Kendall Law Group, PLLC in Dallas, Texas, and counsel for Plaintiff John Rooney ("Plaintiff") in the above-captioned action. I am duly admitted to practice in this District.

1. A true and correct copy of the Expert Report of Chad Coffman, CFA (with exhibits) is attached hereto as Exhibit A.

2. A true and correct copy of the Firm Resume of Glancy Prongay & Murray LLP is attached hereto as Exhibit B.

3. A true and correct copy of the Firm Resume of Block & Leviton LLP is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2018

By: */s/       Joe Kendall*
Joe Kendall
State Bar No. 11260700
Jamie J. McKey
State Bar No. 24045262
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com