# Exhibit A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

In re EZCORP, Inc. Securities Litigation
Master File No. 1:15-cv-00608-SS

**<u>EXPERT REPORT OF CHAD COFFMAN, CFA</u>**

January 31, 2018

# Table of Contents

**Page**

I.  INTRODUCTION ...............................................................................................3

II.  QUALIFICATIONS ...........................................................................................3

III.  SUMMARY OF OPINIONS ..............................................................................4

IV.  OVERVIEW OF THE COMPANY AND ALLEGATIONS................................5

V.  DISCUSSION OF RELIANCE ELEMENT .......................................................7

VI.  CAMMER FACTORS ......................................................................................10

VII.  APPLICATION OF EFFICIENCY FACTORS TO EZCORP COMMON STOCK......11

    A.  OVERVIEW ..................................................................................... 11

    B.  CAMMER FACTOR 1: AVERAGE WEEKLY TRADING VOLUME.................. 13

    C.  CAMMER FACTOR 2: ANALYST COVERAGE ................................................. 15

    D.  CAMMER FACTOR 3: MARKET MAKERS ........................................................ 17

    E.  CAMMER FACTOR 4: SEC FORM S-3 ELIGIBILITY ........................................ 19

    F.  CAMMER FACTOR 5: PRICE REACTION TO NEW INFORMATION.............. 20

    G.  ADDITIONAL FACTOR 1: MARKET CAPITALIZATION................................... 29

    H.  ADDITIONAL FACTOR 2: THE BID-ASK SPREAD ........................................... 30

    I.  ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP .............................. 31

    J.  ADDITIONAL FACTOR 4: AUTOCORRELATION ............................................. 32

    K.  ADDITIONAL FACTOR 5: OPTIONS .................................................................. 33

VIII.  DAMAGES.......................................................................................................33

IX.  CONCLUSION .................................................................................................34

## I.    INTRODUCTION

1.    I, Chad Coffman, am the President of Global Economics Group, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation. I have been asked by counsel for the Lead Plaintiff in this matter to examine and opine on whether the market for EZCORP, Inc. ("EZCORP" or the "Company") Class A common stock ("EZCORP Common Stock") was efficient during the period from January 28, 2014 through October 20, 2015, inclusive ("Class Period").[1] In addition, I have been asked to opine on whether calculating damages in this matter is subject to a common methodology under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 adopted thereunder (collectively "Section 10(b)").

2.    The materials I have considered in forming my opinions are summarized in **Appendix A**. Global Economics Group is being compensated at an hourly rate of $700 per hour for my work on this matter, and at rates between $165 and $360 for members of my staff who performed work in connection with this report under my direction and supervision. My compensation is in no way contingent on the outcome of this case. My qualifications are described below.

## II.    QUALIFICATIONS

3.    I hold a Bachelor's Degree in Economics with Honors from Knox College and a Master's of Public Policy from the University of Chicago. I am also a CFA charter-holder. The CFA, or Chartered Financial Analyst, designation is awarded to those who have sufficient

---

[1] I have been asked to analyze this Class Period based on the Court's Order denying in part Defendants' Motion to Dismiss, issued on May 8, 2017, which allowed claims related to EZCORP's sale of six Grupo Finmart loan receivables to go forward.

practical experience and complete a rigorous series of three examinations over three years that cover a wide variety of financial topics including financial statement analysis and valuation.

4.      I, along with several others, founded Global Economics Group on March 25, 2008.[2] Prior to starting Global Economics Group, I was employed by Chicago Partners LLC for over twelve years where I was responsible for conducting and managing analysis in a wide variety of areas including securities valuation and damages, labor discrimination, and antitrust. I have been engaged numerous times as a valuation expert both within and outside the litigation context. My experience in class action securities cases includes work for plaintiffs, defendants, D&O insurers, and a prominent mediator (Retired Judge Daniel Weinstein) to provide economic analysis and opinions in dozens of securities class actions as well as other matters. As a result of my involvement in these cases, much of my career has been spent analyzing and making inferences about how quickly and reliably, and to what degree, new information impacts securities prices.

5.      My qualifications are further detailed in my curriculum vitae, which is attached as **Appendix B**.

## III.   SUMMARY OF OPINIONS

6.      After analyzing EZCORP's Common Stock during the Class Period and giving careful consideration to the efficiency factors described in detail throughout this report, I have formed the opinion that the market for EZCORP's Common Stock was efficient during the Class Period. I have also formed the opinion that damages can be calculated on a class-wide basis. These opinions are based upon my analysis described in the remaining sections of this report.

---

[2] Prior to March 16, 2011, Global Economics Group was known as Winnemac Consulting, LLC.

7.     The remainder of this report is organized as follows: **Section IV** of this report provides an overview of EZCORP's business operations and the allegations in this case. **Section V** discusses the reliance requirement for the claims under Section 10(b) of the Exchange Act and the "fraud on the market" theory. **Section VI** introduces the *Cammer* factors and other factors that financial economists and courts apply when evaluating market efficiency under the "fraud on the market" theory. **Section VII** provides the results of my empirical evaluation of each *Cammer* factor and other factors for EZCORP Common Stock during the Class Period. **Section VIII** addresses how damages in this matter are subject to a common approach and methodology that can be applied class-wide. Finally, **Section IX** offers my conclusions.

8.     I reserve the right to amend this report, including to reflect new information that becomes available to me in light of the discovery process and/or future rulings from the Court.

## IV.     OVERVIEW OF THE COMPANY AND ALLEGATIONS

9.     During the Class Period, EZCORP was incorporated in the state of Delaware with its headquarters in Austin, Texas. EZCORP has described their business, in part, as follows:

> We are a leader in delivering instant cash solutions to our customers across products, services and markets. With approximately 7,300 team members and approximately 1,400 locations, we offer our customers multiple ways to access instant cash, including pawn loans and consumer loans in the United States, Mexico and Canada. At our pawn and buy/sell stores, we also sell merchandise, primarily collateral forfeited from pawn lending operations and used merchandise purchased from customers. We fulfill the growing global consumer demand for immediate access to cash, financial services and affordable pre- owned merchandise. We offer a variety of instant cash solutions, including collateralized, non- recourse loans, commonly known as pawn loans, and a variety of short- term consumer loans, including single- and multiple- payment unsecured loans and single- and multiple- payment auto title loans. In our Texas locations, we do not offer or fund loan products themselves, but rather offer credit services to help customers obtain loans from independent third- party lenders. We own a 76% interest in Prestaciones Finmart, S.A.P.I. de C.V., SOFOM, E.N.R. ("Grupo Finmart," doing business under the names "Crediamigo" and "Adex"), a leading consumer loan provider

headquartered in Mexico City; and a 59% interest in Renueva Commercial S.A.P.I. de C.V. ("TUYO"), a company headquartered in Mexico City that owns and operates buy/sell stores in Mexico City and the surrounding metropolitan area.[3]

10.    As of September 2014, EZCORP had over 1,300 locations globally and operated in three segments (i.e. U.S. & Canada, Latin America, and Other International).[4] For the fiscal year-end 2014, EZCORP reported the following financial figures: revenues of $988 million, operating income of $96 million, and income from continuing operations of $72 million.[5] As of September 2014, EZCORP employed over 7,300 employees[6], and the Company's shares traded on the NASDAQ Exchange under the ticker "EZPW."[7]

11.    Plaintiffs' Complaint alleges that EZCORP and the Individual Defendants[8] issued false and misleading statements and omitted material information during the Class Period, ultimately causing damages to purchasers of EZCORP Common Stock who unknowingly bought EZCORP Common Stock at artificially inflated prices and were damaged when the stock price ultimately reflected the concealed information.[9]

12.    More specifically, the Complaint alleges that false and misleading statements and material omissions were made with respect to EZCORP's Mexican subsidiary, Grupo Finmart. The Complaint claims that beginning in the fourth quarter of 2013 EZCORP recorded revenue from the sale of Grupo Finmart loan portfolios to third-parties. This was in violation of company policy and U.S. GAAP rules because each third-party purchaser had a right to return the non-

---

[3] EZCORP, Inc. SEC Form 10-K for the Fiscal Year-End September 30, 2014, p. 3.

[4] EZCORP, Inc. SEC Form 10-K for the Fiscal Year-End September 30, 2014, p. 4.

[5] EZCORP, Inc. SEC Form 10-K for the Fiscal Year-End September 30, 2014, p. 65.

[6] EZCORP, Inc. SEC Form 10-K for the Fiscal Year-End September 30, 2014, p. 10.

[7] EZCORP, Inc. SEC Form 10-K for the Fiscal Year-End September 30, 2014, p. 28.

[8] Complaint ¶¶ 33-35.

[9] Complaint ¶ 165.

performing loans, thus violating revenue recognition policies. As a result, EZCORP was forced to restate their financials and admit that the Company had a material weakness in the Company's internal controls over financial reporting.[10]

13.    In announcing the need to revise prior financial statements, EZCORP admitted the following:

> The restatement adjustments, all of which are non-cash, will correct certain errors relating to the accounting for Grupo Finmart's structured asset sales in fiscal 2014 and the first quarter of fiscal 2015. Following a comprehensive review of the terms and conditions of each of the structured asset sales, management has determined that the asset sales should not have been accounted for as sales, principally due to certain control rights that Grupo Finmart retained as servicer of the loans. Because of these control rights, the trusts to which the loans were sold should be accounted for as "variable interest entities" and consolidated pursuant to ASC 810-10 (Consolidation and the Variable Interest Model), and therefore, the sales should not have been recognized for accounting purposes.[11]

14.    The Complaint alleges that contrary to management's statements, the fraudulent accounting practices were revealed through a series of partial disclosures that caused the value EZCORP's Common Stock to decrease substantially, thus harming investors who bought EZCORP shares at inflated prices.[12]

## V.    DISCUSSION OF RELIANCE ELEMENT

15.    Class members' reliance on the alleged misstatements and material omissions is a required element for Lead Plaintiff's Section 10(b) claims. Lead Plaintiff asserts the "fraud on the market" theory of reliance in this matter. The "fraud on the market" theory is based on the

---

[10] Complaint ¶¶ 1-26.

[11] "EZCORP to Restate Certain Financial Results," *GlobeNewswire*, July 17, 2015 9:29 AM.

[12] Complaint ¶¶ 158-165.

fact that in an efficient market (one in which widely-available public information is quickly incorporated into the market price of a security), all purchasers implicitly rely on any material misrepresentations or omissions since the value of those misrepresentations or omissions is incorporated into each class member's purchase price. The "fraud on the market" theory was first addressed by the U.S. Supreme Court in *Basic Inc. v. Levinson*:

> …[I]n an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business…Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements…The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations.[13]

16.     The Supreme Court recently reaffirmed this theory in *Halliburton II*:

> More than 25 years ago, we held that plaintiffs could satisfy the reliance element of the Rule 10b-5 cause of action by invoking a presumption that a public, material misrepresentation will distort the price of stock traded in an efficient market, and that anyone who purchases the stock at the market price may be considered to have done so in reliance on the misrepresentation. We adhere to that decision and decline to modify the prerequisites for invoking the presumption of reliance.[14]

17.     As indicated in *Basic* and reaffirmed in *Halliburton II*, in an open, developed and efficient market, market prices reflect what is known about a company. If a company provides the market with misleading information regarding its financial strength or business practices, the market price will be inflated (or deflated) compared to what the price would have been if the truth were known (but-for misleading information). Thus, in an efficient market, where the plaintiff asserts there were material misrepresentations or omissions, all purchasers implicitly

---

[13] *Basic Inc., v. Levinson*, 485 U.S. 224 (1988) ("*Basic*"), 241-42.

[14] *Halliburton Co., et al., v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2418 (2014) ("*Halliburton II*").

relied on those misrepresentations and/or lack of disclosure by paying the inflated (or deflated) price.

18.     Determining whether the market for a security was "open and developed" or "efficient" to the degree required for a presumption of reliance under the "fraud on the market" theory is an empirical exercise.[15] The esteemed economist Dr. Eugene Fama, in his seminal research, first outlined definitions of an "efficient market."[16] He described different levels of efficiency which he called "weak-form," "semi-strong-form," and "strong-form" efficiency.[17]

19.     The market efficiency standard adopted by *Basic* and reaffirmed by *Halliburton II* as necessary for the presumption of reliance conforms most closely with Dr. Fama's "semi-strong form" efficiency. "Semi-strong form" efficiency implies that all publicly available information is reflected in a security's current market price. This implies that security prices adjust to new publicly available information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. *Basic* stated: "In an open and developed securities market, the price of a company's stock is determined by the available

---

[15] To recognize the presumption of reliance, the Court explained, was not "conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price." *Basic*, n.28. The Court instead based the presumption on the fairly modest premise that "market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." *Basic*, n.24. *Basic's* presumption of reliance thus does not rest on a "binary" view of market efficiency, but rather, market efficiency is a matter of degree.

[16] Fama, E., *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 J. FIN. 383 (1970).

[17] "Weak-form" efficiency requires that historical prices are not predictive of future prices. Under this form of efficiency, excess returns cannot be earned using strategies based on historical prices. Therefore, technical analysis will not produce consistent excess returns over time. "Semi-strong form" efficiency implies that all public information is reflected in a stock's current market price. Security prices adjust to new publicly available information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. Under this form of efficiency, neither fundamental nor technical analysis can produce consistent excess returns. "Strong-form" efficiency implies all information in the market, whether public or private, is accounted for in the market price. In this market, investors cannot consistently earn excess returns over a long period of time even if they have inside information.

material information regarding the company and its business."[18] The Supreme Court's effective adoption of the "semi-strong form" efficiency standard is economically sensible because it recognizes that insiders often possess non-public information and that securities prices do not necessarily reflect this non-public information, but that to presume reliance, the market price must reflect publicly available information.

20.   In the next section, I explain the factors that are regularly considered by financial economists and courts in determining whether the market for a particular security is efficient.

## VI.  *CAMMER* FACTORS

21.   In *Cammer v. Bloom*, the Court identified the following factors as relevant to the determination of whether an efficient market exists for a given security: 1) average weekly trading volume, 2) analyst coverage, 3) market makers, 4) SEC Form S-3 eligibility, and 5) price reaction to unexpected information.[19]

22.   The *Cammer* decision relied on Bromberg & Lowenfels' definition of efficiency. As articulated below, the adopted definition of efficiency is consistent with Fama's definition of "semi-strong" efficiency. For the purposes of this exercise, I adopt Bromberg & Lowenfels' definitions for the terms "open," "developed," and "efficient" as described below:

> An *open market* is one in which anyone, or at least a large number of persons, can buy or sell.
>
> A *developed market* is one which has a relatively high level of activity and frequency, and for which trading information (e.g., price and volume) is widely available. It is principally a secondary market in outstanding securities. It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).

---

[18] *Basic,* 241.

[19] *Cammer, et al., v. Bruce M. Bloom, et al.*, 711 F. Supp. 1264 (D.N.J. 1989) ("*Cammer*").

An *efficient market* is one which rapidly reflects new information in price.

These terms are cumulative in the sense that a developed market will almost always be an open one. And an efficient market will almost invariably be a developed one.[20]

23.   While there is a well-accepted economic theory of market efficiency, there are no broadly accepted bright-line empirical tests that allow one to classify a particular market as "efficient" or "inefficient." In my view, the *Cammer* decision identified important metrics to consider when evaluating efficiency for purposes of the "fraud on the market" theory. I also consider a number of other factors that courts have utilized beyond the *Cammer* factors. However, since there are no bright-line tests for efficiency, it is important to consider the identified efficiency factors as a whole because none of the individual tests or metrics is determinative as to whether a particular market is efficient.

24.   In the subsequent sections, I evaluate the market for EZCORP Common Stock during the Class Period under each of the *Cammer* factors, as well as the following additional factors that courts have also considered in assessing market efficiency: 1) market capitalization, 2) bid-ask spread, 3) the fraction of shares held by institutional investors, and 4) autocorrelation (meaning whether there is a pattern in a security's returns so that future returns can be predicted based upon past returns), and 5) options trading.

## VII.  APPLICATION OF EFFICIENCY FACTORS TO EZCORP COMMON STOCK

### A.  OVERVIEW

25.   After giving careful consideration to each of the efficiency factors described in detail below, I find that each factor supports the conclusion that the market for EZCORP

---

[20] *Cammer,* 711 F. Supp. at 1276 n.17 (citing Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988) ("Bromberg & Lowenfels")) (emphasis added).

Common Stock was efficient throughout the Class Period. In addition to the discussion below, **Exhibit 1** summarizes how, for each of the factors examined, the empirical evidence supports a finding that EZCORP Common Stock traded in an efficient market. As further background to my analyses, **Exhibit 2** displays EZCORP Common Stock closing price and trading volume for each day throughout the Class Period.

26.    In summary, and as discussed more fully below, EZCORP Common Stock traded in an efficient market during the Class Period. First, the average weekly trading volume of EZCORP Common Stock during the Class Period far exceeded benchmarks that courts have established. During the Class Period, the average weekly trading volume for EZCORP Common Stock was 2.70 million shares, which represents 5.23% of shares outstanding, higher than the average security traded on the New York Stock Exchange ("NYSE") and the NASDAQ Exchange ("NASDAQ"). Second, there were a large number of securities analysts following and reporting on EZCORP. Third, EZCORP Common Stock was actively traded on the NASDAQ Exchange, fulfilling the *Cammer* factor regarding market makers. Fourth, EZCORP filed multiple SEC Forms S-3 both before and during the Class Period, met the important eligibility criteria, and was apparently eligible to file a Form S-3 throughout the Class Period since the Company had previously provided substantial public information to the market in its previous SEC filings. Fifth, EZCORP Common Stock had a large market capitalization relative to all other firms that traded on the NYSE and NASDAQ. Sixth, EZCORP Common Stock had a low bid-ask spread relative to other exchange-traded common stocks. Seventh, institutions, which are considered generally to be well-informed investors, held, on average, over 85% of the public float of EZCORP Common Stock. Eighth, the autocorrelation coefficient during the Class Period was not statistically significant at the 95% confidence level. Ninth, there was considerable

trading in EZCORP options throughout the Class Period. Finally, there was a strong cause-and-effect relationship between new Company-specific information and the market price of EZCORP Common Stock during the Class Period. My analyses of all of these factors support the conclusion that EZCORP Common Stock traded in an open, developed, and efficient market throughout the Class Period.

## B. *CAMMER* FACTOR 1: AVERAGE WEEKLY TRADING VOLUME

27.   The first *Cammer* Factor is the average weekly trading volume of a security. According to one authority cited by the *Cammer* court,

> Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption.[21]

28.   Volume as a fraction of shares outstanding is an important indicator of market efficiency. First, volume is objectively quantifiable and comparable across securities. Second, high volume is generally indicative of continuity, liquidity, and market depth – which are highly indicative of market efficiency.[22] Third, substantial volume would indicate there is likely a market for the collection and distribution of information about the security. As Thomas and Cotter explain, "[t]rading volume was also considered as an eligibility standard because it affects

---

[21] *Cammer*, 711 F. Supp. at 1293 (citing Bromberg & Lowenfels).

[22] Continuity means that trades may occur at any time. Liquidity in this context means that investors can convert cash into shares or shares into cash at a price similar to that of the prior trade (assuming no new information). Sharpe, W., Alexander, G., and Bailey, J., *Investments*, Prentice Hall, Fifth Edition, 1995, pp. 44-45.

Bromberg and Lowenfels define a market that has continuity and liquidity as "the ability to absorb a reasonable amount of trading with relatively small price changes." *Cammer*, 1276 n.17 (citing Bromberg & Lowenfels).

Market depth refers to "the number of shares that [can] be traded at the quoted bid and ask prices." A deep market will have significant orders on the buy and sell side so that the market can experience a relatively large market order without greatly altering the market price. *See* Amihud, Y., et al., *Liquidity and Asset Prices*, 1 FOUND. & TRENDS FIN. 269 (2005), 317.

information dissemination to the market, and was an important criterion for investment analysts in deciding which stocks to follow."[23]

29.    EZCORP Common Stock easily surpasses the threshold level of average weekly trading volume necessary for an efficient market. The average weekly trading volume for EZCORP Common Stock during the Class Period was 5.23% of shares outstanding, compared to 2.16% for the NYSE and NASDAQ. **Exhibit 3** plots EZCORP Common Stock's trading volume as a fraction of shares outstanding for each week during the Class Period.[24] Indeed, the average weekly trading volume during the Class Period was 2.70 million shares. The volume of trading for EZCORP Common Stock supports the conclusion that the market for this security was efficient throughout the Class Period.

30.    Another way to measure trading volume is annualized turnover velocity, which is essentially the first *Cammer* factor expressed in dollar terms.[25] To be more specific, instead of looking at shares traded divided by shares outstanding, turnover velocity is the dollar value of shares traded (i.e., shares traded multiplied by price per share) divided by the dollar value of all shares outstanding (i.e., shares outstanding multiplied by price per share). This is the same ratio because the numerator and denominator are multiplied by price per share. The advantage of this measure is that once quoted in annualized terms, EZCORP Common Stock's turnover velocity can be compared directly with other publicly traded stocks based on exchange-reported statistics.

---

[23] Thomas, R., and Cotter, J., *Measuring Securities Market Efficiency in the Regulatory Setting*. 63 LAW & CONTEMP. PROBS. 105 (2000), 108. Randall S. Thomas is a Director of the Law and Business Program at Vanderbilt University. Dr. James Cotter is an Associate Professor of Finance at Wake Forest University.

[24] For the purposes of this analysis, a "trading week" consists of 5 consecutive trading days, which may not follow the calendar week.

[25] Turnover velocity is simply the average trading volume as a percentage of shares outstanding (the first *Cammer* Factor) expressed in dollar terms:

Turnover Velocity Ratio = (Volume x Price)/(Shares Outstanding x Price) = Dollars Traded/Dollars Outstanding.

For example, over the Class Period, the annualized turnover velocity ratio for EZCORP Common Stock was 255.16%, compared with the NYSE and NASDAQ average of 112.75% for the Class Period.[26] Thus, EZCORP Common Stock had an annualized turnover velocity ratio that was substantially higher than the average stock trading on the NYSE and NASDAQ, further supporting that it traded in an efficient market.

31.   In short, the relatively high trading volume in EZCORP Common Stock throughout the Class Period supports the conclusion that the market for EZCORP Common Stock was efficient.

## C. *CAMMER* FACTOR 2: ANALYST COVERAGE

32.   The *Cammer* decision stated the following related to analyst coverage:

> … [I]t would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors.[27]

33.   Analyst coverage can be important evidence of efficiency. Significant analyst coverage implies that there is sufficient interest in a company and its securities, that there is an active market for information regarding the company and its securities, and that the information is widely distributed.

34.   During the Class Period, there was continuous analyst coverage for EZCORP. **Exhibit 4** shows that there were at least 79 reports issued during the Class Period and lists 8 separate firms that had equity analysts issue reports on EZCORP, including major firms such as

---

[26] Turnover velocity for the NYSE and NASDAQ is calculated from data provided by the World Federation of Exchanges. *See* https://www.world-exchanges.org/home/index.php/statistics/monthly-reports.

[27] *Cammer*, 711 F. Supp. at 1286.

Jefferies, Stephens, and Wells Fargo.[28] These reports served the purpose of disseminating publicly available information along with commentary, news, updates, analyses, and recommendations of the analysts to investors. The extensive coverage of EZCORP by securities analysts supports the conclusion that EZCORP Common Stock traded in an efficient market throughout the Class Period.

35.    Since 1989, when the *Cammer* decision was rendered, there has been a significant increase in alternative methods by which publicly available information about publicly-traded securities is disseminated to investors. For example, since the *Cammer* decision, through the Internet, 24-hour cable news networks, email, RSS feeds,[29] and other media, the ability of individual and institutional investors to obtain information about publicly-traded securities and the market in general has revolutionized the manner in which investors and investment professionals receive and process information.

36.    Moreover, information regarding the market price, the current bid-ask spread, and the ability to trade online is available almost instantaneously via the Internet for anyone with an online brokerage account. Thus, in addition to the substantial analyst coverage of EZCORP, there were many other sources of public information dissemination. For example, there was substantial public press regarding EZCORP. A search for articles classified as related to

---

[28] I obtained EZCORP analyst reports from Investext. The number of analyst reports I identify is almost certainly understated since many reports are not available through third party data providers such as Investext. For example, it is clear that analysts from Sidoti & Company, LLC. and FBR Capital Markets & Co. participated in earnings conference calls during the Class Period, but research reports from these analysts are not available via Investext. See, for example, EZCORP, Inc. Q1 2014 Earnings Call, January 28, 2014.

[29] RSS is an acronym for Really Simple Syndication or Rich Site Summary. RSS files are formed as XML files and are designed to provide content summaries of news, blogs, forums or website content. The RSS feeds are generally simple headlines and brief descriptions; if the user is interested, the user can click to see additional information. Content viewed in the RSS reader or news aggregator is known as an RSS feed. RSS is becoming increasing popular since it is a free and easy way to promote a site and its content without the need to advertise or create complicated content sharing partnerships (*see* http://www.rss-specifications.com/, and http://www.rss-specifications.com/what-is-rss.htm).

EZCORP by Factiva over the Class Period results in 806 unique articles.[30] In addition, there were numerous SEC filings available online in the SEC EDGAR database at no cost, as well as various other sources of public information available throughout the Class Period that I do not attempt to quantify. The degree of news coverage and publicly available information further supports the conclusion that there was substantial supply of, and demand for, information regarding EZCORP in the public arena throughout the Class Period.

37.   In summary, the number of analyst reports and the substantial public dissemination of news and other information regarding EZCORP provides evidence of a robust and active market for public information about EZCORP and evidence that its common stock traded in an efficient market during the Class Period.

### D. *CAMMER* FACTOR 3: MARKET MAKERS

38.   A market maker is a firm that is ready to buy or sell a particular stock on a regular and continuous basis.[31] The third *Cammer* factor states:

> For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption.[32]

39.   The basic premise that the number of market makers can serve as an efficiency criterion relates to the notion that market makers are:

---

[30] Factiva is a business information and research tool owned by Dow Jones & Company. Factiva aggregates content from both licensed and free sources and provides organizations with search, alerting, dissemination, and other information management capabilities. The 806 unique articles were identified in a search within "All Sources" available on Factiva with the company field for "EZCORP, Inc." and the keyword field for "EZCORP" for the period January 28, 2014 through October 20, 2015, and excluding the phrase "New 52-Week Highs And Lows." Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder.

[31] *See* http://www.sec.gov/answers/mktmaker.htm.

[32] *Cammer*, 711 F. Supp. at 1293.

… [P]resumably knowledgeable about the issuing company and the stocks' supply and demand conditions (i.e., the "order flow"). Therefore, it is believed the larger the number of market makers in a given security, the more information is available about it and the quicker its dissemination in the price.[33]

40. EZCORP Common Stock traded the NASDAQ with continuous public price and volume reporting, as opposed to an over-the-counter market without volume reporting, which is the context in which *Cammer* indicated this was a relevant criterion.[34] On such over-the-counter markets, there may be reason for concern regarding liquidity and information dissemination. However, these concerns are generally not applicable to stocks trading on large, modern exchanges such as the NYSE and NASDAQ, which are presumed to be efficient, report volume and trade details, and tend to have rules that virtually guarantee a liquid market.[35]

41. The NYSE and NASDAQ are two of the largest and most liquid security exchanges in the world with billions of shares traded each day. Unlike over-the-counter markets that rely on decentralized market makers providing liquidity for trading, the NYSE and NASDAQ rely on a computerized system to match orders and provide quotes.[36] The minimum requirements to be listed on the NYSE or NASDAQ and remain in good standing virtually guarantee a liquid market

---

[33] Barber, B., et al., *The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency*, 19 J. CORP. L. 285 (1994), 291.

[34] *See Cammer,* 711 F. Supp. at 1292, citing Bromberg & Lowenfels: "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."

[35] For example, there are rules for minimal market capitalization and specialists are *required* to maintain an orderly market; s*ee* http://www.nyse.com/equities/nyseequities/1166830723427.html. *See also*, Sharpe, W., Alexander, G., and Bailey, J., *Investments*, Prentice Hall, Fifth Edition, 1995, pp. 45-53; Fabozzi, F., Modigliani, F., Jones, F., *Foundations of Financial Markets and Institutions*, Prentice Hall, Fourth Edition, 2010, Chapter 18 – Appendix A.

[36] For NYSE, *see* https://www.nyse.com/market-model/overview#dmms-2; https://www.nyse.com/market-model/dmm-case-studies; and https://www.nyse.com/publicdocs/nyse/listing/fact_sheet_dmm.pdf. For NASDAQ, *see* http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf; http://www.nasdaqomx.com/transactions/trading/equities; http://www.nasdaq.com/reference/market_mechanics.pdf.

for that security. Therefore, the number of "market makers" itself is not a particularly relevant metric in this case.

42.     Nevertheless, according to Bloomberg, throughout the Class Period, there were 97 market makers for EZCORP Common Stock.[37] Therefore, EZCORP Common Stock easily meets the letter and spirit of this factor, further supporting the efficiency of the market during the Class Period.

### E.   *CAMMER* FACTOR 4: SEC FORM S-3 ELIGIBILITY

43.     The fourth *Cammer* Factor is SEC Form S-3 eligibility, which states,

> …[I]t would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.[38]

44.     Through Form S-3, the SEC allows certain companies that have previously provided sufficiently high levels of public information to incorporate prior SEC filings by reference into current filings and not repeat the information, since it is already deemed to be widely publicly available.[39] In order to be eligible to issue a Form S-3, among other things, a company 1) must be subject to the Securities Exchange Act of 1934 reporting requirements for more than one year, 2) must have filed all documents in a timely manner for the past twelve months, and 3) must show that it has not failed to pay dividends or sinking funds nor defaulted on debts or material leases. Eligibility to file a Form S-3 is confirmatory evidence of efficiency, not a requirement. Interpreted in this way, the standard makes sense as an indicator of efficiency.

---

[37] Bloomberg RANK function.

[38] *Cammer*, 711 F. Supp. at 1287.

[39] For additional information, *see* www.sec.gov/about/forms/forms-3.pdf.

45.    I have no reason to believe that EZCORP was not S-3 eligible throughout the Class Period, and in fact, EZCORP filed Form S-3 and S-3 ASR's before and during the Class Period (i.e. January 15, 2013, October 4, 2013, October 8, 2013, and March 9, 2015).[40] While a Form S-3 is a registration statement for specified transactions by certain issuers, a Form S-3 ASR is a type of Form S-3, but only "well-known seasoned issuers" are eligible to file S-3 ASRs.[41] EZCORP meets this *Cammer* efficiency factor, which supports the conclusion that EZCORP Common Stock traded in an efficient market.

## F.  *CAMMER* FACTOR 5: PRICE REACTION TO NEW INFORMATION

46.    The fifth *Cammer* Factor relates to how the price of a security reacts to new, company-specific information and states:

> …[O]ne of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.[42]

47.    Establishing a causal connection between new company-specific events and movements in the market price is convincing evidence of market efficiency. A technique often relied upon, both inside and outside of the context of litigation, to establish such a causal connection is called an "event study." An event study is a well-accepted statistical method utilized to isolate the impact of information on market prices.[43] Indeed, academics used event studies as one tool for evaluating the efficient market hypothesis in the first place. Event studies

---

[40] https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000876523&type=S-3&dateb=&owner=exclude&count=40.

[41] https://www.sec.gov/about/forms/forms-3.pdf.

[42] *Cammer,* 711 F. Supp. 1291.

[43] MacKinlay, A., *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE (1997), p. 13.

have been used for over 40 years and have appeared in hundreds if not thousands of academic articles as scientific evidence in evaluating how new information affects securities prices.[44]

48.     An event study is a technique used to measure the effect of new information on the market prices of a company's publicly traded securities. New information may include, for example, company press releases, earnings reports, SEC filings, and news reports or analyst reports. An event study is conducted by specifying a model of expected price movements conditioned on outside market factors and then testing whether the deviation from expected price movements is sufficiently large that simple random movement can be rejected as the cause.

49.     To analyze cause and effect, I performed an event study to determine whether EZCORP Common Stock reacted to earnings announcements in a manner significantly different from how the stock moved on days with no EZCORP-related news. Based on the event study I performed, which explicitly controls for market and industry factors, I find that there is a clear cause-and-effect relationship between new public information about EZCORP and the market price of EZCORP Common Stock. I now describe in further detail the event study methodology, the events I test, and the results.

50.     A well-accepted method for performing an event study is to estimate a regression model over some period of time (an "estimation window") to observe the typical relationship between the market price of the relevant security and broad market factors.[45] I have performed such an analysis in this matter where I evaluate the relationship between EZCORP Common Stock daily returns (percentage change in price) controlling for the S&P 500 Total Return (the

---

[44] Binder, J., *The Event Study Methodology Since 1969*, 11 REV. QUANTITATIVE FIN. & ACCT. (1998), p. 111.

[45] A "regression" or "regression model" is a statistical technique for measuring the ability of one or more variables (the "independent variables") to "explain" another variable of interest (the "dependent variable"). In this case, the daily percentage change in EZCORP Common Stock (the EZCORP daily return) is the dependent variable and the contemporaneous daily returns for a market and peer index are the independent variables. For a general discussion of regression analysis, *see* Gujarati, D., *Basic Econometrics*, Third Edition, McGraw Hill, 1995, Chapters 1-3.

"Market Index") and an equal-weighted peer index, hereafter referred to as the "Peer Index."[46] **Exhibit 5** lists the firms used in the Peer Index, and **Appendix C** provides the underlying support for inclusion.[47]

51.    For each trading day analyzed, I constructed a regression model using data from the prior 120 trading days (roughly six months).[48] By using a "rolling" estimation window, it allows for the relationship between EZCORP Common Stock, industry and market factors, as well as firm-specific volatility to update over time according to the data observed over the most recent 120 trading day period. Use of a rolling model to account for changing volatility and evolving relationships among market indices is accepted in peer-reviewed literature.[49]

52.    The model indicates that there is a positive correlation between EZCORP Common Stock and the control variables. In other words, the movement of the Market Index and Peer Index helps explain the price movements of EZCORP Common Stock. For instance, choosing a day in the Class Period purely as an example, December 19, 2014, and looking at the regression results based on the 120 days prior to that day, the estimated coefficient for the S&P 500 is 1.05 which means that a 1% rise in the S&P 500 predicts a 1.05% increase in returns for EZCORP

---

[46] The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal-weighted Peer Index. The Peer Index consists of companies that have equity securities that trade in the U.S. and were mentioned by two or more analysts as valuation comparables to EZCORP during the Class Period. The Peer Index includes six companies, such as Cash America International, Inc. and FirstCash, Inc. (*See* **Exhibit 5**). The returns of the Peer Index are net of the S&P 500. EZCORP earnings announcements, pre-earnings announcements, and alleged corrective disclosures have been removed from estimation. Additionally, two other dates were excluded over the estimation period (i.e. on May 21, 2014, EZCORP announced a new chairman and termination of advisory service agreement, and on July 21, 2014, EZCORP CEO removed by a voting shareholder).

[47] I also considered several other criteria for constructing the Peer Index and found that my conclusions are robust to changes in the construction of the Peer Index. For instance, I also tested a value-weighted peer index as well as a model that had the daily returns for FirstCash as its own variable and found no material changes to the results.

[48] MacKinlay, A., *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE 13 (1997), 15: "For example, in an event study using daily data and the market model, the market model parameters could be estimated over the 120 days prior to the event."

[49] Braun, P., et al., *Good News, Bad News Volatility, and Betas*, 50 J. FIN. 1575 (1995), 1597.

Common Stock. The estimated coefficient for the Peer Index is 1.04, meaning that the expected return for EZCORP Common Stock is about a 1.04% increase for every 1% increase in the Peer Index over and above the return of the S&P 500. **Exhibit 6** plots the estimated coefficients for the rolling regression models for each day during the Class Period, and it demonstrates there was a consistently positive relationship between the general market, the Peer Index, and the price of EZCORP Common Stock.

53.   Another important statistic from the regression is the standard deviation of the errors, which measures the degree of imprecision in the predictions from the model. Put another way, this measure provides a metric for how much "randomness" remains in the price movement of EZCORP Common Stock after controlling for the Market Index and Peer Index. For instance, on the example date, December 19, 2014, the model predicted that absent any new firm-specific information, the price of EZCORP Common Stock would increase by 1.09% because the S&P 500 was up 0.46% and the Peer Index was up 0.52%.[50] Because of the inherent randomness observed in stock price returns, I do not expect the model to predict returns exactly. In this example, I observe an actual return of 3.93%. Thus, the "abnormal return" for this day is 2.84% (the actual return of 3.93% minus the predicted return of 1.09%). I then rely on the standard deviation of the errors from the regression model to tell if this abnormal return of 2.84% is sufficiently large that I reject random movement as the explanation.

54.   The test for whether randomness can be rejected is done by calculating what is known as a "t-statistic," which represents the number of standard deviations between the actual observation and the prediction. For the example date, an abnormal return of 2.84% represents

---

[50] The expected return of 1.09% is found as follows: 1.05 * 0.46% (Coefficient on Market Index *times* Market Index return) + 1.04 * 0.52% (Coefficient on Peer Index Return *times* Peer Index Return) + 0.07% (constant term from the regression results).

1.60 standard deviations or a t-statistic of 1.60 (abnormal return of 2.84% divided by the standard deviation of the errors of 0.0178). Using the standard assumption that, in the absence of new company-specific news, abnormal returns will be normally distributed around zero, probability theory implies that based on randomness alone, using a 95% confidence level and large sample size, the abnormal return should have a t-statistic greater than 1.96 (or less than -1.96) only 5% of the time.[51] Stating this point another way, there is a 95% confidence that the actual return will fall within 1.96 standard deviations of the predicted return unless there is some non-random explanation. Since our example has a t-statistic of 1.60, the abnormal return is not statistically significant at the 95% confidence level, and I cannot reject randomness as the cause of the abnormal price movement with greater than 95% confidence. By contrast, if on a particular day one observes an abnormal return that has a t-statistic of a magnitude greater than 1.96 (statistically significant at the 95% confidence level) and one observes new firm-specific information, one would reject randomness as the explanation with 95% confidence and infer that the new information is the cause of the stock price movement.

55.   **Exhibit 7** shows that the standard deviation of the errors varied over the Class Period. By adopting the rolling regression model, my event study explicitly adjusts for the changing firm-specific volatility.

56.   To analyze cause-and-effect, I examined the price response of EZCORP Common Stock to the eleven earnings announcements (or pre-announcements) that occurred during the Class Period, an objective set of dates (see **Exhibit 8**).

---

[51] Tabak, D., and Dunbar, F., "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001. The financial economics literature often identifies the 90% threshold as a relevant boundary for significance as well.

57.    There are many academic articles and financial treatises that explain theoretically and demonstrate empirically that the release of company earnings information often (but not necessarily always) causes a significant change in investors' beliefs regarding the value of a security.[52] Also, newly released earnings reports by a company are an objective set of news to identify and test. Considering the fifth earnings release listed in **Exhibit 8** as an example, the Company pre-announced negative fourth quarter results for the fiscal year 2014, notifying investors that the upcoming earnings results would be lower than previously expected.[53] In response, the market price of EZCORP Common Stock decreased 9.95%, compared to the predicted return of -2.06%. Thus, the abnormal return on October 7, 2014, was -7.89%. With a t-statistic of -5.74, this abnormal price movement is statistically significant, and I therefore have scientific evidence that EZCORP Common Stock reacted rapidly to this new information.[54]

58.    Similar to this example, I analyzed the market reaction to EZCORP's other earnings announcements I identified above. In total, of the eleven regular quarterly earnings EZCORP issued during the Class Period, six resulted in statistically significant price movements above the 95% confidence level.

59.    **Exhibit 8** presents a summary of the earnings releases during the Class Period, and **Exhibits 9A–9K** depict the intraday price movements for each of these announcement dates.

---

[52] Beaver, W., "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* supplement to the *Journal of Accounting Research*, Vol. 6, 1968, pp. 67-92; May, R., "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Empirical Research in Accounting: Selected Studies, 1971,* supplement to the *Journal of Accounting Research*, Vol. 9, 1971, pp. 119-163; Aharony, J., and Swary, I., "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35, No. 1, March 1980, pp. 1-12.

[53] *See*, "EZCORP Announces 'Back to Basics' Strategy," *GlobeNewswire*, October 6, 2014 4:19 PM EST; "EZPW To Discontinue Online Lending," *Sterne Agee*, October 7, 2014.

[54] It is not unusual to have one or more earnings announcements that are not statistically significant. This would happen, for instance, in quarters where there was not much surprise and the firm roughly met expectations, if the firm offered little change in guidance, and/or if there was a mix of both positive and negative information that netted out.

60.    I then compared these results against the 148 days during the Class Period where there was no EZCORP-related news, analyst reports published, or SEC filings issued. Of these 148 days, there were seven statistically significant price movements. Thus, during the Class Period there was a statistically significant price reaction at the 95% confidence level on 54.55% of the earnings announcements, but when compared to days with no EZCORP-related news, I observed statistically significant reactions 4.73% of the time.[55] For days with no news, the fact that I observed only seven days with significant movements is consistent with what I would expect to observe by randomness alone.[56] This is powerful scientific evidence of a cause-and-effect relationship between new publicly released information concerning the Company and changes in the price of EZCORP Common Stock.

61.    Furthermore, on the 148 days with no news, the average change in price of EZCORP Common Stock was 1.55% after controlling for market and industry factors, while the average change in EZCORP Common Stock on earnings dates was 5.97%. In other words, the average magnitude of stock price movement on earnings announcement days was about 3.9 times higher than on dates with no news.[57] Again, this demonstrates that on days when important company-specific information is released to the market, the stock price moves much more than on days where there is no company-specific news. This provides further evidence of a cause-and-effect relationship between company-specific news and changes in the price of EZCORP Common Stock, and thus an efficient market.

62.    The bar charts below summarize this analysis while **Exhibit 10** gives more detail.

---

[55] This difference between 54.55% and 4.73% is itself statistically significant at the 95% confidence level.

[56] There is no statistically significant difference between 5.97% and 5.00%. This is within the proportion of dates that would be significant by chance alone when using a 95% confidence interval.

[57] This difference between 5.97% and 1.55% is itself statistically significant.





63.     Finally, when important company-specific news is released to the market (e.g. earnings announcements), the daily trading volume also tends to be much higher than on days where there is a low amount of news. For instance, the average daily trading volume of the eleven days with earnings announcements was 1.65 million. Compare this to the average daily trading volume of 441 thousand for days in the Class Period with no news.[58] The bar chart below summarizes this analysis.



**Average Daily Trading Volume on Earnings Announcements vs. Days with No News**

64.     The bar charts above establish a strong cause-and-effect relationship between new, company-specific news and rapid changes in the price of EZCORP Common Stock. The earnings announcement days have a much greater percentage of significant price movements, higher daily

---

[58] This difference between 1.65 million and 441 thousand is itself statistically significant.

trading volume on average, and statistically significantly larger price changes than those found on days with no news.

65.    In conclusion, the event study analysis and intraday charts presented in this section demonstrate a clear cause-and-effect relationship between new material news and changes in the market price of EZCORP Common Stock.

## G.  ADDITIONAL FACTOR 1: MARKET CAPITALIZATION

66.    In *Krogman v. Sterritt*, the court noted that economic theory includes other possible relevant factors for determining whether a stock trades in an efficient market, in addition to the *Cammer* factors.[59] The *Krogman* Court held, "[m]arket capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."[60] Furthermore, Thomas and Cotter find that firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following."[61] Therefore, market capitalization is another quantifiable measure that is likely correlated with efficiency.

67.    EZCORP Common Stock had a higher market capitalization than a large portion of NYSE and NASDAQ stocks during the Class Period, thus suggesting this factor is supportive of efficiency. There were between 50.6 million and 51.8 million shares of EZCORP Common Stock outstanding during the Class Period.[62]

---

[59] *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001) ("*Krogman*"). The factors identified by the *Krogman* Court are 1) market capitalization, 2) size of float of common stock, and 3) bid-ask spread.

[60] *Krogman*, 202 F.R.D. at 478.

[61] Thomas, R., and Cotter, J., *Measuring Securities Market Efficiency in the Regulatory Setting*, 63 LAW & CONTEMP. PROBS. 105 (2000), 117.

[62] S&P Capital IQ.

68.     Based on the market price, the market capitalization for EZCORP Common Stock averaged $501.4 million during the Class Period. **Exhibit 11** shows EZCORP's market capitalization over the Class Period. **Exhibit 12** shows that during the Class Period, EZCORP Common Stock market capitalization fell between the 35th and 47th percentile of the combined NYSE and NASDAQ markets for the applicable quarters during the Class Period.[63] In other words, on average, over the Class Period, EZCORP Common Stock had a higher market capitalization than at least 42% of the firms on the combined NYSE and NASDAQ exchanges.

69.     Given that the market capitalization for EZCORP Common Stock was consistently large relative to other publicly traded companies, this factor is supportive of market efficiency for EZCORP Common Stock.

## H.  ADDITIONAL FACTOR 2: THE BID-ASK SPREAD

70.     The *Krogman* court's last additional efficiency factor considered the bid-ask spread for a security, saying, "[a] large bid-ask spread is indicative of an inefficient market, because it suggests that the stock is too expensive to trade."[64] The bid-ask spread is an important indicator of the degree to which a market is developed. The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. In addition, the wider the bid-ask spread, the more costly it is to arbitrage away small inefficiencies. Thus, the narrower the bid-ask spread, the greater indication of an efficient market.

---

[63] Bloomberg.

[64] *Krogman*, 202 F.R.D. at 478.

71.    I analyzed bid-ask spreads for EZCORP Common Stock during the Class Period. **Exhibit 13** shows that during this period, the time-weighted average percentage bid-ask spread for EZCORP Common Stock in each month was between 0.0876% and 0.3323%. This is well below the average bid-ask spread of a random sample of 100 other common stocks trading on the NYSE and NASDAQ in August 2015 (the full month during the Class Period when EZCORP had the largest percentage bid-ask spread).[65],[66] **Exhibit 13** demonstrates that EZCORP Common Stock had a monthly average bid-ask spread of 0.2844% in August 2015, while a randomly selected group of 100 other common stocks on the NYSE and NASDAQ had an average bid-ask spread of 1.10%.[67] Accordingly, EZCORP Common Stock bid-ask spread was low during the Class Period, and this factor further supports market efficiency for EZCORP Common Stock.

## I.  ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP

72.    Institutional investors are considered to be sophisticated and well-informed with access to most publicly available information for the stocks that they own. These investors include mutual funds, pension funds, investment banks, and other types of large financial institutions that have substantial resources to analyze the securities they purchase for their portfolios. As **Exhibit 14** shows, 292 institutions reported owning EZCORP Common Stock

---

[65] Quote data for EZCORP and other publicly traded stocks were obtained from the TICK database. *See* https://tickapi.tickdata.com/.

[66] I constructed a random sample because I am not aware of any exchange-wide reporting of average or median bid-ask spreads. Determining the average bid-ask spread for the entire market would be a very costly and data intensive process, therefore I adopted a random sampling methodology. I determined the constituents of the NYSE and NASDAQ throughout the Class Period and then randomly generated a list of 100 common stock securities. I then calculated the time-weighted average monthly bid-ask spread for August 2015.

[67] The time-weighted average bid-ask spread was calculated by taking the average of the spread during trading hours on the primary exchange of each security, weighted by the amount of time each quote prevails in the market. That is, I take the weighted average quote, with the weight being the number of seconds between that quote and the next quote that occurs. Spread is calculated as the difference between the bid price and ask price divided by the midpoint of the bid-ask spread. I calculated the National Best Bid and Offer using the data filtering procedures described in Huang, R., and Stall, H., *Dealer versus auction markets: A paired comparison of execution costs on NASDAQ and the NYSE*, 41 J. FIN. ECON. 313 (1996).

during the Class Period, holding, on average, 85.40% of public float. This substantial level of institutional ownership of EZCORP Common Stock during the Class Period coupled with the high trading volume further supports a conclusion of market efficiency.

### J.  ADDITIONAL FACTOR 4: AUTOCORRELATION

73.    If previous price movements of a security have the ability to predict future price movements, then it is said to be "autocorrelated." Autocorrelation is relevant to efficiency because if the autocorrelation is persistent and sufficiently large that a trader could profit from taking advantage of the autocorrelation, it means that past price movements are not fully reflected in the current price, which would suggest market inefficiency.

74.    Autocorrelation may occur from time to time for random reasons or due to the pattern of firm-specific news. Efficiency would only be violated, however, if the autocorrelation were large enough and persistent enough that a trader could consistently earn riskless profits over time.[68]

75.    A well-accepted methodology to test for the existence of autocorrelation is to run a regression analysis that tests whether, on average, the abnormal return from the previous day has a statistically significant effect on the abnormal return today.[69] If the previous day's abnormal return has no statistically significant predictive power, then there is no evidence of autocorrelation.

76.    **Exhibit 15** displays the autocorrelation coefficient for EZCORP Common Stock using the abnormal returns from the event study model described above. The coefficient for the Class Period is not statistically significant at the 95% confidence level. Therefore, this factor also

---

[68] Doron Avramov, et al., Liquidity and Autocorrelations in Individual Stock Returns, 61 J. FIN. 2365, 2367-68 (2006); Michael C. Jensen, Some Anomalous Evidence Regarding Market Efficiency, 6 J. FIN. ECON. 95 (1978).

[69] William H. Greene, *Econometric Analysis*, Prentice Hall, Sixth Edition, 2008, Chapter 19, p. 644.

supports the conclusion that EZCORP Common Stock traded in an efficient market throughout the Class Period.

## K.  ADDITIONAL FACTOR 5: OPTIONS

77.    In addition to the factors analyzed above, there was also considerable option trading in EZCORP Common Stock during the Class Period.[70] Academic articles have demonstrated that options written on existing assets can improve efficiency by permitting an expansion of the contingencies that are covered by the market.[71] Empirical analysis has shown that option listings are associated with a decrease in bid-ask spread and increase in quoted depth, trading volume, trading frequency, and transaction size – an overall improvement of the market quality of the underlying stocks.[72]

## VIII. DAMAGES

78.    Although I have not been asked to calculate class-wide damages in this action, which I understand will be subject to further discovery, it is clear that damages in this matter can be calculated using a methodology common to the class. Indeed, the standard and well-settled formula for assessing damages for each class member under Section 10(b) is the "out-of-pocket" method which measures damages as the artificial inflation per share at the time of purchase less the artificial inflation at the time of sale (or, if the share is not sold before full revelation of the

---

[70] For instance, according to Bloomberg data, there were 68,334 EZCORP Common Stock put contracts and 52,640 EZCORP Common Stock call contracts that traded during the Class Period.

[71] Ross, S., *Options and Efficiency*, 90 Q. J. ECON. 75 (1976).

[72] Kumar, R., et al., *The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis*, 53 J. FIN. 717 (1998).

fraud, the artificial inflation at the time of purchase, subject to the PSLRA's "90-day lookback" provision, a formulaic limit on damages that also can be applied class-wide).[73]

79.    The methodology and evidence for establishing the artificial inflation per share in the market price on each day during the Class Period is also common to the class and can be measured class-wide. In particular, as is standard procedure in Section 10(b) cases, the most common methodology to quantify artificial inflation is to perform an event study that measures price reactions to disclosures that revealed the relevant truth concealed by the alleged material omissions and/or misrepresentations. This analysis, and the evidence supporting it, would be common to the class. Damages for any individual class member could then be calculated formulaically based upon information collected in the claims process (i.e., the investor's purchase and sale history for the security, which is routinely available from brokerage statements and/or other documents that provide evidence of securities transactions). Accordingly, although I have not been asked to calculate class-wide damages, based on my expertise and experience in dozens of similar matters and understanding the nature of the claims in this case, I conclude that damages in this action are subject to a well-settled, common methodology that can be applied to the class as a whole.

## IX.   CONCLUSION

80.    In sum, every factor analyzed supports my opinion that EZCORP Common Stock traded in an efficient market during the Class Period. Furthermore, class-wide damages in this matter can be calculated using a common methodology.

---

[73] Specifically, the PSLRA states: "…in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See*, Private Securities Litigation Reform Act of 1995, dated December 22, 1995, 737, 748-49.

81.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on January 31, 2018.

Chad Coffman

**Exhibit 1**

## Summary of Efficiency Factors for EZCORP

| Factor | Summary of Factor | EZCORP |
|---|---|---|
| Average Weekly Trading Volume Cammer I | "Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for a security is an efficient one; 1% would justify a substantial presumption." | • During the Class Period, the average weekly trading volume was 5.23% of shares outstanding, which exceeds the standard of 2% that courts have suggested would justify a strong presumption of an efficient market (Note: 2.70 million shares traded weekly on average during the Class Period). |
| Analyst Coverage Cammer II | "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." | • During the Class Period, at least 8 securities analysts issued 79 analyst reports, which implies that important information relevant to trading EZCORP Common Stock was widely communicated to the market. |
| Market Makers Cammer III | "For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption." | • Because EZCORP's shares were exchange-traded on the NASDAQ during the Class Period, not over the counter, this factor is satisfied. According to Bloomberg, throughout the Class Period, there were 97 market makers for EZCORP Common Stock. |
| SEC Form S-3 Eligibility Cammer IV | "It would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency." | • EZCORP met the important eligibility criteria for SEC Form S-3 and was apparently S-3 eligible throughout the Class Period. Historically, EZCORP filed Form S-3's on 1/15/2013, 10/4/2013, 10/8/2013, and 3/9/2015; therefore, this factor is satisfied. |
| Price Reaction to New Information Cammer V | "…one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price." | • The event study demonstrates a clear cause and effect relationship. A statistical test shows a significant contemporaneous relationship between new firm-specific news and significant changes in the market price for EZCORP Common Stock. |
| Market Capitalization | Firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following." | As of 3/31/2014 and 12/31/2015, EZCORP's market capitalization was $554.63 million and $258.82 million, respectively, which is at the 44th and 35th percentile of all NYSE and NASDAQ stocks, respectively. EZCORP Common Stock therefore meets this criteria. |
| Bid-Ask Spread | The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. | • During the Class Period, the percentage bid-ask spread for EZCORP Common Stock in each month ranged from 0.09% to 0.33%. EZCORP's average percentage bid-ask spread was well below the mean bid-ask spread of a random sample of 100 other common stocks trading on the NASDAQ and NYSE in August 2015 (the full month when EZCORP had the largest bid ask spread). This supports a finding of efficiency. |
| Institutional Holdings | Institutional investors are considered to be sophisticated, well-informed investors with access to most publicly available information for the stocks that they own. | • 292 institutions held, on average, 85.40% of the public float throughout the Class Period, which further supports the finding that EZCORP Common Stock traded in an efficient market (Note: Institutions held as much as 93.3% of the public float during the Class Period). |
| Autocorrelation | If autocorrelation is persistent and sufficiently large that a trader could profit from taking advantage of the autocorrelation, it suggests market inefficiency because past price movements are not fully reflected in the current price. | • The coefficient for the Class Period is not statistically significant at the 95% confidence level. Therefore, this factor also supports the conclusion that EZCORP Common Stock traded in an efficient market throughout the Class Period. |
| Options | Empirical analysis has shown that option listings are associated with a decrease in bid-ask spread and increase in quoted depth, trading volume, trading frequency, and transaction size – an overall improvement of the market quality of the underlying stocks | • There were 68,334 EZCORP Common Stock put contracts and 52,640 EZCORP Common Stock call contracts that were traded during the Class Period. EZCORP Common Stock therefore easily meets this criteria. |

**Exhibit 2**
**EZCORP Common Stock Price & Volume**
**1/28/2014 - 1/31/2016**



Sources: Complaint and S&P Capital IQ.

**Exhibit 3**
**EZCORP Common Stock Average Weekly Trading Volume**
**as a Percentage of Shares Outstanding**
**1/28/2014 - 10/20/2015**



Source: S&P Capital IQ.

■ Volume as a Percentage of Shares Outstanding

Note: Average weekly trading volume is calculated by analyzing each five consecutive trading days (rather than calendar weeks) starting with the first week of the Class Period on January 28, 2014 through October 20, 2015. The last week consists of only two trading days (i.e. 10/19/2015 and 10/20/2015), and therefore, these days are excluded from the average and median calculations.

**Exhibit 4**
# Summary of Securities Analyst Reports Issued for EZCORP During the Class Period[1]

| | Analyst Name | Reports Issued |
|---|---|---|
| [1] | Jefferies | 16 |
| [2] | Stern Agee | 16 |
| [3] | CL King & Associates | 13 |
| [4] | JMP Securities | 11 |
| [5] | Macquarie Research | 10 |
| [6] | Buy Sell Signals Research | 7 |
| [7] | Wells Fargo Securities | 5 |
| [8] | Stephens, Inc. | 1 |
| | **Total** | **79** |

Source: Investext.
Note:
(1) The Class Period used in this analysis is from January 28, 2014 to October 20, 2015.
(2) Many analyst reports are not available through third party data providers (e.g. Investext); therefore, this almost certainly understates the total amount of analyst coverage.

**Exhibit 5**

**Constituents of the Peer Index[1]**

| Firm | Ticker | Capitalization ($M)[2] |
|---|---|---|
| Cash America International, Inc. | NYSE:CSH | $783.02 |
| FirstCash, Inc. | NYSE:FCFS | $1,061.65 |
| Nicholas Financial, Inc. | NasdaqGS:NICK | $101.62 |
| OneMain Holdings, Inc. | NYSE:OMF | $6,283.02 |
| Regional Management Corp. | NYSE:RM | $211.97 |
| World Acceptance Corporation | NasdaqGS:WRLD | $278.29 |

Source: S&P Capital IQ and Investext.

Notes:

(1) Constituents of the peer indices appear in two or more analyst reports during the Class Period (JMP Securities, Buy Sell Signals, Jefferies, and Macquarie). *See* **Appendix C**.

(2) Market capitalization values are as of the end of the Class Period, or October 20, 2015.



**Exhibit 6**
**Coefficients from Rolling Event Study Regression for EZCORP Common Stock**
**1/28/2014 – 10/20/2015**

Note: The coefficients for each day are based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and a Peer Index. The Peer Index is an equal-weighted index using the returns of Cash America International, Inc., FirstCash, Inc., Nicholas Financial, Inc., OneMain Holdings, Inc., Regional Management Corp., and World Acceptance Corporation. The returns of the Peer Index are net of the S&P 500 Total Return Index. Earnings announcements, pre-earnings announcements, and alleged corrective disclosures have been removed from estimation. Additionally, I excluded two other dates over the estimation period (i.e. May 21, 2014, the announcement of new chairman and termination of advisory service agreement, and July 21, 2014, the appointment of interim CEO and President).

**Exhibit 7**
**Standard Deviation of the Errors for Rolling Event Study Regression**
**for EZCORP Common Stock**
**1/28/2014 – 10/20/2015**



Note: The standard deviation of the errors on each day are based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and a Peer Index. The Peer Index is an equal-weighted index using the returns of Cash America International, Inc., FirstCash, Inc., Nicholas Financial, Inc., OneMain Holdings, Inc., Regional Management Corp., and World Acceptance Corporation. The returns of the Peer Index are net of the S&P 500 Total Return Index. Earnings announcements, pre-earnings announcements, and alleged corrective disclosures have been removed from estimation. Additionally, I excluded two other dates over the estimation period (i.e. May 21, 2014, the announcement of new chairman and termination of advisory service agreement, and July 21, 2014, the appointment of interim CEO and President).

## Exhibit 8
## Summary Statistics of EZCORP Earnings Announcements

| # | Date | Time | Market Date | Period | Headline | Price | Raw Return | Abnormal Return | Abnormal Dollar Change | t-Statistic | Sig Level[2] |
|---|------|------|-------------|--------|----------|-------|-----------|-----------------|------------------------|-------------|-----------|
| | | | | | | | | **120-Day Rolling Regression Model[1]** | | | |
| 1 | 01/28/14 | 4:00 PM | 01/29/14 | Q1 2014 Earnings Release | EZCORP Reports Revenues of $269 Million and Earnings Per Share of $0.42, *Source - PR Newswire* | $11.25 | 20.32% | 22.15% | $2.07 | 13.01 | *** |
| 2 | 04/29/14 | 4:01 PM | 04/30/14 | Q2 2014 Earnings Release | EZCORP Reports Second Quarter Revenues of $260 Million, *Source - GlobeNewswire* | $10.43 | -5.87% | 1.02% | $0.11 | 0.47 | |
| 3 | 06/16/14 | 4:09 PM | 06/17/14 | Preliminary FY 2014 Guidance | EZCORP Announces Earnings Outlook for Fiscal Year 2014, *Source - GlobeNewswire* | $11.90 | -4.26% | -5.73% | -$0.71 | -2.95 | *** |
| 4 | 07/29/14 | 4:01 PM | 07/30/14 | Q3 2014 Earnings Release | EZCORP Reports Third Quarter Revenues of $241 Million, and Earnings Per Share of $0.21, *Source - GlobeNewswire* | $9.95 | 2.16% | 1.14% | $0.11 | 0.65 | |
| 5 | 10/06/14 | 4:19 PM | 10/07/14 | Preliminary Q4 2014 Earnings | EZCORP Announces "Back to Basics" Strategy, *Source - GlobeNewswire* | $8.96 | -9.95% | -7.89% | -$0.79 | -5.74 | *** |
| 6 | 10/27/14 | 4:01 PM | 10/28/14 | Preliminary Q4 2014 Earnings | EZCORP Provides Earnings Update and Schedules Earnings Announcement, *Source - GlobeNewswire* | $10.44 | 2.65% | -0.94% | -$0.10 | -0.56 | |
| 7 | 11/06/14 | 4:05 PM | 11/07/14 | Q4 2014 Earnings Release | EZCORP Reports 2014 Financial Results and Establishes Foundation for Sustainable Growth in 2015 and Beyond, *Source - GlobeNewswire* | $10.88 | -1.67% | -1.45% | -$0.16 | -0.83 | |
| 8 | 01/27/15 | 4:05 PM | 01/28/15 | Q1 2015 Earnings Release | EZCORP Reports First Quarter Results, *Source - GlobeNewswire* | $10.34 | -11.02% | -6.97% | -$0.81 | -3.78 | *** |
| 9 | 04/30/15 | 8:04 PM | 05/01/15 | Preliminary Q2 2015 Earnings | EZCORP Reports Preliminary Financial Data for Second Quarter; Delays Earnings Release, *Source - GlobeNewswire* | $8.41 | -8.59% | -9.72% | -$0.89 | -6.09 | *** |
| 10 | 05/20/15 | 5:38 PM | 05/21/15 | Selected Q2 2015 Earnings Information | EZCORP Releases Selected Information for the Second Quarter of Fiscal 2015, *Source - GlobeNewswire* | $8.33 | -7.34% | -7.20% | -$0.65 | -4.19 | *** |
| 11 | 07/29/15 | 4:30 PM | 07/30/15 | Q3 2015 Earnings Release | EZCORP Announces New Strategy, Structure and Business Focus, *Source - GlobeNewswire* | $6.34 | 0.79% | 1.49% | $0.09 | 0.89 | |

Source: S&P Capital IQ and Factiva.

Notes:

(1) The results are based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and a Peer Index. The Peer Index is an equal-weighted index using the returns of Cash America International, Inc., FirstCash, Inc., Nicholas Financial, Inc., OneMain Holdings, Inc., Regional Management Corp., and World Acceptance Corporation. The returns of the Industry Index are net of the S&P 500 Total Return Index. Earnings announcements, the alleged corrective disclosure dates. Additionally, I excluded two other dates over the estimation period (i.e. May 21, 2014, the announcement of new chairman and termination of advisory service agreement, and July 21, 2014, the appointment of interim CEO and President).

(2) "***" Denotes statistical significance at the 99% confidence level or greater, "**" denotes statistical significance at the 95% confidence level or greater, and "*" denotes statistical significance at the 90% confidence level or greater.



**Exhibit 9A**
**EZCORP Common Stock Intraday Price and Volume**
**1/29/2014**

| Return | Abn. Return | t-Stat |
|--------|-------------|--------|
| 20.32% | 22.15% | 13.01 |

Source: TICK Data.



**Exhibit 9B**
**EZCORP Common Stock Intraday Price and Volume**
**4/30/2014**

Source: TICK Data.



**Exhibit 9C**
**EZCORP Common Stock Intraday Price and Volume**
**6/17/2014**

Source: TICK Data.



**Exhibit 9D**
**EZCORP Common Stock Intraday Price and Volume**
**7/30/2014**

Source: TICK Data.



**Exhibit 9E**
**EZCORP Common Stock Intraday Price and Volume**
**10/7/2014**

Source: TICK Data.



**Exhibit 9F**
**EZCORP Common Stock Intraday Price and Volume**
**10/28/2014**

Source: TICK Data.



**Exhibit 9G**
**EZCORP Common Stock Intraday Price and Volume**
**11/7/2014**

Source: TICK Data.



**Exhibit 9H**
**EZCORP Common Stock Intraday Price and Volume**
**1/28/2015**

Source: TICK Data.



**Exhibit 9I**
**EZCORP Common Stock Intraday Price and Volume**
**5/1/2015**

| Return | Abn. Return | t-Stat |
|--------|-------------|--------|
| -8.59% | -9.72% | -6.09 |

4/30/2015
4:00 pm - $9.20
**Market Close**

4/30/2015 - 8:04 PM
EZCORP preliminary
Q2 2015 earnings.

5/1/2015
9:30 am - $9.03
**Market Open**

5/1/2015
4:00 pm - $8.41
**Market Close**

Source: TICK Data.



**Exhibit 9J**
**EZCORP Common Stock Intraday Price and Volume**
**5/21/2015**

| Return | Abn. Return | t-Stat |
|--------|-------------|--------|
| -7.34% | -7.20% | -4.19 |

5/20/2015
4:00 pm - $8.99
**Market Close**

5/20/2015 - 5:38 PM
EZCORP selected information
Q2 2015 earnings.

5/21/2015
9:30 am - $8.56
**Market Open**

5/21/2015
4:00 pm - $8.33
**Market Close**

Source: TICK Data.



Exhibit 9K
EZCORP Common Stock Intraday Price and Volume
7/30/2015

Source: TICK Data.

**Exhibit 10**

**Comparison of Statistical Significance and Abnormal Returns**
**for EZCORP Earnings Announcement Dates**
**vs. Days with No News**

| Statistic | Earnings Announcement Dates | Days with No News, Analyst Reports, or SEC Filings |
|---|---|---|
| N | 11[1] | 148[2] |
| Significant Days at 95% Confidence Level | 6 | 7 |
| % Significant Days at 95% Confidence Level | 54.55%[3] | 4.73%[4] |
| Average Absolute Abnormal Return | 5.97%[5] | 1.55% |

Notes:

(1) The Class Period spans from January 28, 2014 to October 20, 2015.

(2) For the purposes of this analysis, I selected the 148 days with no news. From my search, I determined the days with no news were days that had no news articles, analyst reports, or SEC filings.

(3) 54.55% rate of statistical significance is statistically significantly different than 4.73% at the 95% confidence level.

(4) One would expect to observe 5% based on random chance alone. 4.73% is not significantly different from 5.00% at the 95% confidence level, based on a chi-squared test.

(5) 5.97% absolute return is statistically significantly different than 1.55% based on a t-test for difference of means at the 95% confidence level.

**Exhibit 11**
**EZCORP Common Stock Market Capitalization**
**1/28/2014 - 1/31/2016**



Sources: Complaint and S&P Capital IQ.

**Exhibit 12**
**EZCORP Common Stock Market Capitalization Rank**

| Date | Market Capitalization (millions) | Percentile Rank on NYSE & NASDAQ |
|---|---|---|
| 3/31/2014 | $554.63 | 44% |
| 6/30/2014 | $593.81 | 46% |
| 9/30/2014 | $501.57 | 45% |
| 12/31/2014 | $594.71 | 47% |
| 3/31/2015 | $473.22 | 42% |
| 6/30/2015 | $385.10 | 39% |
| 9/30/2015 | $319.80 | 39% |
| 12/31/2015 | $258.82 | 35% |

Source: S&P Capital IQ and Bloomberg.



**Exhibit 13**
**EZCORP Common Stock Average Monthly Bid-Ask Percentage Spread**
**1/28/2014 - 10/20/2015**

Source: TICK Data.
Note: January 2014 and October 2015 data are limited to the Class Period.

**Exhibit 14**
**EZCORP Common Stock Shares Outstanding, Insider Holdings, and Institutional Holdings**

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings % of Shares Outstanding | Total Institutional Holdings (in 000s) | Institutional Holdings % of Shares Outstanding | Institutional Holdings % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] = [2] + [5] - [4] | [7] = [4] / [2] | [8] | [9] = [8] / [2] | [10] = [8] / [6] |
| 3/31/2014 | 51,403 | 182 | 3,222 | 2,939 | 51,119 | 6.27% | 42,022 | 81.75% | 82.20% |
| 6/30/2014 | 51,412 | 192 | 3,137 | 2,772 | 51,047 | 6.10% | 47,625 | 92.63% | 93.30% |
| 9/30/2014 | 50,612 | 177 | 3,334 | 7,034 | 54,312 | 6.59% | 47,162 | 93.18% | 86.83% |
| 12/31/2014 | 50,613 | 168 | 1,962 | 6,601 | 55,253 | 3.88% | 46,635 | 92.14% | 84.40% |
| 3/31/2015 | 51,831 | 179 | 1,970 | 6,178 | 56,039 | 3.80% | 47,659 | 91.95% | 85.05% |
| 6/30/2015 | 51,831 | 179 | 2,077 | 4,591 | 54,346 | 4.01% | 44,631 | 86.11% | 82.12% |
| 9/30/2015 | 51,831 | 170 | 2,689 | 4,737 | 53,879 | 5.19% | 46,036 | 88.82% | 85.44% |
| 12/31/2015 | 51,869 | 173 | 3,168 | 4,310 | 53,011 | 6.11% | 44,463 | 85.72% | 83.88% |
| **Total Institutions over Class Period:** | | **292** | | | **Average:** | **5.24%** | | **89.04%** | **85.40%** |

Sources: S&P Capital IQ and SEC filings.
Notes: For the purposes of this analysis, Lafitte Capital Management, L.P. is considered to be a strategic owner or insider of EZCORP Common Stock, as the company is listed as a private owner of EZCORP, Inc. by S&P Capital IQ.

**Exhibit 15**
**EZCORP Common Stock Test for Autocorrelation**
**During the Class Period**

| Month | Coefficient on Previous Day's Abnormal Return | t-Statistic |
|---|---|---|
| Q1 2014 | -0.23 | -1.54 |
| Q2 2014 | 0.12 | 0.92 |
| Q3 2014 | 0.22 | 1.73 |
| Q4 2014 | -0.16 | -1.27 |
| Q1 2015 | -0.10 | -0.80 |
| Q2 2015 | -0.07 | -0.57 |
| Q3 2015 | -0.22 | -1.74 |
| Q4 2015 | -0.36 | -1.26 |
| **Class Period** | **-0.09** | **-1.86** |

Source: S&P Capital IQ.

# Appendix A
# Documents Considered

**Court Documents**
- Second Amended Class Action Complaint for Violations of the Federal Securities Laws, *In re EZCORP, Inc. Securities Litigation*, filed November 4, 2016.
- Order, *In re EZCORP, Inc. Securities Litigation*, filed May 8, 2017.

**Court Decisions and Securities Law**
- *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988).
- Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, § 8.6. (Aug. 1988).
- *Cammer, et al., v. Bruce M. Bloom, et al.*, 711 F. Supp. 1264 (D.N.J. 1989).
- *Halliburton Co., et al., v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2418 (2014).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
- Private Securities Litigation Reform Act of 1995, dated December 22, 1995.

**SEC Filings/Forms**
- EZCORP, Inc. SEC Form 10-K filings submitted during the Class Period.
- EZCORP, Inc. SEC From 10-Q filings submitted during the Class Period.
- EZCORP, Inc. SEC Form 8-K filings submitted during the Class Period.
- EZCORP, Inc. SEC Form S-3 registration forms filed on January 15, 2013, October 4, 2013, October 8, 2013, and March 9, 2015.
- SEC Form S-3 eligibility information from www.sec.gov/about/forms/forms-3.pdf.

**Security Data**

- Historical data for EZCORP Common Stock, constituents of the Peer Index, and the S&P 500 Total Return Index were obtained from S&P Capital IQ.
- Trade and quote data for EZCORP Common Stock during the Class Period and one hundred random companies trading on the New York Stock Exchange and NASDAQ for August 2015 were obtained from Tick Data, *see* https://tickapi.tickdata.com/.
- Institutional and insider holdings data was obtained from S&P Capital IQ.
- EZCORP Common Stock options data was obtained from Bloomberg.
- Turnover velocity data for NYSE and NASDAQ was obtained from the World Federation of Exchanges, *see* https://www.world-exchanges.org/home/index.php/statistics/monthly-reports.

**News**

- EZCORP news headlines and select articles cited and downloaded from Factiva for the Class Period. News was obtained by executing a search via Factiva for "All Sources" with the company field "EZCORP, Inc." and the keyword field "EZCORP", excluding the phrase "New 52-Week Highs And Lows". For the Class Period (January 28, 2014 – October 20, 2015), the Factiva search yielded 806 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder.
- EZCORP, Inc. earnings conference call transcripts during the Class Period.
- EZCORP, Inc. earnings press releases during the Class Period.

**Analyst Reports**

- EZCORP, Inc. analyst reports supplied by Investext via Thomson Reuters for the period January 2014 to October 2015.

**Academic Articles/Texts**

- Aharony, J., and Swary, I., "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35, No. 1, March 1980.
- Amihud, Y., et al., *Liquidity and Asset Prices*, 1 FOUND. & TRENDS FIN. 269 (2005).
- Avramov, D., et al., *Liquidity and Autocorrelations in Individual Stock Returns*, 61 J. FIN. (2006).
- Barber, B., et al., *The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency*, 19 J. CORP. L. 285 (1994).
- Beaver, W., "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* supplement to the *Journal of Accounting Research*, Vol. 6, 1968.
- Binder, J., *The Event Study Methodology Since 1969*, 11 REV. QUANTITATIVE FIN. & ACCT. (1998).
- Braun, P., et al., *Good News, Bad News Volatility, and Betas*, 50 J. FIN. 1575 (1995).
- Fabozzi, F., Modigliani, F., Jones, F., *Foundations of Financial Markets and Institutions*, Prentice Hall, Fourth Edition, 2010.
- Fama, E., *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 J. FIN. 383 (1970).
- Greene, W., *Econometric Analysis*, Prentice Hall, Sixth Edition, 2008.
- Gujarati, D., *Basic Econometrics*, Third Edition, McGraw Hill, 1995.
- Huang, R., and Stall, H., *Dealer versus auction markets: A paired comparison of execution costs on NASDAQ and the NYSE*, 41 J. FIN. ECON. 313 (1996).
- Jensen, M., *Some Anomalous Evidence Regarding Market Efficiency*, 6 J. FIN. ECON. 95 (1978).

- Kumar, R., et al., *The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis*, 53 J. FIN. 717 (1998).
- MacKinlay, A., *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE (1997).
- May, R., "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Empirical Research in Accounting: Selected Studies, 1971,* supplement to the *Journal of Accounting Research*, Vol. 9, 1971.
- Ross, S., *Options and Efficiency*, 90 Q. J. ECON. 75 (1976).
- Sharpe, W., Alexander, G., and Bailey, J., *Investments*, Prentice Hall, Fifth Edition, 1995.
- Tabak, D., and Dunbar, F., "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001.
- Thomas, R., and Cotter, J., *Measuring Securities Market Efficiency in the Regulatory Setting*, 63 LAW & CONTEMP. PROBS. 105 (2000).

**Other**

- http://www.sec.gov/answers/mktmaker.htm.
- http://www.nyse.com/equities/nyseequities/1166830723427.html.
- https://www.nyse.com/market-model/overview#dmms-2.
- https://www.nyse.com/market-model/dmm-case-studies.
- https://www.nyse.com/publicdocs/nyse/listing/fact_sheet_dmm.pdf.
- http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf.
- http://www.nasdaqomx.com/transactions/trading/equities.
- http://www.nasdaq.com/reference/market_mechanics.pdf.
- http://www.sec.gov/edgar/searchedgar/companysearch.html.
- http://www.rss-specifications.com/.
- http://www.rss-specifications.com/what-is-rss.html.

# APPENDIX B

### CHAD W. COFFMAN, MPP, CFA

Global Economics Group, LLC
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
Office:       (312) 470-6500
Mobile:      (815) 382-0092
Email:        ccoffman@globaleconomicsgroup.com


## EMPLOYMENT:

**Global Economics Group, LLC**
President (2008 - Current)

Global Economics Group specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including litigation and policy matters throughout the world. With offices in Chicago, Boston, and New York, Principals of Global Economics Group have extensive experience in high-profile securities, antitrust, labor, and intellectual property matters.

**Market Platform Dynamics, LLC**
Chief Financial Officer & Chief Operating Officer (2010 – Current)

Market Platform Dynamics is a management consulting firm that specializes in assisting platform-based companies profit from industry disruption caused by the introduction of new technologies, new business models and/or new competitive threats.  MPD's experts include economists, econometricians, product development specialists, strategic marketers and recognized thought leaders who apply cutting-edge research to the practical problems of building and running a profitable business.

**Chicago Partners, LLC**
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)


## EDUCATION:

**CFA**      Chartered Financial Analyst, 2003

**M.P.P.**   University of Chicago, 1997

Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**     Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water Supply Pricing:  Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa

## PROFESSIONAL EXPERIENCE:

Securities, Valuation, and Market Manipulation Cases:

- Testifying Expert in numerous high-profile class action securities matters including, but not limited to:

  - In Re: Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation.  Parties settled for $2.4 billion in which I served as Plaintiffs' damages and loss causation expert.
  - In Re: Schering-Plough Corporation/ Enhance Securities Litigation. Parties settled for $473 million in which I served as Plaintiffs' damages and loss causation expert.
  - In Re: REFCO Inc. Securities Litigation. Parties settled for $367 million in which I served as Plaintiffs' damages and loss causation expert.
  - In Re: Computer Sciences Corporation Securities Litigation. Parties settled for $98 million in which I served as Plaintiffs' damages and loss causation expert.
  - Full list of testimonial experience is provided below

- Engaged several dozen times as a neutral expert by prominent mediators to evaluate economic analyses of other experts.

- Expert consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options.  Performed econometric analysis of various measures of option spread using tens of millions of trades.

- Performed detailed audit of CDO valuation models employed by a banking institution to satisfy regulators – non-litigation matter.

- Played significant role in highly-publicized internal accounting investigations of two Fortune 500 companies.  One led to restatement of previously issued financial statements and both involved SEC investigations.

**Testimony:**

- Testifying expert in the matter of <u>Kuo, Steven Wu v. Xceedium Inc, Supreme Court of New York, County of New York, Index No. 06-100836</u>.  Filed report re: the fair value of Mr. Kuo's shares. Case settled at trial.

- Testifying expert in the matter of <u>Pallas, Dennis H. v. BPRS/Chestnut Venture Limited Partnership and Gerald Nudo, Circuit Court of Cook County, Illinois, County Department, Chancery Division</u>. Filed report re: fair value of Pallas shares.  Report: July 9, 2008. Deposition August 6, 2008. Court Testimony February 11, 2009.

- Testifying expert in <u>Washington Mutual Securities Litigation, United States District Court, Western District of Washington, at Seattle, No. 2:08-md-1919 MJP, Lead Case No. C08-387 MJP</u>. Filed declaration August 5, 2008 re: Plaintiffs' loss causation theory.  Filed expert report April 30, 2010.  Filed expert rebuttal report August 4, 2010.  Filed declaration re: Plan of Allocation September 25, 2009**.**

- Testifying expert in <u>DVI Securities Litigation, Case No. 2:03-CV-05336-LDD, United States District Court for the Eastern District of Pennsylvania</u>. Filed expert report October 1, 2008 re: damages. Filed expert rebuttal report December 17, 2008. Deposition January 27, 2009. Filed expert rebuttal report June 24, 2013.

- Testifying expert in <u>Syratech Corporation v. Lifetime Brands, Inc. and Syratech Acquisition Corporation, Supreme Court of the State of New York, Index No. 603568/2007</u>. Filed expert report October 31, 2008.

- Expert declaration in <u>Jacksonville Police and Fire Pension Fund, et al. v. AIG, Inc., et al., No. 08-CV-4772-LTS; James Connolly, et al. v. AIG, Inc., et al., No. 08-CV-5072-LTS; Maine Public Employees Retirement System, et al. v. AIG, Inc., et al., No. 08-CV-5464-LTS; and Ontario Teachers' Pension Plan Board, et al. v. AIG, Inc., et al., No. 08-CV-5560-LTS, United States District Court, Southern District of New York</u>. Filed declaration February 18, 2009.

- Expert declaration in <u>Connetics Securities Litigation, Case No. C 07-02940 SI, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report March 16, 2009.  Filed declaration re: Plan of Allocation September 9, 2009**.**

- Testifying expert in <u>Boston Scientific Securities Litigation, Master File No. 1:05-cv-11934 (DPW), United States District Court District of Massachusetts</u>.  Filed expert report August 6, 2009. Deposition October 6, 2009.

- Expert declaration in <u>Louisiana Sheriffs' Pension and Relief Fund, et al. v. Merrill Lynch & Co, Inc., et al., Case Number 08-cv-09063, United States District Court, Southern District of New York</u>. Filed declaration re: Plan of Allocation October, 2009.

- Testifying expert in <u>Henry J. Wojtunik v. Joseph P. Kealy, John F. Kealy, Jerry A. Kleven, Richard J. Seminoff, John P. Stephen, C. James Jensen, John P. Morbeck, Terry W. Beiriger, and Anthony T. Baumann</u>. Filed expert report January 25, 2010.

- Testifying expert in <u>REFCO Inc. Securities Litigation, Case No. 05 Civ. 8626 (GEL), United States District Court for the Southern District of New York</u>. Filed expert report February 2, 2010. Filed expert rebuttal report March 12, 2010. Deposition March 26, 2010.

- Expert declaration in <u>New Century Securities Litigation, Case No. 07-cv-00931-DDP, United States District Court Central District of California</u>. Filed declaration March 11, 2010.

- Testifying expert in <u>Louisiana Municipal Police Employees' Retirement System, et al. v. Tilman J. Fertitta, Steven L. Scheinthal, Kenneth Brimmer, Michael S. Chadwick, Michael Richmond, Joe Max Taylor, Fertitta Holdings, Inc., Fertitta Acquisition Co., Richard Liem, Fertitta Group, Inc. and Fertitta Merger Co, C.A. No. 4339-VCL, Court of Chancery of the State of Delaware</u>. Filed expert report April 23, 2010.

- Testifying expert in <u>Edward E. Graham and William C. Nordlund, individually and d/b/a Silver King Capital Management v. Eton Park Capital Management, L.P., Eton Park Associates, L.P. and Eton Park Fund, L.P. Case No. 1:07-CV-8375-GBD, Circuit Court of Shelby County, Alabama</u>. Filed expert rebuttal report July 8, 2010.  Deposition September 1, 2010. Filed supplemental expert rebuttal report August 22, 2011.

- Testifying expert in <u>Moody's Corporation Securities Litigation. Case No. 1:07-CV-8375-GBD), United States District Court for the Southern District of New York</u>.  Filed expert rebuttal report August 23, 2010. Deposition October 7, 2010. Filed rebuttal reply report November 5, 2010. Filed expert report May 25, 2012.

- Testifying expert in <u>Minneapolis Firefighters' Relief Association v. Medtronic, Inc., et al. Civil No. 08-6324 (PAM/AJB), United States District Court, District of Minnesota</u>. Filed expert report January 14, 2011.

- Testifying expert in <u>Schering-Plough Corporation/ENHANCE Securities Litigation Case No.2:08-cv-00397 (DMC) (JAD), United States District Court, District of New Jersey</u>. Filed declaration February 7, 2011. Filed expert report September 15, 2011. Filed expert rebuttal report October 28, 2011. Filed declaration January 30, 2012. Deposition November 15, 2011 and November 29, 2011.

- Testifying expert in <u>Fannie Mae 2008 Securities Litigation, Master File No. 08 Civ. 7831 (PAC), United States District Court for the Southern District of New York</u>. Filed expert report July 18, 2011.

- Testifying expert in <u>Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation, Master File No. 09 MDL 2058 (PKC), United States District Court for the Southern District of New York</u>.  Filed expert report August 29, 2011. Filed expert rebuttal report September 26, 2011. Filed expert report March 16, 2012. Filed expert rebuttal

report April 9, 2012. Filed expert rebuttal report April 29, 2012. Deposition October 14, 2011 and May 24, 2012.

- Testifying expert in <u>Toyota Motor Corporation Securities Litigation, Case No. 10-922 DSF (AJWx), United States District Court, Central District of California</u>. Filed expert report February 17, 2012. Deposition March 28, 2012. Filed expert rebuttal report August 2, 2012. Filed declaration re: Plan of Allocation January 28, 2013.

- Testifying expert in <u>The West Virginia Investment Management Board and the West Virginia Consolidated Public Retirement Board v. The Variable Annuity Life Insurance Company, Civil No. 09-C-2104, Circuit Court of Kanawha County, West Virginia</u>. Filed expert report June 1, 2012. Depositions June 19, 2013 and December 11, 2015.

- Testifying expert in <u>Aracruz Celulose S.A. Securities Litigation, Case No. 08-23317-CIV-LENARD, United States District Court, Southern District of Florida</u>. Filed expert report July 20, 2012. Deposition September 14, 2012. Filed expert rebuttal report October 29, 2012. Filed declaration re: Plan of Allocation May 20, 2013.

- Testifying expert in <u>In Re Computer Sciences Corporation Securities Litigation, CIV. A. No. 1:11-cv-610-TSE-IDD, United States District Court for the Eastern District of Virginia, Alexandria Division</u>. Filed expert report November 9, 2012. Filed supplemental report February 18, 2013. Filed expert rebuttal report March 25, 2013. Deposition March 27, 2013. Filed declaration re: Plan of Allocation August 7, 2013.

- Testifying expert in <u>In Re Weatherford International Securities Litigation, Case 1:11-cv-01646-LAK, United States District Court for the Southern District of New York</u>. Filed declaration July 1, 2011. Filed expert report April 1, 2013. Deposition April 26, 2013.

- Testifying expert in <u>In Re: Regions Morgan Keegan Closed-End Fund Litigation, Case 2:07-cv-02830-SHM-dkv, United States District Court for the Western District of Tennessee, Western Division</u>. Court testimony April 12, 2013.

- Testifying expert in <u>City of Roseville Employees' Retirement System and Southeastern Pennsylvania Transportation Authority, derivatively on behalf of Oracle Corporation, Plaintiff, v. Lawrence J. Ellison, Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra A. Catz, Bruce R. Chizen, George H. Conrades, Hector Garcia-Molina, Donald L. Lucas, and Naomi O. Seligman, Defendants, and Oracle Corporation, Nominal Defendant, C.A. No. 6900-CS, Court of Chancery of the State of Delaware</u>. Filed expert report May 13, 2013. Filed expert rebuttal report June 21, 2013. Deposition July 17, 2013.

- Testifying expert in <u>In Re BP plc Securities Litigation, No. 4:10-md-02185, Honorable Keith P. Ellison, United States District Court for the Southern District of Texas, Houston Division</u>. Filed expert report June 14, 2013. Deposition July 25, 2013. Filed expert rebuttal report October 7, 2013. Filed declaration re: Plaintiff accounting losses November 17, 2013. Filed expert report January 6, 2014. Deposition January 22, 2014. Filed expert rebuttal report March 12, 2014. Filed expert report

March 17, 2014. Hearing testimony April 21, 2014. Deposition June 3, 2014. Filed declaration re: damages June 3, 2014.

- Testifying expert in In Re Celestica Inc. Securities Litigation, Civil Action No. 07-CV-00312-GBD, United States District Court for the Southern District of New York. Filed expert report June 14, 2013. Filed expert rebuttal report September 10, 2013. Deposition September 24, 2013.

- Testifying expert in In Re Dendreon Corporation Class Action Litigation, Master Docket No. C11-01291JLR, United States District Court for the Western District of Washington at Seattle. Filed declaration re: Plan of Allocation June 14, 2013.

- Testifying expert in In Re Hill v. State Street Corporation, Master Docket No. 09-cv12146-GAO, United States District Court for the District of Massachusetts. Filed expert report October 28, 2013.

- Testifying expert in In Re BNP Paribas Mortgage Corporation and BNP Paribas v. Bank of America, N.A., Master Docket No. 09-cv-9783-RWS, United States District Court for the Southern District of New York. Filed expert report November 25, 2013. Filed expert rebuttal report March 17, 2014. Deposition June 26-27, 2014.

- Testifying expert in Stan Better and YRC Investors Group v. YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks and Stephen L. Bruffet, Civil Action No. 11-2072-KHV, United States District Court for the District of Kansas. Filed declaration re: Plan of Allocation February 5, 2014. Filed expert report May 29, 2015. Filed expert report February 5, 2016. Filed expert rebuttal report March 27, 2016.

- Testifying expert in The Archdiocese of Milwaukee Supporting Fund v. Halliburton Company, et al., Civil Action No. 3:02-CV-1152-M, United States District Court for the Northern District of Texas, Dallas Division. Filed expert rebuttal report October 30, 2014. Deposition November 11, 2014. Hearing testimony December 1, 2014. Filed expert report March 11, 2016. Filed expert rebuttal report May 13, 2016. Deposition June 10, 2016. Hearing testimony re: Plan of Allocation July 31, 2017.

- Testifying expert in In Re HP Securities Litigation, Master File No. 3:12-cv-05980-CRB, United States District Court for the Northern District of California, San Francisco Division. Filed expert report November 4, 2014. Deposition December 3, 2014. Filed expert rebuttal report January 26, 2015.

- Testifying expert in In Re MGM Mirage Securities, No. 2:09-cv-01558-GMN-VCF, United States District Court for the District of Nevada. Filed expert report November 12, 2014. Deposition January 6, 2015.  Filed expert rebuttal report April 2, 2015.

- Testifying expert in Adam S. Levy v. Thomas Gutierrez, Richard J. Gaynor, Raja Bal, J. Michal Conaway, Kathleen A. Cote, Ernest L. Godshalk, Matthew E. Massengill, Mary Petrovich, Robert E. Switz, Noel G. Watson, Thomas Wroe, Jr., Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Canaccord Genuity Inc., No. 1:14-cv-00443-JL, United States District Court for the District of New Hampshire. Filed declaration January 7, 2015.

- Testifying expert in <u>In Re Nu Skin Enterprises, Inc., Securities Litigation, Master File No. 2:14-cv-00033-DB, United States District Court for the District of Utah, Central Division</u>. Filed expert report June 26, 2015. Deposition August 17, 2015.

- Testifying expert in <u>In Re Intuitive Surgical Securities Litigation, Master File No. 5:13-cv-01920-EJD, United States District Court for the Northern District of California</u>. Filed expert report September 1, 2015. Filed expert rebuttal report November 16, 2015. Filed expert report November 8, 2016. Filed expert report February 8, 2017. Deposition December 12, 2017.

- Testifying expert in <u>Babak Hatamian, et al., v. Advanced Micro Devices, Inc., et al., No. 4:14-cv-00226-YGR, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report September 4, 2015. Filed expert rebuttal report December 7, 2015. Filed expert report November 18, 2016. Filed expert rebuttal report January 17, 2017. Filed declaration March 6, 2017. Deposition March 7, 2017.

- Testifying expert in <u>In Re NII Holdings, Inc. Securities Litigation, No. 1:14-cv-00227-LMB-JFA, United States District Court for the Eastern District of Virginia, Alexandria Division</u>. Filed expert report September 11, 2015. Deposition September 17, 2015. Filed expert rebuttal report October 28, 2015. Filed expert report January 8, 2016.

- Testifying expert in <u>In Re Barrick Gold Securities Litigation, No. 1:13-cv-03851-SAS, United States District Court for the Southern District of New York</u>. Filed expert report September 15, 2015.

- Expert declaration in <u>In Re Tower Group International, Ltd. Securities Litigation, Master Docket No. 1:13-cv-5852-AT, United States District Court, Southern District of New York</u>. Filed declaration re: Plan of Allocation October 6, 2015.

- Testifying expert in <u>Beaver County Employees' Retirement Fund et al. v. Tile Shop Holdings Inc. et al., No. 0:14-cv-00786-ADM-TNL, United States District Court for the District of Minnesota</u>. Filed expert report December 1, 2015. Deposition March 15, 2016. Filed expert report July 1, 2016. Deposition July 26, 2016.

- Testifying expert in <u>In Re Barclays Bank PLC Securities Litigation, Civil Action No. 1:09-cv-01989-PAC, United States District Court for the Southern District of New York</u>. Filed expert report December 15, 2015. Filed expert rebuttal report February 2, 2016. Filed rebuttal reply expert report March 18, 2016. Deposition April 21, 2016.

- Testifying expert in <u>In Re Petrobras Securities Litigation, Civil Action No. 15-cv-03733-JSR, 15-cv-07615-JSR, 15-cv-6618-JSR, 15-cv-02192-JSR, United States District Court for the Southern District of New York</u>. Filed expert report May 6, 2016. Filed expert report May 27, 2016. Filed expert reply report June 17, 2016. Deposition June 24, 2016.

- Testifying expert in <u>Zubair Patel, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. L-3 Communications Holdings, Inc., et al., Defendants, No. 1:14-cv-06038-VEC,</u>

United States District Court for the Southern District of New York. Filed expert report June 30, 2016. Deposition July 20, 2016. Filed expert rebuttal report August 26, 2016.

- Testifying expert in Leonard Howard, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Liquidity Services, Inc., et al., Defendants, No. 1:14-cv-01183-BAH, United States District Court for the District of Columbia. Filed expert report September 2, 2016.

- Testifying expert in James Quinn, Derivatively on Behalf of Nominal Defendant Apple REIT Ten, Inc., Plaintiff, v. Glade M. Knight, Justin Knight, Kent W. Colton, R. Garnett Hall, Jr., David J. Adams, Anthony F. Keating III, David Buckley, Kristian Gathright, David McKenney, Bryan Peery, and Apple Hospitality REIT, Inc., Defendants, and Apple REIT Ten, Inc., Nominal Defendant, No. 3:16-cv-610, United States District Court for the Eastern District of Virginia, Richmond Division. Filed expert report October 14, 2016. Deposition October 20, 2016.

- Testifying expert in Dr. Joseph F. Kasper, et al., Plaintiff, v. AAC Holdings, Inc., et al., Defendants, No. 3:15-cv-00923, United States District Court for the Middle District of Tennessee, Nashville Division. Filed expert report October 18, 2016. Deposition November 29, 2016. Filed expert rebuttal report February 10, 2017. Filed expert report December 4, 2017.

- Testifying expert in KBC Asset Management NV, et al., Plaintiff, v. 3D Systems Corporation, Abraham N. Reichental, Damon J. Gregoire, and Ted Hull, Defendants, No. 15-cv-02393-MGL, United States District Court for the District of South Carolina, Rock Hill Division. Filed expert report October 31, 2016. Deposition January 5, 2017. Filed expert report April 21, 2017.

- Testifying expert in Arkansas Teacher Retirement System, et al., Plaintiff, v. Virtus Investment Partners, Inc., Defendants, No. 15-cv-1249-WHP, United States District Court for the Southern District of New York. Filed expert report November 7, 2016. Filed expert rebuttal report February 17, 2017. Deposition February 28, 2017. Filed expert report June 16, 2017. Filed expert rebuttal report July 26, 2017. Deposition August 9, 2017. Filed declaration re: prior reports December 4, 2017.

- Testifying expert in Laborers Pension Trust Fund – Detroit, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. Conn's, Inc., et al., Defendants, No. 4:14-cv-00548 (KPE), United States District Court for the Southern District of Texas, Houston Division. Filed expert report November 10, 2016. Deposition December 9, 2016. Filed expert rebuttal report March 27, 2017.

- Testifying expert in Glen Hartsock, individually and on behalf of all others similarly situated Plaintiff, v. Spectrum Pharmaceuticals, Inc., and Rajesh C. Shrotriya, Defendants, No. 16-cv-02279-RFB-GWF and Olutayo Ayeni, individually and on behalf of all others similarly situated Plaintiff, v. Spectrum Pharmaceuticals, Inc., Rajesh C. Shrotriya, Kurt A. Gustafson, Joseph Turgeon, and Lee Allen, Defendants, No. 16-cv-02649-KJD-VCF, United States District Court for the District of Nevada. Filed declaration re: damages December 8, 2016.

- Testifying expert in In Re: ARIAD Pharmaceuticals, Inc. Securities Litigation, No. 1:13-cv-12544 (WGY), United States District Court District of Massachusetts. Filed expert report March 6, 2017.

- Testifying expert in <u>Washtenaw County Employees' Retirement System, individually and on behalf of all others similarly situated, Plaintiff, v. Walgreen Co., Gregory D. Wasson, and Wade Miquelon, Defendants, No. 15-cv-3187, United States District Court for the Northern District of Illinois</u>. Filed expert report April 21, 2017. Deposition June 15, 2017. Filed expert rebuttal report September 15, 2017.

- Testifying expert in <u>Lou Baker, individually and on behalf of all others similarly situated, Plaintiff, v. SeaWorld Entertainment, Inc., James Atchison, James M. Heaney, Marc Swanson, and The Blackstone Group L.P., Defendants, No. 3:14-cv-02129-MMA-KSC, United States District Court for the Southern District of California</u>. Filed expert rebuttal report May 19, 2017. Deposition July 20, 2017. Filed expert report September 14, 2017.

- Testifying expert in <u>Benjamin Gross, individually and on behalf of all others similarly situated, Plaintiff, v. GFI Group, Inc., Colin Heffron, and Michael Gooch, Defendants, No. 3:14-cv-09438-WHP, United States District Court for the Southern District of New York</u>. Filed expert report May 30, 2017. Filed expert report August 7, 2017. Filed expert rebuttal report August 28, 2017. Deposition September 27, 2017.

- Testifying expert in <u>Murray Rubinstein, Jeffrey F. St. Clair, William McWade, Harjot Dev and Vikas Shah, individually and on behalf of all others similarly situated, Plaintiffs, v. Richard Gonzalez and Abbvie Inc., Defendants, No. 14-cv-9465, United States District Court for the Northern District of Illinois, Eastern Division</u>. Filed expert report December 21, 2017.

- Testifying expert in <u>In Re: SanDisk LLC Securities Litigation, No. 3:15-cv-01455-VC, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report January 19, 2018.

<u>Experience in Labor Economics and Discrimination-Related Cases:</u>

- Expert consultant for Cargill in class action race discrimination matter in which class certification was defeated.

- Expert consultant for 3M in class action age discrimination matter.

- Expert consultant for Wal-Mart in class action race discrimination matter.

- Expert consultant on various other significant confidential labor economics matters in which there were class action allegations related to race, age and gender.

- Expert consultant for large insurance company related to litigation and potential regulation resulting from the use of credit scores in the insurance underwriting process.

**Testimony:**

- Testifying expert in <u>Shirley Cohens v. William Henderson, Postmaster General, C.A 1:00CV-1834 (TFH) United States Postal Service. United States District Court for the District of Columbia.</u>– Filed report re: lost wages and benefits.

- Testifying expert in <u>Richard Akins v. NCR Corporation</u>.  Before the American Arbitration Association – Filed report re: lost wages.

- Testifying expert in <u>Maureen Moriarty v. Dyson, Inc., Case No. 09 CV 2777, United States District Court for the Northern District of Illinois, Eastern Division</u>. Filed expert report October 12, 2011. Deposition November 10, 2011.

<u>Selected Experience in Antitrust, General Damages, and Other Matters:</u>

- Expert consultant in high-profile antitrust matters in the computer and credit card industries.

- Expert consultant for plaintiffs in re: Brand Name Drugs Litigation.  Responsible for managing, maintaining and analyzing data totaling over one billion records in one of the largest antitrust cases ever filed in the Federal Courts.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.

- Expert consultant in Seminole County and Martin County absentee ballot litigation during disputed presidential election of 2000.

- Expert consultant for sub-prime lending institution to determine effect of alternative loan amortization and late fee policies on over 20,000 customers of a sub-prime lending institution. Case settled favorably at trial immediately after the testifying expert presented an analysis I developed showing fundamental flaws in opposing experts calculations.

**TEACHING EXPERIENCE:**

      KNOX COLLEGE, Teaching Assistant - Statistics, (1995)
      KNOX COLLEGE, Tutor in Mathematics, (1992 - 1993)

**PUBLICATIONS:**

      Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value."  *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

      Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).

**PROFESSIONAL AFFILIATIONS:**

Associate Member CFA Society of Chicago
Associate Member CFA Institute
Phi Beta Kappa

**AWARDS:**

1994  Ford Fellowship Recipient for Summer Research.
1993  Arnold Prize for Best Research Proposal.
1995  Knox College Economics Department Award.

**PERSONAL ACTIVITIES:**

- Pro bono consulting for Cook County State's Attorney's Office.
- Pro bono consulting for Cook County Health & Hospitals System – Developed method for hospital to assess real-time patient level costs to assist in improving care for Cook County residents and prepare for implementation of Affordable Care Act.
- Pro bono consulting for Chicago Park District to analyze economic impact of park district assets and assist in developing strategic framework for decision-making.

# Appendix C

January 30, 2014
Consumer Finance - Estimate Changes



# EZCORP, Inc. (EZPW)

Shares Recover Most of YTD Slide; Valuation Looks Fair Given Lower Earnings Power Than GAAP Suggests

**MARKET PERFORM** | Price: $11.25 | Target Price: N/A

### MARKET DATA

| | |
|---|---|
| Price | $11.25 |
| 52-Week Range: | $9.22 - $22.66 |
| Shares Out. (M): | 54.4 |
| Market Cap ($M): | $612.0 |
| Average Daily Vol. (000): | 1,182.0 |
| Book Value/Share: | $17.32 |
| Float (M): | 50.2 |
| LT Debt (M): | $235 |
| LT Debt/Total Cap.: | 20.0% |
| ROAE: | 7.7% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $256.3 | -- |
| | 3Q | $235.2 | $235.7 | -- |
| | 4Q | $234.4 | $239.7 | -- |
| | **FY** | **$1,010.3** | **$1,001.0** | **$1,046.9** |
| EPS | 1Q | $0.59 | $0.39A | |
| | 2Q | $0.63 | $0.30 | |
| | 3Q | $0.29 | $0.32 | |
| | 4Q | $0.16 | $0.34 | |
| | **FY** | **$1.71** | **$1.35** | **$1.48** |
| | P/E | 6.6x | 8.3x | 7.6x |
| Previous FY | | $2.06 | $1.50 | NE |
| | **CY** | **$1.47** | **$1.34** | **--** |
| | P/E | 7.7x | 8.4x | |

Source: Company reports and JMP Securities LLC

### STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**We are maintaining our Market Perform rating on EZCORP, Inc.** The company released fiscal 1Q14 results that hinted at some stabilization in the domestic pawn operations, but we encountered an unusual degree of one-time items that clouded the normalized earnings power we are seeing. EZPW reported GAAP EPS from continuing operations of $0.39, in line with our forecast and consensus, but it appears that a number of non-recurring sales and related transactions actually accounted for as much as $0.15 of earnings. Nevertheless, the shares traded up 20% yesterday (on considerable short covering, we believe) versus roughly a 1.5% decline in the Russell 2000 index, erasing nearly 90% of the decline in the stock since the beginning of the month. At approximately 8.5x our updated fiscal 2014 estimate of $1.35, we are remaining on the sidelines given near-term visibility issues related to online lending, Mexican pawn operations, and the real recurring earnings power that EZPW realized in the quarter.

**Estimates and guidance.** Although EZPW did not provide any FY14 guidance, management did state it expects fiscal 2Q14 year-over-year comparisons to remain "challenging," with significant improvements expected in the back-half of the fiscal year. Our revised estimates incorporate a nearly 50% decline in earnings for fiscal 2Q14, improving to more than double the earnings for fiscal 4Q14 versus the prior-year quarter. In addition to reducing our FY14 earnings forecast from $1.50 to $1.35, we are establishing a FY15 earnings estimate of $1.48, representing nearly 10% year-over-year growth. Stripping out what we believe are non-recurring benefits in fiscal 1Q14 in the range of $0.10 to $0.15, the implied earnings growth rate for FY15 is 18%-23%.

**Several takeaways from the quarter include:**

**Confusion over recurring earnings.** GAAP EPS from continuing operations was $0.39, but several transactions in the quarter suggest that normalized earnings power may have been closer to $0.27-$0.30. Most prominent was the inclusion in reported EPS of a $6.3 million gain that came from the sale of seven pawn shops to a related party. Notwithstanding the nature of the related-party transaction (and the option to repurchase them), this one-time sale of stores in a secondary market translates into $0.08 of EPS, or about 20% of the quarter's earnings. There was also a transaction captured in "Other Revenue" consisting of the sale of some finance receivables in Mexico that generated a gain of $3.5 million, or about $0.05. The company suggested that this is a recurring event, similar to a CSO model in the U.S., but we have never seen Other Revenue approach this level in any quarter (excluding a fee they received from Western Union (WU, MP) in 1Q13).

**We were surprised at the magnitude of rebound in the U.S. pawn operations, despite easy comps, particular given the cautious commentary from both Cash America (CSH, MO, $48PT) and First Cash Financial (FCFS, MO, $58PT).** The

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

January 30, 2014

EZCORP, Inc. (EZPW)

**FIGURE 2.   Comparative Valuation Table ($m, except per share data)**

| Company | Ticker | Rating | 01/29/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2013E EPS | CY 2014E EPS | CY 2013E P/E | CY 2014E P/E | Secular Growth Rate | 2013 P/E/G | 2014 P/E/G | Enterprise Value | CY 2013 EV/ EBITDA | CY 2014 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 39.04 | 370 | 50.59 | 38.51 | 3.06 | 3.50 | 12.8x | 11.2x | 10% | 1.3x | 1.1x | 472 | 9.1x | 8.0x | 0.5x |
| Cash America International | CSH | MO | 36.65 | 1,098 | 54.12 | 34.80 | 4.04 | 4.30 | 9.1x | 8.5x | 15% | 0.6x | 0.6x | 1,747 | 6.1x | 5.5x | 0.7x |
| Cash Store Financial Services | CSFS | NR | 1.02 | 18 | 4.37 | 0.95 | (1.27) | N/A | N/A | N/A | N/A | N/A | N/A | 124 | 4.2x | N/A | 6.1x |
| Consumer Portfolio Services | CPSS | MO | 8.21 | 256 | 12.79 | 5.61 | 0.65 | 0.95 | 12.6x | 8.6x | 20% | 0.6x | 0.4x | 1,450 | 15.0x | 12.1x | 14.9x |
| Credit Acceptance Corporation | CACC | MO | 128.73 | 3,052 | 143.23 | 95.71 | 10.50 | 11.56 | 12.3x | 11.1x | 15% | 0.8x | 0.7x | 4,482 | 9.5x | 8.9x | 2.1x |
| DFC Global Corporation | DLLR | MO | 10.40 | 416 | 19.97 | 9.25 | 1.10 | 1.78 | 9.5x | 5.8x | 18% | 0.5x | 0.3x | 1,182 | 5.3x | 4.5x | 2.2x |
| Encore Capital | ECPG | MO | 47.03 | 1,278 | 51.95 | 26.84 | 3.80 | 4.35 | 12.4x | 10.8x | 15% | 0.8x | 0.7x | 2,671 | 12.5x | 8.8x | 2.7x |
| EZCORP, Inc. | EZPW | MP | 11.25 | 612 | 22.66 | 9.22 | 1.47 | 1.34 | 7.7x | 8.4x | 15% | 0.5x | 0.6x | 808 | 3.3x | 3.3x | 0.2x |
| First Cash Financial Services | FCFS | MO | 49.31 | 1,449 | 64.06 | 47.56 | 2.86 | 3.10 | 17.2x | 15.9x | 20% | 0.9x | 0.8x | 1,566 | 11.3x | 10.1x | 0.5x |
| Green Dot Corporation | GDOT | MO | 26.19 | 1,189 | 26.61 | 13.23 | 1.20 | 1.55 | 21.8x | 16.9x | 25% | 0.9x | 0.7x | 1,049 | 10.0x | 8.0x | 0.0x |
| JGPWT Holdings | JGW | MO | 17.04 | 504 | 18.00 | 12.50 | 1.55 | 2.30 | 11.0x | 7.4x | 15% | 0.7x | 0.5x | 1,021 | 9.0x | 8.3x | -1.6x |
| MoneyGram International | MGI | MO | 18.50 | 1,332 | 24.88 | 13.75 | 1.28 | 1.61 | 14.5x | 11.5x | 15% | 1.0x | 0.8x | 1,867 | 6.3x | 5.7x | -4.9x |
| Nicholas Financial | NICK | NR | 15.72 | 194 | 17.20 | 12.50 | 1.88 | N/A | 8.4x | N/A | 5% | 1.7x | N/A | 320 | N/A | N/A | 1.0x |
| Portfolio Recovery Associates | PRAA | MO | 49.43 | 2,504 | 63.96 | 35.07 | 3.56 | 4.01 | 13.9x | 12.3x | 15% | 0.9x | 0.8x | 2,848 | 8.9x | 8.1x | 0.6x |
| Regional Management Corp. | RM | MO | 32.89 | 425 | 36.23 | 16.20 | 2.36 | 3.00 | 13.9x | 11.0x | 20% | 0.7x | 0.5x | 765 | 11.6x | 9.2x | 2.3x |
| Springleaf Holdings | LEAF | MO | 23.43 | 2,693 | 27.34 | 18.51 | 1.05 | 1.85 | 22.3x | 12.7x | 20% | 1.1x | 0.6x | 15,442 | N/A | N/A | 11.0x |
| Western Union | WU | MP | 15.53 | 8,632 | 19.50 | 13.80 | 1.43 | 1.43 | 10.9x | 10.9x | 10% | 1.1x | 1.1x | 10,858 | 7.7x | 7.7x | 3.8x |
| World Acceptance | WRLD | NR | 96.41 | 1,155 | 107.98 | 72.12 | 8.70 | 10.58 | 11.1x | 9.1x | 15% | 0.7x | 0.6x | 1,627 | 8.5x | 7.6x | 1.4x |
| | | | | | | | | Mean: | 13.0x | 10.8x | | 0.9x | 0.7x | | 8.6x | 7.7x | 2.4x |
| | | | | | | | | Median: | 12.4x | 10.9x | | 0.8x | 0.7x | | 9.0x | 8.0x | 1.2x |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*

*Source: Thomson Reuters and JMP Securities LLC reports*

4

JMP SECURITIES



**April 30, 2014**
**Consumer Finance - Estimate Changes**

# EZCORP, Inc. (EZPW)

First Look: Signs of Moderation Emerge Through the First Half of FY14; Margins Still Struggling

**MARKET PERFORM** | Price: $11.08 | Target Price: N/A

## MARKET DATA

| | |
|---|---|
| Price | $11.08 |
| 52-Week Range: | $9.22 - $19.85 |
| Shares Out. (M): | 54.4 |
| Market Cap ($M): | $602.8 |
| Average Daily Vol. (000): | 624.0 |
| Book Value/Share: | $17.32 |
| Float (M): | 47.2 |
| LT Debt (M): | $235 |
| LT Debt/Total Cap.: | 20.0% |
| ROAE: | 7.7% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $259.7A | -- |
| | 3Q | $235.2 | $235.7 | -- |
| | 4Q | $234.4 | $239.7 | -- |
| | **FY** | **$1,010.3** | **$1,001.0** | **$1,046.9** |
| EPS | 1Q | $0.59 | $0.39A | -- |
| | 2Q | $0.63 | $0.36A | -- |
| | 3Q | $0.29 | $0.32 | -- |
| | 4Q | $0.16 | $0.34 | -- |
| | **FY** | **$1.71** | **$1.35** | **$1.48** |
| | P/E | 6.5x | 8.2x | 7.5x |
| | **CY** | **$1.47** | **$1.34** | **--** |
| | P/E | 7.5x | 8.3x | |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** The company released fiscal 2Q14 results that suggest we should see the re-emergence of earnings growth in the fiscal second half as EZPW laps much easier retailing comps. The company reported adjusted EPS of $0.36 versus the Street average of $0.35 and our estimate of $0.30. However, similar to the previous quarter, the results included a gain on asset dispositions in Mexico that resulted in a non-recurring gain of ~$5 million, or roughly $0.06. We remain cautious on the outlook as the company has more exposure to scraping than its public competitors, has a less seasoned installment and non-payday portfolio than competitors who are seeing loss rates moderate, and pawn merchandise gross margins have yet to bottom. We will update our model following our call with management.

**Several highlights from fiscal second quarter results include:**

**Another quarter of debate over recurring earnings.** Similar to the December quarter, there was a transaction captured in "Other Revenue" consisting of the sale of some finance receivables in Mexico that generated a gain of $5 million, or ~$0.06.

**Pawn merchandise margins are still struggling.** Gross margins in the U.S. & Canada were 39.0% versus our 41.0% forecast, representing the lowest quarterly level in several years. The decline to 33.7% in Latin America was also considerably below our forecast, even though we had seen less aggressive discounting from Mexican retailers in the quarter. We will follow up with management to assess the second half outlook.

**Merchandise demand picked up noticeably, as the 4% increase in same-store sales compared favorably to what we saw from Cash America.** The figure was impacted by particularly strong jewelry sales, which seemed to run contrary to much of the commentary we had been hearing lately about the appetite of the low-end consumer.

**Pawn balances remained under pressure.** Pawn loan balances declined by 6% in the U.S., and total pawn receivables of $128.7 million were generally in line with our estimate. Management remains confident that pawn balances will be able to close the fiscal year flat. Our current model forecasts a year-ending decline of $10 million (from $156 million to $146 million).

**Scrap margins declined as expected to ~23%,** but it looks increasingly likely that we have seen a bottom in the absence of a significant gold price shock.

**Management noted that loan losses were negatively impacted by regulatory changes to domestic ACH (auto debiting) practices.** We had not encountered this from other lenders in the U.S. and will follow up with management in greater detail.

**The investment in Albemarle & Bond** is now completely written down and will not impact the P&L going forward.

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

April 30, 2014

EZCORP, Inc. (EZPW)

## FIGURE 1.   Comparative Valuation Table ($m, except per share data)

| Company | Ticker | Rating | 04/29/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY2014 EV/ EBITDA | CY2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 36.19 | 339 | 49.21 | 34.56 | 3.12 | N/A | 11.6x | N/A | 10% | 1.2x | N/A | 453 | 8.5x | N/A | 0.5x |
| Cash America International | CSH | MO | 44.77 | 1,321 | 49.19 | 34.80 | 4.38 | 4.80 | 10.2x | 9.3x | 15% | 0.7x | 0.6x | 1,849 | 5.7x | 5.3x | 0.6x |
| Cash Store Financial Services | CSFS | NR | 0.12 | 2 | 3.40 | 0.08 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 108 | N/A | N/A | 6.1x |
| Consumer Portfolio Services | CPSS | MO | 6.95 | 222 | 9.64 | 5.61 | 0.95 | 1.20 | 7.3x | 5.8x | 20% | 0.4x | 0.3x | 1,540 | 14.1x | 10.9x | 12.9x |
| Credit Acceptance Corporation | CACC | MP | 138.45 | 3,264 | 150.89 | 97.58 | 11.83 | 12.99 | 11.7x | 10.7x | 15% | 0.8x | 0.7x | 4,652 | 9.2x | 8.4x | 1.9x |
| DFC Global Corporation | DLLR | MP | 9.31 | 369 | 16.43 | 6.24 | 0.28 | N/A | 33.3x | N/A | 18% | 1.9x | N/A | 1,128 | 6.9x | N/A | 2.0x |
| Encore Capital | ECPG | MO | 42.96 | 1,209 | 51.95 | 28.00 | 4.35 | 5.00 | 9.9x | 8.6x | 15% | 0.7x | 0.6x | 2,588 | 7.5x | 6.6x | 2.6x |
| EZCORP, Inc. | EZPW | MP | 11.08 | 602 | 19.85 | 9.22 | 1.34 | N/A | 8.3x | N/A | 15% | 0.6x | N/A | 799 | 3.3x | N/A | 0.2x |
| First Cash Financial Services | FCFS | MO | 49.01 | 1,438 | 64.06 | 46.01 | 3.00 | 3.50 | 16.3x | 14.0x | 20% | 0.8x | 0.7x | 1,543 | 10.0x | 8.3x | 0.5x |
| Green Dot Corporation | GDOT | MO | 17.25 | 790 | 26.87 | 15.48 | 1.25 | 1.50 | 13.8x | 11.5x | 25% | 0.6x | 0.5x | 590 | 5.1x | 4.4x | 0.0x |
| JGPWT Holdings | JGW | MO | 14.26 | 404 | 19.88 | 12.50 | 2.10 | 2.40 | 6.8x | 5.9x | 15% | 0.5x | 0.4x | 807 | 7.0x | 6.4x | -1.2x |
| MoneyGram International | MGI | MO | 13.69 | 875 | 24.88 | 12.45 | 1.54 | 1.67 | 8.9x | 8.2x | 15% | 0.6x | 0.5x | 1,548 | 5.1x | 5.0x | -5.7x |
| Nicholas Financial | NICK | NR | 15.74 | 194 | 17.20 | 13.60 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 320 | N/A | N/A | 1.0x |
| Portfolio Recovery Associates | PRAA | MO | 57.32 | 2,887 | 63.96 | 40.33 | 3.85 | 4.30 | 14.9x | 13.3x | 15% | 1.0x | 0.9x | 3,177 | 9.2x | 8.4x | 0.5x |
| Regional Management Corp. | RM | MO | 22.10 | 287 | 36.23 | 21.19 | 2.03 | 2.75 | 10.9x | 8.0x | 20% | 0.5x | 0.4x | 591 | 9.3x | 7.4x | 1.9x |
| Springleaf Holdings | LEAF | MO | 23.81 | 2,736 | 29.50 | 18.51 | 1.85 | 2.30 | 12.9x | 10.4x | 20% | 0.6x | 0.5x | 15,010 | 20.4x | 19.3x | 8.4x |
| Western Union | WU | MP | 15.65 | 8,686 | 19.50 | 14.50 | 1.43 | 1.57 | 10.9x | 10.0x | 10% | 1.1x | 1.0x | 10,826 | 9.6x | 9.0x | 4.0x |
| World Acceptance | WRLD | NR | 75.79 | 908 | 107.98 | 71.58 | 10.74 | 12.07 | 7.1x | 6.3x | 15% | 0.5x | 0.4x | 1,380 | 6.5x | 6.4x | 1.4x |
| | | | | | | | Mean: | | 12.2x | 9.4x | | 0.8x | 0.6x | | 8.6x | 8.1x | 2.1x |
| | | | | | | | Median: | | 10.9x | 9.3x | | 0.7x | 0.5x | | 8.0x | 7.4x | 1.2x |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*

*Source: Thomson Reuters and JMP Securities LLC reports*

2

81

**May 2, 2014**
**Consumer Finance - Estimate Changes**



# EZCORP, Inc. (EZPW)

Updating Model Following Fiscal 2Q14 Results

**MARKET PERFORM** | Price: $10.76 | Target Price: N/A

### INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** We are updating our estimates following fiscal 2Q14 results on Tuesday, April 29. We are maintaining our FY14 EPS estimate of $1.35 while raising our FY15 EPS estimate from $1.48 to $1.60. We remain on the sidelines due to our cautious outlook on EZPW, driven by: 1) the company's greater exposure to scrapping than its public competitors, 2) its less seasoned installment and non-payday portfolio than competitors who are seeing loss rates moderate, and 3) our view that pawn merchandise gross margins have yet to bottom.

| MARKET DATA | |
|---|---|
| Price | $10.76 |
| 52-Week Range: | $9.22 - $19.85 |
| Shares Out. (M): | 54.6 |
| Market Cap ($M): | $587.5 |
| Average Daily Vol. (000): | 535.0 |
| Book Value/Share: | $17.49 |
| Float (M): | 47.2 |
| LT Debt (M): | $214 |
| LT Debt/Total Cap.: | 18.3% |
| ROAE: | 6.5% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $259.7A | -- |
| | 3Q | $235.2 | $252.0 | -- |
| | 4Q | $234.4 | $262.7 | -- |
| | **FY** | **$1,010.3** | **$1,043.7** | **$1,120.9** |
| EPS | 1Q | $0.59 | $0.39A | -- |
| | 2Q | $0.63 | $0.36A | -- |
| | 3Q | $0.29 | $0.27 | -- |
| | 4Q | $0.16 | $0.33 | -- |
| | **FY** | **$1.71** | **$1.35** | **$1.60** |
| | P/E | 6.3x | 8.0x | 6.7x |
| Previous FY | | NC | NC | $1.48 |
| | **CY** | **$1.47** | **$1.41** | -- |
| | P/E | 7.3x | 7.6x | -- |

Source: Company reports and JMP Securities LLC

**STOCK PRICE PERFORMANCE**



**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

**FIGURE 2.   Comparative Valuation Table ($m, except per share data)**

| Company | Ticker | Rating | 05/02/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY2014 EV/ EBITDA | CY2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 37.32 | 350 | 49.21 | 34.56 | 3.12 | N/A | 12.0x | N/A | 10% | 1.2x | N/A | 464 | 8.7x | N/A | 0.5x |
| Cash America International | CSH | MO | 44.49 | 1,312 | 49.19 | 34.80 | 4.38 | 4.80 | 10.2x | 9.3x | 15% | 0.7x | 0.6x | 1,841 | 5.7x | 5.3x | 0.6x |
| Cash Store Financial Services | CSFS | NR | 0.11 | 2 | 3.40 | 0.08 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 108 | N/A | N/A | 6.1x |
| Consumer Portfolio Services | CPSS | MO | 7.29 | 233 | 9.64 | 5.61 | 0.95 | 1.20 | 7.7x | 6.1x | 20% | 0.4x | 0.3x | 1,550 | 14.2x | 11.0x | 12.9x |
| Credit Acceptance Corporation | CACC | MP | 132.90 | 3,127 | 150.89 | 98.86 | 11.90 | 13.00 | 11.2x | 10.2x | 15% | 0.7x | 0.7x | 4,679 | 9.6x | 8.5x | 2.2x |
| DFC Global Corporation | DLLR | MP | 9.32 | 369 | 16.43 | 6.24 | 0.28 | N/A | 33.3x | N/A | 18% | 1.9x | N/A | 1,128 | 6.9x | N/A | 2.0x |
| Encore Capital | ECPG | MO | 44.58 | 1,255 | 51.95 | 29.39 | 4.35 | 5.00 | 10.2x | 8.9x | 15% | 0.7x | 0.6x | 2,634 | 7.6x | 6.7x | 2.6x |
| EZCORP, Inc. | EZPW | MP | 10.73 | 586 | 19.85 | 9.22 | 1.41 | N/A | 7.6x | N/A | 15% | 0.5x | N/A | 768 | 2.9x | N/A | 0.2x |
| First Cash Financial Services | FCFS | MO | 48.83 | 1,433 | 64.06 | 46.01 | 3.00 | 3.50 | 16.3x | 14.0x | 20% | 0.8x | 0.7x | 1,538 | 9.9x | 8.3x | 0.5x |
| Green Dot Corporation | GDOT | MO | 18.19 | 836 | 26.87 | 16.53 | 1.25 | 1.50 | 14.6x | 12.1x | 25% | 0.6x | 0.5x | 699 | 6.0x | 5.1x | 0.0x |
| JGPWT Holdings | JGW | MO | 14.21 | 402 | 19.88 | 12.50 | 2.10 | 2.40 | 6.8x | 5.9x | 15% | 0.5x | 0.4x | 805 | 6.9x | 6.4x | -1.2x |
| MoneyGram International | MGI | MP | 13.35 | 853 | 24.88 | 12.45 | 1.54 | 1.67 | 8.7x | 8.0x | 15% | 0.6x | 0.5x | 1,526 | 5.1x | 4.9x | -5.7x |
| Nicholas Financial | NICK | NR | 15.62 | 192 | 17.20 | 13.60 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 319 | N/A | N/A | 1.0x |
| Portfolio Recovery Associates | PRAA | MO | 56.83 | 2,862 | 63.96 | 45.05 | 3.90 | 4.30 | 14.6x | 13.2x | 15% | 1.0x | 0.9x | 3,121 | 9.0x | 8.3x | 0.5x |
| Regional Management Corp. | RM | MO | 15.02 | 195 | 36.23 | 14.78 | 2.03 | 2.75 | 7.4x | 5.5x | 20% | 0.4x | 0.3x | 499 | 7.9x | 6.3x | 1.9x |
| Springleaf Holdings | LEAF | MO | 24.05 | 2,764 | 29.50 | 18.51 | 1.85 | 2.30 | 13.0x | 10.5x | 20% | 0.6x | 0.5x | 15,038 | 20.4x | 19.4x | 8.4x |
| Western Union | WU | MP | 16.29 | 8,946 | 19.50 | 14.60 | 1.46 | 1.59 | 11.2x | 10.2x | 10% | 1.1x | 1.0x | 11,097 | 7.9x | 7.5x | 3.7x |
| World Acceptance | WRLD | NR | 77.00 | 923 | 107.98 | 71.58 | 10.74 | 11.98 | 7.2x | 6.4x | 15% | 0.5x | 0.4x | 1,395 | 7.1x | 6.8x | 1.4x |
| | | | | | | | | **Mean:** | **12.0x** | **9.3x** | | **0.8x** | **0.6x** | | **8.5x** | **8.0x** | **2.1x** |
| | | | | | | | | **Median:** | **10.7x** | **9.3x** | | **0.7x** | **0.5x** | | **7.7x** | **6.8x** | **1.2x** |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*

*Source: Thomson Reuters and JMP Securities LLC reports*

J M P   SECURITIES

# buysellsignals

United States Edition
Monday, June 09, 2014

## EZCORP Class A (EZPW : US$12.76)

## EZCORP Class A adds US$69 million in MCap in 2014, highest in Finance/Consumer loans sector

EZCORP Inc, NASDAQ's 3rd largest finance/consumer loans company by market cap, has now climbed US$1.26 (or 10.9%) year to date in 2014 to close at US$12.76. This gain makes the stock the highest rising one in the Finance/Consumer loans sector which is down 3.4% in 2014. The volume YTD has been 1 times average trading of 444,092 shares. Compared with the NASDAQ-100 Index which has risen 6.5% YTD, this represents a relative price increase of 4.4%. In 2014 the market cap has jumped US$69 million.

## Introduction

**We are currently bullish on this stock, both in the short-term based on technical indicators, as well as in the long-term based on fundamental metrics.**

**What makes us most bullish on the stock is the following:**

- Its Moving Average Convergence Divergence indicators are rising, with its 12-day EMA higher than its 26-day EMA.
- The Price to Book of 1.6 lower than average of 2.9 for the Finance/Consumer loans sector and 6.1 for the Total NASDAQ Market. We estimate the shares are trading at a current year Price to Book of 1.7 and a forward year Price to Book of 1.7.
- It has outperformed 76% of the market the past 6 months.
- "Total debt less than tangible book value"; total debt of $US246.4 Million is less than tangible book value of $US424.1 Million.
- The price to 50-day EMAP ratio is 1.1, a bullish indicator. The 50-day EMAP has increased to US$11.61.
- "Current ratio of two or more"; current assets are 3.8 times current liabilities.

**However, there are some reasons why some in the market are more bearish on the stock:**

- The stock is overbought according to the Williams % R indicator of -11.6.
- Price/Earnings of 20.4 versus sector average of 13.8 and market average of 28.1. We estimate the shares are trading at a current year P/E of 23.9 and a forward year P/E of 28.

## Stock Summary

| | |
|---|---|
| **52-Week Range** | US$9.22-US$19.53 |
| **Sector** | Finance/Consumer loans |
| **Market Cap** | US$693.9 million |
| **Shares Outstanding** | 54,382,144 |
| **ISIN** | US3023011063 |
| **Trailing 3 months** | |
| **Relative Strength (3 mo)** | 61 |
| **Turnover** | US$274.9 million |
| **Volume** | 24,108,752 |
| **Volume Index (1 is avg)** | 0.8 |

## Financial Summary

| Year ended | Sep 2013 | Sep 2012 | Sep 2011 |
|---|---|---|---|
| Sales (USDm) | 1,011.7 | 975.1 | 871 |
| Pretax (USDm) | 91.3 | 226.4 | 188.7 |
| Net (USDm) | 34.1 | 143.7 | 122.2 |
| EPS (USD) | 0.63 | 2.81 | 2.43 |

## MCap: A Historical Perspective

| | Share Price (USD) | Market Cap ($) |
|---|---|---|
| Last | 12.8 | 693.9 million |
| 1 Year ago | 19.2 | 980.3 million |
| 2 Years ago | 22.7 | 1.1 billion |
| 3 Years ago | 31.8 | 1.5 billion |
| 4 Years ago | 17.6 | 828.1 million |
| 5 Years ago | 12.9 | 607.6 million |



**United States Edition**
Monday, June 09, 2014

## Peer Group Analysis

Index sorting

| Name | Last Price | Relative strength (6-months) | MCap (Millions) | PV $1000 (1 yr) | Revenue (Millions) | Net Profit (Millions) | Total Assets (Millions) |
|---|---|---|---|---|---|---|---|
| Credit Acceptance | 134.7 | 60 | 3,032 | 1,197 | 694 | 242 | 2,433 |
| World Acceptance | 76.37 | 20 | 787 | 825 | 584 | 104 | 809 |
| EZCORP Class A | 12.76 | 76 | 694 | 672 | 1,012 | 34 | 1,345 |
| Diamond Hill Investment Group | 126.6 | 57 | 417 | 1,558 | 81 | 22 | 75 |
| Tree.com (D) | 25.74 | 19 | 291 | 1,309 | 139 | 4 | 153 |
| Nicholas Financial | 14.68 | 38 | 179 | 1,027 | - | - | - |
| Asta Funding | 8.31 | 47 | 108 | 924 | 42 | 3 | 208 |

## Recent Analyst Recommendations

| Date | Brokerage | Action | Past Rating | Current Rating | Prev Target | Price Target |
|---|---|---|---|---|---|---|
| 02-Jun-2014 | Zacks | Downgrade | Neutral | Underperform | - | 11.6 |
| 21-May-2014 | Sidoti | Upgrade | Neutral | Buy | - | - |
| 30-Apr-2014 | Nomura | Reiterated Rating | - | Neutral | - | 12 |



July 11, 2014
**Consumer Finance - Estimate Changes**

# EZCORP, Inc. (EZPW)

Updating Our Model for Management's Guidance for Second Half Fiscal 2014 Earnings

**MARKET PERFORM** | Price: $11.31 | Target Price: N/A

## MARKET DATA

| | |
|---|---|
| Price | $11.31 |
| 52-Week Range: | $9.22 - $19.44 |
| Shares Out. (M): | 54.6 |
| Market Cap ($M): | $617.5 |
| Average Daily Vol. (000): | 340.0 |
| Book Value/Share: | $17.49 |
| Float (M): | 47.2 |
| LT Debt (M): | $214 |
| LT Debt/Total Cap.: | 18.3% |
| ROAE: | 6.5% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $259.7A | -- |
| | 3Q | $235.2 | $258.2 | -- |
| | 4Q | $234.4 | $277.0 | -- |
| | **FY** | **$1,010.3** | **$1,064.2** | **$1,135.0** |
| EPS | 1Q | $0.59 | $0.39A | -- |
| | 2Q | $0.63 | $0.36A | -- |
| | 3Q | $0.29 | $0.27 | -- |
| | 4Q | $0.16 | $0.33 | -- |
| | **FY** | **$1.71** | **$1.35** | **$1.50** |
| | P/E | 6.6x | 8.4x | 7.5x |
| Previous FY | | NC | NC | $1.60 |
| | **CY** | **$1.47** | **$1.43** | **--** |
| | P/E | 7.7x | 7.9x | -- |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** In a follow-up to our quarterly industry earnings preview note, we are updating our estimates for EZPW for management's quarterly earnings guidance for fiscal 3Q14 and 4Q14 provided with its $200 million convertible bond offering in early July. We maintain our FY14 EPS estimate of $1.35 and lower our FY15 EPS estimate from $1.60 to $1.50. We remain on the sidelines due to our cautious outlook for the company driven by: 1) its greater exposure to scrapping than its public competitors; 2) its less seasoned installment and non-payday portfolio vs. competitors who are seeing loss rates moderate; and 3) pawn merchandise gross margins that have yet to bottom, in our opinion.

---

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

July 11, 2014

EZCORP, Inc. (EZPW)

## FIGURE 1.   Comparative Valuation Table ($m, except per share data)

| Company | Ticker | Rating | 07/11/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY2014 EV/ EBITDA | CY2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 39.80 | 367 | 47.92 | 34.56 | 2.72 | 3.19 | 14.6x | 12.5x | 10% | 1.5x | 1.2x | 462 | 9.9x | 8.5x | 0.4x |
| Cash America International | CSH | MO | 42.74 | 1,261 | 48.89 | 34.80 | 4.38 | 4.80 | 9.8x | 8.9x | 15% | 0.7x | 0.6x | 1,789 | 5.5x | 5.2x | 0.6x |
| Cash Store Financial Services | CSFS | NR | 0.04 | 1 | 2.63 | 0.04 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 127 | N/A | N/A | -16.4x |
| Consumer Portfolio Services | CPSS | MO | 7.95 | 254 | 9.64 | 5.61 | 0.86 | 1.04 | 9.2x | 7.6x | 20% | 0.5x | 0.4x | 1,572 | 15.5x | 13.1x | 12.9x |
| Credit Acceptance Corporation | CACC | MP | 121.20 | 2,852 | 150.89 | 106.60 | 11.90 | 13.00 | 10.2x | 9.3x | 15% | 0.7x | 0.6x | 4,404 | 9.2x | 8.3x | 2.2x |
| Encore Capital | ECPG | MO | 43.60 | 1,229 | 51.95 | 32.68 | 4.35 | 5.00 | 10.0x | 8.7x | 15% | 0.7x | 0.6x | 2,900 | 8.4x | 7.2x | 3.3x |
| EZCORP, Inc. | EZPW | MP | 11.09 | 605 | 19.44 | 9.22 | 1.43 | N/A | 7.8x | N/A | 15% | 0.5x | N/A | 787 | 2.9x | N/A | 0.2x |
| First Cash Financial Services | FCFS | MO | 56.42 | 1,655 | 64.06 | 46.01 | 3.00 | 3.50 | 18.8x | 16.1x | 20% | 0.9x | 0.8x | 1,761 | 11.4x | 9.5x | 0.5x |
| Green Dot Corporation | GDOT | MO | 17.79 | 818 | 26.87 | 16.53 | 1.25 | 1.50 | 14.2x | 11.9x | 25% | 0.6x | 0.5x | 681 | 5.9x | 5.0x | 0.0x |
| JGPWT Holdings | JGW | MO | 10.99 | 325 | 19.88 | 9.43 | 1.55 | 1.72 | 7.1x | 6.4x | 15% | 0.5x | 0.4x | 810 | 7.1x | 6.9x | -2.6x |
| MoneyGram International | MGI | MP | 13.92 | 890 | 23.10 | 12.45 | 1.54 | 1.67 | 9.0x | 8.3x | 15% | 0.6x | 0.6x | 1,563 | 5.2x | 5.0x | -5.7x |
| Nicholas Financial | NICK | NR | 13.02 | 162 | 17.20 | 12.89 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 287 | N/A | N/A | 0.9x |
| Portfolio Recovery Associates | PRAA | MO | 56.47 | 2,844 | 63.96 | 46.34 | 3.90 | 4.30 | 14.5x | 13.1x | 15% | 1.0x | 0.9x | 3,102 | 9.0x | 8.2x | 0.5x |
| Regional Management Corp. | RM | MO | 15.01 | 195 | 36.23 | 13.93 | 2.03 | 2.75 | 7.4x | 5.5x | 20% | 0.4x | 0.3x | 499 | 7.9x | 6.2x | 1.9x |
| Springleaf Holdings | LEAF | MO | 25.41 | 2,925 | 29.50 | 18.51 | 1.85 | 2.30 | 13.7x | 11.0x | 20% | 0.7x | 0.6x | 13,861 | 19.7x | 18.1x | 8.3x |
| Western Union | WU | MP | 17.40 | 9,556 | 19.50 | 14.60 | 1.46 | 1.59 | 11.9x | 10.9x | 15% | 1.2x | 1.1x | 11,706 | 8.4x | 7.9x | 3.7x |
| World Acceptance | WRLD | NR | 75.06 | 830 | 107.98 | 71.58 | 10.36 | 11.68 | 7.2x | 6.4x | 15% | 0.5x | 0.4x | 1,316 | 6.7x | 6.5x | 1.6x |
| | | | | | | | Mean: | | 11.0x | 9.8x | | 0.7x | 0.6x | | 8.8x | 8.3x | 0.7x |
| | | | | | | | Median: | | 10.0x | 9.1x | | 0.7x | 0.6x | | 8.4x | 7.6x | 0.6x |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*
*Source: Thomson Reuters and JMP Securities LLC reports*

2

J M P
SECURITIES

**July 21, 2014**
**Consumer Finance - Company Update**



# EZCORP, Inc. (EZPW)

Class B Controlling Shareholder Fires Back in Management and Board Shake-up

## MARKET DATA

| | |
|---|---|
| Price | $11.12 |
| 52-Week Range: | $9.22 - $19.44 |
| Shares Out. (M): | 54.6 |
| Market Cap ($M): | $607.2 |
| Average Daily Vol. (000): | 696.0 |
| Book Value/Share: | $17.49 |
| Float (M): | 47.2 |
| LT Debt (M): | $214 |
| LT Debt/Total Cap.: | 18.3% |
| ROAE: | 6.5% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $259.7A | -- |
| | 3Q | $235.2 | $258.2 | -- |
| | 4Q | $234.4 | $277.0 | -- |
| | **FY** | **$1,010.3** | **$1,064.2** | **$1,135.0** |
| EPS | 1Q | $0.59 | $0.39A | -- |
| | 2Q | $0.63 | $0.36A | -- |
| | 3Q | $0.29 | $0.27 | -- |
| | 4Q | $0.16 | $0.33 | -- |
| | **FY** | **$1.71** | **$1.35** | **$1.50** |
| | P/E | 6.5x | 8.2x | 7.4x |
| | **CY** | **$1.47** | **$1.43** | **--** |
| | P/E | 7.6x | 7.8x | -- |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



**MARKET PERFORM** | Price: $11.12 | Target Price: N/A

## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** The sole shareholder of the company's Class B voting shares, MS Pawn Limited Partnership, removed EZPW's CEO Paul Rothamel and two directors, including the non-executive chairman that took the helm just two months ago. MS Pawn is controlled by investor Philip Cohen, and the late Friday purge followed a series of recent governance moves by EZPW's board aimed at limiting the influence of Cohen, including the termination of the company's consulting contract with Cohen's Madison Park advisory firm. The board has a new chairman, a search for a new CEO is underway, and at this time we are not clear about other potential senior management changes. We remain on the sidelines due to our cautious outlook for the company, driven by greater exposure to scrapping than its public competitors, its less-seasoned installment and non-payday portfolios than competitors, who are seeing loss rates moderate, and our belief that pawn merchandise gross margins have yet to bottom.

**Governance issues have been a concern of non-voting public shareholders and Friday's developments reinforce the conflicts.** While EZPW's atypical corporate governance structure (for a public company) has always been a concern for some investors, it has largely been restricted to opposition to the consulting arrangement between Madison Park and EZPW. Friday's board and management purge elevates the investment risk to a greater degree, if for no other reason than public investors may be left wondering how independently the board will act. With one shareholder exerting so much control, we believe that the Class A shares may continue to command a 10-15% P/E discount to peers, irrespective of financial performance.

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

## FIGURE 1.   Comparative Valuation Table ($M, except per share data)

| Company | Ticker | Rating | 07/20/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY 2014 EV/ EBITDA | CY 2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 38.16 | 352 | 47.92 | 34.56 | 2.72 | 3.19 | 14.0x | 12.0x | 10% | 1.4x | 1.2x | 447 | 9.6x | 8.3x | 0.4x |
| Cash America International | CSH | MO | 43.64 | 1,287 | 48.30 | 34.80 | 4.38 | 4.80 | 10.0x | 9.1x | 15% | 0.7x | 0.6x | 1,816 | 5.6x | 5.3x | 0.6x |
| Cash Store Financial Services | CSFS | NR | 0.09 | 2 | 2.55 | 0.03 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 127 | N/A | N/A | -16.4x |
| Consumer Portfolio Services | CPSS | MO | 7.62 | 244 | 9.64 | 5.61 | 0.86 | 1.04 | 8.9x | 7.3x | 20% | 0.4x | 0.4x | 1,561 | 15.4x | 13.0x | 12.9x |
| Credit Acceptance Corporation | CACC | MP | 118.79 | 2,795 | 150.89 | 106.60 | 11.90 | 13.00 | 10.0x | 9.1x | 15% | 0.7x | 0.6x | 4,347 | 9.1x | 8.2x | 2.2x |
| Encore Capital | ECPG | MO | 42.93 | 1,210 | 51.95 | 34.62 | 4.35 | 5.00 | 9.9x | 8.6x | 15% | 0.7x | 0.6x | 2,881 | 8.3x | 7.2x | 3.3x |
| EZCORP, Inc. | EZPW | MP | 11.12 | 607 | 19.44 | 9.22 | 1.43 | N/A | 7.8x | N/A | 15% | 0.5x | N/A | 789 | 2.9x | N/A | 0.2x |
| First Cash Financial Services | FCFS | MO | 56.32 | 1,652 | 64.06 | 46.01 | 3.00 | 3.45 | 18.8x | 16.3x | 20% | 0.9x | 0.8x | 1,768 | 11.5x | 9.7x | 0.5x |
| Green Dot Corporation | GDOT | MO | 17.63 | 811 | 26.87 | 16.53 | 1.25 | 1.50 | 14.1x | 11.8x | 25% | 0.6x | 0.5x | 674 | 5.8x | 5.0x | 0.0x |
| JGPWT Holdings | JGW | MO | 10.99 | 325 | 19.88 | 9.43 | 1.55 | 1.72 | 7.1x | 6.4x | 15% | 0.5x | 0.4x | 810 | 7.1x | 6.9x | -2.6x |
| MoneyGram International | MGI | MP | 14.46 | 924 | 23.00 | 12.45 | 1.54 | 1.67 | 9.4x | 8.7x | 15% | 0.6x | 0.6x | 1,597 | 5.3x | 5.1x | -5.7x |
| Nicholas Financial | NICK | NR | 13.47 | 168 | 17.20 | 12.89 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 293 | N/A | N/A | 0.9x |
| Portfolio Recovery Associates | PRAA | MO | 60.85 | 3,065 | 63.96 | 46.34 | 3.90 | 4.30 | 15.6x | 14.2x | 15% | 1.0x | 0.9x | 3,323 | 9.6x | 8.8x | 0.5x |
| Regional Management Corp. | RM | MO | 15.14 | 197 | 36.23 | 13.93 | 2.03 | 2.75 | 7.5x | 5.5x | 20% | 0.4x | 0.3x | 501 | 7.9x | 6.3x | 1.9x |
| Springleaf Holdings | LEAF | MO | 26.34 | 3,033 | 29.50 | 18.51 | 1.85 | 2.30 | 14.2x | 11.5x | 20% | 0.7x | 0.6x | 13,969 | 19.9x | 18.3x | 8.3x |
| Western Union | WU | MP | 17.52 | 9,622 | 19.50 | 14.60 | 1.46 | 1.59 | 12.0x | 11.0x | 10% | 0.5x | 1.1x | 11,772 | 8.4x | 8.0x | 3.7x |
| World Acceptance | WRLD | NR | 76.75 | 848 | 107.98 | 71.58 | 10.27 | 11.52 | 7.5x | 6.7x | 15% | 0.5x | 0.4x | 1,334 | 6.8x | 6.6x | 1.6x |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | Mean: | 11.1x | 9.9x | | 0.7x | 0.6x | | 8.9x | 8.3x | 0.7x |
| | | | | | | | | Median: | 10.0x | 9.1x | | 0.7x | 0.6x | | 8.3x | 7.6x | 0.6x |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*

*Source: Thomson Reuters and JMP Securities LLC reports*

JMP SECURITIES



July 30, 2014
Consumer Finance - Estimate Changes

# EZCORP, Inc. (EZPW)

In Line with Preannouncement; Results Take Back Seat to Governance Changes and 90-Day Strategic Review

**MARKET PERFORM** | Price: $9.74 | Target Price: N/A

## MARKET DATA

| | |
|---|---|
| Price | $9.74 |
| 52-Week Range: | $9.22 - $18.56 |
| Shares Out. (M): | 54.4 |
| Market Cap ($M): | $529.9 |
| Average Daily Vol. (000): | 858.0 |
| Book Value/Share: | $17.98 |
| Float (M): | 47.2 |
| LT Debt (M): | $361 |
| LT Debt/Total Cap.: | 26.9% |
| ROAE: | 6.4% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4A | -- |
| | 2Q | $272.1 | $259.7A | -- |
| | 3Q | $235.2 | $241.4A | -- |
| | 4Q | $234.4 | $252.8 | -- |
| | **FY** | **$1,010.3** | **$1,023.3** | **$1,088.1** |
| EPS | 1Q | $0.61 | $0.39A | |
| | 2Q | $0.66 | $0.36A | |
| | 3Q | $0.29 | $0.21A | |
| | 4Q | $0.16 | $0.41 | |
| | **FY** | **$1.69** | **$1.37** | **$1.55** |
| | P/E | 5.8x | 7.1x | 6.3x |
| Previous FY | | $1.71 | $1.34 | $1.50 |
| | **CY** | **$1.50** | **$1.42** | **--** |
| | P/E | 6.5x | 6.9x | |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** The company reported fiscal (September) 3Q14 results and 4Q14 guidance in line with the preannouncement on June 16. We believe shares may rebound a bit given the lack of surprises yesterday and the compelling valuation (at 6.5x forward P/E); however, we remain cautious as investors were told to wait 90 days for the new management and board to conduct a review of each business segment to determine its future. EPS of $0.21 was characterized by many of the trends we have been seeing lately, including sluggish U.S. merchandise sales and pawn loan growth, jewelry headwinds, soft gross margins, and strong payroll lending in Mexico. However, we saw a significant degree of credit stress in the quarter related to online and installment lending, in addition to an acknowledgement by management that there is room for further expense rationalization and centralization.

**Governance issues were both a focus and a distraction on the conference call.** We will skip over the dramatic chain of events that unfolded over the past few weeks and months. The only real takeaway in our mind is that Class A public investors must wade into any position in EZPW with the knowledge that all governance power resides with a single Class B holder, the same as it has always been.

**The broad message of the call was, "we will get back to you in 90 days."** Interim CEO Mark Kuchenrither laid out a target of at least 15% return on invested capital (ROIC) for any business where EZPW commits capital. He informed investors that management will be reviewing each business (and noted the challenges facing the UK online lending and Mexican pawn operations) and will report to the new board in 90 days with its recommendations. The commitment to a disciplined review of the company's diverse product and geographic footprint is welcome, but investors are facing a three-month void and we are hard pressed to recommend the shares in such a vacuum.

**Estimates and guidance.** The company provided fiscal fourth quarter GAAP guidance last month of $0.40 to $0.42, which has been reduced by $0.03 for non-cash interest associated with the $230 million convertible note offering. We add back $0.03 per quarter going forward to derive our adjusted EPS forecasts. Our FY14 earnings estimate now calls for $1.37 and we raise our FY15 earnings estimate to $1.55 to account for cash interest savings from the convertible bond offering versus funding through the bank facility.

**Earnings visibility is reduced somewhat by increased reliance on loan sales at Grupo Finmart.** The company began to employ structured finance transactions in the fiscal first quarter, whereby it sells loan portfolios and recognizes a gain that is based on accelerating the interest and costs of a 36-month loan. Management indicates that it is effectively paying a 3% fee in order to accelerate cash flow and redeploy the capital

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeremy Frazer**
jfrazer@jmpsecurities.com
(312) 768-1796

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

July 30, 2014

EZCORP, Inc. (EZPW)

## FIGURE 2.   Comparative Valuation Table ($m, except per share data)

| Company | Ticker | Rating | 07/29/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY 2014 EV/ EBITDA | CY 2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 37.02 | 341 | 47.92 | 34.56 | 2.72 | 3.19 | 13.6x | 11.6x | 10% | 1.4x | 1.2x | 436 | 9.4x | 8.1x | 0.4x |
| Cash America International | CSH | MO | 44.41 | 1,299 | 48.30 | 34.80 | 4.34 | 4.30 | 10.2x | 10.3x | 15% | 0.7x | 0.7x | 1,908 | 5.5x | 5.2x | 0.7x |
| Cash Store Financial Services | CSFS | NR | 0.08 | 1 | 2.45 | 0.03 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 127 | N/A | N/A | -16.4x |
| Consumer Portfolio Services | CPSS | MO | 7.23 | 231 | 9.64 | 5.61 | 0.86 | 1.04 | 8.4x | 7.0x | 20% | 0.4x | 0.3x | 1,622 | 16.5x | 13.9x | 12.6x |
| Credit Acceptance Corporation | CACC | MP | 117.96 | 2,775 | 150.89 | 106.60 | 11.90 | 13.00 | 9.9x | 9.1x | 15% | 0.7x | 0.6x | 4,328 | 9.0x | 8.1x | 2.2x |
| Encore Capital | ECPG | MO | 42.87 | 1,209 | 51.95 | 36.49 | 4.35 | 5.00 | 9.9x | 8.6x | 15% | 0.7x | 0.6x | 2,879 | 8.3x | 7.2x | 3.3x |
| EZCORP, Inc. | EZPW | MP | 9.74 | 530 | 18.56 | 9.22 | 1.42 | N/A | 6.9x | N/A | 15% | 0.5x | N/A | 840 | 3.2x | N/A | 0.4x |
| First Cash Financial Services | FCFS | MO | 56.21 | 1,649 | 64.06 | 46.01 | 3.00 | 3.45 | 18.7x | 16.3x | 20% | 0.9x | 0.8x | 1,765 | 11.4x | 9.7x | 0.5x |
| Green Dot Corporation | GDOT | MO | 17.41 | 800 | 26.87 | 16.53 | 1.25 | 1.50 | 13.9x | 11.6x | 25% | 0.6x | 0.5x | 663 | 5.7x | 4.9x | 0.0x |
| JGPWT Holdings | JGW | MO | 11.06 | 327 | 19.88 | 9.43 | 1.55 | 1.72 | 7.1x | 6.4x | 15% | 0.5x | 0.4x | 812 | 7.1x | 6.9x | -2.6x |
| MoneyGram International | MGI | MP | 14.35 | 917 | 23.00 | 12.45 | 1.54 | 1.67 | 9.3x | 8.6x | 15% | 0.6x | 0.6x | 1,590 | 5.3x | 5.1x | -5.7x |
| Nicholas Financial | NICK | NR | 13.20 | 164 | 17.20 | 12.89 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 290 | N/A | N/A | 0.9x |
| Portfolio Recovery Associates | PRAA | MO | 59.82 | 3,013 | 63.96 | 47.35 | 3.90 | 4.30 | 15.3x | 13.9x | 15% | 1.0x | 0.9x | 3,271 | 9.4x | 8.7x | 0.5x |
| Regional Management Corp. | RM | MO | 15.40 | 200 | 36.23 | 13.93 | 2.03 | 2.75 | 7.6x | 5.6x | 20% | 0.4x | 0.3x | 504 | 7.9x | 6.3x | 1.9x |
| Springleaf Holdings | LEAF | MO | 26.75 | 3,080 | 29.50 | 18.51 | 1.85 | 2.30 | 14.5x | 11.6x | 20% | 0.7x | 0.6x | 14,016 | 19.9x | 18.3x | 8.3x |
| Western Union | WU | MP | 17.51 | 9,616 | 19.50 | 14.60 | 1.46 | 1.59 | 12.0x | 11.0x | 10% | 1.2x | 1.1x | 11,767 | 8.4x | 8.0x | 3.7x |
| World Acceptance | WRLD | NR | 82.30 | 910 | 107.98 | 71.58 | 10.50 | 11.93 | 7.8x | 6.9x | 15% | 0.5x | 0.5x | 1,396 | 7.3x | 7.1x | 1.6x |
| | | | | | | | | Mean: | 11.0x | 9.9x | | 0.7x | 0.6x | | 9.0x | 8.4x | 0.7x |
| | | | | | | | | Median: | 9.9x | 9.7x | | 0.7x | 0.6x | | 8.3x | 7.6x | 0.7x |

*JMP Securities EPS estimates (except for CSFS, NICK, and WRLD from Thomson Reuters)*

*Source: Thomson Reuters and JMP Securities LLC reports*

JMP SECURITIES

4

# buysellsignals

**United States Edition**
Thursday, July 31, 2014

## EZCORP Class A (EZPW : US$9.82)

## EZCORP Class A plummets 15.9% in July, leads Finance/Consumer loans sector

EZCORP Inc, NASDAQ's 3rd largest finance/consumer loans company by market cap, plummeted US$1.85 (or 15.9%) in the month ended July 31 to close at US$9.82. This loss makes the stock the biggest decliner in the Finance/Consumer loans sector which is down 8.0%. The volume in the month was 1.6 times the average trading of 560,064 shares. Compared with the NASDAQ-100 Index which rose 72.2 points (or 1.9%), this represents a relative price change of -17.8%. In the July the market cap declined US$100.8 million.

## Introduction

**We are currently bullish on this stock in the long-term based on fundamental metrics, but are more bearish in the short-term based on technical indicators**

**What makes us most bullish on the stock is the following:**

- The Price to Book of 1.3 lower than average of 2.5 for the Finance/Consumer loans sector and 6.0 for the Total NASDAQ Market. We estimate the shares are trading at a current year Price to Book of 1.3 and a forward year Price to Book of 1.3.
- "Total debt less than tangible book value"; total debt of $US246.4 Million is less than tangible book value of $US424.1 Million.
- "Current ratio of two or more"; current assets are 3.8 times current liabilities.
- "Total debt equal or less than twice the net quick liquidation value"; total debt of $US246.4 Million is 0.8 times the net liquidation value of $US290.7 Million.

**However, there are some reasons why we remain bearish on the stock for the short-term:**

- Its Moving Average Convergence Divergence indicators are falling, with its 12-day EMA lower than its 26-day EMA.
- Amongst stocks that are shorted, it was in the top quartile as a percentage of stock shorted, suggesting that there are many confident bears of the stock.
- The price to 200-day MAP ratio is 0.81, a bearish indicator.
- In the last three months the number of falls outnumbered rises 37:25 or 1.48:1.

## Stock Summary

| | |
|---|---|
| **52-Week Range** | US$9.22-US$18.56 |
| **Sector** | Finance/Consumer loans |
| **Market Cap** | US$534 million |
| **Shares Outstanding** | 54,382,144 |
| **ISIN** | US3023011063 |
| **Relative Strength (3 mo)** | 22 |

## Financial Summary

| Year ended | Sep 2013 | Sep 2012 | Sep 2011 |
|---|---|---|---|
| Sales (USD) | 1.0117B | 975.096M | 870.97M |
| Pretax (USD) | 91.31M | 226.362M | 188.711M |
| Net (USD) | 34.077M | 143.708M | 122.159M |
| EPS (USD) | 0.63 | 2.81 | 2.43 |

## EZCORP Class A Corporate Bonds

Short-Term Leucadia NAtional corporate bonds (CUSIP: 527288BD5), maturing in 1 year 1 month last traded on 29 Jul, 2014 at US$107.31. The yield-to-maturity is 1.52%, a spread of 0.99% from Treasury. Year-to-date, the yield-to-maturity is down 9.0 basis points from 1.61%.

The Bond Equity Earnings Yield Ratio (BEER) represented by the Short-Term Bond Yield of 1.52% divided by the Earnings Yield of 4.06% is 0.38.

### Yield Snapshot (all figures in %)

| CUSIP | Maturity | EZPW | Treasury | Spread |
|---|---|---|---|---|
| 527288BD5 | 1 year 1 month | 1.52 | 0.53 | 0.99 |



## Peer Group Analysis

Sector sorting

| Name | Last Price | Relative strength (6-months) | MCap () | PV $1000 (1 yr) | Revenue () | Net Profit () | Total Assets () |
|------|-----------|------------------------------|---------|-----------------|-----------|---------------|------------------|
| Credit Acceptance | 113.7 | 29 | 2.5B | 1,015 | 694.3M | 242.3M | 2.4B |
| EZCORP Class A | 9.8 | 31 | 534M | 546 | 998.1M | -60,000 | 1.3B |
| Diamond Hill Investment Group | 127.8 | 80 | 421.3M | 1,245 | 86.8M | 22.6M | 75.4M |
| Tree.com (D) | 25.5 | 20 | 288.5M | 1,384 | 151.2M | 1.8M | 152.6M |
| Nicholas Financial | 13.0 | 25 | 159M | 819 | 82.6M | 16.7M | 283.4M |
| Asta Funding | 8.4 | 62 | 108.8M | 939 | 42.2M | 3.1M | 207.8M |

## Recent Analyst Recommendations

| Date | Brokerage | Action | Past Rating | Current Rating | Prev Target | Price Target |
|------|-----------|--------|-------------|----------------|-------------|--------------|
| 31-Jul-2014 | Nomura | Reiterated Rating | - | Neutral | 12 | 11 |
| 31-Jul-2014 | Wells Fargo & Co. | Downgrade | Outperform | Market Perform | - | - |
| 31-Jul-2014 | FBR Capital Markets | Lower Price Target | - | - | 12 | 11 |
| 21-Jul-2014 | Sidoti | Lower Price Target | Buy | Neutral | 16 | 10 |
| 09-Jul-2014 | Macquarie | Initiated Coverage | - | Neutral | - | - |
| 02-Jun-2014 | Zacks | Downgrade | Neutral | Underperform | - | 11.6 |
| 21-May-2014 | Sidoti | Upgrade | Neutral | Buy | - | - |

**COMPANY NOTE**

Initiating Coverage

USA | Financials | Commercial Finance

September 4, 2014

# Jefferies

EQUITY RESEARCH AMERICAS

# EZCORP, Inc. (EZPW)
## Risks Fairly Balanced with Reward; Initiating on EZPW with a Hold

**HOLD**

Price target $11.00
Price $10.74

### Key Takeaway

We initiate on EZPW with a Hold rating as we think growth opportunities are currently balanced with regulatory threats and operational headwinds. EZPW shares appear attractively valued on a historical basis, although the aforementioned risks and a divisive ownership structure lead us to believe this discount is appropriate for now. That said, EZPW stands to benefit from a recovery in pawn which would lead to us to potentially be more constructive on the stock.

**Pawn recovery may drive earnings growth -** Prior to gold price declines, EZPW was earning nearly $3.00 per share, while LTM core EPS declined to $0.98. After lapping the most challenging gold/loan demand comps, we believe EZPW is positioned for a return to EPS growth driven from the pawn segment. That said, given the potential permanent loss of wholesale gold disposition volumes, we believe that core earnings potential will be reduced for the foreseeable future.

**Acquisitions have diversified the company but also complicate the story -** EZPW has diversified both its product set and geographical exposure in recent years, including expansion into Mexican consumer lending, UK Internet lending, and second-hand goods reselling (Cash Converters). While we view diversification favorably as it mitigates regulatory risk and potentially enhances growth opportunities; we believe the breadth of acquisitions across some industries which are going through challenging regulatory and operating cycles complicates the EZPW story, potentially resulting in a lower P/E ratio.

**EZPW has a divisive ownership structure -** 100% of EZPW's voting shares are owned by a single entity. Over the years, this arrangement has been viewed as controversial given the voting authority and a related consulting contract with the entity owned by the 100% voting shareholder. Recent actions by the Board, along with recent decisions by the sole voting shareholder have taken shareholders by surprise and resulted in volatility in the stock.

### Valuation/Risks

Our $11 price target equates to 7x our CY15 EPS estimate, a discount to EZPW's post-crisis average given increased industry headwinds. Key risks include: 1) state and federal regulatory, 2) integration, 3) Texas exposure, and 4) corporate governance.

### Financial Summary

| | |
|---|---|
| Book Value (MM): | $195.5 |
| Book Value/Share: | $4.50 |
| Net Debt (MM): | ($61.6) |
| Return on Avg. Equity: | 22.3% |

### Market Data

| | |
|---|---|
| 52 Week Range: | $18.16 - $9.22 |
| Total Entprs. Value (MM): | $405.6 |
| Market Cap. (MM): | $467.2 |
| Shares Out. (MM): | 43.5 |
| Float (MM): | 47.3 |
| Avg. Daily Vol.: | 827,587 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

### Price Performance



| USD | Prev. | 2013E | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| **EPS** | | | | | | | | |
| Dec | -- | -- | -- | 0.31A | -- | 0.42 | -- | 0.45 |
| Mar | -- | -- | -- | 0.25A | -- | 0.44 | -- | 0.41 |
| Jun | -- | -- | -- | 0.21A | -- | 0.31 | -- | 0.41 |
| Sep | -- | -- | -- | 0.37 | -- | 0.43 | -- | 0.51 |
| FY Sep | -- | 1.64 | -- | 1.14 | -- | 1.60 | -- | 1.78 |
| FY P/E | | 6.5x | | 9.4x | | 6.7x | | 6.0x |

Source: Baseline

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 14 to 17 of this report.

214

## EZPW

Initiating Coverage

September 4, 2014

# EZCORP, Inc. (EZPW)

## Hold: $11 Price Target

*THE LONG VIEW*

---

## Scenarios

### Target Investment Thesis

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact  valuation
- 2015 CY EPS: $1.63, Target multiple 7x Fwd P/E, Target Price: $11

### Upside Scenario

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2015 CY EPS: $2.25, Target multiple 9x Fwd P/E, Target Price: $20

### Downside Scenario

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent  acquisitions
- Enforcement action from the CID reduces growth
- 2015 CY EPS: $1.00, Target multiple 6x Fwd P/E, Target Price: $6

---

## Long Term Analysis

### Historical P/E - NTM



Source: Factset, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| NTM Pawn Receivables Growth | 3.0% |
| FY15 Merchandise Margin | 40.0% |
| FY15 Scrap Margin | 23.0% |
| FY15 Payday Loan Growth | 0.0% |
| FY15 Installment/Title Growth | 10%-15% |
| FY 15 Op. Ex./Net Revenues | 80.0% |
| FY15 ROE | 7.7% |

### Other Considerations

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

---

## Peer Group

### Peer CY13- CY14 EPS Growth



Source: Factset, Jefferies estimates

### Peer Group CY15 P/E



Source: Factset, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **EZPW** | **Hold** | **$11.00** |
| FCFS | Hold | $56.00 |
| JGW | Buy | $16.00 |
| RM | Buy | $22.00 |
| LEAF | Buy | $39.00 |
| WRLD | Hold | $88.00 |

---

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 14 - 17 of this report.

**Jefferies**

# buysellsignals

**United States Edition**
Tuesday, September 30, 2014

## EZCORP Class A (EZPW : US$9.95)

## EZCORP Class A sinks 14% in 2014, lagging Finance/Consumer loans sector

EZCORP Inc, NASDAQ's 3rd largest finance/consumer loans company by market cap, has now sank US$1.55 (or 13.5%) year to date in 2014 to close at US$9.95. This loss makes the stock the fourth biggest decliner in the Finance/Consumer loans sector which is down 12.8% in 2014. The volume YTD has been 1 times average trading of 550,492 shares. Compared with the NASDAQ-100 Index which has risen 13.6% YTD, this represents a relative price change of -27.1%. In 2014 the market cap has declined US$91.7 million. Revenue jumped 6.4% year-on-year. EPS showed a strong boost of 40.0% quarter-on-quarter.

## Introduction

**We are currently bullish on this stock, both in the short-term based on technical indicators, as well as in the long-term based on fundamental metrics.**

**What makes us most bullish on the stock is the following:**

- The stock is oversold according to the Williams % R indicator of -84.8.
- The Price to Book of 1.3 lower than average of 2.6 for the Finance/Consumer loans sector and 6.6 for the Total NASDAQ Market. We estimate the shares are trading at a current year Price to Book of 1.3 and a forward year Price to Book of 1.3.
- "Total debt less than tangible book value"; total debt of $US246.4 Million is less than tangible book value of $US424.1 Million.
- "Current ratio of two or more"; current assets are 3.8 times current liabilities.

**However, there are some reasons why some in the market are more bearish on the stock:**

- Its Moving Average Convergence Divergence indicators are falling, with its 12-day EMA lower than its 26-day EMA.
- Price/Earnings of 30.8 versus sector average of 12.9 and market average of 29.9. We estimate the shares are trading at a current year P/E of 18.3 and a forward year P/E of 21.5.

## Stock Summary

| | |
|---|---|
| **52-Week Range** | US$9.22-US$17.21 |
| **Sector** | Finance/Consumer loans |
| **Market Cap** | US$533.1 million |
| **EPS Growth % (q.o.q)** | 40.0 |
| **Shares Outstanding** | 53,582,417 |
| **ISIN** | US3023011063 |
| **Relative Strength (3 mo)** | 28 |

## Financial Summary

| Year ended | Sep 2013 | Sep 2012 | Sep 2011 |
|---|---|---|---|
| Sales (USD) | 1.0117B | 975.096M | 870.97M |
| Pretax (USD) | 91.31M | 226.362M | 188.711M |
| Net (USD) | 34.077M | 143.708M | 122.159M |
| EPS (USD) | 0.63 | 2.81 | 2.43 |

## EZCORP Class A Corporate Bonds

The yield-to-maturity is 1.41%, a spread of 0.83% from Treasury. Year-to-date, the yield-to-maturity is down 20.0 basis points from 1.61%.

The Bond Equity Earnings Yield Ratio (BEER) represented by the Short-Term Bond Yield of 1.41% divided by the Earnings Yield of 4.2% is 0.34.

**Yield Snapshot (all figures in %)**



## Peer Group Analysis

Sector sorting

| Name | Last Price | Relative strength (6-months) | MCap () | PV $1000 (1 yr) | Revenue () | Net Profit () | Total Assets () |
|---|---|---|---|---|---|---|---|
| Credit Acceptance | 126.1 | 42 | 2.7B | 1,136 | 704.7M | 250.2M | 2.4B |
| EZCORP Class A | 10.0 | 42 | 533.1M | 589 | 1B | 17.3M | 1.3B |
| Diamond Hill Investment Group | 125.8 | 53 | 415M | 1,196 | 93.6M | 24.8M | 75.4M |
| Asta Funding | 8.3 | 65 | 107.4M | 955 | 42.4M | 2.7M | 207.8M |

## Recent Analyst Recommendations

| Date | Brokerage | Action | Past Rating | Current Rating | Prev Target | Price Target |
|---|---|---|---|---|---|---|
| 04-Sep-2014 | Jefferies Group | Initiated Coverage | - | Hold | - | 11 |
| 31-Jul-2014 | Wells Fargo & Co. | Downgrade | Outperform | Market Perform | - | - |
| 31-Jul-2014 | Nomura | Reiterated Rating | - | Neutral | 12 | 11 |
| 31-Jul-2014 | FBR Capital Markets | Lower Price Target | - | - | 12 | 11 |
| 21-Jul-2014 | Sidoti | Lower Price Target | Buy | Neutral | 16 | 10 |
| 09-Jul-2014 | Macquarie | Initiated Coverage | - | Neutral | - | - |

**INDUSTRY NOTE**

TargetChange

USA | Financials | Consumer Finance

October 7, 2014

# Jefferies

EQUITY RESEARCH AMERICAS

# Consumer Finance
## Consumer Finance Third Quarter Earnings Preview

**Key Takeaway**

In this note, we detail our expectations for the upcoming C3Q14 reporting period for non-prime consumer finance companies under coverage including EZPW (pre-announced yesterday), FCFS, JGW, RM, LEAF and WRLD.

We continue to believe this sector remains a stock-picker's market and that results will be generally company specific, tied to product and geographic exposure, as well as certain company-specific issues/developments including credit trends.

**Macro Factors Mixed.** We also discuss quarterly macro-economic factors and potential implications on C3Q14 earnings for the group – namely recent gold weakness and the later-quarter strength of the US$, which we believe could weigh on quarterly results for those reliant on international operations. Additionally, we discuss 10-year swap movements and the potential impact on JGW.

**Product Overview.** From a product perspective, we believe we have lapped the most challenging pawn comps domestically and are poised for a resumption of growth for US pawn segments this quarter – although this could be offset by the strength of the US$ for those with international pawn exposure. For payday, we believe growth remains challenging given regulatory changes and the ongoing shift towards multi-payment products. Lastly, we believe pockets of growth will be supportive for trends for installment lenders in C3Q14 given an ongoing economic recovery.

**Credit Overview - Reversion to the Mean Continues.** In terms of credit, overall subprime credit performance continues to revert to the mean and we expect YoY credit metrics to deteriorate modestly for the industry as a whole. That said, we are optimistic that those that have run into recent credit issues (RM) may show signs of charge-off improvements based on last-quarter's late-stage delinquency trends.

**Regulatory Round-Up.** Lastly, we highlight recent regulatory developments in the consumer lending space and our near-term outlook for potential near-term regulatory developments.

**Thoughts on the Industry.** Of the consumer finance names under coverage, we continue to recommend JGW given valuation and a renewed focus on monetizing the customer base, RM based on early indications of a credit recovery which should translate into earnings growth, and lastly, LEAF (one of our top picks) as we believe the market is not fully valuing the earnings potential of the company upon deployment of its existing liquidity.

**A Note on EZPW.** As a note, we are including our assessment of EZPW's restructuring/ F4Q14 pre-announcement announced yesterday afternoon. We include details in the company-specific section later in this note.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

| Company Name | Ticker | Mkt. Cap (MM) | Rating | Price | Price Target | Cons. Next FY | Current EPS Estimates | | | Previous Est. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2013 | 2014 | 2015 | 2014 | 2015 |
| EZCORP, Inc. | EZPW | $541.3 | HOLD | $9.95 | $11.00 | -- | $1.64 | $1.09 | $1.60 | $1.09 | $1.60 |
| First Cash Financial Svs. | FCFS | $1,617.9 | HOLD | $55.22 | $56.00 | -- | $2.80 | $3.00 | $3.37 | $3.00 | $3.37 |
| Regional Management Corp. | RM | $233.1 | BUY | $17.93 | $22.00 | -- | $2.38 | $1.69 | $2.69 | $1.69 | $2.69 |
| Springleaf | LEAF | $3,742.8 | BUY | $32.49 | $39.00 | -- | $1.92 | $1.99 | $2.35 | $1.99 | $2.35 |
| The J.G. Wentworth Co. | JGW | $343.1 | BUY | $12.21 | $16.00 | -- | $1.58 | $1.63 | $1.91 | $1.63 | $1.91 |
| World Acceptance | WRLD | $698.4 | HOLD | $67.81 | $77.00 ▼ | -- | $7.85 | $9.18 | $10.28 | $9.18 | $10.28 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 14 to 18 of this report.

**Financials**

Target Change

October 7, 2014

## Chart 1: Estimates versus Consensus and Expected Reported Dates

| Symbol | Price | Rating | Price Target | Market Cap ($MM) | C3Q13A EPS | C3Q14E JEF | C3Q14E Consensus | CY15 JEF Estimate | P/FY Estimate | Expected/Announced Report Date |
|--------|-------|--------|-------------|------------------|------------|------------|-------------------|-------------------|---------------|-------------------------------|
| | | | | | | | | | 10/6/2014 | |
| CSH | $44.50 | NC | NC | $1,285.5 | $0.81 | NA | $0.76 | NA | NA | 10/23/14 am |
| EZPW | $9.95 | Hold | $11.00 | $503.6 | $0.13 | $0.32 | $0.38 | $1.60 | 6.22x | 11/4/14 pm (estimate) |
| FCFS | $55.22 | Hold | $56.00 | $1,572.1 | $0.68 | $0.68 | $0.68 | $3.37 | 16.39x | 10/16/14 am |
| JGW | $12.21 | Buy | $16.00 | $156.2 | $0.05 | $0.42 | $0.44 | $1.91 | 6.39x | TBD |
| RM | $17.93 | Buy | $22.00 | $228.0 | $0.59 | $0.39 | $0.49 | $2.69 | 6.67x | 10/29/14 pm (estimate) |
| LEAF | $32.49 | Buy | $39.00 | $3,730.9 | $0.48 | $0.52 | $0.51 | $2.35 | 13.82x | 11/6/14 am (estimate) |
| WRLD | $67.81 | Hold | $77.00 | $654.9 | $1.80 | $2.19 | $2.30 | $10.28 | 6.60x | 10/29/14 pm (estimate) |

Source: Jefferies estimates, Factset

## Chart 2: Consumer Finance Valuation Comparison

| Company Name | Symbol | Price | Rating | Price Target | Market Cap ($MM) | JEF CY EPS 2014E | JEF CY EPS 2015E | JEF CY P/E 2014E | JEF CY P/E 2015E | 14-15 Est. EPS Growth | P/ BV | P/ TBV | JEF EV/EBITDA 2013A | JEF EV/EBITDA 2014E |
|--------------|--------|-------|--------|-------------|------------------|------------------|------------------|------------------|------------------|-----------------------|-------|--------|---------------------|---------------------|
| | | | | | 10/6/2014 | | | | | | | | | |
| **Nonprime Consumer Finance** | | | | | | | | | | | | | | |
| Cash America International, Inc. | CSH | $44.50 | NC | NC | $1,285.5 | $4.35 | $4.73 | 10.24x | 9.42x | 8.7% | 1.15x | 3.51x | 6.66x | 5.66x |
| EZCORP, Inc. Class A | EZPW | $9.95 | Hold | $11.00 | $503.6 | $1.22 | $1.60 | 8.14x | 6.22x | 30.9% | 0.59x | 1.05x | 4.79x | 5.24x |
| First Cash Financial Services, Inc. | FCFS | $55.22 | Hold | $56.00 | $1,572.1 | $3.00 | $3.37 | 18.40x | 16.39x | 12.3% | 3.86x | 8.39x | 12.17x | 11.04x |
| J.G. Wentworth Company Class A | JGW | $12.21 | Buy | $16.00 | $156.2 | $1.63 | $1.91 | 7.49x | 6.39x | 17.2% | 2.25x | 2.25x | NA | NA |
| Regional Management Corp. | RM | $17.93 | Buy | $22.00 | $228.0 | $1.69 | $2.69 | 10.61x | 6.67x | 59.2% | 1.41x | 1.34x | 8.95x | 11.33x |
| Springleaf Holdings, Inc. | LEAF | $32.49 | Buy | $39.00 | $3,730.9 | $1.99 | $2.35 | 16.32x | 13.82x | 18.0% | 2.42x | 2.22x | NA | NA |
| World Acceptance Corporation | WRLD | $67.81 | Hold | $77.00 | $654.9 | $10.06 | $11.43 | 6.74x | 5.93x | 13.6% | 2.26x | 2.38x | 6.30x | 6.20x |
| **Mean** | | | | | | | | 11.13x | 9.26x | 22.8% | 1.99x | 3.02x | 7.77x | 7.89x |
| **Median** | | | | | | | | 10.24x | 6.67x | 17.2% | 2.25x | 2.25x | 6.66x | 6.20x |

Source: Jefferies estimates, Factset, CSH estimates are Factset consensus

## 3Q14 Product Trends

We believe 3Q14 results will generally be company specific, partially driven by product and geographic exposure. Below we highlight product trends across geographies for our companies under coverage.

### Pawn

▪ **U.S. Pawn:** We entered C3Q14 optimistic that we would be lapping the most challenging scrap volume and margin comps, however, we note gold prices declined over 8% in the quarter. At the same time, we note the average gold price during the quarter (~$1,283) was over 3% lower than the average price in 3Q13 (~$1,325). As discussed in our launch on the consumer finance space (https://javatar.bluematrix.com/docs/pdf/c1b0b401-40f0-47a8-95eb-9c4cebe00144.pdf) and partially as a result of prior declines in gold prices, net scrap revenues make up a significantly smaller percentage of pre-tax net income than prior cycles, therefore we expect less of a negative impact from gold prices declining in C3Q14. On the other hand, we note that 2Q14 reflected signs of recovery in domestic retail trends and a resumption of loan balance growth for U.S. operators. Given this confluence of factors, we expect primarily in line and improving performance from those with domestic pawn exposure (EZPW and FCFS) but believe the decline in gold prices may lead to a subdued recovery overall.

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 14 - 18 of this report.

Jefferies

**COMPANY NOTE**

EstimateChange

USA | Financials | Commercial Finance

October 27, 2014

# Jefferies

# EZCORP, Inc. (EZPW)
## Updating Estimates for Detailed 4Q Guidance; Maintain Hold Rating

**Key Takeaway**

EZPW announced that its F4Q14 results will be $0.27 on a core basis and ($1.65) on a GAAP basis, below our core earnings estimate of $0.32 (consensus of $0.34) and GAAP EPS of ($1.61). Gold related weakness in the US pawn segment and worse-than-expected results from Cash Converters were the primary drivers to the shortfall in core earnings relative to guidance. We maintain our Hold rating and $11 price target.

**Guidance update.** EZPW guided for 4Q14 EPS of $0.27 on a core basis and ($1.65) on a GAAP basis, below our estimate for core earnings of $0.32 (consensus of $0.34) and GAAP EPS of ($1.61). Relative to prior guidance, the ~$0.12 shortfall is driven by a $0.09 miss from the US pawn segment related to gold price declines along with low payday loan demand/heightened credit reserves in certain Texas markets, and $0.03 of an earnings shortfall related to a lower contribution from Cash Converters. The company noted the domestic pawn segment observed improving loan demand throughout the quarter as pawn loans outstanding were 2.5% higher on a same-store basis YoY. The GAAP earnings pre-announcement was generally consistent with our expectations, while the core earnings were modestly shy of our forecast due to the aforementioned weakness from gold price movements/Cash Converters.

**"Back-to-basics Strategy"** Much of the 1x items are related to a "back-to-basics" strategy to restructure the business and exit underperforming segments. As a result, EZPW announced it is exiting both its domestic and UK online businesses, resulting in aggregate pre-tax charges of approximately $110M in F4Q13. ~$95M of the $110M charge is non-cash, and includes the write-off of ~$84M in goodwill tied to the two online lending businesses.

**Exiting Cash Genie and Go Cash.** As a reminder, EZPW purchased 72% of Cash Genie in April 2012 and purchased Go Cash in November 2012 for >$50M. We believe that EZPW will continue lending online but it will be part of the overall lending unit as opposed to distinct segments and will likely be a lower strategic focus.

**Model update.** We incorporate F4Q14 EPS of ($1.65) on a GAAP basis and $0.27 on a core earnings basis, which excludes the restructuring related charges. We also update our model to account for higher provisions and lower scrap margins.

**Valuation/Risks**

Our $11 price target equates to 7.5x our CY15E EPS, a discount to EZPW's average given increased industry headwinds. Key risks include: regulatory, integration, Texas exposure, and corporate governance.

## HOLD
Price target $11.00
Price $10.47

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | $297.4 |
| Return on Avg. Equity: | 5.8% |

### Market Data

| | |
|---|---|
| 52 Week Range: | $16.30 - $8.25 |
| Total Entprs. Value (MM): | $867.0 |
| Market Cap. (MM): | $569.6 |
| Shares Out. (MM): | 54.4 |
| Float (MM): | 47.6 |
| Avg. Daily Vol.: | 627,986 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

### Price Performance



| USD | Prev. | 2013A | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| **EPS** | | | | | | | | |
| Dec | -- | 0.59 | -- | 0.31A | *0.44* | 0.38 | *0.44* | 0.40 |
| Mar | -- | 0.63 | -- | 0.25A | *0.43* | 0.37 | *0.43* | 0.40 |
| Jun | -- | 0.29 | -- | 0.21A | *0.35* | 0.33 | *0.46* | 0.43 |
| Sep | -- | 0.13 | *0.32* | 0.27 | *0.39* | 0.37 | *0.46* | 0.43 |
| FY Sep | -- | 1.64 | *1.09* | 1.04 | *1.60* | 1.44 | *1.78* | 1.66 |
| FY P/E | | 6.4x | | 10.1x | | 7.3x | | 6.3x |

Source: Baseline

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 4 to 7 of this report.

**EZPW**

Estimate Change

October 27, 2014

# EZCORP, Inc. (EZPW)

## Hold: $11 Price Target

---

## Scenarios

**Target Investment Thesis**

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact valuation
- 2015 CY EPS: $1.63, Target multiple 7.5x Fwd P/E, Target Price: $11

**Upside Scenario**

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2015 CY EPS: $2.25, Target multiple 9x Fwd P/E, Target Price: $20

**Downside Scenario**

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent acquisitions
- Enforcement action from the CID reduces growth
- 2015 CY EPS: $1.00, Target multiple 6x Fwd P/E, Target Price: $6

---

## Long Term Analysis

**Historical P/E - NTM**



| | |
|---|---|
| Forward P/E | Target |
| Upside | Downside |

Source: Factset, Jefferies estimates

**Long Term Financial Model Drivers**

| | |
|---|---|
| NTM Pawn Receivables Growth | 2.0% |
| FY15 Merchandise Margin | 37.0% |
| FY15 Scrap Margin | 18.0% |
| FY15 Payday Loan Growth | 1.0% |
| FY15 Installment/Title Growth | 10%-15% |
| FY 15 Op. Ex./Net Revenues | 79.0% |
| FY15 ROE | 7.3% |

**Other Considerations**

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

---

## Peer Group

**Peer CY13- CY14 EPS Growth**



Source: Factset, Jefferies estimates

**Peer Group CY15 P/E**



Source: Factset, Jefferies estimates

**Recommendation / Price Target**

| Ticker | Rec. | PT |
|---|---|---|
| **EZPW** | **Hold** | **$11.00** |
| FCFS | Hold | $56.00 |
| JGW | Buy | $16.00 |
| RM | Buy | $22.00 |
| LEAF | Buy | $39.00 |
| WRLD | Hold | $73.00 |

---

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 4 - 7 of this report.

**Jefferies**

**COMPANY NOTE**

Company Update

USA | Financials | Commercial Finance

November 7, 2014

# Jefferies

## EZCORP, Inc. (EZPW)
### F4Q14 In-Line with Pre-Announce; Maintain Estimates/Rating

**HOLD**
Price target $11.00
Price $11.06

**EQUITY RESEARCH AMERICAS**

**Key Takeaway**

**EZPW reported F4Q14 adjusted net income of $0.27, in-line with the preannouncement and our expectations, with some offsetting factors in the quarter. We maintain our Hold rating and $11 price target as the company continues to navigate challenging domestic pawn conditions while focusing on restructuring the business to reduce expenses.**

**F4Q14 Results.** EZPW reported F4Q14 EPS of $0.27 on a core basis and ($1.65) on a GAAP basis. Consolidated pawn loan balances of $162M increased ~4% YoY. Total merchandise sales were $89M, an increase of 2% YoY. Scrap sales grew to $22M, increasing ~22% YoY. Finally, as previously announced, EZPW exited both its domestic and UK online businesses in the quarter, which resulted in aggregate pre-tax charges of ~$103M during the quarter and the discrepancy between GAAP and adjusted results.

**Margins decline on inventory reserve adjustments.** Consolidated retail margins of 28% declined 900 bps sequentially and 1,000 bps YoY as both the US and Latin American segments experienced contraction. During the quarter, the company took inventory reserve adjustments primarily related to gold price declines and noted that it expects run-rate margins to be in the mid-30% area.

**Loan fees decline.** Consolidated consumer loan fees of $52M declined ~20% YoY, impacted by the wind-down of the online businesses, Latin American loans sales and a decline in US operations from Texas regulatory impacts.

**Management guidance.** Generally speaking, management is still evaluating the business and is holding off on providing formal FY15 guidance at this point. They did note that run-rate administrative expenses were ~$52M in FY14 and expect this to decline by ~12% in FY15. The company also expects to improve its operational expenses as a percentage of revenues by 100 bps in FY15.

**Model update.** We have updated our model to incorporate the elimination of the online businesses, reduced expenses, margin trends and consumer loan trends. We note gold price weakness has persisted QTD which may continue to weigh on scrap volumes/margins this quarter. Our FY15E and FY16E EPS are unchanged at $1.44 and $1.66, respectively.

**Valuation/Risks**
Our $11 price target equates to 7.5x our CY15E EPS estimate of $1.47, a discount to EZPW's average given increased industry headwinds. Key risks include: regulatory, integration, Texas exposure, and corporate governance.

### Financial Summary
| | |
|---|---|
| Net Debt (MM): | $297.4 |
| Return on Avg. Equity: | 5.8% |

### Market Data
| | |
|---|---|
| 52 Week Range: | $15.70 - $8.25 |
| Total Entprs. Value (MM): | $899.1 |
| Market Cap. (MM): | $601.7 |
| Shares Out. (MM): | 54.4 |
| Float (MM): | 47.6 |
| Avg. Daily Vol.: | 570,685 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

### Price Performance


| USD | Prev. | 2013E | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| **EPS** | | | | | | | | |
| Dec | -- | 0.59A | -- | 0.31A | -- | 0.38 | -- | 0.40 |
| Mar | -- | 0.63A | -- | 0.25A | -- | 0.37 | -- | 0.40 |
| Jun | -- | 0.29A | -- | 0.21A | -- | 0.33 | -- | 0.43 |
| Sep | -- | 0.13A | -- | 0.27 | -- | 0.37 | -- | 0.43 |
| FY Sep | -- | 1.64 | -- | 1.04 | -- | 1.44 | -- | 1.66 |
| FY P/E | | 6.7x | | 10.6x | | 7.7x | | 6.7x |

Source: Baseline

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 4 to 7 of this report.

**EZPW**

Company Update

November 7, 2014

# EZCORP, Inc. (EZPW)

## Hold: $11 Price Target

*THE LONG VIEW*

---

## Scenarios

### Target Investment Thesis

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact valuation
- 2015 CY EPS: $1.47, Target multiple 7.5x Fwd P/E, Target Price: $11

### Upside Scenario

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2015 CY EPS: $2.25, Target multiple 9x Fwd P/E, Target Price: $20

### Downside Scenario

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent acquisitions
- Enforcement action from the CID reduces growth
- 2015 CY EPS: $1.00, Target multiple 6x Fwd P/E, Target Price: $6

---

## Long Term Analysis

### Historical P/E - NTM



Forward P/E ——— Target
Upside — — — Downside

Source: Factset, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| NTM Pawn Receivables Growth | 2.0% |
| FY15 Merchandise Margin | 32.0% |
| FY15 Scrap Margin | 18.0% |
| FY 15 Op. Ex./Net Revenues | 79.0% |
| FY15 ROE | 8.0% |

### Other Considerations

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

---

## Peer Group

### Peer CY13- CY14 EPS Growth



Source: Factset, Jefferies estimates

### Peer Group CY15 P/E



Source: Factset, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | P T |
|---|---|---|
| **EZPW** | **Hold** | **$11.00** |
| FCFS | Hold | $56.00 |
| JGW | Buy | $16.00 |
| RM | Hold | $14.00 |
| LEAF | Buy | $39.00 |
| WRLD | Hold | $73.00 |

---

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 4 - 7 of this report.

**Jefferies**

**November 7, 2014**
**Consumer Finance - Company Update**



# EZCORP, Inc. (EZPW)

Uneventful FY4Q14 Following Pre-release

## MARKET DATA

| | |
|---|---|
| Price | $10.85 |
| 52-Week Range: | $8.25 - $14.80 |
| Shares Out. (M): | 53.7 |
| Market Cap ($M): | $582.6 |
| Average Daily Vol. (000): | 289.0 |
| Book Value/Share: | $17.98 |
| Float (M): | 47.2 |
| LT Debt (M): | $361 |
| LT Debt/Total Cap.: | 26.9% |
| ROAE: | 6.4% |
| Secular Growth Rate: | 15.0% |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2013A | 2014A | 2015E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $277.1 | $269.4 | -- |
| | 2Q | $272.1 | $259.7 | -- |
| | 3Q | $235.2 | $241.4 | -- |
| | 4Q | $234.4 | $243.3 | -- |
| | **FY** | **$1,010.3** | **$1,013.8** | **$1,032.3** |
| EPS | 1Q | $0.61 | $0.39 | |
| | 2Q | $0.66 | $0.36 | -- |
| | 3Q | $0.29 | $0.21 | -- |
| | 4Q | $0.16 | $0.27 | -- |
| | **FY** | **$1.69** | **$1.25** | **$1.30** |
| | P/E | 6.4x | 8.7x | 8.3x |
| Previous FY | | NC | $1.37 | $1.55 |
| | **CY** | **$1.50** | **$1.25** | **$1.30** |
| | P/E | 7.2x | 8.7x | 8.3x |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



**MARKET PERFORM** | Price: $10.85 | Target Price: N/A

## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** On October 6th in conjunction with the announcement of the new "Back to Basics" strategy, EZPW pre-announced that results for FY4Q14 would be lower than previously issued guidance of $0.37-$0.39, which compared to our $0.41 forecast. Performance for the quarter ended up at $0.27, as consumer loan fee revenue of $52M was about $11M short of our forecast and jewelry scrap cost of goods sold ran about $2M more than our $15M forecast. We trim our 2015 EPS outlook to $1.30 ($1.55 previously) considering this quarter's unfavorable revenue and margin trends. While the shares trade at a discounted P/E multiple relative to our updated earnings outlook and the recently announced "Back to Basics" strategy could prove to be a catalyst for stronger future operating performance, we recommend that investors continue to proceed cautiously due to: (i) sluggish merchandise sales and pawn loan growth, (ii) jewelry headwinds, (iii) soft gross margin trends, (iv) ongoing concerns around potential credit stress, (v) limited 2015 earnings visibility due to the restructuring as reflected by management's lack of formal guidance, (vi) scarce detail regarding how the company is planning to turn around loan growth and credit in the payday/installment product given regulatory headwinds in TX, (vii) the need to sell Grupo Finmart assets in order to manage liquidity, and (viii) a track record of corporate governance issues.

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Douglas Greiner**
dgreiner@jmpsecurities.com
(212) 906-3525

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

November 7, 2014

EZCORP, Inc. (EZPW)

**FIGURE 1.   Comparative Valuation Table ($m, except per share data)**

## CONSUMER FINANCE

David Scharf
Phone: (415) 835-8942
dscharf@jmpsecurities.com

Doug Greiner
Phone: (212) 906-3525
dscharf@jmpsecurities.com



| Company | Ticker | Rating | 11/07/14 Price | Market Cap ($MM) | 52-Week High | 52-Week Low | CY 2014E EPS | CY 2015E EPS | CY 2014E P/E | CY 2015E P/E | Secular Growth Rate | 2014 P/E/G | 2015 P/E/G | Enterprise Value | CY2014 EV/ EBITDA | CY2015 EV/ EBITDA | LT Debt to Equity Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America's Car-Mart | CRMT | MP | 47.95 | 438 | 47.41 | 34.56 | 2.96 | 3.47 | 16.2x | 13.8x | 10% | 1.6x | 1.4x | 532 | 10.7x | 9.3x | 0.4x |
| Cash America International | CSH | MO | 48.97 | 1,433 | 49.71 | 34.80 | 4.34 | 4.30 | 11.3x | 11.4x | 15% | 0.8x | 0.8x | 2,042 | 5.9x | 5.6x | 0.7x |
| Cash Store Financial Services | CSFS | NR | 0.08 | 1 | 1.96 | 0.01 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 127 | N/A | N/A | -16.4x |
| Consumer Portfolio Services | CPSS | MO | 7.15 | 229 | 9.64 | 6.22 | 0.86 | 1.04 | 8.3x | 6.9x | 20% | 0.4x | 0.3x | 1,620 | 16.4x | 13.9x | 12.6x |
| Credit Acceptance Corporation | CACC | MO | 154.31 | 3,379 | 153.40 | 110.98 | 12.20 | 13.40 | 12.7x | 11.5x | 15% | 0.8x | 0.8x | 3,379 | 7.0x | 6.5x | 0.0x |
| Encore Capital | ECPG | MO | 45.47 | 1,250 | 51.95 | 40.62 | 4.50 | 5.12 | 10.1x | 8.9x | 15% | 0.7x | 0.6x | 2,648 | 7.9x | 7.1x | 2.6x |
| EZCORP, Inc. | EZPW | MP | 10.86 | 591 | 13.79 | 8.25 | 1.25 | 1.30 | 8.7x | 8.4x | 15% | 0.6x | 0.6x | 901 | 3.4x | N/A | 0.4x |
| First Cash Financial Services | FCFS | MO | 58.75 | 1,724 | 64.06 | 46.01 | 3.00 | 3.45 | 19.6x | 17.0x | 20% | 1.0x | 0.9x | 1,840 | 11.9x | 10.1x | 0.5x |
| Green Dot Corporation | GDOT | MO | 21.94 | 1,147 | 26.87 | 16.53 | 1.26 | 1.75 | 17.4x | 12.5x | 25% | 0.7x | 0.5x | 1,147 | 9.3x | 6.3x | 0.4x |
| JGPWT Holdings | JGW | MO | 11.31 | 334 | 19.88 | 9.43 | 1.60 | 1.75 | 7.1x | 6.5x | 15% | 0.5x | 0.4x | 734 | 6.5x | 6.2x | 1.9x |
| MoneyGram International | MGI | MP | 8.39 | 531 | 21.65 | 8.12 | 1.05 | 1.07 | 8.0x | 7.8x | 15% | 0.5x | 0.5x | 1,176 | 4.2x | 4.5x | -5.6x |
| Nicholas Financial | NICK | NR | 12.55 | 155 | 16.11 | 10.64 | N/A | N/A | N/A | N/A | 5% | N/A | N/A | 153 | N/A | N/A | 0.0x |
| Portfolio Recovery Associates | PRAA | MO | 63.03 | 3,179 | 65.00 | 47.53 | 3.97 | 5.00 | 15.9x | 12.6x | 15% | 1.1x | 0.8x | 3,357 | 9.1x | 7.4x | 0.5x |
| Regional Management Corp. | RM | MP | 12.32 | 159 | 36.23 | 11.16 | 1.14 | 2.04 | 10.8x | 6.0x | 20% | 0.5x | 0.3x | 480 | 11.4x | 7.5x | 1.9x |
| Springleaf Holdings | LEAF | MO | 37.53 | 4,323 | 37.92 | 19.18 | 1.96 | 2.30 | 19.1x | 16.3x | 20% | 1.0x | 0.8x | 14,692 | 20.6x | 19.3x | 6.7x |
| Western Union | WU | MP | 17.85 | 9,637 | 17.99 | 14.60 | 1.47 | 1.60 | 12.1x | 11.2x | 10% | 1.2x | 1.1x | 11,787 | 8.4x | 8.0x | 3.6x |
| World Acceptance | WRLD | NR | 73.95 | 728 | 103.62 | 63.25 | 10.18 | 11.29 | 7.3x | 6.6x | 3% | 2.9x | 2.6x | 1,273 | 6.6x | 6.5x | 1.9x |
| | | | | | | | | Mean: | 12.3x | 10.5x | | 0.9x | 0.8x | | 9.3x | 8.4x | 0.7x |
| | | | | | | | | Median: | 11.3x | 11.2x | | 0.8x | 0.8x | | 8.4x | 7.2x | 0.5x |

*EPS estimates from First Call*

*Source: Thomson Reuters and JMP Securities LLC reports*



**COMPANY NOTE**

Estimate Change

USA | Financials | Commercial Finance

December 12, 2014

# Jefferies

# EZCORP, Inc. (EZPW)
## Investor Day Takeaways

## HOLD
Price target $11.00
Price $10.68

EQUITY RESEARCH AMERICAS

### Key Takeaway

**We attended the EZPW analyst day on 12/11 in Austin. While we came away with an improved sense of the business, we maintain our Hold rating given ongoing regulatory risk as we believe EZPW is in the early stages of the restructuring plan, and we may become more constructive if we observe some of these strategies taking hold.**

**Our take-away was generally positive as it appears that end market trends in domestic pawn are bottoming and may improve.** More importantly, management appears to be focused on strategic measures to improve the performance of the business from an execution perspective. Finally, we believe that Grupo Finmart may represent a good growth opportunity for EZPW.

**EZPW is focused on return on capital and improving the current segment-level performance rather than acquisitions.** The company began the day discussing recent headwinds — namely gold, regulatory changes, and execution issues — which have caused ROIC to decline from ~20% to ~7%. We believe EZPW is focused on improving the performance at the segment levels to at least a level of profitability 30% higher than current levels rather than acquisitions for the time being.

**FY15 Commentary.** EZPW did not provide guidance for FY15 but discussed its focus on loan portfolio growth, increasing its market share, and improving its ROIC. With this management suggested that quarterly results should improve throughout the year.

**Pawn business update.** EZPW highlighted some factors suggesting that the end-market conditions have bottomed out and may be improving. The strategic focus for the pawn business, given the environment changes in the marketplace, will be on lending rather than retailing.

**Grupo Finmart update — attractive potential.** Growth has been very strong in this segment, with the owned + serviced portfolio growth exceeding 50% over the past two years. We believe this segment is the most attractive at EZPW as it appears there are attractive near-term growth opportunities, and it seems that Grupo Finmart has created some competitive advantages.

### Valuation/Risks

Our $11 price target equates to 7.5x our CY15E EPS estimate of $1.47, a discount to EZPW's average given increased industry headwinds. Key risks include regulatory, integration, Texas exposure, and corporate governance.

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | $237.7 |
| Return on Avg. Equity: | 6.0% |

### Market Data

| | |
|---|---|
| 52 Week Range: | $13.55 - $8.25 |
| Total Entprs. Value (MM): | $811.2 |
| Market Cap. (MM): | $573.5 |
| Shares Out. (MM): | 53.7 |
| Float (MM): | 47.7 |
| Avg. Daily Vol.: | 569,628 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

### Price Performance



| USD | Prev. | 2013A | Prev. | 2014A | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| **EPS** | | | | | | | | |
| Dec | -- | 0.59 | -- | 0.31 | *0.38* | 0.37 | -- | 0.40 |
| Mar | -- | 0.63 | -- | 0.25 | *0.37* | 0.38 | *0.40* | 0.41 |
| Jun | -- | 0.29 | -- | 0.21 | *0.33* | 0.34 | *0.43* | 0.42 |
| Sep | -- | 0.13 | -- | 0.27 | *0.37* | 0.35 | -- | 0.43 |
| FY Sep | -- | 1.64 | -- | 1.04 | -- | 1.44 | | 1.66 |
| FY P/E | | 6.5x | | 10.3x | | 7.4x | | 6.4x |

Source: Baseline

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 9 of this report.

**EZPW**

Estimate Change

December 12, 2014

**EZCORP, Inc. (EZPW)**

**Hold: $11 Price Target**

## Scenarios

**Target Investment Thesis**

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact  valuation
- 2015 CY EPS: $1.47, Target multiple 7.5x Fwd P/E, Target Price: $11

**Upside Scenario**

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2015 CY EPS: $2.25, Target multiple 9x Fwd P/E, Target Price: $20

**Downside Scenario**

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent  acquisitions
- Enforcement action from the CID reduces growth
- 2015 CY EPS: $1.00, Target multiple 6x Fwd P/E, Target Price: $6

## Long Term Analysis

**Historical P/E - NTM**



| | |
|---|---|
| Forward P/E | Target |
| Upside | Downside |

**Long Term Financial Model Drivers**

| | |
|---|---|
| NTM Pawn Receivables Growth | 2.0% |
| FY15 Merchandise Margin | 32.0% |
| FY15 Scrap Margin | 18.0% |
| FY 15 Op. Ex./Net Revenues | 79.0% |
| FY15 ROE | 8.0% |

**Other Considerations**

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

Source: Factset, Jefferies estimates

## Peer Group

**Peer CY14- CY15 EPS Growth**



Source: Factset, Jefferies estimates

**Peer Group CY15 P/E**



Source: Factset, Jefferies estimates

**Recommendation / Price Target**

| Ticker | Rec. | PT |
|---|---|---|
| **EZPW** | **Hold** | **$11.00** |
| FCFS | Hold | $56.00 |
| JGW | Buy | $12.00 |
| RM | Hold | $14.00 |
| LEAF | Buy | $42.00 |
| WRLD | Hold | $73.00 |

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 6 - 9 of this report.

**Jefferies**

**INDUSTRY NOTE**

| Estimate Change |
| --- |

USA | Financials | Consumer Finance

January 8, 2015

# Jefferies

EQUITY RESEARCH AMERICAS

# Consumer Finance
## Non-Prime Consumer Finance Earnings Preview

**Key Takeaway**

In this note, we detail our expectations for the upcoming C4Q14 reporting period for non-prime consumer finance companies under coverage including EZPW, FCFS, JGW, RM, LEAF and WRLD.

We continue to believe this sector remains a stock-picker's market and that results will be generally company specific, tied to product and geographic exposure, as well as certain company-specific issues/developments including credit trends. Importantly, we think an improving job market and lower fuel prices represent positive developments for the group overall, at least for the 4Q period given the active retail season.

**Macro factors continue to be mixed while we believe that positive macro shifts may more than offset headwinds.** We also discuss quarterly macro-economic factors and potential implications on C4Q14 earnings for the group – namely recent fuel price declines which we believe will have a net positive impact in 4Q – offset partially by modest gold weakness and the ongoing strength of the US$, which we believe could weigh on quarterly results for those reliant on international operations. Additionally, we discuss 10-year swap movements and the potential impact on JGW.

**Product overview:** From a product perspective, similar to 3Q14, we believe we have lapped the most challenging pawn comps domestically and expect to see slight growth for US pawn segments this quarter – although this could be offset by the strength of the US$ for those with international pawn exposure. For payday, we believe growth remains challenging given regulatory changes and the ongoing shift towards multi-payment products. Lastly, we believe pockets of growth will be supportive for trends for installment lenders in C4Q14 given an ongoing economic recovery.

**Credit Overview - reversion to the mean continues:** In terms of credit, overall subprime credit performance continues to revert to the mean and we expect YoY credit metrics to deteriorate modestly for the industry as a whole, but we don't anticipate that credit represents a material risk at this point of the cycle.

**Regulatory Round-Up:** We highlight recent regulatory developments in the consumer lending space and our near-term outlook for potential near-term regulatory changes, including potential rule proposals out of the CFPB.

**Thoughts on the industry:** Of the consumer finance names under coverage, we continue to recommend LEAF (one of our top picks) as we expect a good quarter and we believe the market is not fully valuing the earnings potential of the company upon deployment of its existing liquidity.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

| Company Name | Ticker | Mkt. Cap (MM) | Rating | Price | Price Target | Cons. Next FY | Current EPS Estimates | | | Previous Est. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 2013 | 2014 | 2015 | 2014 | 2015 |
| EZCORP, Inc. | EZPW | $613.3 | HOLD | $11.42 | $11.00 | $1.40 | $1.64 | $1.04 | $1.39 | $1.04 | $1.44 |
| First Cash Financial Svs. | FCFS | $1,472.0 | HOLD | $50.24 | $56.00 | $2.96 | $2.80 | $2.97 | $3.25 | $3.00 | $3.37 |
| Regional Management Corp. | RM | $189.0 | HOLD | $14.88 | $16.00 | $1.27 | $2.38 | $1.18 | $1.74 | $1.18 | $1.74 |
| Springleaf | LEAF | $3,967.5 | BUY | $34.41 | $44.00 | $2.03 | $1.92 | $2.03 | $2.40 | $2.03 | $2.40 |
| The J.G. Wentworth Co. | JGW | $279.7 | BUY | $9.45 | $12.00 | $1.46 | $0.38 | $1.33 | $1.36 | $1.33 | $1.36 |
| World Acceptance | WRLD | $759.0 | HOLD | $77.45 | $73.00 | -- | $7.85 | $9.18 | $10.28 | $9.18 | $10.28 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 17 to 21 of this report.

45

**Financials**

Estimate Change

January 8, 2015

**Chart 1: Estimates versus Consensus and Expected Reported Dates**

| Symbol | Price | Rating | Price Target | Market Cap ($MM) | C4Q13A EPS | C4Q14E JEF | C4Q14E Consensus | CY15 JEF Estimate | P/FY Estimate | Expected/Announced Report Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2015 | | | | | | | | | | |
| **Nonprime Consumer Finance** | | | | | | | | | | |
| EZPW | $11.42 | Hold | $11.00 | $578.0 | $0.31 | $0.36 | $0.36 | $1.42 | 8.04x | 1/27/15 AMC (estimate) |
| FCFS | $50.24 | Hold | $56.00 | $1,422.1 | $0.87 | $0.96 | $0.99 | $3.25 | 15.46x | 1/27/15 BMO |
| JGW | $9.45 | Buy | $12.00 | $141.0 | $0.38 | $0.16 | $0.29 | $1.36 | 6.95x | 3/12/15 BMO (estimate) |
| RM | $14.88 | Hold | $16.00 | $189.6 | $0.65 | $0.36 | $0.42 | $1.74 | 8.55x | 2/25/15 AMC (estimate) |
| LEAF | $34.41 | Buy | $44.00 | $3,951.4 | $0.43 | $0.53 | $0.54 | $2.40 | 14.35x | 3/10/15 AMC (estimate) |
| WRLD | $77.45 | Hold | $73.00 | $732.8 | $1.98 | $2.21 | $2.16 | $11.32 | 6.84x | 1/29/15 BMO (estimate) |

Source: Jefferies estimates, Factset

**Chart 2: Consumer Finance Valuation Comparison**

| Company Name | Symbol | Price | Rating | Price Target | Market Cap ($MM) | JEF CY EPS 2014E | JEF CY EPS 2015E | JEF CY P/E 2014E | JEF CY P/E 2015E | 14-15 Est. EPS Growth | P/ BV | P/ TBV | JEF EV/EBITDA 2013A | JEF EV/EBITDA 2014E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2015 | | | | | | | | | | | | | | |
| **Nonprime Consumer Finance** | | | | | | | | | | | | | | |
| EZCORP, Inc. Class A | EZPW | $11.42 | Hold | $11.00 | $578.0 | $1.09 | $1.42 | 10.45x | 8.04x | 30.0% | 17.29x | 1.21x | 4.81x | 6.82x |
| First Cash Financial Services, Inc. | FCFS | $50.24 | Hold | $56.00 | $1,422.1 | $2.97 | $3.25 | 16.92x | 15.46x | 9.4% | 3.31x | 8.64x | 11.51x | 10.59x |
| J.G. Wentworth Company Class A | JGW | $9.45 | Buy | $12.00 | $141.0 | $1.33 | $1.36 | 7.11x | 6.95x | 2.3% | 2.19x | 2.19x | NA | NA |
| Regional Management Corp. | RM | $14.88 | Hold | $16.00 | $189.6 | $1.18 | $1.74 | 12.61x | 8.55x | 47.5% | 1.09x | 1.10x | 8.56x | 13.27x |
| Springleaf Holdings, Inc. | LEAF | $34.41 | Buy | $44.00 | $3,951.4 | $2.03 | $2.40 | 16.95x | 14.35x | 18.1% | 1.88x | NA | NA | NA |
| World Acceptance Corporation | WRLD | $77.45 | Hold | $73.00 | $732.8 | $10.09 | $11.32 | 7.68x | 6.84x | 12.3% | 2.49x | 2.58x | 6.78x | 6.65x |
| **Mean** | | | | | | | **11.75x** | **11.35x** | **10.6%** | **4.11x** | **2.88x** | **7.16x** | **8.30x** |
| **Median** | | | | | | | **10.56x** | **8.55x** | **12.3%** | **2.19x** | **1.88x** | **6.78x** | **6.82x** |

Source: Jefferies estimates, Factset

# 4Q14 Product Trends

We believe 4Q14 results will be affected by crosscurrents of macro-factors, including declining fuel prices, gold price fluctuations and residual regulatory impacts.  Below we highlight product trends across geographies for our companies under coverage.

## Pawn

- **U.S. Pawn:** In our minds, 3Q14 represented a modest turning point as pawn lenders lapped challenging gold price movements and began to exhibit slight growth.  We anticipate observing more of this trend in 4Q14.  Although gold fell modestly in 4Q14, we note that net scrap revenues make up a significantly smaller percentage of pre-tax net income than prior cycles, and therefore we expect less of a negative impact from gold prices declining in C4Q14. On the other hand, we believe that declining fuel prices may have sparked incremental consumption during the quarter, which may drive upside to retail volumes and margins.  The decline in fuel prices may impact loan demand going forward, but we note that 4Q performance is more tied to retail activity than loan volume, and therefore we believe that for the most recent period, the decline in fuel prices is likely to be a net positive. Given this confluence of factors, we expect improving domestic pawn performance from those with domestic pawn exposure (EZPW and FCFS).

- **Mexican Pawn:**  At the fundamental level, we expect fairly consistent results out of Mexico, which have exhibited relatively good growth.  More importantly for Mexican operations we believe the strength of the US$ versus the Peso in C4Q14 may weigh on results. The US$ strengthened 13% versus the Peso YoY which could negatively impact results for those with Mexican exposure, including FCFS and EZPW.  This trend may also impact guidance (see company expectations).

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 17 - 21 of this report.

Jefferies 46

# Financials

Estimate Change

January 8, 2015

## EZCORP, Inc. (EZPW)

## Hold: $11 Price Target

*THE LONG VIEW*

---

## Scenarios

### Target Investment Thesis

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact  valuation
- 2015 CY EPS: $1.42, Target multiple ~7.5x Fwd P/E, Target Price: $11

### Upside Scenario

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2015 CY EPS: $2.25, Target multiple 9x Fwd P/E, Target Price: $20

### Downside Scenario

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent  acquisitions
- Enforcement action from the CID reduces growth
- 2015 CY EPS: $1.00, Target multiple 6x Fwd P/E, Target Price: $6

---

## Long Term Analysis

### Historical P/E - NTM



| Forward P/E | Target |
| Upside | Downside |

### Long Term Financial Model Drivers

| | |
|---|---|
| NTM Pawn Receivables Growth | 2.0% |
| FY15 Merchandise Margin | 32.0% |
| FY15 Scrap Margin | 18.0% |
| FY 15 Op. Ex./Net Revenues | 79.0% |
| FY15 ROE | 8.0% |

### Other Considerations

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

Source: Factset, Jefferies estimates

---

## Peer Group

### Peer CY14- CY15 EPS Growth



Source: Factset, Jefferies estimates

### Peer Group CY15 P/E



Source: Factset, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| EZPW | Hold | $11 |
| FCFS | Hold | $56 |
| JGW | Buy | $12 |
| RM | Hold | $16 |
| LEAF | Buy | $44 |
| WRLD | Hold | $73 |

---

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 17 - 21 of this report.

*Jefferies* 57

# Financials

Estimate Change

January 8, 2015

## First Cash Financial Services:

## Hold: $56 Price Target

*THE LONG VIEW*

---

## Scenarios

### Target Investment Thesis

- FCFS' growth strategy and first mover status in Mexico give it a long term growth opportunity
- While US pawn conditions are weak, FCFS has been able to offset this with acquired growth
- FCFS has been slowly exiting the payday lending business, which reduces its regulatory risk over time
- 2015 EPS: $3.25, Target multiple 17x Fwd P/E, Target Price: $56

### Upside Scenario

- Drives earnings through domestic acquisitions and store-builds more rapidly than expected
- Stronger recovery in domestic pawn
- Gold price appreciation
- Accelerating Mexico build out and store metrics
- Enters new country in Latin America
- 2015 EPS: $4.00, Target multiple 18x Fwd P/E, Target Price: $72

### Downside Scenario

- De novo growth is bottlenecked by a lack of competent employees to manage new locations
- Mexico growth slows; US continues to contract
- CFPB headlines ignite further concern in the space
- 2015 EPS: $2.60, Target multiple 14x Fwd P/E, Target Price: $36

---

## Long Term Analysis

### 1 Year Forward P/E



| | |
|---|---|
| ── Forward P/E | ── Target |
| ── Upside | - - - Downside |

### Long Term Financial Model Drivers

| | |
|---|---|
| Mexico Pawn Receivables Growth NTM | 8% |
| Retail Merchandise Margins 2014 | 38% |
| Scrap Margins 2014 | 20% |
| EPS Growth: 2014-2015 | 9% |

### Other Considerations

- Payday legislation poses less of a risk to FCFS due to its primary focus on the pawn lending space
- Foreign exchange rates can impact near-term earnings results
- Pawn stocks can be correlated to the price of gold

Source: Factset, Jefferies estimates

---

## Peer Group

### 2015 PE



Source: Jefferies estimates

### '14-'15 Est. EPS Growth



Source: Jefferies estimates

### Recommendation / Target

| Ticker | Rec. | P T |
|---|---|---|
| EZPW | Hold | $11 |
| **FCFS** | **Hold** | **$56** |
| JGW | Buy | $12 |
| RM | Hold | $16 |
| LEAF | Buy | $44 |
| WRLD | Hold | $73 |

---

### Catalysts

- Gold price appreciation
- Large acquisition
- Central / South American expansion plans announced
- Strong recovery in domestic pawn

### Company Description

First Cash Financial Services, Inc. primarily operates pawn stores that lend money in the United States and Mexico. It also engages in the retail of previously owned merchandise acquired through pawn forfeitures and purchased from the general public. The company has been increasingly focused on building out its large format stores in Mexico and transitioning out of the legislation prone payday lending market. It derives over half of its revenue from Mexico, a figure that we expect to expand as it builds out in Mexico. The company was founded in 1988 and is based in Arlington, Texas.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 17 - 21 of this report.

Jefferies *59*

**COMPANY NOTE**

Estimate Change

USA | Financials | Commercial Finance

January 28, 2015

# Jefferies

# EZCORP, Inc. (EZPW)
## EZPW F1Q15; Some Positives but Domestic Conditions Remain Challenging

**Key Takeaway**

**EZPW reported core F1Q15 GAAP EPS of $0.26 versus our $0.36 forecast (and consensus of $0.35). In general, strong performance out of Mexico offset a challenging domestic environment, while a renewed focused on expense controls also supported the bottom line. We look to ongoing improvements in the US pawn segment and consistent focus on corporate expenses, both of which would make us more favorable on the name.**

**Domestic pawn challenged, management focused on inventory turns and inventory control, which should smooth results out as we move through FY15.** Volatility in gold prices and muted consumer demand continues to impact the pawn landscape domestically. Further, EZPW is focused on maintaining an efficient inventory balance, and has sacrificed margin on certain retail categories to increase inventory turns. That said, current quarter same store comps sales were up 1%, while store level and corporate expenses are below year ago levels and flat with recent quarters. We believe management is focused on controlling expenses as they work to manage inventory and await a recovery in core trends. With our forecast, we anticipate that the core pawn segment will resume growth in 2HCY15.

**Mexico segments (both pawn and consumer lending) performing consistently.** When normalizing for the loss of consumer lending revenue associated with portfolio loan sales, it appears that Mexico is performing consistently, and showing signals of ongoing growth. Gross Mexican pawn revenues were up to $21M vs. $18.5M a year ago. Consumer lending fees were down nearly $4M to $10M a year ago; however this was due to loan sales, which resulted in nearly $7M of other income this quarter.

**Reducing estimates, but we believe visibility is improving.** Our FY15 EPS moves from $1.39 to $1.10 while our FY16 moves from $1.61 to $1.40. The primary drivers of our EPS change include lower consumer lending fees in the US, lower scrap revenues and lower pawn margins. While our forecast has dropped, we have higher confidence in our updated estimates as we believe the recent undertakings by management are resulting in more consistent fundamental trends and greater earnings visibility, which may have a higher associated multiple over time.

**Valuation/Risks**

Our $11 price target equates to 8x our FY16E EPS estimate of $1.40, a discount to EZPW's historical average given increased industry headwinds. Key risks include: regulatory, integration, Texas exposure, and corporate governance.

## HOLD
Price target $11.00
Price $11.62

**Financial Summary**

| | |
|---|---|
| Net Debt (MM): | $186.2 |
| Return on Avg. Equity: | 6.1% |

**Market Data**

| | |
|---|---|
| 52 Week Range: | $13.55 - $8.25 |
| Total Entprs. Value (MM): | $810.2 |
| Market Cap. (MM): | $624.0 |
| Shares Out. (MM): | 53.7 |
| Float (MM): | 47.7 |
| Avg. Daily Vol.: | 452,929 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

**Price Performance**



| USD | Prev. | 2013E | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| Cons. EPS | -- | -- | -- | -- | 1.37 | 1.40 | 1.57 | 1.55 |
| **EPS** | | | | | | | | |
| Dec | -- | -- | -- | 0.31A | 0.36 | 0.26A | 0.39 | 0.34 |
| Mar | -- | -- | -- | 0.25A | 0.37 | 0.27 | 0.40 | 0.36 |
| Jun | -- | -- | -- | 0.21A | 0.33 | 0.27 | 0.41 | 0.30 |
| Sep | -- | -- | -- | 0.27A | 0.34 | 0.30 | 0.42 | 0.41 |
| FY Sep | -- | 1.64 | -- | 1.04 | 1.39 | 1.10 | 1.61 | 1.40 |
| FY P/E | | 7.1x | | 11.2x | | 10.6x | | 8.3x |

Source: Baseline

EQUITY RESEARCH AMERICAS

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 9 of this report.

| EZPW | EZCORP, Inc. (EZPW) |
|---|---|
| Estimate Change | |
| January 28, 2015 | **Hold: $11 Price Target** |

*THE LONG VIEW*

## Scenarios

### Target Investment Thesis

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact valuation
- 2016 CY EPS: $1.40, Target multiple ~8x Fwd P/E, Target Price: $11

### Upside Scenario

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2016 CY EPS: $2.00, Target multiple 10x Fwd P/E, Target Price: $20

### Downside Scenario

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent acquisitions
- Enforcement action from the CID reduces growth
- 2016 CY EPS: $1.25, Target multiple ~6x Fwd P/E, Target Price: $8

## Long Term Analysis

### Historical P/E - NTM



### Long Term Financial Model Drivers

| | |
|---|---|
| NTM Pawn Receivables Growth | -3.0% |
| FY15 Merchandise Margin | 32.0% |
| FY15 Scrap Margin | 18.0% |
| FY15 Op. Ex./Net Revenues | 82% |
| FY15 ROE | 6.0% |

### Other Considerations

- CFPB has an outstanding CID on EZPW – unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated and county ordinance negatively impacting business
- Acquisitions diversify the business but complicate the story

Source: Factset. Jefferies estimates

## Peer Group

### Peer CY14- CY15 EPS Growth



Source: Factset, Jefferies estimates

### Peer Group CY15 P/E



Source: Factset, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **EZPW** | **Hold** | **$ 11** |
| FCFS | Hold | $51 |
| JGW | Buy | $12 |
| RM | Hold | $16 |
| LEAF | Buy | $44 |
| WRLD | Hold | $73 |

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 6 - 9 of this report.

**Jefferies** *87*

**February 4, 2015**
**Consumer Finance - Estimate Changes**



# EZCORP, Inc. (EZPW)

Updating Our Model and Reducing EPS Outlook Following Fiscal 1Q; Another Round of Management Reshuffling

**MARKET PERFORM** | Price: $10.32 | Target Price: N/A

## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP, Inc.** after fiscal 1Q15 results and revisions to our model. We continue to approach EZPW shares cautiously due to: (i) sluggish merchandise sales and pawn loan growth; (ii) jewelry headwinds; (iii) soft gross margin trends; (iv) continued lack of guidance; (v) regulatory headwinds in the payday product in TX; and (vi) very limited visibility into the market for buyers of Grupo Finmart assets. Further, in the third management shake-up in the past eight months, EZPW's board announced that Stuart Grimshaw will take over as CEO, giving up his role as Executive Chairman, while Mark Kuchenrither will transition from CEO to COO (and retain the title of President). We reduce our FY15 EPS estimate to $1.10 from $1.30, and establish a FY16 estimate of $1.30. Considering the aforementioned cautions, we see EZPW shares as fairly valued, trading at 9.3x this year and 7.9x next year's EPS.

**Key takeaways from our post-earnings conversation with the company:**

**(1) U.S. & Canada merchandise gross margin should begin to show improvement in 2H15.** During 1Q15, inventory disposition caused general merchandise inventory, aged 361+ days, to decline 10% from one year ago and jewelry inventory, aged 361+ days, to decline 17% from one year ago. Consequently, 4Q14 merchandise gross margin fell to 34.5% from 40.3% yoy. While the adverse trend is expected to persist throughout FY15, we are told to expect improvement beginning in 2H15 and a recovery to 38-40% in FY16, driven by the aged inventory flushing through the system.

**(2) Grupo Finmart asset sales are an unpredictable source of liquidity.** This subsidiary is a payroll advance lender in Mexico. Recently, Grupo Finmart has been engaging in third-party asset sales for a portion of loan originations to enhance capital turnover. We are weary of the company's reliance on this source of liquidity given the questionable sustainability of demand for pools of these loans, and the reliance on just a few alternative asset investors.

**(3) Struggling domestic environment for pawn.** Tepid demand, intensified by lower gas prices, is weighing on performance. Pawn service charges of $57 million and average pawn loan balances of $140.2 million were each up 1% on a same-store basis in 1QFY15. The positive growth is welcome; however, management is also driving toward improved inventory turns, tighter inventory control, and reduced store-level expenses, on top of branch expansion in order to deliver any growth.

**(4) Reducing EPS outlook, limited visibility.** Management did not issue financial guidance for 2015. Our EPS estimates of $1.10 in 2015 ($1.30 previously) and $1.30 in 2016 assume: (i) sluggish receivables growth in the U.S. & Canada, offset by healthy growth in Latin America; (ii) depressed scrap margins; (iii) a recovery in gross margin; and (iv) progress toward expense savings, driving improved operating margins.

### MARKET DATA

| | |
|---|---|
| Price | $10.32 |
| 52-Week Range: | $8.25 - $13.55 |
| Shares Out. (M): | 53.7 |
| Market Cap ($M): | $554.2 |
| Average Daily Vol. (000): | 765.0 |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2014A | 2015E | 2016E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $269.4 | $252.6A | -- |
| | 2Q | $259.7 | $248.7 | -- |
| | 3Q | $241.4 | $236.1 | -- |
| | 4Q | $243.3 | $244.3 | -- |
| | FY | $1,013.8 | $981.8 | $1,007.3 |
| EPS | 1Q | $0.39 | $0.26A | -- |
| | 2Q | $0.36 | $0.24 | -- |
| | 3Q | $0.21 | $0.23 | -- |
| | 4Q | $0.27 | $0.26 | -- |
| | FY | $1.25 | $1.10 | $1.30 |
| | P/E | 8.3x | 9.4x | 7.9x |
| Previous FY | | NC | $1.30 | NE |
| | CY | $1.25 | $1.10 | $1.30 |
| | P/E | 8.3x | 9.4x | 7.9x |

Source: Company reports and JMP Securities LLC

### STOCK PRICE PERFORMANCE



---

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Douglas Greiner**
dgreiner@jmpsecurities.com
(212) 906-3525

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

**FIGURE 1.   Comparative Valuation Table ($m, except per share data)**

| Company | Ticker | Rating | 02/04/15 Price | 52-Week High | 52-Week Low | Shares (MM) | ADV (000) | Mkt Cap ($MM) | Long Term Debt | Cash | EV ($MM) | FY EPS | FY+1 EPS | FY P/E | FY+1 P/E | Secular Growth Rate | FY P/E/G | FY+1 P/E/G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | ALLY | NR | 19.62 | 27.90 | 18.63 | 481.6 | 4,757.2 | 9,449 | 62,745.0 | 5.7 | 72,194 | 1.93 | 2.21 | 10.2x | 8.9x | 3% | 3.4x | 3.0x |
| America's Car-Mart | CRMT | MP | 54.38 | 55.64 | 34.56 | 9.0 | 51.8 | 491 | 94.2 | 0.3 | 585 | 2.99 | 3.39 | 18.2x | 16.0x | 10% | 1.8x | 1.6x |
| Cash America International | CSH | MP | 20.74 | 25.45 | 16.48 | 29.3 | 518.6 | 608 | 196.5 | 53.0 | 751 | 0.95 | 1.15 | 21.8x | 18.0x | 10% | NA | 1.8x |
| Consumer Portfolio Services | CPSS | MO | 5.92 | 8.40 | 5.29 | 32.0 | 131.6 | 189 | 1,469.7 | 13.1 | 1,646 | 0.89 | 1.06 | 6.7x | 5.6x | 20% | 0.3x | 0.3x |
| Credit Acceptance Corporation | CACC | MP | 170.31 | 172.43 | 110.98 | 21.2 | 55.7 | 3,611 | 1,753.0 | 6.4 | 5,357 | 13.30 | 14.20 | 12.8x | 12.0x | 15% | 0.9x | 0.8x |
| Encore Capital | ECPG | MO | 39.59 | 51.31 | 36.40 | 27.5 | 236.0 | 1,088 | 1,521.7 | 123.4 | 2,487 | 4.50 | 5.12 | 8.8x | 7.7x | 15% | 0.6x | 0.5x |
| EZCORP, Inc. | EZPW | MP | 10.37 | 13.55 | 8.25 | 54.4 | 489.6 | 564 | 324.0 | 77.6 | 811 | 1.10 | 1.30 | 9.4x | 8.0x | 10% | 0.9x | 0.8x |
| First Cash Financial Services | FCFS | MO | 51.04 | 59.90 | 46.01 | 28.8 | 166.6 | 1,470 | 200.0 | 68.0 | 1,602 | 2.85 | 3.35 | 17.9x | 15.2x | 20% | 0.9x | 0.8x |
| Green Dot Corporation | GDOT | MO | 13.94 | 24.47 | 13.87 | 51.5 | 643.8 | 718 | 150.0 | 724.2 | 144 | 1.35 | 1.35 | 10.3x | 10.3x | 25% | 0.4x | 0.4x |
| JGWPT Holdings | JGW | MO | 9.93 | 19.88 | 8.65 | 29.3 | 149.5 | 291 | 435.7 | 35.4 | 692 | 1.47 | 1.65 | 6.8x | 6.0x | 15% | 0.5x | 0.4x |
| MoneyGram International | MGI | MP | 9.23 | 20.20 | 7.55 | 63.3 | 367.4 | 584 | 965.9 | 320.7 | 1,229 | 1.05 | 1.07 | 8.7x | 8.6x | 15% | 0.6x | 0.6x |
| Portfolio Recovery Associates | PRAA | MO | 52.55 | 65.00 | 47.53 | 50.4 | 418.6 | 2,650 | 448.8 | 270.5 | 2,829 | 3.93 | 4.80 | 13.4x | 10.9x | 15% | 0.9x | 0.7x |
| Regional Management Corp. | RM | MP | 15.48 | 34.55 | 11.16 | 12.9 | 158.2 | 200 | 324.6 | 3.6 | 521 | 1.28 | 2.04 | 12.1x | 7.6x | 20% | 0.6x | 0.4x |
| Santander Consumer Finance | SC | MO | 19.98 | 26.37 | 16.52 | 356.0 | 355.9 | 7,113 | 27,811.3 | 33.2 | 34,891 | 2.35 | 2.55 | 8.5x | 7.8x | 5% | 1.7x | 1.6x |
| Springleaf Holdings | LEAF | MO | 33.78 | 42.00 | 20.54 | 115.2 | 252.5 | 3,891 | 11,261.0 | 891.3 | 14,260 | 1.96 | 2.30 | 17.2x | 14.7x | 20% | 0.9x | 0.7x |
| Western Union | WU | MP | 17.69 | 18.66 | 14.60 | 539.9 | 5,306.9 | 9,551 | 3,754.1 | 1,604.7 | 11,700 | 1.47 | 1.60 | 12.0x | 11.1x | 10% | 1.2x | 1.1x |
| World Acceptance | WRLD | NR | 74.71 | 103.62 | 63.25 | 9.5 | 120.9 | 708 | 559.7 | 14.6 | 1,254 | 10.87 | 11.51 | 6.9x | 6.5x | 3% | 2.7x | 2.6x |
| **Mean:** | | | | | | | | 2,108 | | 3,204 | | 5,047 | | | 12.0x | 10.4x | | 1.0x | 0.9x |
| **Median:** | | | | | | | | 713 | | 504 | | 1,428 | | | 11.2x | 9.5x | | 0.9x | 0.7x |

*JMP Securities EPS estimates (except for ALLY and WRLD from Thomson Reuters)*
*Source: Thomson Reuters and JMP Securities LLC*

J M P SECURITIES

**INDUSTRY NOTE**

Industry Update

USA | Financials | Consumer Finance

April 8, 2015

# Jefferies

EQUITY RESEARCH AMERICAS

# Consumer Finance
## CFPB Dominates Non-Prime 1Q15 Headlines; Seasonality May Produce Mixed Results

**Key Takeaway**

**In this note, we detail our expectations for the upcoming C1Q15 reporting period for non-prime consumer finance companies under coverage including CSH, EZPW, FCFS, JGW, RM, LEAF and WRLD.**

**We continue to believe this sector remains a stock-pickers' market and that results will be generally company specific,** tied to product and geographic exposure, as well as certain company-specific issues/developments on the credit front. Importantly, we think an improving labor market and lower fuel prices will be positives for those with retail sales exposure, but that tax refunds and low fuel prices may weigh on loan growth for some in the quarter.

**Macro factors continue to be mixed while we believe that positive macro shifts may more than offset headwinds.** We also discuss quarterly macro-economic factors and potential implications on C1Q15 earnings for the group. We expect ongoing lower fuel prices will have offsetting impacts on 1Q potentially driving stronger retail sales but potentially weighing on loan growth. We note ongoing gold volatility/weakness may be a minor headwind for pawn lenders as scrap exposure has diminished in the group. Lastly, the ongoing strength of the US$ could weigh on quarterly results for those reliant on international operations, but we believe this is baked into company guidance and our estimates. Additionally, we discuss 10-year swap movements and the potential impact on JGW, which continues to see lower coupons on new securitizations.

**Product overview:** From a product perspective, similar to 4Q14, we believe domestic pawn results will be mixed, but are optimistic for slight growth for US pawn segments this quarter. We expect continued growth out of Mexico on a constant-currency basis, although this could be offset by the strength of the US$ for those with international pawn exposure. For payday, we believe growth remains challenging given regulatory changes and the ongoing shift towards multi-payment products. Lastly, we believe pockets of growth will be supportive for trends for installment lenders in 1Q15 given an ongoing economic recovery.

**Credit Overview - reversion to the mean continues:** Overall subprime credit performance continues to revert to the mean and we expect YoY credit metrics could deteriorate modestly for the industry as a whole, but we don't anticipate that credit represents a material risk given the positive seasonality in the first quarter.

**Regulatory Round-Up:** We highlight recent regulatory developments in the consumer lending space, with the large development being the CFPB's rule proposals on small dollar lenders released at the end of March.

**Thoughts on the industry:** Of the consumer finance names under coverage, we continue to recommend CSH and LEAF. For CSH we note the company is trading at a discount to the peer group on an EV/EBITDA basis and note a solid balance sheet providing flexibility for potential capital returns. For LEAF, we do not believe the current price adequately reflects the earnings power of the combination of LEAF and OneMain.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

| Company Name | Ticker | Mkt. Cap (MM) | Rating | Price | Price Target | Cons. Next FY | Current EPS Estimates | | | Previous Est. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2014 | 2015 | 2016 | 2015 | 2016 |
| Cash America Int'l | CSH | $704.7 | BUY | $24.05 | $29.00 | -- | $0.53 | $0.96 | $1.31 | $0.96 | $1.31 |
| EZCORP, Inc. | EZPW | $512.3 | HOLD | $9.54 | $11.00 | $1.20 | $1.04 | $1.10 | $1.40 | $1.10 | $1.40 |
| First Cash Financial Svs. | FCFS | $1,385.3 | HOLD | $48.10 | $51.00 | $2.89 | $2.94 | $2.79 | $3.22 | $2.79 | $3.22 |
| Regional Management Corp. | RM | $183.6 | HOLD | $14.46 | $16.00 | $1.63 | $1.15 | $1.50 | $2.05 | $1.50 | $2.05 |
| Springleaf | LEAF | $5,729.7 | BUY | $49.91 | $66.00 | -- | $2.07 | $2.67 | $6.00 | $2.67 | $6.00 |
| The J.G. Wentworth Co. | JGW | $301.9 | HOLD | $10.20 | $12.00 | $1.61 | $1.48 | $1.36 | $1.41 | $1.36 | $1.41 |
| World Acceptance | WRLD | $660.4 | HOLD | $71.78 | $79.00 | $10.23 | $9.18 | $9.90 | $11.27 | $9.90 | $11.27 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 15 to 19 of this report.

**Financials**

Industry Update

April 8, 2015

## Chart 1: Estimates versus Consensus and Expected Report Dates

| | 4/7/2015 | | Price | Market | C1Q14A | C1Q15E | C1Q15E | CY15 JEF | P/FY | Expected/Announced |
| Symbol | Price | Rating | Target | Cap ($MM) | EPS | JEF | Consensus | Estimate | Estimate | Report Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Nonprime Consumer Finance** | | | | | | | | | | |
| CSH ex. ENVA | $24.02 | Buy | $29.00 | $686.2 | $0.15 | $0.22 | $0.25 | $0.96 | 20.15x | 4/30/15 BMO |
| EZPW | $9.53 | Hold | $11.00 | $493.9 | $0.25 | $0.27 | $0.32 | $1.18 | 8.07x | 4/28/15 AMC (estimate) |
| FCFS | $47.89 | Hold | $51.00 | $1,356.1 | $0.78 | $0.58 | $0.60 | $2.79 | 17.17x | 4/16/15 BMO |
| JGW | $10.37 | Hold | $12.00 | $147.9 | $0.34 | $0.28 | $0.35 | $1.36 | 7.63x | TBD |
| RM | $14.36 | Hold | $16.00 | $184.6 | $0.36 | $0.40 | $0.40 | $1.50 | 9.54x | 5/6/15 AMC (estimate) |
| LEAF | $50.25 | Buy | $66.00 | $5,781.7 | $0.43 | $0.52 | $0.55 | $2.67 | 18.85x | 5/7/15 BMO (estimate) |
| WRLD | $71.75 | Hold | $79.00 | $683.8 | $3.52 | $3.54 | $3.72 | $10.98 | 6.53x | 4/30/15 BMO (estimate) |

Source: Jefferies estimates, Factset

## Chart 2: Consumer Finance Valuation Comparison

| | | 4/7/2015 | | Price | Market | JEF CY EPS | | | JEF CY P/E | | | 14-15 Est. | P/ | P/ | JEF EV/EBITDA | | |
| Company Name | Symbol | Price | Rating | Target | Cap ($MM) | 2014A | 2015E | 2016E | 2014 | 2015E | 2016E | EPS Growth | BV | TBV | 2013A | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Nonprime Consumer Finance** | | | | | | | | | | | | | | | | | |
| Cash America International, Inc. | CSH | $24.02 | Buy | $29.00 | $686.2 | $0.53 | $0.96 | $1.31 | 45.32x | 25.02x | 18.34x | 81.1% | 0.61x | 1.15x | 2.93x | 10.48x | 6.75x |
| Cash America International, Inc.ex- ENVA* | CSH | $24.02 | Buy | $29.00 | $686.2 | $0.53 | $0.96 | $1.31 | 36.49x | 20.15x | 14.76x | 81.1% | 0.61x | 0.93x | 2.46x | 8.79x | 5.67x |
| EZCORP, Inc. Class A | EZPW | $9.53 | Hold | $11.00 | $493.9 | $0.99 | $1.18 | $1.40 | 9.61x | 8.07x | 6.79x | 19.1% | 0.57x | 1.06x | 4.11x | 6.14x | 4.48x |
| First Cash Financial Services, Inc. | FCFS | $47.89 | Hold | $51.00 | $1,356.1 | $2.94 | $2.79 | $3.22 | 16.28x | 17.17x | 14.87x | -5.29% | 3.02x | 7.95x | 10.89x | 10.25x | 9.98x |
| J.G. Wentworth Company Class A | JGW | $10.37 | Hold | $12.00 | $147.9 | $1.48 | $1.36 | $1.41 | 7.01x | 7.63x | 7.35x | -8.1% | 2.13x | 2.13x | NA | NA | NA |
| Regional Management Corp. | RM | $14.36 | Hold | $16.00 | $184.6 | $1.15 | $1.50 | $2.05 | 12.52x | 9.54x | 7.01x | 31.3% | 1.03x | 1.04x | 8.51x | 13.39x | 11.59x |
| Springleaf Holdings, Inc. | LEAF | $50.25 | Buy | $66.00 | $5,781.7 | $2.07 | $2.67 | $6.00 | 24.30x | 18.85x | 8.38x | 28.99% | 2.85x | NA | NA | NA | NA |
| World Acceptance Corporation | WRLD | $71.75 | Hold | $79.00 | $683.8 | $9.88 | $10.98 | $11.27 | 7.26x | 6.53x | 6.37x | 11.1% | 2.18x | 2.25x | 6.68x | 6.80x | 7.44x |
| **Mean** | | | | | | | | | 14.77x | 12.56x | 9.36x | 22.6% | 1.77x | 2.56x | 5.93x | 9.31x | 7.63x |
| **Median** | | | | | | | | | 12.52x | 13.35x | 7.87x | 24.0% | 2.13x | 1.15x | 5.39x | 9.52x | 7.10x |

* CSH ex-ENVA deducts the $4+ in ENVA per share in valuation calculations of P/E, P/B, P/TBV, and EV/EBITDA

Source: Jefferies estimates, Factset

## 1Q15 Product Trends

We believe 1Q15 results will be affected by a crosscurrent of factors, including lower fuel prices, gold price fluctuations, tax refunds and other residual regulatory impacts. Below we highlight product trends across geographies for our companies under coverage.

### Pawn

- **U.S. Pawn:** After positive trends in 3Q14, 4Q14 results reflected a more challenging environment and negative same store sales for most operators domestically. We anticipate observing more of this trend in 1Q15, given the combination of lower fuel prices and tax refunds. Gold initially climbed in 1Q15, before falling and finishing the quarter in-line with 12/31 prices, and we note that while gold is off ~$100 YoY, net scrap revenues make up a significantly smaller percentage of pre-tax net income than prior cycles. Therefore we expect less of a negative impact from weaker YoY gold prices in the quarter. On the other hand, we believe that ongoing lower fuel prices may have somewhat offsetting impacts in the quarter, including incremental retail spending during the quarter, which may drive upside to retail volumes and margins, offset by potentially lower loan demand. Given this confluence of factors, we expect generally stable pawn performance from those with domestic pawn exposure (EZPW and FCFS), including modest revenue growth (while we may see negative same store figures).

- **Mexican Pawn:** At the fundamental level, we expect fairly consistent results out of Mexico, which has exhibited relatively good growth. More importantly for Mexican operations we believe the strength of the US$ versus the Peso will weigh on results, while we believe this is factored into company guidance and our models. The US$ is ~16% stronger versus the Peso on a YoY basis, which

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 15 - 19 of this report.

**Jefferies** 143



# EZCORP Class A (EZPW : US$9.29)

## EZCORP Class A wipes off US$143.3M in MCap in 2015, highest loser in Finance/Consumer Loans sector

EZCORP Inc., NASDAQ's 6th largest Finance/Consumer Loans company by market cap, tumbled US$2.37 (or 20.3%) year to date in 2015 to close at US$9.29. This makes the stock the biggest decliner in the Finance/Consumer Loans sector which is up 22.6% in 2015. Compared with the NASDAQ-100 Index which has risen 4.4% YTD, this is a relative price change of -24.7%. The volume YTD has been 0.6 times the average trading of 505,976 shares. In 2015 the market cap has declined US$143.3 million.

## Introduction with Trends

**We are currently bearish on this stock in the short-term based on technical indicators, but are neutral in the long-term based on fundamental metrics**

**What makes us bearish on the stock is the following:**
- Its Moving Average Convergence Divergence indicators are falling, with its 12-day EMA lower than its 26-day EMA.
- The price to 200-day MAP ratio is 0.88, a bearish indicator.
- In the last three months the number of falls outnumbered rises 33:30 or 1.1:1.

**However, there are some reasons why we remain neutral on the stock for the long-term:**
- The Price to Book of 1 lower than average of 3.7 for the Finance/Consumer loans sector and 7.0 for the Total NASDAQ Market. We estimate the shares are trading at a current year Price to Book of 1 and a forward year Price to Book of 0.9.
- "Current ratio of two or more"; current assets are 5.4 times current liabilities.

## Stock Summary

| | |
|---|---|
| **52-Week Range** | US$8.25-US$13.08 |
| **Sector** | Finance/Consumer Loans |
| **Market Cap** | US$481.5 million |
| **Shares Outstanding** | 51,831,019 |
| **ISIN** | US3023011063 |
| **Relative Strength (3 mo)** | 5 |

## Financial Summary

| Year ended | Sep 2014 | Sep 2013 | Sep 2012 |
|---|---|---|---|
| Sales (USD M) | 982.9 | 981.5 | 975.1 |
| Pretax (USD M) | 72.7 | 102.5 | 226.4 |
| Net (USD M) | (45.7) | 34.1 | 143.7 |
| EPS (USD) | (0.84) | 0.63 | 2.81 |

## MCap: A Historical Perspective

| | Share Price (USD) | Market Cap (US$) |
|---|---|---|
| Last | 9.3 | 481.5 million |
| 1 Year ago | 11.0 | 565.4 million |
| 2 Years ago | 17.9 | 915.6 million |
| 3 Years ago | 30.3 | 1.4 billion |
| 4 Years ago | 29.0 | 1.4 billion |
| 5 Years ago | 22.0 | 1 billion |



## Peer Group Analysis

| Name | Last Price | Relative strength (6-months) | MCap (USD) | PV $1000 (1 yr) | Revenue (USD) | Net Profit (USD) | Total Assets (USD) |
|---|---|---|---|---|---|---|---|
| Tree.com (D) | US$60.0 | 92 | 686.8M | 1,980 | 167.4M | 9.4M | 139.9M |
| Cass Information Systems | US$52.80 | 74 | 608.8M | 1,051 | 39.8M | 24M | 1.5B |
| Diamond Hill Investment Group | US$170.0 | 88 | 567.9M | 1,496 | 104.6M | 31.6M | 107.7M |
| EZCORP Class A | US$9.29 | 36 | 481.5M | 843 | 982.9M | (45.7M) | 1.4B |
| Nicholas Financial | US$13.83 | 73 | 169.9M | 874 | 81.9M | 16.7M | 283.4M |
| Asta Funding | US$8.24 | 33 | 107M | 996 | | | |
| Atlanticus Holdings | US$2.05 | 84 | 28.5M | 795 | 99.7M | 7.2M | 268.4M |

## Recent Analyst Recommendations

| Date | Brokerage | Action | Past Rating | Current Rating | Prev Target | Price Target |
|---|---|---|---|---|---|---|
| 16-Feb-2015 | Zacks | Downgrade | Neutral | Underperform | - | 9.5 |

**INDUSTRY NOTE**

Target | Estimate Change

USA | Financials | Consumer Finance

July 7, 2015

# Jefferies

EQUITY RESEARCH AMERICAS

# Consumer Finance
## 2Q15 Non-Prime Preview; Expect Company/Product-Specific Results

**Key Takeaway**

In this note, we detail our expectations for the upcoming C2Q15 reporting period for non-prime consumer finance companies under coverage including CSH, EZPW, FCFS, JGW, RM, LEAF and WRLD.

We continue to believe this sector remains a stock-pickers' market and that results will be generally company-specific, tied to product and geographic exposure, as well as certain company-specific developments on the credit front. Importantly, we think an improving labor market should support those with retail sales exposure, while low fuel prices/lower demand may weigh on loan growth for some in the quarter.

Macro factors continue to be mixed while we believe that positive macro shifts may more than offset headwinds. We also discuss quarterly macro-economic factors and potential implications on C2Q15 earnings for the group. We expect ongoing lower fuel prices will have offsetting impacts on results including stronger retail sales but potentially lighter loan demand. We note ongoing gold volatility/weakness may be a minor headwind for pawn lenders as scrap exposure has diminished in the group. Lastly, the ongoing strength of the US$ could weigh on quarterly results for those reliant on international operations, but we believe this is baked into company guidance and our estimates. Additionally, we discuss 10-year swap movements and the potential impact on JGW.

Product overview: From a product perspective, similar to 1Q15, we believe domestic pawn results will be mixed, and our forecasts reflect relatively flat YoY revenues. We expect continued growth out of Mexico on a constant-currency basis, although this could be offset by the strength of the US$ for those with international pawn exposure. For payday, we believe growth remains challenging given regulatory changes and the ongoing shift towards multi-payment products. Lastly, we believe pockets of growth will be supportive for trends for installment lenders with unique customer acquisitions models in 2Q15 given competitive dynamics in that industry.

Credit Overview - reversion to the mean continues: Overall subprime credit performance continues to revert to the mean and we expect YoY credit metrics could deteriorate modestly for the industry as a whole, but we don't anticipate that credit represents a material risk given the positive macroeconomic backdrop.

Regulatory Round-Up: We highlight recent regulatory developments in the consumer lending space, as we continue to monitor the CFPB's rule proposals on small dollar lenders released at the end of March and subsequent SBREFA process.

Thoughts on the industry: Of the consumer finance names under coverage, we continue to recommend CSH and LEAF. For CSH, we note the company is trading at a discount to the peer group on an EV/EBITDA basis and note a solid balance sheet providing flexibility for potential capital returns. For LEAF, we do not believe the current price adequately reflects the earnings power of the combination of LEAF and OneMain, and we expect the deal to close.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

| Company Name | Ticker | Mkt. Cap (MM) | Rating | Price | Price Target | Cons. Next FY | Current EPS Estimates | | | Previous Est. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2014 | 2015 | 2016 | 2015 | 2016 |
| Cash America Int'l | CSH | $758.9 | BUY | $26.35 | $33.00 | $0.98 | $0.53 | $0.96 | $1.39 | $0.96 | $1.39 |
| EZCORP, Inc. | EZPW | $385.6 | HOLD | $7.18 | $7.00 ▼ | $1.18 | $1.04 | $1.10 | $1.40 | $1.10 | $1.40 |
| First Cash Financial Svs. | FCFS | $1,323.6 | HOLD | $46.28 | $50.00 | $2.75 | $2.94 | $2.75 | $3.11 | $2.75 | $3.12 |
| Regional Management Corp. | RM | $224.8 | HOLD | $17.56 | $16.00 | $1.75 | $1.15 | $1.62 | $2.05 | $1.62 | $2.05 |
| Springleaf | LEAF | $5,520,799.5 | BUY | $47.98 | $66.00 | $2.36 | $2.07 | $2.36 | $5.10 | $2.36 | $5.10 |
| The J.G. Wentworth Co. | JGW | $272.0 | HOLD | $9.19 | $10.50 | $1.45 | $1.48 | $1.36 | $1.41 | $1.36 | $1.41 |
| World Acceptance | WRLD | $531.5 | HOLD | $58.41 | $62.00 | -- | $9.18 | $10.60 | $10.95 | $10.60 | $10.95 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 18 to 21 of this report.

**Financials**

Target | Estimate Change

July 7, 2015

## Chart 1: Estimates versus Consensus and Expected Reported Dates

| Symbol | 7/6/2015 Price | Rating | Price Target | Market Cap ($MM) | C2Q14A EPS | C2Q15E JEF | C2Q15E Consensus | CY15 JEF Estimate | P/FY Estimate | Expected/Announced Report Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Nonprime Consumer Finance** | | | | | | | | | | |
| **CSH ex. ENVA** | $26.35 | Buy | $33.00 | $724.0 | ($0.07) | $0.02 | $0.04 | $0.96 | 24.52x | 7/30/15 BMO |
| **EZPW** | $7.18 | Hold | $7.00 | $372.1 | $0.21 | $0.27 | $0.27 | $1.18 | 6.08x | TBD |
| **FCFS** | $46.28 | Hold | $50.00 | $1,304.9 | $0.55 | $0.44 | $0.48 | $2.75 | 16.83x | 7/16/15 BMO |
| **JGW** | $9.19 | Hold | $10.50 | $129.2 | $0.58 | $0.39 | $0.46 | $1.36 | 6.76x | TBD |
| **RM** | $17.56 | Hold | $16.00 | $226.0 | $0.34 | $0.39 | $0.38 | $1.62 | 10.84x | 7/28/15 AMC (estimate) |
| **LEAF** | $47.98 | Buy | $66.00 | $6,452.4 | $0.51 | $0.46 | $0.52 | $2.36 | 20.32x | 8/7/15 BMO (estimate) |
| **WRLD** | $58.41 | Hold | $62.00 | $525.2 | $2.19 | $2.39 | $2.63 | $10.94 | 5.34x | 7/30/15 BMO (estimate) |

Source: Jefferies estimates, Factset

## Chart 2: Consumer Finance Valuation Comparison

| Company Name | Symbol | 7/6/2015 Price | Rating | Price Target | Market Cap ($MM) | JEF CY EPS 2014A | 2015E | 2016E | JEF CY P/E 2014A | 2015E | 2016E | 14-15 Est. EPS Growth | P/ BV | P/ TBV | JEF EV/EBITDA 2013A | 2014A | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Nonprime Consumer Finance** | | | | | | | | | | | | | | | | | |
| Cash America International, Inc. | CSH | $26.35 | Buy | $33.00 | $724.0 | $0.53 | $0.96 | $1.39 | 49.72x | 27.45x | 18.96x | 81.1% | 0.66x | 1.27x | 2.83x | 10.11x | 6.95x |
| Cash America International, Inc.ex-ENVA* | CSH | $26.35 | Buy | $33.00 | $724.0 | $0.53 | $0.96 | $1.39 | 44.42x | 24.52x | 16.94x | 81.1% | 0.66x | 1.14x | 2.55x | 9.14x | 6.28x |
| EZCORP, Inc. Class A | EZPW | $7.18 | Hold | $7.00 | $372.1 | $0.99 | $1.18 | $1.40 | 7.24x | 6.08x | 5.11x | 19.1% | 0.43x | 0.80x | 3.40x | 5.08x | 3.71x |
| First Cash Financial Services, Inc. | FCFS | $46.28 | Hold | $50.00 | $1,304.9 | $2.94 | $2.75 | $3.11 | 15.73x | 16.83x | 14.88x | -6.5% | 2.91x | 7.60x | 10.40x | 9.80x | 9.98x |
| J.G. Wentworth Company Class A | JGW | $9.19 | Hold | $10.50 | $129.2 | $1.48 | $1.36 | $1.41 | 6.76x | 6.76x | 6.52x | -3.7% | 1.11x | NA | NA | NA | NA |
| Regional Management Corp. | RM | $17.56 | Hold | $16.00 | $226.0 | $1.15 | $1.62 | $2.05 | 15.32x | 10.84x | 8.58x | 41.3% | 1.22x | 1.23x | 8.73x | 13.76x | 11.06x |
| Springleaf Holdings, Inc. | LEAF | $47.98 | Buy | $66.00 | $6,452.4 | $2.07 | $2.36 | $5.10 | 23.20x | 20.32x | 9.41x | 14.2% | 2.72x | NA | NA | NA | NA |
| World Acceptance Corporation | WRLD | $58.41 | Hold | $62.00 | $525.2 | $9.88 | $10.94 | $10.86 | 5.91x | 5.34x | 5.38x | 10.7% | 1.66x | 1.71x | 5.24x | 5.34x | 5.57x |
| **Mean** | | | | | | | | | 15.10x | 12.96x | 9.55x | 21.7% | 1.53x | 2.50x | 5.53x | 8.87x | 7.26x |
| **Median** | | | | | | | | | 15.32x | 13.83x | 9.00x | 16.6% | 1.22x | 1.25x | 4.32x | 9.47x | 6.62x |

* CSH ex-ENVA deducts the $4+ per share in valuation calculations of P/E, P/B, P/TBV, and EV/EBITDA

Source: Jefferies estimates, Factset

# 2Q15 Product Trends

We believe 2Q15 results will be affected by a crosscurrent of factors, including lower fuel prices, gold price fluctuations, FX movements and other residual regulatory impacts. Below we highlight product trends across geographies for our companies under coverage.

## Pawn

- **U.S. Pawn:** 1Q15 reflected an ongoing challenging environment with negative same store sales for most operators domestically. We expect similar trends continued in 2Q15, as fuel prices are still down substantially YoY. At the same time, FCFS pre-announced 2Q results below initial guidance, and while the incremental weakness was due to US$ strength and the shutdown of some consumer lending locations, we believe it is a sign as well that domestic pawn operations continue to struggle for growth. Gold was relatively stable in the quarter, declining $20 to $1,772, but is down over 10% YoY. Net scrap revenues make up a significantly smaller percentage of pre-tax net income than prior cycles and therefore we do not anticipate meaningful weakness tied to ongoing gold volatility. On the other hand, we believe that lower fuel prices and increasing consumer confidence/wages may have somewhat offsetting impacts in the quarter, including incremental retail spending during the quarter, which may drive upside to retail volumes and margins, offset by potentially lower loan demand. Given this confluence of factors, we expect generally stable pawn performance from those with domestic pawn exposure (CSH, EZPW and FCFS), while our revenue forecasts for pawn operators are roughly flat YoY.

- **Mexican Pawn:** At the fundamental level, we expect fairly consistent results out of Mexico, which have exhibited relatively good growth. More importantly for Mexican operations we believe the strength of the US$ versus the Peso will weigh on results. The US$ is ~20% stronger versus the Peso on a YoY basis,

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 21 of this report.

**Jefferies** 235

# Financials

Target | Estimate Change

July 7, 2015

## EZCORP, Inc. (EZPW)

## Hold: $7 Price Target

*THE LONG VIEW*

## Scenarios

### Target Investment Thesis

- Pawn slowly recovers and begins re-growing, contributing to consolidated earnings growth
- An outstanding CID from the CFPB results in increased regulatory uncertainty
- Assume modest growth in contributions from some recent acquisitions
- Corporate governance concerns continue to impact valuation
- 2016 CY EPS: $1.40, Target multiple ~5x Fwd P/E, Target Price: $7

### Upside Scenario

- Pawn recovers ahead of expectations and returns to double-digit rates of growth
- CFPB CID resolution with no material impact to business
- Strong growth and meaningful contributions from recent acquisitions
- Reduction of concerns over corporate governance
- 2016 CY EPS: $2.00, Target multiple 7x Fwd P/E, Target Price: $14

### Downside Scenario

- Same-store pawn sales continue to decline in the US while Mexican growth remains subdued
- Regulatory changes negatively impact recent acquisitions
- Enforcement action from the CID reduces growth
- 2016 CY EPS: $1.00, Target multiple ~4x Fwd P/E, Target Price: $4

## Long Term Analysis

### Historical P/E - NTM



| Legend | |
|---|---|
| Forward P/E | Target |
| Upside | Downside |

### Long Term Financial Model Drivers

| | |
|---|---|
| NTM Pawn Receivables Growth | -3.0% |
| FY15 Merchandise Margin | 32.0% |
| FY15 Scrap Margin | 18.0% |
| FY15 Op. Ex./Net Revenues | 82% |
| FY15 ROE | 6.0% |

### Other Considerations

- CFPB has an outstanding CID on EZPW — unclear specifically what investigation is targeting and no timeframe for resolution
- Two-class share structure and concerns on corporate governance
- Texas exposure remains elevated
- Recent accounting review of Grupo Finmart
- Acquisitions diversify the business but complicate the story

Source: Factset. Jefferies estimates

## Peer Group

### Peer CY14- CY15 EPS Growth



Source: Factset, Jefferies estimates

### Peer Group CY15 P/E



Source: Factset, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | P T |
|---|---|---|
| **EZPW** | **Hold** | **$ 7** |
| FCFS | Hold | $ 50 |
| JGW | Hold | $ 11 |
| RM | Hold | $ 16 |
| LEAF | Buy | $ 66 |
| WRLD | Hold | $ 62 |

## Catalysts

- Domestic pawn recovery
- Meaningful Mexican contribution
- CFPB CID resolution
- Corporate governance improvements
- Growth from recent acquisitions

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 21 of this report.



**July 30, 2015**
**Consumer Finance - Company Update**

# EZCORP, Inc. (EZPW)

Exiting Store-Based Payday Lending; Soft Core Pawn Trends Through June & Still Waiting on Grupo Finmart Restatements

**MARKET PERFORM** | Price: $6.29 | Target Price: N/A

## MARKET DATA

| | |
|---|---|
| Price | $6.29 |
| 52-Week Range: | $5.29 - $12.35 |
| Shares Out. (M): | 53.7 |
| Market Cap ($M): | $337.8 |
| Average Daily Vol. (000): | 406.0 |

Source: Thomson Reuters and JMP Securities LLC

| FY SEP | | 2014A | 2015E | 2016E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $269.4 | $252.6A | -- |
| | 2Q | $259.7 | $248.7 | -- |
| | 3Q | $241.4 | $236.1 | -- |
| | 4Q | $243.3 | $244.3 | -- |
| | FY | $1,013.8 | $981.8 | $1,007.3 |
| EPS | 1Q | $0.39 | $0.26A | -- |
| | 2Q | $0.36 | $0.24 | -- |
| | 3Q | $0.21 | $0.23 | -- |
| | 4Q | $0.27 | $0.26 | -- |
| | FY | $1.25 | $1.10 | $1.30 |
| | P/E | 5.0x | 5.7x | 4.8x |
| | CY | $1.25 | $1.10 | $1.30 |
| | P/E | 5.0x | 5.7x | 4.8x |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**We maintain our Market Perform rating on EZCORP.** The key takeaways from EZPW's much anticipated strategic plan update were: (i) the complete exit from U.S. payday, auto title, and installment lending in favor of re-ignited focus on U.S./Mexico pawn and Grupo Finmart; (ii) the quantification and evaluation of accounting issues in the Grupo Finmart loan portfolio are not yet resolved; and (iii) core trends in pawn were soft in both the U.S. and Mexico through June. We continue to approach EZPW shares cautiously due to a wide range of risk factors including a lack of visibility into earnings power stemming from no formal guidance and delayed 10-Q filings. We will update our estimates upon the release of EZPW's delayed 10-Q filings and further follow-up discussions with management regarding the prospective cost structure.

**Key takeaways:**

**(i) Involvement will cease in payday, auto title, and installment lending in the U.S.** Management cited increased regulatory pressures, specifically the CFPB payday rule proposal. It was noted that significant investments would have been required to sufficiently compete with larger scale peers under the new regulatory regime. The specifics of exactly why were not discussed. Is it too onerous for EZPW to assess ability to repay (ATR)? Or is it that when doing so, most of the client base would not qualify? Essentially, management's decision confirmed for us the validity of our assessment that high-cost/short-term credit products can only be profitable in an online delivery model once we see true ATR requirements take hold.

**(ii) A three-year runway until the company achieves its targeted annualized cost savings of $34 million following the restructurings.** Interestingly, only about one-third of the targeted reduction in overhead costs ($9 million out of $34 million) is directly from closing the U.S. financial services businesses. Management suggested that the USFS operations are close to breakeven currently so these actions should ultimately be accretive once completed.

**(iii) The quantification and evaluation of accounting issues in the Grupo Finmart loan portfolio are not yet resolved.** No resolution was offered regarding EZPW's problems following ASC 810-10 accounting treatment for structured asset sales that resulted in improper gain on sale income. Nor was there a resolution for the out-of-payroll loans that had not been properly accounted for, causing an understatement of bad debt expense and an overstatement of accrued interest. However, management suggested that origination volumes at the payroll advance business are still growing in the double digits.

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Douglas Greiner**
dgreiner@jmpsecurities.com
(212) 906-3525

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

July 30, 2015

EZCORP, Inc. (EZPW)

## FIGURE 1.  Comparative Valuation Table ($m, except per share data)

| Company | Ticker | Rating | 07/29/15 Price | 52-Week High | 52-Week Low | Shares (MM) | ADV (000) | Mkt Cap ($MM) | Long Term Debt | Cash | EV ($MM) | 2015 EPS | 2016 EPS | 2015 P/E | 2016 P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Data Systems | ADS | MO | 270.81 | 312.00 | 230.54 | 62 | 435 | 16,871 | 4,850 | 822 | 20,899 | 15.00 | 17.25 | 18.1x | 15.7x |
| American Express | AXP | NR | 75.11 | 94.89 | 74.30 | 1,013 | 5,694 | 76,086 | 53,000 | 21,000 | 108,086 | 5.49 | 5.68 | 13.7x | 13.2x |
| Ally Financial | ALLY | NR | 22.47 | 25.01 | 18.63 | 483 | 3,744 | 10,848 | 54,434 | - | 65,282 | 1.97 | 2.33 | 11.4x | 9.7x |
| America's Car-Mart | CRMT | MP | 45.18 | 57.55 | 36.14 | 9 | 32 | 408 | 103 | 1 | 510 | 3.25 | 3.50 | 13.9x | 12.9x |
| Cash America International | CSH | MO | 26.69 | 28.68 | 18.53 | 29 | 285 | 768 | 196 | 120 | 845 | 0.95 | 1.30 | 28.1x | 20.5x |
| Consumer Portfolio Services | CPSS | MO | 6.05 | 8.00 | 5.29 | 32 | 195 | 193 | 1,849 | 18 | 2,023 | 1.10 | 1.25 | 5.5x | 4.8x |
| Credit Acceptance Corporation | CACC | MU | 227.35 | 277.98 | 110.98 | 21 | 96 | 4,763 | 1,918 | 1 | 6,680 | 14.25 | 15.50 | 16.0x | 14.7x |
| Discover Financial Services | DFS | NR | 55.11 | 66.75 | 54.02 | 442 | 2,954 | 24,359 | 24,243 | - | 48,602 | 5.26 | 5.73 | 10.5x | 9.6x |
| Encore Capital | ECPG | MO | 42.48 | 46.18 | 36.40 | 27 | 241 | 1,160 | 2,691 | 136 | 3,715 | 5.12 | 5.65 | 8.3x | 7.5x |
| EZCORP, Inc. | EZPW | MP | 6.31 | 12.35 | 5.29 | 54 | 514 | 343 | 324 | 78 | 590 | 1.10 | 1.30 | 5.7x | 4.9x |
| First Cash Financial Services | FCFS | MO | 40.32 | 59.90 | 39.29 | 28 | 192 | 1,146 | 256 | 77 | 1,324 | 2.67 | 3.05 | 15.1x | 13.2x |
| Green Dot Corporation | GDOT | MO | 19.93 | 24.47 | 13.87 | 54 | 740 | 1,067 | 765 | 878 | 954 | 1.34 | 1.50 | 14.9x | 13.3x |
| JGPWT Holdings | JGW | MO | 8.13 | 13.93 | 7.82 | 29 | 117 | 232 | 180 | 114 | 299 | 1.45 | 1.65 | 5.6x | 4.9x |
| MoneyGram International | MGI | MP | 7.81 | 15.02 | 7.55 | 62 | 299 | 484 | 961 | 175 | 1,270 | 0.75 | 1.05 | 10.4x | 7.4x |
| Portfolio Recovery Associates | PRAA | MO | 61.19 | 65.00 | 47.84 | 49 | 394 | 3,001 | 1,479 | 132 | 4,349 | 4.88 | 5.30 | 12.5x | 11.5x |
| Regional Management Corp. | RM | MP | 19.42 | 20.27 | 11.16 | 13 | 81 | 254 | 359 | 1 | 613 | 1.88 | 2.15 | 10.3x | 9.0x |
| Santander Consumer Finance | SC | MO | 24.96 | 26.83 | 16.52 | 357 | 356 | 8,902 | 29,714 | 27 | 38,589 | 2.75 | 2.90 | 9.1x | 8.6x |
| Springleaf Holdings | LEAF | MO | 49.34 | 54.34 | 25.30 | 115 | 788 | 5,675 | 9,635 | 5,157 | 10,153 | 2.10 | 2.25 | 23.5x | 21.9x |
| Synchrony Financial | SYF | MO | 34.23 | 36.40 | 22.60 | 835 | 855 | 28,596 | 23,692 | 14,303 | 37,985 | 2.65 | 2.80 | 12.9x | 12.2x |
| Western Union | WU | MP | 18.64 | 22.84 | 15.32 | 525 | 5,800 | 9,790 | 3,729 | 1,755 | 11,763 | 1.63 | 1.70 | 11.4x | 11.0x |
| World Acceptance | WRLD | NR | 52.76 | 96.23 | 46.97 | 9 | 318 | 479 | 501 | 38 | 942 | 11.25 | 11.24 | 4.7x | 4.7x |
| | | | | | | | **Mean:** | **9,306** | **10,232** | | **17,403** | | | **12.5x** | **11.0x** |
| | | | | | | | **Median:** | **1,160** | **1,849** | | **3,715** | | | **11.4x** | **11.0x** |

JMP Securities EPS estimates except for not rated securities where Thomson Reuters consensus estimates
Source: Thomson Reuters and JMP Securities reports

J M P
SECURITIES

3

**INDUSTRY NOTE**

Industry Update

USA | Financials | Consumer Finance

October 8, 2015

# Jefferies

EQUITY RESEARCH AMERICAS

# Consumer Finance
## 3Q15 Non-Prime Preview; Results Likely To Be Product and Geography-Specific

**Key Takeaway**

**In this note, we detail our expectations for the upcoming C3Q15 reporting period for non-prime consumer finance companies under coverage including CSH, EZPW, FCFS, JGW, RM, LEAF and WRLD.**

**We believe non-prime consumer results will continue to be company-specific for the non-prime consumer finance industry.** We believe results will be impacted by product and geographic exposure, as well as certain company-specific developments on the credit and regulatory fronts. We point to increasingly mixed economic data, although we don't believe the mixed signals will have an impact on this quarters' earnings. It is worth noting that we observed investors de-risking during 3Q15 as pawn names tended to be relatively resilient versus broader market volatility.

**Macro factors continue to be mixed and we anticipate largely offsetting impacts.** We expect lower YoY fuel prices may have offsetting impacts on results including stronger retail sales offset by lighter loan demand. We note ongoing gold volatility/ weakness may be a minor headwind for pawn lenders, but expect this to be muted given scrap exposure has substantially declined for the group. We note the US$ continued to strengthen in the quarter, strengthening headwinds against those with international exposure. Additionally, we discuss 10-year swap movements and the potential impact on JGW.

**Product overview.** From a product perspective, similar to 2Q15, we believe domestic pawn results will be mixed, and our forecasts reflect modest declines in YoY revenues, given challenging comps. We expect continued growth out of Mexico on a constant-currency basis, but expect this to be largely offset by the strength of the US$. For payday, we note this product represents a shrinking component of businesses under coverage and we expect the focus of investors to be on remaining exposure and potential implications of impending CFPB rules. Lastly, we believe pockets of growth remained for installment lenders as we believe competitive forces remain somewhat balanced in this segment.

**Credit overview - reversion to the mean continues.** Overall subprime credit performance continues to revert to the mean for the most part, but as we highlight in this report we anticipate most credit results to be company-specific for installment lenders.

**Regulatory round-up.** We highlight recent regulatory developments in the consumer lending space, with the largest development being company-specific issues related to the CFPB, including WRLD's NORA receipt in August.

**Thoughts on the industry.** We continue to recommend CSH and LEAF. For CSH, we note the company is trading at a discount to the peer group on an EV/EBITDA basis and highlight its solid balance sheet provides flexibility for potential capital returns/acquisitions. For LEAF, we adjust estimates as we now account for a 1Q16 OneMain acquisition close (we had 4Q15 before) and highlight that the market's valuation does not reflect the earnings power of the combined entity.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
* Jefferies LLC

| Company Name | Ticker | Mkt. Cap (MM) | Rating | Price | Price Target | Cons. Next FY | Current EPS Estimates 2014 | 2015 | 2016 | Previous Est. 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash America Int'l | CSH | $791.7 | BUY | $29.00 | $33.00 | $1.02 | $0.53 | $1.01 | $1.35 | $1.01 | $1.35 |
| EZCORP, Inc. | EZPW | $360.9 | HOLD | $6.72 | $7.00 | $1.15 | $1.04 | $1.10 | $1.40 | $1.10 | $1.40 |
| First Cash Financial Svs. | FCFS | $1,215.2 | HOLD | $42.49 | $42.00 | $2.60 | $2.94 | $2.62 | $3.03 | $2.62 | $3.03 |
| Regional Management Corp. | RM | $206.0 | BUY | $16.09 | $21.00 | $1.83 | $1.15 | $1.74 | $2.15 | $1.74 | $2.15 |
| Springleaf | LEAF | $6,285.2 | BUY | $46.73 | $66.00 | $2.16 | $2.07 | $2.15 | $4.89 | $2.39 | $5.10 |
| The J.G. Wentworth Co. | JGW | $159.3 | HOLD | $5.69 | $6.00 | $0.73 | $1.48 | $0.83 | $1.70 | $0.83 | $1.70 |
| World Acceptance | WRLD | $261.7 | HOLD | $30.08 | $34.00 | -- | $9.18 | $10.60 | $10.12 | $10.60 | $10.12 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 16 to 19 of this report.

**Financials**

Industry Update

October 8, 2015

## Chart 1: Estimates versus Consensus and Expected Reported Dates

| | 10/7/2015 | | Price | Market | C3Q14A | C3Q15E | C3Q15E | CY16 JEF | P/FY16 | Expected/Announced |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Price | Rating | Target | Cap ($MM) | EPS | JEF | Consensus | Estimate | Estimate | Report Date |
| **Nonprime Consumer Finance** | | | | | | | | | | |
| CSH ex. ENVA | $29.00 | Buy | $33.00 | $771.1 | $0.16 | $0.18 | $0.19 | $1.35 | 21.48x | 10/29/15 BMO |
| EZPW | $6.72 | Hold | $7.00 | $348.3 | $0.27 | $0.30 | $0.28 | $1.40 | 4.79x | TBD |
| FCFS | $42.49 | Hold | $42.00 | $1,189.6 | $0.68 | $0.62 | $0.61 | $3.03 | 14.02x | 10/20/15 BMO |
| JGW | $5.69 | Hold | $6.00 | $87.6 | $0.25 | $0.21 | $0.20 | $1.70 | 3.35x | TBD |
| RM | $16.09 | Buy | $21.00 | $207.5 | $0.11 | $0.47 | $0.49 | $2.15 | 7.48x | 10/22/15 AMC |
| LEAF | $46.73 | Buy | $66.00 | $6,284.3 | $0.55 | $0.50 | $0.51 | $4.89 | 9.55x | 11/5/15 BMO (estimate) |
| WRLD | $30.08 | Hold | $34.00 | $269.8 | $2.16 | $2.01 | $2.22 | $9.30 | 3.23x | 10/29/15 BMO (estimate) |

Source: Jefferies estimates, Factset

## Chart 2: Consumer Finance Valuation Comparison

| | | 10/7/2015 | | Price | Market | JEF CY EPS | | | JEF CY P/E | | | 14-15 Est. EPS Growth | P/ BV | P/ TBV | JEF EV/EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | Symbol | Price | Rating | Target | Cap ($MM) | 2014A | 2015E | 2016E | 2014A | 2015E | 2016E | | | | 2013A | 2014A | 2015E |
| **Nonprime Consumer Finance** | | | | | | | | | | | | | | | | | |
| Cash America International, Inc. | CSH | 29.00 | Buy | 33.00 | 771.1 | 0.53 | 1.01 | 1.35 | 54.72x | 28.71x | 21.48x | 90.6% | 0.72x | 1.43x | 3.22x | 11.51x | 7.92x |
| Cash America International, Inc.ex-ENVA* | CSH | 29.00 | Buy | 33.00 | 771.1 | 0.53 | 1.01 | 1.35 | 51.16x | 26.83x | 20.09x | 90.6% | 0.72x | 1.34x | 3.04x | 10.88x | 7.48x |
| EZCORP, Inc. Class A | EZPW | 6.72 | Hold | 7.00 | 348.3 | 0.99 | 1.18 | 1.40 | 6.78x | 5.69x | 4.79x | 19.1% | 0.40x | 0.75x | 3.26x | 4.87x | 3.56x |
| First Cash Financial Services, Inc. | FCFS | 42.49 | Hold | 42.00 | 1,189.6 | 2.94 | 2.62 | 3.03 | 14.45x | 16.22x | 14.02x | -10.9% | 2.63x | 7.86x | 9.86x | 9.29x | 9.46x |
| J.G. Wentworth Company Class A | JGW | 5.69 | Hold | 6.00 | 87.6 | 1.48 | 0.83 | 1.70 | 3.84x | 6.88x | 3.35x | -43.9% | 0.81x | NA | NA | NA | NA |
| Regional Management Corp. | RM | 16.09 | Buy | 21.00 | 207.5 | 1.15 | 1.74 | 2.15 | 14.03x | 9.25x | 7.48x | 51.8% | 1.09x | 1.10x | 9.17x | 14.42x | 10.73x |
| Springleaf Holdings, Inc. | LEAF | 46.73 | Buy | 66.00 | 6,284.3 | 2.07 | 2.51 | 4.89 | 22.60x | 21.69x | 9.55x | 4.2% | 2.10x | NA | NA | NA | NA |
| World Acceptance Corporation | WRLD | 30.08 | Hold | 34.00 | 269.8 | 9.88 | 10.69 | 9.30 | 3.04x | 2.81x | 3.23x | 8.2% | 0.80x | 0.83x | 3.93x | 4.01x | 4.22x |
| **Mean** | | | | | | | | | 14.72x | 12.77x | 8.93x | 17.0% | 1.22x | 2.37x | 5.41x | 9.16x | 7.23x |
| **Median** | | | | | | | | | 14.03x | 12.73x | 8.52x | 13.6% | 0.81x | 1.22x | 3.60x | 10.08x | 7.70x |

Source: Jefferies estimates, Factset

# 3Q15 Product Trends

We believe 3Q15 results will be affected by various factors dependent on geographic and product exposure. These factors include lower fuel prices, FX movements, and residual regulatory impacts. Below we highlight product trends across geographies and products for the non-prime consumer finance companies we cover.

## Pawn

- **U.S. Pawn:** 2Q15 reflected an ongoing challenging environment with negative same store sales for most operators domestically. We expect similar trends continued in 3Q15, as fuel prices are still down substantially YoY while 3Q14 reflects a challenging comp period in which some operators (CSH) experienced SS loan balance growth. Gold initially declined in July but rallied in September to finish marginally down in the quarter, declining $100 to $1,115, and is down over 7% YoY. Net scrap revenues make up a significantly smaller percentage of pre-tax net income than prior cycles and therefore we do not anticipate meaningful weakness tied to ongoing gold volatility. On the other hand, we believe that lower fuel may have somewhat offsetting impacts in the quarter, including incremental retail spending during the quarter, which may drive upside to retail volumes and margins, offset by potentially lower loan demand (at least on a YoY basis). We note consumer confidence waned in August indicating potentially greater loan demand and lower retail activity. Given this confluence of factors, we expect results consistent with recent quarters (muted loan growth and decent sales growth) for those with domestic pawn exposure (CSH, EZPW, and FCFS), while our domestic revenue forecasts for pawn operators calls for modest YoY contraction.

- **Mexican Pawn:** We expect fairly consistent results out of Mexico which has exhibited relatively good growth on an fx-adjusted basis. However, for Mexican operations we believe the strength of the US$ versus the Peso will weigh on reported results. The US$ is ~28% stronger versus the Peso on a YoY basis,

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 16 - 19 of this report.

**Jefferies** 313

# Financials

Industry Update

October 8, 2015

## Springleaf Holdings, Inc. (LEAF)

## Buy: $66 Price Target

THE LONG VIEW

---

## Scenarios

### Target Investment Thesis

- OneMain acquisition closes in 4Q15
- General yield stability
- NCOs of ~6.5%+ in 2016 driven by credit normalization and OneMain
- Assume some of $300M of cost synergies realized and excludes $250M of 1x transaction expenses
- Conservative representation of run-rate earnings before full impact of cost -saves
- Target multiple ~13x FY16E EPS of $4.89 Target Price: $66

### Upside Scenario

- Core consumer segment  yields exceed 30%
- Better-than-forecast loan growth remaining around 20%+
- NCOs stabilize at 5% in the personal loan portfolio
- Accelerated reduction in cost of funds/better and earlier OneMain synergies
- Target multiple ~14x FY16E EPS of $6.00 Target Price: $84

### Downside Scenario

- Yield deterioration as a result of competition increases
- NCOs elevate as unemployment  increases
- CFPB regulatory actions constrain growth / increase headline risk
- Lower synergies from OneMain as integration costs are greater than expected
- Target multiple ~8x FY16E EPS of $4.00 Target Price: $32

---

## Long Term Analysis

### Historical P/E - NTM



Forward P/E    Target
Upside    Downside

Source: Factset, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| FY16 Core Consumer Segment Yield | 26% |
| FY16 Core Consumer Segment NCO Ratio | 6.4% |
| FY16 Personal Loan Portfolio Growth | 2.5% |

### Other Considerations

- Additional securitizations would add liquidity and lower the effective cost of funds for the consolidated company
- Increased competition from large banks and other lenders would likely adversely affect growth and credit metrics
- CFPB increasing focus on installment/credit  insurance products
- DOJ CID regarding OneMain acquisition

---

## Peer Group

### Peer CY15 P/E



Source: Factset, Jefferies estimates

### Peer CY14 – CY15E EPS Growth

Source: Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | P T |
|---|---|---|
| EZPW | Hold | $7.00 |
| FCFS | Hold | $42.00 |
| JGW | Hold | $6.00 |
| RM | Buy | $2100 |
| **LEAF** | **Buy** | **$66.00** |
| WRLD | Hold | $34.00 |

---

### Catalysts

- Consumer loan securitizations
- Additional acquisition of consumer loan portfolios
- Strong growth from direct auto
- Credit stabilization/improvement
- Greater than forecast yield expansion

### Company Description

Springleaf is a consumer finance company that provides personal loans to non-prime consumers, the majority of which are secured with hard or soft assets. It distributes personal loans through a nationwide branch network in addition to its online lending platform, iLoan. The company was founded in 1920 and is based in Evansville, Indiana.

---

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 16 - 19 of this report.

**Jefferies**



Equities

## UNITED STATES

| EZPW US | Neutral |
|---|---|
| **Price** (at 21:00, 27 Jan 2015 GMT) | US$11.62 |

| Valuation | US$ | 11.00 |
|---|---|---|
| - DCF (WACC 10.6%, beta 1.3, ERP 4.5%, RFR 5.0%, TGR 2.0%) | | |
| 12-month target | US$ | 11.00 |
| 12-month TSR | % | -5.3 |
| GICS sector | Diversified Financials | |
| Market cap | US$m | 623 |
| 30-day avg turnover | US$m | 4.2 |
| Number shares on issue | m | 53.58 |

### Investment fundamentals

| Year end 30 Sep | | 2014A | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|
| EPS adj | US$ | 1.17 | 1.21 | 1.48 | 1.69 |
| EPS adj growth | % | -22.3 | 3.1 | 22.2 | 14.1 |

**EZPW US vs S&P 500, & rec history**



Note: Recommendation timeline - if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Capital (USA), January 2015
(all figures in USD unless noted)

### Analyst(s)
**Vincent Caintic, CFA**
+1 212 231 1814      vincent.caintic@macquarie.com
**Edward Odre, CFA**
+1 212 231 8065      edward.odre@macquarie.com

27 January 2015
Macquarie Capital (USA) Inc.

# EZCORP
## A Year in Transition As We Wait for F2016 Catalysts

### Event

- EZCorp announced F1Q15 earnings from continuing operations of 26c, roughly in-line with our estimate of 29c and but below consensus 36c.

### Impact

- **EZPW upside catalysts will likely take time to achieve.** F1Q15 results were in-line with our expectations for a muted F2015E outlook. We think execution will take time, as EZCorp seeks to achieve given significant changes to the business model.

- **Key long-term commitments for better earnings include faster turns and more expense-efficient operations**. We are encouraged by the improvement to inventory turns (3.2x in F1Q15 from 2.6x in F4Q14) and better efficiency. We think its long-term commitments, as well as stronger margins, will continue to play out over F2015E and be complete by F2016-F2017E.

- **Strong execution will likely warrant a higher multiple, but we don't expect this until F2016E at earliest**. We ascribe a 9x P/E multiple to F2015E EPS, corresponding to an $11 valuation.

### Earnings and target price revision

- Adjusted F2015E/2016E/2017E EPS modestly lower, by 2c/2c/3c respectively, to $1.21/$1.48/$1.69, reflecting F1Q15 results.

- Target Price unchanged at $11.

### Price catalyst

- 12-month price target: US$11.00 based on a DCF methodology.

- Catalyst: Executing on "Back to Basics" strategy, near-term earnings stability.

### Action and recommendation

- **Maintain Neutral**. We think EZPW is in transition, and earnings power will be subdued, while the company executes on its "Back to Basics" strategy.

---

Please refer to page 8 for important disclosures and analyst certification, or on our website
www.macquarie.com/research/disclosures.

# Macquarie Quant View

The quant model currently holds a neutral view on EZCORP. The strongest style exposure is Valuations, indicating this stock is under-priced in the market relative to its peers. The weakest style exposure is Earnings Momentum, indicating this stock has received earnings downgrades and is not well liked by sell side analysts.

<div style="color:#a00;font-weight:bold;font-size:2em;text-align:center;">428/527</div>

<center>Global Alpha Model<br/>Sector Rank</center>

| | |
|---|---|
| % of BUY recommendations | 0% (0/9) |
| Number of Price Target downgrades | 0 |
| Number of Price Target upgrades | 0 |



Displays where the company's ranked based on the fundamental consensus Price Target and Macquarie's Quantitative Alpha model. The rankings are displayed relative to the sector and country.

## Macquarie Alpha Model ranking

A list of comparable companies and their Macquarie Alpha model score (higher is better).



## Factors driving the Alpha Model

For the comparable firms this chart shows the key underlying styles and their contribution to the current overall Alpha score.



## Macquarie Earnings Sentiment Indicator

The Macquarie Sentiment Indicator is an enhanced earnings revisions signal that favours analysts who have more timely and higher conviction revisions. Current score shown below.



## Drivers of Stock Return

Breakdown of 1 year total return (local currency) into returns from dividends, changes in forward earnings estimates and the resulting change in earnings multiple.



## What drove this Company in the last 5 years

Which factor score has had the greatest correlation with the company's returns over the last 5 years.



## How it looks on the Alpha model

A more granular view of the underlying style scores that drive the alpha (higher is better) and the percentile rank relative to the sector and country



For more details on the Macquarie Alpha model or for more customised analysis and screens, please contact the Macquarie Global Quantitative/Custom Products Group (cpg@macquarie.com)

# Exhibit B



1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

**FIRM RESUME**

**Glancy Prongay & Murray LLP** (the "Firm") has represented investors, consumers and employees for over 25 years. Based in Los Angeles, with offices in New York City and Berkeley, the Firm has successfully prosecuted class action cases and complex litigation in federal and state courts throughout the country. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, the Firm has recovered billions of dollars for parties wronged by corporate fraud and malfeasance. Indeed, the Institutional Shareholder Services unit of RiskMetrics Group has recognized the Firm as one of the top plaintiffs' law firms in the United States in its Securities Class Action Services report for every year since the inception of the report in 2003. The Firm's efforts have been publicized in major newspapers such as the *Wall Street Journal*, the *New York Times*, and the *Los Angeles Times*.

Glancy Prongay & Murray's commitment to high quality and excellent personalized services has boosted its national reputation, and we are now recognized as one of the premier plaintiffs' firms in the country. The Firm works tenaciously on behalf of clients to produce significant results and generate lasting corporate reform.

The Firm's integrity and success originate from our attorneys, who are among the brightest and most experienced in the field. Our distinguished litigators have an unparalleled track record of investigating and prosecuting corporate wrongdoing. The Firm is respected for both the zealous advocacy with which we represent our clients' interests as well as the highly-professional and ethical manner by which we achieve results. We are ideally positioned to interpret securities litigation, consumer litigation, antitrust litigation, and derivative and corporate takeover litigation. The Firm's outstanding accomplishments are the direct result of the exceptional talents of our attorneys and employees.

Appointed as Lead or Co-Lead Counsel by judges throughout the United States, Glancy Prongay & Murray has achieved significant recoveries for class members, including:

*In re Mercury Interactive Corporation Securities Litigation*, USDC Northern District of California, Case No. 05-3395-JF, in which the Firm served as Co-Lead Counsel and achieved a settlement valued at over $117 million.

*In re Real Estate Associates Limited Partnership Litigation*, USDC Central District of California, Case No. 98-7035-DDP, in which the Firm served as local counsel and plaintiffs achieved a $184 million jury verdict after a complex six week trial in Los Angeles, California and later settled the case for $83 million.

*The City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.*, USDC District of Minnesota, Case No. 10-cv-04372-DWF/JJG, in which the Firm served as Co-Lead Counsel and achieved a settlement valued at $62.5 million.

*In re Lumenis, Ltd. Securities Litigation*, USDC Southern District of New York, Case No.02-CV-1989-DAB, in which the Firm served as Co-Lead Counsel and achieved a settlement valued at over $20 million.

*In re Heritage Bond Litigation*, USDC Central District of California, Case No. 02-ML-1475-DT, where as Co-Lead Counsel, the Firm recovered in excess of $28 million for defrauded investors and continues to pursue additional defendants.

*In re ECI Telecom Ltd. Securities Litigation*, USDC Eastern District of Virginia, Case No. 01-913-A, in which the Firm served as sole Lead Counsel and recovered almost $22 million for defrauded ECI investors.

*Jenson v. First Trust Corporation*, USDC Central District of California, Case No. 05-cv-3124-ABC, in which the Firm was appointed sole lead counsel and achieved an $8.5 million settlement in a very difficult case involving a trustee's potential liability for losses incurred by investors in a Ponzi scheme.  Kevin Ruf of the Firm also successfully defended in the 9th Circuit Court of Appeals the trial court's granting of class certification in this case.

*Yaldo v. Airtouch Communications*, State of Michigan, Wayne County, Case No. 99-909694-CP, in which the Firm served as Co-Lead Counsel and achieved a settlement valued at over $32 million for defrauded consumers.

*In re Infonet Services Corporation Securities Litigation*, USDC Central District of California, Case No. CV 01-10456-NM, in which as Co-Lead Counsel, the Firm achieved a settlement of $18 million.

*In re Musicmaker.com Securities Litigation*, USDC Central District of California, Case No. 00-02018-CAS, a securities fraud class action in which the Firm was sole Lead Counsel for the Class and recovered in excess of $13 million.

*In re ESC Medical Systems, Ltd. Securities Litigation*, USDC Southern District of New York, Case No. 98 Civ. 7530-NRB, a securities fraud class action in which the Firm served as sole Lead Counsel for the Class and achieved a settlement valued in excess of $17 million.

*In re Lason, Inc. Securities Litigation*, USDC Eastern District of Michigan, Case No. 99 76079-AJT, in which the Firm was Co-Lead Counsel and recovered almost $13 million for defrauded Lason stockholders.

*In re Inso Corp. Securities Litigation*, USDC District of Massachusetts, Case No. 99 10193-WGY, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $12 million.

*In re National TechTeam Securities Litigation*, USDC Eastern District of Michigan, Case No. 97-74587-AC, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $11 million.

*In re Ramp Networks, Inc. Securities Litigation*, USDC Northern District of California, Case No. C-00-3645-JCS, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of nearly $7 million.

*In re Gilat Satellite Networks, Ltd. Securities Litigation*, USDC Eastern District of New York, Case No. 02-1510-CPS, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of $20 million.

*Taft v. Ackermans (KPNQwest Securities Litigation)*, USDC Southern District of New York, Case No. 02-CV-07951-PKL, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement worth $11 million.

*Ree v. Procom Technologies, Inc.*, USDC Southern District of New York, Case No. 02-CV-7613-JGK, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of $2.7 million.

*Capri v. Comerica, Inc.*, USDC Eastern District of Michigan, Case No. 02-CV-60211-MOB, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of $6.0 million.

*Tatz v. Nanophase Technologies Corp.*, USDC Northern District of Illinois, Case No. 01-C-8440-MCA, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of $2.5 million.

*In re Livent, Inc. Noteholders Litigation*, USDC Southern District of New York, Case No. 99 Civ 9425-VM, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of over $27 million.

*Plumbing Solutions Inc. v. Plug Power, Inc.*, USDC Eastern District of New York, Case No. CV 00 5553-ERK, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of over $5 million.

*Schleicher v. Wendt,*(Conseco Securities Litigation), USDC Southern District of Indiana, Case No. 02-1332-SEB, a securities fraud class action in which the Firm served as Lead Counsel for the Class and achieved a settlement of over $41 million.

*Lapin v. Goldman Sachs*, USDC Southern District of New York, Case No. 03-0850-KJD, a securities fraud class action in which the Firm served as Co-Lead Counsel for the Class and achieved a settlement of $29 million.

*Senn v. Sealed Air Corporation*, USDC New Jersey, Case No. 03-cv-4372-DMC, a securities fraud class action, in which the Firm acted as co-lead counsel for the Class and achieved a settlement of $20 million.

The Firm filed the initial landmark antitrust lawsuit against all of the major NASDAQ market makers and served on Plaintiffs' Counsel's Executive Committee in *In re Nasdaq Market-Makers Antitrust Litigation*, USDC Southern District of New York, Case No. 94 C 3996-RWS, MDL Docket No. 1023, which recovered $900 million for investors in numerous heavily traded Nasdaq issues.

Glancy Prongay & Murray has also previously acted as Class Counsel in obtaining substantial benefits for shareholders in a number of actions, including:

*In re F & M Distributors Securities Litigation*,
Eastern District of Michigan, Case No. 95 CV 71778-DT (Executive Committee Member) ($20.25 million settlement)

*James F. Schofield v. McNeil Partners, L.P. Securities Litigation*,
California Superior Court, County of Los Angeles, Case No. BC 133799

*Resources High Equity Securities Litigation*,
California Superior Court, County of Los Angeles, Case No. BC 080254

The Firm has served and currently serves as Class Counsel in a number of antitrust class actions, including:

*In re Nasdaq Market-Makers Antitrust Litigation*,
USDC Southern District of New York, Case No. 94 C 3996-RWS, MDL Docket No. 1023

*In re Brand Name Prescription Drug Antitrust Litigation*,
USDC Northern District of Illinois, Eastern Division, Case No. 94 C 897-CPK

Glancy Prongay & Murray has been responsible for obtaining favorable appellate opinions which have broken new ground in the class action or securities fields, or which have promoted shareholder rights in prosecuting these actions. The Firm successfully argued the appeals in a number of cases:

In *Smith v. L'Oreal*, 39 Cal.4th 77 (2006), Firm partner Kevin Ruf established ground-breaking law when the California Supreme Court agreed with the Firm's position that waiting penalties under the California Labor Code are available to *any* employee after termination of employment, regardless of the reason for that termination.

Other notable Firm cases are: *Silber v. Mabon I*, 957 F.2d 697 (9th Cir. 1992) and *Silber v. Mabon II*, 18 F.3d 1449 (9th Cir. 1994), which are the leading decisions in the Ninth Circuit regarding the rights of opt-outs in class action settlements. In *Rothman v. Gregor*, 220 F.3d 81 (2d Cir. 2000), the Firm won a seminal victory for investors before the Second Circuit Court of Appeals, which adopted a more favorable pleading standard

for investors in reversing the District Court's dismissal of the investors' complaint.  After this successful appeal, the Firm then recovered millions of dollars for defrauded investors of the GT Interactive Corporation.  The Firm also argued *Falkowski v. Imation Corp.*, 309 F.3d 1123 (9th Cir. 2002), *as amended*, 320 F.3d 905 (9th Cir. 2003) and favorably obtained the substantial reversal of a lower court's dismissal of a cutting edge, complex class action initiated to seek redress for a group of employees whose stock options were improperly forfeited by a giant corporation in the course of its sale of the subsidiary at which they worked.  The revived action is currently proceeding in the California state court system.

The Firm is also involved in the representation of individual investors in court proceedings throughout the United States and in arbitrations before the American Arbitration Association, National Association of Securities Dealers, New York Stock Exchange, and Pacific Stock Exchange.  Mr. Glancy has successfully represented litigants in proceedings against such major securities firms and insurance companies as A.G. Edwards & Sons, Bear Stearns, Merrill Lynch & Co., Morgan Stanley, PaineWebber, Prudential, and Shearson Lehman Brothers.

One of the Firm's unique skills is the use of "group litigation" - the representation of groups of individuals who have been collectively victimized or defrauded by large institutions.  This type of litigation brought on behalf of individuals who have been similarly damaged often provides an efficient and effective economic remedy that frequently has advantages over the class action or individual action devices.  The Firm has successfully achieved results for groups of individuals in cases against major corporations such as Metropolitan Life Insurance Company, and Occidental Petroleum Corporation.

Glancy Prongay & Murray LLP currently consists of the following attorneys:


## PARTNERS

**LEE ALBERT**, a partner, was admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey in 1986.  He received his B.S. and M.S. degrees from Temple University and Arcadia University in 1975 and 1980, respectively, and received his J.D. degree from Widener University School of Law in 1986.  Upon graduation from law school, Mr. Albert spent several years working as a civil litigator in Philadelphia, PA.  Mr. Albert has extensive litigation and appellate practice experience having argued before the Supreme and Superior Courts of Pennsylvania and has over fifteen years of trial experience in both jury and non-jury cases and arbitrations.  Mr. Albert has represented a national health care provider at trial obtaining injunctive relief in federal court to enforce a five-year contract not to compete on behalf of a national health care provider and injunctive relief on behalf of an undergraduate university.

Currently, Mr. Albert represents clients in all types of complex litigation including matters concerning violations of federal and state antitrust and securities laws, mass tort/product liability and unfair and deceptive trade practices. Some of Mr. Albert's current major cases include *In Re Automotive Wire Harness Systems Antitrust Litigation* (E.D. Mich.*); In Re Heater Control Panels Antitrust Litigation* (E.D. Mich.); *Kleen Products, et al. v. Packaging Corp. of America* (N.D. Ill.); *and In re Class 8 Transmission Indirect Purchaser Antitrust Litigation* (D. Del.). Previously, Mr. Albert had a significant role in *Marine Products Antitrust Litigation* (C.D. Cal.); *Baby Products Antitrust Litigation* (E.D. Pa.); *In re ATM Fee Litigation* (N.D. Cal.); *In re Canadian Car Antitrust Litigation* (D. Me.); *In re Broadcom Securities Litigation* (C.D. Cal.); and has worked on *In re Avandia Marketing, Sales Practices and Products Liability Litigation* (E.D. Pa.); *In re Ortho Evra Birth Control Patch Litigation* (N.J. Super. Ct., Middlesex County); *In re AOL Time Warner, Inc. Securities Litigation* (S.D.N.Y.); *In re WorldCom, Inc. Securities Litigation* (S.D.N.Y.); and *In re Microsoft Corporation Massachusetts Consumer Protection Litigation* (Mass. Super. Ct.).

**JOSEPH D. COHEN** has extensive complex civil litigation experience, and currently oversees the firm's settlement department, negotiating, documenting and obtaining court approval of the firm's securities, merger and derivative settlements.

Prior to joining the firm, Mr. Cohen successfully prosecuted numerous securities fraud, consumer fraud, antitrust and constitutional law cases in federal and state courts throughout the country. Cases in which Mr. Cohen took a lead role include: *Jordan v. California Dep't of Motor Vehicles*, 100 Cal. App. 4th 431 (2002) (complex action in which the California Court of Appeal held that California's Non-Resident Vehicle $300 Smog Impact Fee violated the Commerce Clause of the United States Constitution, paving the way for the creation of a $665 million fund and full refunds, with interest, to 1.7 million motorists); *In re Geodyne Res., Inc. Sec. Litig.* (Harris Cty. Tex.) (settlement of securities fraud class action, including related litigation, totaling over $200 million); *In re Cmty. Psychiatric Centers Sec. Litig.* (C.D. Cal.) (settlement of $55.5 million was obtained from the company and its auditors, Ernst & Young, LLP); *In re McLeodUSA Inc., Sec. Litig.* (N.D. Iowa) ($30 million settlement); *In re Arakis Energy Corp. Sec. Litig.* (E.D.N.Y.) ($24 million settlement); *In re Metris Cos., Inc., Sec. Litig.* (D. Minn.) ($7.5 million settlement); *In re Landry's Seafood Rest., Inc. Sec. Litig.* (S.D. Tex.) ($6 million settlement); and *Freedman v. Maspeth Fed. Loan and Savings Ass'n*, (E.D.N.Y) (favorable resolution of issue of first impression under RESPA resulting in full recovery of improperly assessed late fees).

Mr. Cohen was also a member of the teams that obtained substantial recoveries in the following cases: *In re: Foreign Exchange Benchmark Rates Antitrust Litig.* (S.D.N.Y.) (partial settlements of approximately $2 billion); *In re Washington Mutual Mortgage-Backed Sec. Litig.* (W.D. Wash.) (settlement of $26 million); *Mylan Pharm., Inc. v. Warner Chilcott Public Ltd. Co.* (E.D. Pa.) ($8 million recovery in antitrust action on behalf of class of indirect purchasers of the prescription drug Doryx); *City of Omaha Police and Fire Ret. Sys. v. LHC Group, Inc.* (W.D. La.) (securities class action settlement of $7.85 million); and *In re Pacific Biosciences of Cal., Inc. Sec. Litig.* (Cal. Super. Ct.) ($7.6 million recovery).

In addition, Mr. Cohen was previously the head of the settlement department at Bernstein Litowitz Berger & Grossmann LLP.  While at BLB&G, Mr. Cohen had primary responsibility for overseeing the team working on the following settlements, among others: *In Re Merck & Co., Inc. Sec., Deriv. & "ERISA" Litig.* (D.N.J.) ($1.062 billion securities class action settlement); *New York State Teachers' Ret. Sys. v. General Motors Co.* (E.D. Mich.) ($300 million securities class action settlement); *In re JPMorgan Chase & Co. Sec. Litig.* (S.D.N.Y.) ($150 million settlement); *Dep't of the Treasury of the State of New Jersey and its Division of Inv. v. Cliffs Natural Res. Inc., et al.* (N.D. Ohio) ($84 million securities class action settlement); *In re Penn West Petroleum Ltd. Sec. Litig.* (S.D.N.Y.) ($19.76 million settlement); and *In re BioScrip, Inc. Sec. Litig.* ($10.9 million settlement).

**JOSHUA L. CROWELL**, a partner in the firm's Los Angeles office, concentrates his practice on prosecuting complex securities cases on behalf of investors.

Recently he helped lead the successful resolution of *In re Penn West Petroleum Ltd. Securities Litigation*, No. 1:14-cv-06046-JGK (S.D.N.Y.), resulting in a $19 million settlement for the U.S. shareholder class as part of a $39 million global settlement. He also helped lead the prosecution of *In re Puda Coal Inc. Securities Litigation*, No. 1:11-cv-2598 (DLC) (S.D.N.Y.), resulting in a rare settlement against underwriter defendants for securities fraud of $8.6 million.

Prior to joining Glancy Prongay & Murray LLP, Joshua was an Associate at Labaton Sucharow LLP in New York, where he substantially contributed to some of the firm's biggest successes. There he helped secure several large federal securities class settlements, including: *In re Countrywide Financial Corp. Securities Litigation*, No. CV 07-05295 MRP (MANx) (C.D. Cal.) – $624 million; *In re Schering-Plough Corp. / ENHANCE Securities Litigation*, No. 08-397 (DMC) (JAD) (D.N.J.) – $473 million; *In re Broadcom Corp. Class Action Litigation*, No. CV-06-5036-R (CWx) (C.D. Cal.) – $173.5 million; *In re Fannie Mae 2008 Securities Litigation*, No. 08-civ-7831-PAC (S.D.N.Y.) – $170 million; and the *Oppenheimer Champion Fund* and *Core Bond Fund* actions, Nos. 09-cv-525-JLK-KMT and 09-cv-1186-JLK-KMT (D. Colo.) – $100 million combined. He began his legal career as an Associate at Paul, Hastings, Janofsky & Walker LLP in New York, primarily representing financial services clients in commercial litigation.

Super Lawyers has selected Joshua as a Rising Star in the area of Securities Litigation from 2015 through 2017.

Prior to attending law school, Joshua was a Senior Economics Consultant at Ernst & Young LLP, where he priced intercompany transactions and calculated the value of intellectual property. Joshua received a J.D., cum laude, from The George Washington University Law School. During law school, he was an Associate of The George Washington Law Review and a member of the Mock Trial Board. He was also a law intern for Chief Judge Edward J. Damich of the United States Court of Federal Claims. Joshua earned a B.A. in International Relations from Carleton College.

**LIONEL Z. GLANCY**, a graduate of University of Michigan Law School, is the founding partner of the Firm.  After serving as a law clerk for United States District Judge Howard McKibben, he began his career as an associate at a New York law firm concentrating in securities litigation.  Thereafter, he started a boutique law firm specializing in securities litigation, and other complex litigation, from the Plaintiff's perspective.  Mr. Glancy has established a distinguished career in the field of securities litigation over the last fifteen years, having appeared and been appointed lead counsel on behalf of aggrieved investors in securities class action cases throughout the country.  He has appeared and argued before dozen of district courts and a number of appellate courts.  His efforts have resulted in the recovery of hundreds of millions of dollars in settlement proceeds for huge classes of shareholders.  Well known in securities law, he has lectured on its developments and practice, including having lectured before Continuing Legal Education seminars and law schools.

Mr. Glancy was born in Windsor, Canada, on April 4, 1962.  Mr. Glancy earned his undergraduate degree in political science in 1984 and his Juris Doctor degree in 1986, both from the University of Michigan.  He was admitted to practice in California in 1988, and in Nevada and before the U.S. Court of Appeals, Ninth Circuit, in 1989.

**MARC L. GODINO** has extensive experience successfully litigating complex, class action lawsuits as a plaintiffs' lawyer. Since joining the firm in 2005, Mr. Godino has played a primary role in cases resulting in settlements of more than $100 million.  He has prosecuted securities, derivative, merger & acquisition, and consumer cases throughout the country in both state and federal court, as well as represented defrauded investors at FINRA arbitrations.  Mr. Godino manages the Firm's consumer class action department.

While a senior associate with Stull Stull & Brody, Mr. Godino was one of the two primary attorneys involved in *Small v. Fritz Co.*, 30 Cal. 4th 167 (April 7, 2003), in which the California Supreme Court created new law in the State of California for shareholders that held shares in detrimental reliance on false statements made by corporate officers. The decision was widely covered by national media including The National Law Journal, the Los Angeles Times, the New York Times, and the New York Law Journal, among others, and was heralded as a significant victory for shareholders.

Mr. Godino's successes with Glancy Prongay & Murray LLP include: *Good Morning To You Productions Corp., et al., v. Warner/Chappell Music, Inc., et al.*, Case No. 13-04460 (C.D. Cal.) (In this highly publicized case that attracted world-wide attention, Plaintiffs prevailed on their claim that the song "Happy Birthday" should be in the public domain and achieved a $14,000,000 settlement to class members who paid a licensing fee for the song); *Ord v. First National Bank of Pennsylvania*, Case No. 12-766 (W. D. Pa.) ($3,000,000 settlement plus injunctive relief); *Pappas v. Naked Juice Co. of Glendora, Inc.*, Case No. 11-08276 (C.D. Cal.) ($9,000,000 settlement plus injunctive relief); *Astiana v. Kashi Company*, Case No. 11-1967 (S.D. Cal.) ($5,000,000 settlement); *In re Magma Design Automation, Inc. Securities Litigation*, Case No. 05-2394 (N.D. Cal.) ($13,500,000 settlement); *In re Hovnanian Enterprises, Inc. Securities Litigation*, Case No. 08-cv-0099 (D.N.J.) ($4,000,000 settlement); *In re Skilled Healthcare Group, Inc.*

*Securities Litigation*, Case No. 09-5416 (C.D. Cal.) ($3,000,000 settlement); *Kelly v. Phiten USA, Inc.*, Case No. 11-67 (S.D. Iowa) ($3,200,000 settlement plus injunctive relief); (*Shin et al., v. BMW of North America*, 2009 WL 2163509 (C.D. Cal. July 16, 2009) (after defeating a motion to dismiss, the case settled on very favorable terms for class members including free replacement of cracked wheels); *Payday Advance Plus, Inc. v. MIVA, Inc.*, Case No. 06-1923 (S.D.N.Y.) ($3,936,812 settlement); *Esslinger, et al. v. HSBC Bank Nevada*, N.A., Case No. 10-03213 (E.D. Pa.) ($23,500,000 settlement); *In re Discover Payment Protection Plan Marketing and Sales Practices Litigation*, Case No. 10-06994 ($10,500,000 settlement ); *Sciortino v. Pepsico, Inc.*, Case No. 14-478 (N.D. CA) (obtained nationwide injunctive relief requiring certain Pepsico products to comply with California's Proposition 65); I*n Re: Bank of America Credit Protection Marketing and Sales Practices Litigation*, Case No. 11-md-02269 (N.D. Cal.) ($20,000,000 settlement).

Mr. Godino was also the principal attorney in the following published decisions: *Kramer v. Toyota Motor Corp.*, 705 F. 3d 1122 (9th Cir. 2013) (affirming denial of Defendant's motion to compel arbitration); *In re Zappos.com, Inc., Customer Data Sec. Breach Litigation*, 893 F. Supp. 2d 1058 (D. Nev. Sep 27, 2012) (motion to compel arbitration denied); *Sateriale, et al. v. R.J. Reynolds Tobacco Co.*, 697 F. 3d 777 (9th Cir. 2012) (reversing order dismissing class action complaint); *Lilly v. Jamba Juice Company*, 2014 WL 4652283 (N.D. Cal. Sep 18, 2014) (class certification granted in part); *Small v. University Medical Center of Southern Nevada*, 2013 WL 3043454 (D. Nev. June 14, 2013) (order granting conditional certification to FLSA class); *Peterson v. ConAgra Foods, Inc.*, 2014 WL 3741853 (S. D. Cal. July 29, 2014) (motion to dismiss denied); *In re 2TheMart.com Securities Litigation*, 114 F. Supp. 2d 955 (C.D. Cal. 2002) (motion to dismiss denied); *In re Irvine Sensors Securities Litigation*, 2003 U.S. Dist. LEXIS 18397 (C.D. Cal. 2003) (motion to dismiss denied); *Shin v. BMW of North America*, 2009 WL 2163509 (C.D. Cal. July 16, 2009) (motion to dismiss denied).

The following represent just a few of the cases Mr. Godino is currently litigating in a leadership position: *Griffith v. Government Employees Insurance Company, et al.*, Case No. 16-00112 (N.D. Cal.); *Cortina, et al., v. Goya Foods, Inc.*, Case No. 14-169 (S.D. Cal.) (after defeating a motion to dismiss and motion for judgment on the pleadings, summary judgment and class certification motions are pending); *Peterson v. CJ America, Inc.*, Case No. 14-2570 (S.D. Cal.) ($1,500,000 settlement pending final approval); *Castillo, et al., v. Seagate Technology LLC*, Case No. 16-01958 (N.D. Cal.) (motion to dismiss pending); *Small v. University Medical Center of Southern Nevada*, Case No. 13-00298 (D. Nev.); *Reniger , et al., v. Hyundai Motor America, et al.*, Case No. 14-03612 (N.D. Cal.); *Smith, et al., v. The Ohio State University*, Case No. 20015-00919 (Court of Claims of Ohio) (motion to dismiss pending); *Courtright, et al., v. O'Reilly Automotive Stores, Inc., et al.*, Case No. 14-334 (W.D. Mo); *In re: Michaels Stores, Inc. Fair Credit Reporting Act Litigation*, Case no. 15-05504 (D. N.J.).

**MARK S. GREENSTONE** specializes in consumer, financial fraud and employment-related class actions. Possessing significant law and motion and trial experience, Mr. Greenstone has represented clients in multi-million dollar disputes in California state and federal courts, as well as the Court of Federal Claims in Washington, D.C.

Mr. Greenstone received his training as an associate at Sheppard, Mullin, Richter & Hampton LLP where he specialized in complex business litigation relating to investment management, government contracts and real estate. Upon leaving Sheppard Mullin, Mr. Greenstone founded an internet-based company offering retail items on multiple platforms nationwide. He thereafter returned to law bringing a combination of business and legal skills to his practice.

Mr. Greenstone graduated Order of the Coif from the UCLA School of Law. He also received his undergraduate degree in Political Science from UCLA, where he graduated Magna Cum Laude and was inducted into the Phi Beta Kappa honor society.

Mr. Greenstone is a member of the Consumer Attorneys Association of Los Angeles, the Santa Monica Bar Association and the Beverly Hills Bar Association. He is admitted to practice in state and federal courts throughout California.

**SUSAN G. KUPFER** is the founding partner of the Firm's Berkeley office and head of the Firm's Antitrust Practice Group. Ms Kupfer joined the Firm in 2003.  She is a native of New York City, and received her A.B. degree from Mount Holyoke College in 1969 and her Juris Doctor degree from Boston University School of Law in 1973.  She did graduate work at Harvard Law School and, in 1977, was named Assistant Dean and Director of Clinical Programs at Harvard, supervising and teaching in that program of legal practice and related academic components.

For much of her legal career, Ms. Kupfer has been a professor of law.  Her areas of academic expertise are Civil Procedure, Federal Courts, Conflict of Laws, Constitutional Law, Legal Ethics, and Jurisprudence. She has taught at Harvard Law School, Hastings College of the Law, Boston University School of Law, Golden Gate University School of Law, and Northeastern University School of Law.  From 1991 through 2002, she was a lecturer on law at the University of California, Berkeley, Boalt Hall, teaching Civil Procedure and Conflict of Laws.  Her publications include articles on federal civil rights litigation, legal ethics, and jurisprudence.  She has also taught various aspects of practical legal and ethical training, including trial advocacy, negotiation and legal ethics, to both law students and practicing attorneys.

Ms. Kupfer previously served as corporate counsel to The Architects Collaborative in Cambridge and San Francisco, and was the Executive Director of the Massachusetts Commission on Judicial Conduct.  She returned to the practice of law in San Francisco with Morgenstein & Jubelirer and Berman DeValerio LLP before joining the Firm.

Ms. Kupfer's practice is concentrated in complex antitrust litigation.  She currently serves, or has served, as Co-Lead Counsel in several multidistrict antitrust cases: *In re Photochromic Lens Antitrust Litig.* (MDL 2173, M.D. Fla. 2010); *In re Fresh and Process Potatoes Antitrust Litig.* (D. ID. 2011); *In re Korean Air Lines Antitrust Litig.* (MDL No. 1891, C.D. Cal. 2007); *In re Urethane Antitrust Litigation* (MDL 1616, D. Kan. 2004); *In re Western States Wholesale Natural Gas Litigation* (MDL 1566, D. Nev. 2005); and *Sullivan et al v. DB Investments et al* (D. N.J. 2004).  She has been a member of the

lead counsel teams that achieved significant settlements in: *In re Sorbates Antitrust Litigation* ($96.5 million settlement); *In re Pillar Point Partners Antitrust Litigation* ($50 million settlement); and *In re Critical Path Securities Litigation* ($17.5 million settlement).

Ms. Kupfer is a member of the bar of Massachusetts and California, and is admitted to practice before the United States District Courts for the Northern, Central, Eastern and Southern Districts of California, the District of Massachusetts, the Courts of Appeals for the First and Ninth Circuits, and the U.S. Supreme Court.

**GREGORY B. LINKH** works out of the New York office, where he specializes in securities, shareholder derivative, antitrust, and consumer litigation. Greg graduated from the State University of New York at Binghamton in 1996 and from the University of Michigan Law School in 1999. While in law school, Greg externed with United States District Judge Gerald E. Rosen of the Eastern District of Michigan. Greg was previously associated with the law firms Dewey Ballantine LLP, Pomerantz Haudek Block Grossman & Gross LLP, and Murray Frank LLP.

Greg is the co-author of Inherent Risk In Securities Cases In The Second Circuit, NEW YORK LAW JOURNAL (Aug. 26, 2004); *Staying Derivative Action Pursuant to PSLRA and SLUSA*, NEW YORK LAW JOURNAL, P. 4, COL. 4 (Oct. 21, 2005) and the SECURITIES REFORM ACT LITIGATION REPORTER, Vol. 20, No. 3 (Dec. 2005).

**BRIAN MURRAY** is the managing partner of the Firm's New York office. He received Bachelor of Arts and Master of Arts degrees from the University of Notre Dame in 1983 and 1986, respectively. He received a Juris Doctor degree, *cum laude,* from St. John's University School of Law in 1990. At St. John's, he was the Articles Editor of the ST. JOHN'S LAW REVIEW. Mr. Murray co-wrote: *Jurisdição Estrangeira Tem Papel Relevante Na De Fiesa De Investidores Brasileiros,* ESPAÇA JURÍDICO BOVESPA (August 2008); *The Proportionate Trading Model: Real Science or Junk Science?,* 52 CLEVELAND ST. L. REV. 391 (2004-05); *The Accident of Efficiency: Foreign Exchanges, American Depository Receipts, and Space Arbitrage,* 51 BUFFALO L. REV. 383 (2003); *You Shouldn't Be Required To Plead More Than You Have To Prove,* 53 BAYLOR L. REV. 783 (2001); *He Lies, You Die: Criminal Trials, Truth, Perjury, and Fairness,* 27 NEW ENGLAND J. ON CIVIL AND CRIMINAL CONFINEMENT 1 (2001); *Subject Matter Jurisdiction Under the Federal Securities Laws: The State of Affairs After Itoba,* 20 MARYLAND J. OF INT'L L. AND TRADE 235 (1996); *Determining Excessive Trading in Option Accounts: A Synthetic Valuation Approach,* 23 U. DAYTON L. REV. 316 (1997); *Loss Causation Pleading Standard,* NEW YORK LAW JOURNAL (Feb. 25, 2005); *The PSLRA 'Automatic Stay' of Discovery,* NEW YORK LAW JOURNAL (March 3, 2003); and *Inherent Risk In Securities Cases In The Second Circuit,* NEW YORK LAW JOURNAL (Aug. 26, 2004). He also authored *Protecting The Rights of International Clients in U.S. Securities Class Action Litigation,* INTERNATIONAL LITIGATION NEWS (Sept. 2007); Lifting the PSLRA "Automatic Stay" of Discovery, 80 N. DAK. L. REV. 405 (2004); *Aftermarket Purchaser Standing Under § 11 of the Securities Act of 1933,* 73 ST. JOHN'S L. REV.633 (1999); *Recent Rulings Allow Section 11 Suits By Aftermarket Securities Purchasers,* NEW YORK LAW JOURNAL

(Sept. 24, 1998); and *Comment, Weissmann v. Freeman: The Second Circuit Errs in its Analysis of Derivative Copy-rights by Joint Authors,* 63 ST. JOHN'S L. REV. 771 (1989).

Mr. Murray was on the trial team that prosecuted a securities fraud case under Section 10(b) of the Securities Exchange Act of 1934 against Microdyne Corporation in the Eastern District of Virginia and he was also on the trial team that presented a claim under Section 14 of the Securities Exchange Act of 1934 against Artek Systems Corporation and Dynatach Group which settled midway through the trial.

Mr. Murray's major cases include *In re Eagle Bldg. Tech. Sec. Litig.,* 221 F.R.D. 582 (S.D. Fla. 2004), 319 F. Supp. 2d 1318 (S.D. Fla. 2004) (complaint against auditor sustained due to magnitude and nature of fraud; no allegations of a "tip-off" were necessary); *In re Turkcell Iletisim A.S. Sec. Litig.,* 209 F.R.D. 353 (S.D.N.Y. 2002) (defining standards by which investment advisors have standing to sue); *In re Turkcell Iletisim A.S. Sec. Litig.*, 202 F. Supp. 2d 8 (S.D.N.Y. 2001) (liability found for false statements in prospectus concerning churn rates); *Feiner v. SS&C Tech., Inc.,* 11 F. Supp. 2d 204 (D. Conn. 1998) (qualified independent underwriters held liable for pricing of offering); *Malone v. Microdyne Corp.*, 26 F.3d 471 (4th Cir. 1994) (reversal of directed verdict for defendants); and *Adair v. Bristol Tech. Systems, Inc.,* 179 F.R.D. 126 (S.D.N.Y. 1998) (aftermarket purchasers have standing under section 11 of the Securities Act of 1933). Mr. Murray also prevailed on an issue of first impression in the Superior Court of Massachusetts, in Cambridge Biotech Corp. v. Deloitte and Touche LLP, in which the court applied the doctrine of continuous representation for statute of limitations purposes to accountants for the first time in Massachusetts. 6 Mass. L. Rptr. 367 (Mass. Super. Jan. 28, 1997). In addition, in *Adair v. Microfield Graphics, Inc.* (D. Or.), Mr. Murray settled the case for 47% of estimated damages. *In the Qiao Xing Universal Telephone* case, claimants received 120% of their recognized losses.

Among his current cases, Mr. Murray represents a class of investors in a securities litigation involving preferred shares of Deutsche Bank and is co-lead counsel in a securities litigation on behalf of investors in FitBit, Inc. Mr. Murray is also currently co-lead counsel in *Avenarius, et al., v. Eaton Corp., et al.* (D. Del.), an antitrust class action against the world's largest commercial truck and transmission manufactures.

Mr. Murray served as a Trustee of the Incorporated Village of Garden City (2000-2002); Commissioner of Police for Garden City (2000-2001); Co-Chairman, Derivative Suits Subcommittee, American Bar Association Class Action and Derivative Suits Committee, (2007-Present); Member, Sports Law Committee, Association of the Bar for the City of New York, 1994-1997; Member, Litigation Committee, Association of the Bar for the City of New York, 2003-2007; Member, New York State Bar Association Committee on Federal Constitution and Legislation, 2005-2008; Member, Federal Bar Council, Second Circuit Committee, 2007-present.

Mr. Murray has been a panelist at CLEs sponsored by the Federal Bar Council and the Institute for Law and Economic Policy, at the German-American Lawyers Association Annual Meeting in Frankfurt, Germany, and is a frequent lecturer before institutional investors in Europe and South America on the topic of class actions.

**LESLEY F. PORTNOY** represents domestic and international clients in securities litigation and class actions. Mr. Portnoy focuses his practice on recovering losses suffered by investors resulting corporate fraud and other wrongdoing.

Mr. Portnoy has extensive experience litigating complex cases in state and federal courts nationwide, and previously served as counsel to investors in the Bernard L. Madoff securities, assisting the SIPC trustee Irving Picard in recovering assets on behalf of defrauded investors. During law school, he worked in the New York Supreme Court Commercial Division, the Second Circuit Court of Appeals, and the New York City Law Department. Mr. Portnoy has represented pro bono clients in New York and California.

**ROBERT V. PRONGAY** is a partner in the Firm's Los Angeles office where he focuses on the investigation, initiation, and prosecution of complex securities cases on behalf of institutional and individual investors. Mr. Prongay's practice concentrates on actions to recover investment losses resulting from violations of the federal securities laws and various actions to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Mr. Prongay has extensive experience litigating complex cases in state and federal courts nationwide. Since joining the Firm, Mr. Prongay has successfully recovered millions of dollars for investors victimized by securities fraud and has negotiated the implementation of significant corporate governance reforms aimed at preventing the recurrence of corporate wrongdoing.

Mr. Prongay was recently recognized as one of thirty lawyers included in the Daily Journal's list of Top Plaintiffs Lawyers in California for 2017. Several of Mr. Prongay's cases have received national and regional press coverage. Mr. Prongay has been interviewed by journalists and writers for national and industry publications, ranging from *The Wall Street Journal* to the *Los Angeles Daily Journal*. Mr. Prongay has appeared as a guest on Bloomberg Television where he was interviewed about the securities litigation stemming from the high-profile initial public offering of Facebook, Inc.

Mr. Prongay received his Bachelor of Arts degree in Economics from the University of Southern California and his Juris Doctor degree from Seton Hall University School of Law. Mr. Prongay is also an alumnus of the Lawrenceville School.

**JONATHAN M. ROTTER** leads the Firm's intellectual property litigation practice. He recently served for three years as the first Patent Pilot Program Law Clerk at the United States District Court for the Central District of California, both in Los Angeles and Orange County. There, he assisted the Honorable S. James Otero, Andrew J. Guilford, George H. Wu, John A. Kronstadt, and Beverly Reid O'Connell with hundreds of patent cases in every major field of technology, from complaint to post-trial motions. Mr. Rotter also served as a law clerk for the Honorable Milan D. Smith, Jr. on the United States Court of Appeals for the Ninth Circuit.

Before his service to the court, Mr. Rotter practiced at an international law firm, where he argued appeals at the Federal Circuit, Ninth Circuit, and California Court of Appeal, tried cases, argued motions, and managed all aspects of complex litigation. He also served as a volunteer criminal prosecutor for the Los Angeles City Attorney's Office. His cases have involved diverse technologies in both "wet" and "dry" disciplines, and he excels at the critical skill of translating complex subject matter into a coherent story that can be digested by judges and juries.

In addition to intellectual property matters, Mr. Rotter litigates consumer protection, antitrust, and securities class actions. Mr. Rotter handles cases on contingency, partial contingency, and hourly bases. He works collaboratively with other lawyers and law firms across the country.

Mr. Rotter graduated with honors from Harvard Law School in 2004. He served as an editor of the Harvard Journal of Law & Technology, and was a Fellow in Law and Economics at the John M. Olin Center for Law, Economics, and Business, and a Fellow in Justice, Welfare, and Economics at the Weatherhead Center For International Affairs. He graduated with honors from the University of California, San Diego in 2000 with a B.S. in molecular biology and a B.A. in music.

Mr. Rotter serves on the Merit Selection Panel for Magistrate Judges in the Central District of California, and the Model Patent Jury Instructions and Model Patent Local Rules subcommittees of the American Intellectual Property Law Association. He has written extensively on intellectual property issues, and has been honored for his work with legal service organizations. He is admitted to practice before the United States Patent & Trademark Office, the United States Courts of Appeals for the Ninth and Federal Circuits, and the United States District Courts for the Northern, Central, and Southern Districts of California.

**KEVIN F. RUF** graduated from the University of California at Berkeley in 1984 with a Bachelor of Arts in Economics and earned his Juris Doctor degree from the University of Michigan in 1987. Mr. Ruf was admitted to the State Bar of California in 1988. Mr. Ruf was an associate at the Los Angeles firm Manatt Phelps and Phillips from 1988 until 1992, where he specialized in commercial litigation and was a leading trial lawyer among the associates there. In 1993, he joined the firm Corbin & Fitzgerald in order to gain experience in criminal law. There, he specialized in white collar criminal defense work, including matters related to National Medical Enterprises, Cynergy Film Productions and the Estate of Doris Duke. Mr. Ruf joined the Firm in 2001 and has taken a lead trial lawyer role in many of the Firm's cases. In 2006, Mr. Ruf argued before the California Supreme Court in the case *Smith v. L'Oreal* and achieved a unanimous reversal of the lower court rulings; the case established a fundamental right of all California workers to immediate payment of all earnings at the conclusion of employment. In 2007, Mr. Ruf took an important case before the Ninth Circuit Court of Appeals, convincing the Court to affirm the lower court's certification of a class action in a fraud case (fraud cases have traditionally faced difficulty as class actions because of the requirement of individual reliance). Mr. Ruf has extensive trial experience, including jury trials, and considers his courtroom and oral advocacy skills to be his strongest

asset as a litigator.  Mr. Ruf currently acts as the Head of the Firm's Labor and Consumer Practice, and has extensive experience in securities cases as well. Mr. Ruf also has experience in real estate law and has been a Licensed California Real Estate Broker since 1999.

**CASEY E. SADLER** is a native of New York, New York.  After graduating from the University of Southern California, Gould School of Law, Mr. Sadler joined the Firm in 2010.  While attending law school, Mr. Sadler externed for the Enforcement Division of the Securities and Exchange Commission, spent a summer working for P.H. Parekh & Co. – one of the leading appellate law firms in New Delhi, India – and was a member of USC's Hale Moot Court Honors Program.

Mr. Sadler's practice focuses on securities and consumer litigation. A partner in the Firm's Los Angeles office, Mr. Sadler is admitted to the State Bar of California and the United States District Courts for the Northern, Southern, and Central Districts of California.

**EX KANO S. SAMS II** earned his Bachelor of Arts degree in Political Science from the University of California Los Angeles.  Mr. Sams earned his Juris Doctor degree from the University of California Los Angeles School of Law, where he served as a member of the *UCLA Law Review*.  After law school, Mr. Sams practiced class action civil rights litigation on behalf of plaintiffs.  Subsequently, Mr. Sams was a partner at Coughlin Stoia Geller Rudman & Robbins LLP (currently Robbins Geller Rudman & Dowd LLP) – the largest plaintiffs' class action firm in the country – where his practice focused on securities and consumer class actions on behalf of investors and consumers.

Mr. Sams has served as lead counsel in dozens of securities class actions, shareholder derivative actions, and complex-litigation cases throughout the United States.  Mr. Sams participated in a successful appeal before a Fifth Circuit panel that included former United States Supreme Court Justice Sandra Day O'Connor sitting by designation, in which the court unanimously vacated the lower court's denial of class certification, reversed the lower court's grant of summary judgment, and issued an important decision on the issue of loss causation in securities litigation: *Alaska Electrical Pension Fund v. Flowserve Corp.*, 572 F.3d 221 (5th Cir. 2009).  The case settled for $55 million.

Mr. Sams has also obtained other significant results.  Notable examples include: *In re King Digital Entertainment plc Shareholder Litig.*, No. CGC-15-544770 (San Francisco Superior Court) (case settled for $18.5 million); *In re Castlight Health, Inc. Shareholder Litig.*, Lead Case No. CIV533203 (California Superior Court, County of San Mateo) (case settled for $9.5 million); *Wiley v. Envivio, Inc.*, Master File No. CIV517185 (California Superior Court, County of San Mateo) (case settled for $8.5 million); *In re CafePress Inc. Shareholder Litig.*, Master File No. CIV522744 (California Superior Court, County of San Mateo) (case settled for $8 million); *Robinson v. Audience, Inc.*, Case No. 1:12-cv-232227 (California Superior Court, County of Santa Clara) (case settled for $6,050,000); *Estate of Gardner v. Continental Casualty Company*, No. 3:13-cv-1918 (JBA), 2016 WL 806823 (D. Conn. Mar. 1, 2016) (granting class certification); *Forbush v. Goodale*, No. 33538/2011, 2013 WL 582255 (N.Y. Sup. Feb. 4, 2013)

(denying motions to dismiss in a shareholder derivative action); *Curry v. Hansen Med., Inc.*, No. C 09-5094 CW, 2012 WL 3242447 (N.D. Cal. Aug. 10, 2012) (upholding securities fraud complaint; case settled for $8.5 million); *Wilkof v. Caraco Pharm. Labs., Ltd.*, 280 F.R.D. 332 (E.D. Mich. 2012) (granting class certification in a securities-fraud action); *Puskala v. Koss Corp.*, 799 F. Supp. 2d 941 (E.D. Wis. 2011) (upholding securities fraud complaint); *Mishkin v. Zynex Inc.*, Civil Action No. 09-cv-00780-REB-KLM, 2011 WL 1158715 (D. Colo. Mar. 30, 2011) (denying defendants' motion to dismiss securities fraud complaint); and *Tsirekidze v. Syntax-Brillian Corp.*, No. CV-07-02204-PHX-FJM, 2009 WL 2151838 (D. Ariz. July 17, 2009) (granting class certification; case settled for $10 million).

Additionally, Mr. Sams has successfully represented consumers in class action litigation. Mr. Sams worked on nationwide litigation and a trial against major tobacco companies, and in statewide tobacco litigation that resulted in a $12.5 billion recovery for California cities and counties in a landmark settlement. He also was a principal attorney in a consumer class action against one of the largest banks in the country that resulted in a substantial recovery and a change in the company's business practices. Mr. Sams also participated in settlement negotiations on behalf of environmental organizations along with the United States Department of Justice and the Ohio Attorney General's Office that resulted in a consent decree requiring a company to perform remediation measures to address the effects of air and water pollution.

**KARA M. WOLKE** is a partner in the firm's Los Angeles office. Ms. Wolke specializes in complex litigation, including the prosecution of securities fraud, derivative, consumer, and wage and hour class actions. She has extensive experience in written appellate advocacy in both State and Federal Circuit Courts of Appeals, and has successfully argued before the Court of Appeals for the State of California.

With over a decade of experience in financial class action litigation, Ms. Wolke has helped to recover hundreds of millions of dollars for injured investors, consumers, and employees. Notable cases include: *Farmington Hills Employees' Retirement System v. Wells Fargo Bank*, Case No. 10-4372 (D. Minn.) ($62.5 million settlement on behalf of participants in Wells Fargo's securities lending program. The settlement was reached on the eve of trial and ranked among the largest recoveries achieved in a securities lending class action stemming from the 2008 financial crisis.); *Schleicher, et al. v. Wendt, et al.* (Conseco), Case No. 02-cv-1332 (S.D. Ind.) ($41.5 million securities class action settlement); *Lapin v. Goldman Sachs*, Case No. 03-850 (S.D.N.Y.) ($29 million securities class action settlement); *In Re: Mannkind Corporation Securities Litigation*, Case No. 11-929 (C.D. Cal) (approximately $22 million settlement - $16 million in cash plus stock); *Jenson v. First Trust Corp.*, Case No. 05-3124 (C.D. Cal.) ($8.5 million settlement of action alleging breach of fiduciary duty and breach of contract against trust company on behalf of a class of elderly investors); and *Pappas v. Naked Juice Co.*, Case No. 11-08276 (C.D. Cal.) ($9 million settlement in consumer class action alleging misleading labeling of juice products as "All Natural").

With a background in intellectual property, Ms. Wolke was a part of the team of lawyers who successfully challenged the claim of copyright ownership to the song "Happy

Birthday to You" on behalf of artists and filmmakers who had been forced to pay hefty licensing fees to publicly sing the world's most famous song. In the resolution of that action, the defendant music publishing company funded a settlement of $14 million and, significantly, agreed to relinquish the song to the public domain. Previously, Ms. Wolke penned an article regarding the failure of U.S. Copyright Law to provide an important public performance right in sound recordings, 7 Vand. J. Ent. L. & Prac. 411, which was nationally recognized and received an award by the American Bar Association and the Grammy® Foundation.

Committed to the provision of legal services to the poor, disadvantaged, and other vulnerable or disenfranchised individuals and groups, Ms. Wolke also oversees the Firm's pro bono practice. Ms. Wolke currently serves as a volunteer attorney for KIND (Kids In Need of Defense), representing unaccompanied immigrant and refugee children in custody and deportation proceedings, and helping them to secure legal permanent residency status in the U.S.

Ms. Wolke graduated summa cum laude with a Bachelor of Science in Economics from The Ohio State University in 2001. She subsequently earned her J.D. (with honors) from Ohio State, where she was active in Moot Court and received the Dean's Award for Excellence during each of her three years.

Ms. Wolke is admitted to the State Bar of California, the Ninth Circuit Court of Appeals, as well as the United States District Courts for the Northern, Southern, and Central Districts of California. She lives with her husband and two sons in Los Angeles.

## SENIOR COUNSEL

**JASON L. KRAJCER** is senior counsel in the firm's Los Angeles office.  He specializes in complex securities cases and has extensive experience in all phases of litigation (fact investigation, pre-trial motion practice, discovery, trial, appeal).

Prior to joining Glancy Prongay & Murray LLP, Mr. Krajcer was an Associate at Goodwin Procter LLP where he represented issuers, officers and directors in multi-hundred million and billion dollar securities cases.  He began his legal career at Orrick, Herrington & Sutcliffe LLP, where he represented issuers, officers and directors in securities class actions, shareholder derivative actions, and matters before the U.S. Securities & Exchange Commission.

Mr. Krajcer is admitted to the State Bar of California, the Bar of the District of Columbia, the United States Supreme Court, the Ninth Circuit Court of Appeals, and the United States District Courts for the Central and Southern Districts of California.

## OF COUNSEL

**PETER A. BINKOW** has prosecuted lawsuits on behalf of consumers and investors in state and federal courts throughout the United States.  He served as Lead or Co-Lead Counsel in many class action cases, including: *In re Mercury Interactive Securities Litigation* ($117.5 million recovery); *Schleicher v Wendt* (Conseco Securities litigation - $41.5 million recovery); *Lapin v Goldman Sachs* ($29 million recovery); *In re Heritage Bond Litigation* ($28 million recovery); *In re National Techteam Securities Litigation* ($11 million recovery for investors); *In re Lason Inc. Securities Litigation* ($12.68 million recovery), *In re ESC Medical Systems, Ltd. Securities Litigation* ($17 million recovery); and many others.  In *Schleicher v Wendt*, Mr. Binkow successfully argued the seminal Seventh Circuit case on class certification, in an opinion authored by Chief Judge Frank Easterbrook. He has argued and/or prepared appeals before the Ninth Circuit, Seventh Circuit, Sixth Circuit and Second Circuit Courts of Appeals.

Mr. Binkow joined the Firm in 1994.  He was born on August 16, 1965 in Detroit, Michigan.  Mr. Binkow obtained a Bachelor of Arts degree from the University of Michigan in 1988 and a Juris Doctor degree from the University of Southern California in 1994.

## ASSOCIATES

**GRAHAM CLEGG** received his LLB in 1988 from the Manchester University School of Law in England, with Honors.  He was admitted to the New York State Bar in 2002.  Mr. Clegg has significant experience in the prosecution of class claims, including *In re Bristol-Myers Squibb Securities Litigation,* which settled for $185 million.

**CHRISTOPHER FALLON** focuses on securities, consumer, and anti-trust litigation. Prior to joining the firm, Mr. Fallon was a contract attorney with O'Melveny & Myers LLP working on anti-trust and business litigation disputes. He is a Certified E-Discovery Specialist through the Association of Certified E-Discovery Specialists (ACEDS).

Mr. Fallon earned his J.D. and a Certificate in Dispute Resolution from Pepperdine Law School in 2004. While attending law school, Christopher worked at the Pepperdine Special Education Advocacy Clinic and interned with the Rhode Island Office of the Attorney General. Prior to attending law school, he graduated from Boston College with a Bachelor of Arts in Economics and a minor in Irish Studies, then served as Deputy Campaign Finance Director on a U.S. Senate campaign.

**BRYAN FAUBUS** is based in the New York office. His work includes securities, antitrust, and consumer litigation.

Mr. Faubus received his B.A. in Urban Studies, with Honors, from the University of Texas at Austin in 2005. He received his J.D., cum laude, from Duke University School of Law, where he was the Online Editor of the Duke Law Journal. Mr. Faubus authored *Narrowing the Bankruptcy Safe Harbor for Derivatives to Combat Systemic Risk*, 59 DUKE L.J. 801 (2010). Prior to joining Glancy Prongay & Murray he practiced commercial litigation and real estate law at two large, international law firms.

**MEHRDAUD JAFARNIA** received his J.D. in 2001 from Southwestern University School of Law, having earlier earned a B.A. in Political Science/International Relations from the University of California at Los Angeles (UC Regents Merit Scholarship Award and the Vance Burch Scholarship).  Mr. Jafarnia served as a Staff Attorney for the 9th Circuit Court of Appeals and has represented financial institutions in adversary and evidentiary proceedings in the Bankruptcy Courts.

**THOMAS J. KENNEDY** works out of the New York office, where he focuses on securities, antitrust, and consumer litigation.  He received a Juris Doctor degree from St. John's University School of Law in 1995.  At St. John's, he was a member of the ST. JOHN'S JOURNAL OF LEGAL COMMENTARY.  Mr. Kennedy graduated from Miami University in 1992 with a Bachelor of Science degree in Accounting and has passed the CPA exam.  Mr. Kennedy was previously associated with the law firm Murray Frank LLP.

**JENNIFER M. LEINBACH** served for nearly five years as a judicial law clerk for a number of judges in the Central District of California.  As a judicial law clerk, Ms. Leinbach was responsible for assisting these judges with case management, preparing for hearings and trial, and drafting rulings.  Ms. Leinbach worked on a variety of different cases, including cases involving financial fraud, insolvency and complex civil litigation.  Ms. Leinbach was also responsible for assisting those judges, sitting by designation, on appellate cases.

Ms. Leinbach graduated magna cum laude from Vermont Law School and was a member of Vermont Law Review, where she focused on environmental law issues.  During law school, Ms. Leinbach served as a judicial extern in the District of Vermont.  She obtained her undergraduate degree cum laude from Pepperdine University.

**CHARLES H. LINEHAN** graduated summa cum laude from the University of California, Los Angeles with a Bachelor of Arts degree in Philosophy and a minor in Mathematics.  Mr. Linehan received his Juris Doctor degree from the UCLA School of Law, where he was a member of the UCLA Moot Court Honors Board.  While attending law school, Mr. Linehan participated in the school's First Amendment Amicus Brief Clinic (now the Scott & Cyan Banister First Amendment Clinic) where he worked with nationally recognized scholars and civil rights organizations to draft amicus briefs on various Free Speech issues.

**DANIELLE L. MANNING** received her Bachelor of Arts degree with honors in Environmental Analysis from Claremont McKenna College.  Ms. Manning received her Juris Doctor degree from the University of California Los Angeles School of Law, where she served as Chief Managing Editor of the Journal of Environmental Law and Policy.  While attending law school, Ms. Manning externed for the Honorable Laurie D. Zelon in the California Court of Appeal and interned for the California Department of Justice, Office of the Attorney General.  Prior to law school, Ms. Manning worked as a paralegal in a large law firm.

**ALEXA MULLARKY** joined the Firm in 2015. Ms. Mullarky's practice focuses on class action securities litigation. As an associate, Ms. Mullarky provides all necessary aspects of litigation support, including researching and drafting memoranda on specific legal issues, researching and drafting briefs in the context of law and motion practice, working with experts in preparation of class certification filings and damages calculations, and all aspects of discovery from document review to deposition preparation. Since joining the Firm, Ms. Mullarky has helped secure several large class action settlements for injured investors, including: *In re Akorn, Inc. Securities Litigation*, No. 15 C 01944 (N.D. Ill.) ($24 million settlement, pending final approval, in securities class action alleging material inaccuracies in the company's financial statements); *Zacharia v. Straight Path Communications, Inc., et al.*, No. 2:15-cv-08051-JMV-MF (D.N.J.) ($9.45 million settlement, pending final approval, in securities class action alleging misrepresentation of the company's compliance with applicable FCC regulations); and *Lewis v. Aimco Properties, L.P. et al.*, No. CIV 529683 (Cal. Super. Ct. San Mateo) together with *Lewis v. Aimco Properties, L.P. et al.*, C.A. No. 9934-VCMR (Del. Ch.) (combined settlement of $3.5 million in class action alleging breach of fiduciary duties related to the valuation and sale of real property). Ms. Mullarky is admitted to the State Bar of California, the Ninth Circuit Court of Appeals, and the United States District Courts for the Central and Northern Districts of California.

Ms. Mullarky received her Juris Doctor degree from the University of Southern California Gould School of Law, where she was a member of the Hale Moot Court Honors Program Executive Board. While attending law school, Ms. Mullarky interned in the legal department of Southern California Edison, a Fortune 500 company, where she worked in energy regulations. She graduated *cum laude* from the University of Washington with a Bachelor of Arts degree in Law, Societies, and Justice.

**JARED F. PITT** focuses on securities, consumer, and anti-trust litigation. Prior to joining the firm, Mr. Pitt was an associate at Willoughby Doyle LLP and was a senior financial statement auditor for KMPG LLP where he earned his CPA license.

Mr. Pitt earned his J.D. from Loyola Law School in 2010. Prior to attending law school he graduated with honors from both the University of Michigan's Ross School of Business and USC's Marshall School of Business where he received a Masters of Accounting.

**NOREEN R. SCOTT** received her J.D. in 2002 from Tulane Law School and earned a B.A. in Economics from Emory University in 1999. She served as a law clerk to the Hon. Charles R. Jones on the Louisiana State Court of Appeal, and has extensive experience prosecuting complex class action cases.

**LEANNE HEINE SOLISH** graduated *summa cum laude* from Tulane University with a B.S.M. in Accounting and Finance in 2007, and she received her J.D. from the University of Texas School of Law in 2011. While attending law school, Leanne was an editor for the Texas International Law Journal, a student attorney for the Immigration and Worker Rights Clinics, and she externed with MALDEF and the Texas Civil Rights

Project.   Leanne is a member of the Beta Gamma Sigma Business Honors Society. She is a registered CPA in Illinois, and was admitted to the California State Bar in 2011.

**GARTH A. SPENCER** is based in the New York office. His work includes securities, antitrust, and consumer litigation. Mr. Spencer also works on whistleblower matters.

Mr. Spencer received his B.A. in Mathematics from Grinnell College in 2006. He received his J.D. in 2011 from Duke University School of Law, where he was a staff editor on the Duke Law Journal. From 2011 until 2014 he worked in the tax group of a large, international law firm. Since 2014 he has worked on tax whistleblower matters. Mr. Spencer received his LL.M. in Taxation from New York University in 2016 immediately prior to joining the firm.

**DANA K. VINCENT** received her J.D. in 2002 from Georgetown University Law Center in Washington D.C. and her B.A. cum laude from Spellman College in 1995.  Dana also earned an M.A. in Economics from the New School in 1999, where she was the Aaron Diamond Fellow.  Ms. Vincent has served as a Law Clerk to the Hon. Sterling Johnson, Jr. of Brooklyn, NY, and has significant experience in the New York Office of the Attorney General where she served as an Assistant Attorney General from 2003-2006. She was a consultant to the Marshall Project, an online journalism organization focusing on U.S. Criminal Justice issues.

**MELISSA WRIGHT** is a litigation associate in the firm's Los Angeles office.  Ms. Wright specializes in complex litigation, including the prosecution of securities fraud and consumer class actions.  She has particular expertise in all aspects of the discovery phase of litigation, including drafting and responding to discovery requests, negotiating protocols for the production of Electronically Stored Information (ESI) and all facets of ESI discovery, and assisting in deposition preparation.  She has managed multiple document production and review projects, including the development of ESI search terms, overseeing numerous attorneys reviewing large document productions, drafting meet and confer correspondence and motions to compel where necessary, and coordinating the analysis of information procured during the discovery phase for utilization in substantive motions or settlement negotiations.

Ms. Wright received her J.D. from the UC Davis School of Law in 2012, where she was a board member of Tax Law Society and externed for the California Board of Equalization's Tax Appeals Assistance Program focusing on consumer use tax issues. Ms. Wright also graduated from NYU School of Law, where she received her LL.M. in Taxation in 2013.

# Exhibit C

**BLOCK & LEVITON LLP**

155 Federal Street, Suite 400 | Boston, MA 02110

610 16th Street, Suite 214 | Oakland CA 94612

1735 20th St NW | Washington, DC 20009

T. (617) 398-5600 | F. (617) 507-6020

**www.blockesq.com**

*Fight for a level playing field.*  Block & Leviton believes investors, pensioners, consumers and employees deserve an advocate who will take a stand to protect their rights. We value our role not only in recovering our clients' immediate losses, but in protecting their long-term interests by helping to shape corporate policy. We genuinely enjoy our work, which each day offers an opportunity to tackle novel problems and unique challenges in a continuously evolving economy.  We concur with Aristotle's observation that pleasure in the job puts perfection in the work.  We believe this is reflected in our track record, which includes our ability to take a case to trial and win, as well as our appointment as lead or co-lead counsel in many dozens of high profile matters, including:

*In re BP Securities Litig.,* Case No. 4:10-MD-02185 (S.D. Tex.) (settled for $175 million), *In re Google Class C Shareholder Litig.,* Case No. 7469-CS (Del. Ch.) (settled for $522 million) and *In re: Drywall Antirust Litigation,* Case No. 13-md-02437 (E.D. Pa.) (to date, settlements with 2 of 6 defendants totaling more than $10 million), and *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.,* Case No. 3:15-md-02672 (N.D. Cal.) (settled for approximately $15 billion).  Our attorneys have successfully recovered billions for our clients and class members and have done so even under adverse conditions, including successfully litigating against bankrupt and foreign-based corporations.

*Defy convention.*  Instrumental to our philosophy is the willingness to embrace new ways of seeing, and solving, our clients' problems.  For example, we challenged Google Inc.'s plan to issue a new class of non-voting stock that threatened to diminish the value of minority investors' holdings in the company.  With trial set to begin in less than two days, Block & Leviton brokered a settlement with Google Inc. and its directors that provided for a forward-looking payment ladder (valued at up to $7.5 billion) to protect minority investors against future diminution in their stock value.  As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.  Appreciation of the fact that each of our clients has a unique viewpoint allows us to tailor our advice and representation accordingly to achieve superior results, and to do so with maximum efficiency.

*Surround yourself with the best.*  The Firm credits its success to its entire team of extremely talented, dedicated attorneys, the majority of whom have significant litigation experience.  An in-depth curriculum vitae highlighting each attorney's areas of expertise, unique experience, recognition in the field and education credentials follows.



**JEFFREY C. BLOCK**

Partner

Email.  jeff@blockesq.com

EDUCATION
- Brooklyn Law School, J.D., cum laude 1986
- State University of New York, B.A., Political Science, cum laude 1983

BAR ADMISSIONS
- New York
- Massachusetts

COURT ADMISSIONS
- United States Supreme Court
- First, Second, Third, Ninth, and Eleventh Circuit Courts of Appeal
- D. Mass.
- S.D.N.Y. and E.D.N.Y.

PUBLICATIONS | SPEAKING EVENTS
- ALI-ABA Conference for Insurance and Financial Services Industry Litigation, July 2009, Lecturer and Panelist
- Damages in Securities Litigation, sponsored by Law Seminars International at the Harvard Club, Panelist
- Litigation to Remedy Meltdown Damages: What Can Be Gained?, Harvard Law School's Capital Matters Conference, Speaker
- Guest commentator on NBC
- International Strategies Recoveries for Foreign Investments, Post Morrison, San Francisco Bar Association, Panel Moderator

Jeffrey Block is a co-founding partner of Block & Leviton.  With a career spanning thirty years, Jeff is recognized as one of the nation's preeminent class action attorneys and is recognize as a "Super Lawyer" by *Massachusetts Super Lawyers*.  Jeff currently represents the Ohio Public Employees Retirement System in *In re BP Sec. Litig.,* No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the *Deepwater Horizon* oil rig in the Gulf of Mexico in 2010.  Jeff, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss, in favor of class certification, in opposition to summary judgment, and helped secure a settlement of $175 million for the class, which represents more than 60% of the class' actual losses.  Jeff also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares.  See *In re Google, Inc. Class C S'holder Litig.,* Case No. 7469-CS (Del. Ch. Ct.).  Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading.  Because of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

In addition, Jeff represents some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the Washington State Investment Board, the New Mexico Educational Retirement Board, the New Mexico Public Employees Retirement System, the New Mexico State Investment Council and the Oklahoma Police Pension and Retirement System.

Some of the major class actions that Jeff has either led, or played a significant role in, include:  *In re First Executive Corp. Securities Litig.,* 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig.*, 3:00-cv-01621 (D. Co11nn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig.,* 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.,* 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig.,* 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty Corp. Sec. Litig.,* 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million)*; In re Philip Services Corp. Sec. Litig.,* 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.,* 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.,* 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.,* 3:12-md-2384 GCM  (W.D.N.C.) ($5.5 million settlement).

Jeff has a proven record of overcoming significant challenges to obtain substantial recoveries on behalf of his clients.  For example, in the *Philip Services* securities litigation, Jeff persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of *forum non conveniens*.  See *Dirienzo v. Philip Services Corp.,* 294 F.3d 21 (2d. Cir. 2002).

Upon reversal, Jeff led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm.  Jeff's skills were discussed in great lengths by the court, specifically noting that counsel:

"pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And THEY DID THEIR WORK EFFICIENTLY, WITH MINIMAL DUPLICATION, AND MAXIMUM EFFECTIVENESS."

> **"I was careful to choose attorneys who have great ability [and] great reputation… And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit …".**
>
> —————
>
> Honorable C. Weston Houck,
> *In re Force Protection Sec. Litig.,* 2:08-cv-845 CWH (D.S.C.)
> ($24 million settlement)

*In re Philip Servs. Corp. Sec. Litig.,* 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein).  Similarly, in *Lernout & Hauspie Sec. Litig.,* Jeff was the lead attorney in securing over $180 million for defrauded investors.  The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Jeff led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case.  Jeff settled the case on terms extremely beneficial to the class, as recognized by the court.  See *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).



**JASON M. LEVITON**

Partner

Email. jason@blockesq.com

EDUCATION
- Georgetown University Law Center, LL.M., Securities and Financial Regulations - Dean's Award (1 of 6)
- Gonzaga University School of Law, J.D., cum laude, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

BAR ADMISSIONS
- Massachusetts
- District of Columbia
- State of Washington
- State of Florida

COURT ADMISSIONS
- First Circuit Court of Appeals
- D. Mass.
- D.D.C.
- W.D. Wash.

PUBLICATIONS | SPEAKING EVENTS
- Guest on Rights Radio
- Law360 Securities Law Editorial Advisory Board
- SEC Litigation Release No. 18638, primary author
- Contributor, After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandals, Nebraska Law Review, 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled Shareholder Rights: An Idea Whose Time has Come, November 2013
- Presenter at National Conference on Public Employee Retirement Systems' Summer Conference, May 2013

Mr. Jason Leviton is a co-founding partner of Block & Leviton and focuses his practice on investor protection and shareholder rights matters. He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition Litigation Team. In 2011 and each year thereafter, Jason was named a "Rising Star" by *Massachusetts Super Lawyers,* an honor given to only 3% of all lawyers in the Commonwealth. In 2014, Jason was named as a Top 100 Trial Lawyer by the National Trial Lawyer Association. After receiving his law degree, Jason attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6). During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division. Jason is now a member of the Association of Securities and Exchange Commission Alumni.

Currently, Jason represents several Ohio Pension Funds against BP following the largest oil spill in United States history. See *In re BP plc Securities Litigation,* Case No. 10-cv-2185 (S.D. Tex.) (settled for $175 million). He also serves as co-lead counsel in *In re Onyx Pharmaceuticals Inc. Shareholder Litigation,* Case No. CIV523789 (Cal. Sup. Ct) (settled for $30 million).

Jason has been named lead or co-lead counsel in numerous class actions, including: *In re Plains Exploration & Production Co. Stockholder Litig.,* Case No. 8090-VCN (Del. Ch.) (litigation led to an increase of approximately $400 million to the original merger amount); *In re MIPS Technologies, Inc. Stockholder Litig.,* Case No. 8103-VCN (Del. Ch.) (settled for numerous material disclosures and amendments to the merger agreement); *In re Cybex Int'l Shareholders Litig.,* Case No. 653794/2012 (N.Y. Sup. Ct) (settlement involved substantial dividend payment to shareholders); and *In re Sunoco, Inc.*, Case No. 1204-03894 (settlement required Sunoco to publish an update to its Proxy Statement to correct for material omissions).

Jason has achieved significant recoveries on behalf of class members, including but not limited to: *In re Empire State Realty Trust, Inc. Investor Litigation,* Case No. 650607/2012 (settled for $55 million); *In re KIT Digital, Inc. Securities Litigation,* Case No. 12-04199 (S.D.N.Y.) (settled for more than $6 million following the company's voluntary petition for bankruptcy); *In re Swisher Hygiene, Inc. Sec. and Deriv. Litig.,* MDL No. 3:12-MD-2384-GCM (W.D.N.C) (settled for nearly 40% of all cognizable damages); and *Brockton Retirement Board and City of Quincy Contributory Retirement Systems v. Oppenheimer Global Resource Private Equity Fund I, L.P., et al.,* Case No. 1:12-cv-10552 (D. Mass.) (settled for numerous improvements to Oppenheimer's corporate governance structure regarding the valuation of assets).

In addition to his class action experiences, Jason has litigated other forms of complex litigation. For instance, he worked with a former State of New York Attorney General in the defense of an attorney accused of insider trading, which included a criminal referral to the United States Department of Justice.

He was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Moreover, Jason has represented former employee whistleblowers before the S.E.C. where, in one instance, he successfully argued that his clients should receive the maximum whistleblower award of 30% pursuant to the Dodd-Frank Act, which equated to nearly $1 million. Jason has represented former employee whistleblowers before the S.E.C. where, in one instance, he successfully argued that his clients should receive the maximum whistleblower award of 30% pursuant to the Dodd-Frank Act, which equated to nearly $1 million. He also represented the same whistleblower in a retaliation claim against several Oppenheimer-related entities. See *John Doe v. Oppenheimer Asset Management, Inc., et al.,* Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Jason also has considerable experience litigating consumer class action cases involving deceptive business practices. For example, Jason, as co-lead counsel, successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country. See *In re Starbucks Consumer Litig.,* Case No. 2:11-cv-01985-MJP (W.D. Wa.).

Prior to forming Block & Leviton, Jason was an attorney at three other preeminent class action firms. There, he was instrumental in recovering $10.5 million in the *Welmon v. Chicago Bridge & Iron,* Case No. 06-cv-01283, securities class action litigation. In that case, Jason represented Fortis Investments, a major European asset management company and, in addition to the monetary settlement, was able to institute several corporate governance changes at the company. In granting the Chicago Bridge & Iron settlement, the Honorable John Sprizzo stated that "Plaintiffs' counsel have conducted the litigation and achieved the settlement with skill, perserversance and diligent advocacy." *Chicago Bridge & Iron* (June 3, 2008).

Moreover, in the *Ong v. Sears Roebuck & Co.,* Case No. 03 C 4142 (N.D. Ill.), securities class action, Jasonrepresented the State Universities Retirement System of Illinois (SURS) and helped settle the action for $15.5 million. He also represented the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago, the Central States, Southeast and Southwest Areas Pension Fund in the securities class action against MF Global that settled for $90.0 million. See *Rubin v. MF Global, LTD., et al.,* Case No. 08-cv-02233 (S.D.N.Y.). Likewise, he was a member of the *In re VeriSign Securities Litigation,* Case No. C-02-2270 (N.D. Cal.) team that recovered more than $78.0 million for investors.

> **"The settlement is – gosh. . . . the fact that it's occurring within the context of a securities case, which is very difficult for plain-tiffs to win, is extremely impressive to me. . . . [T]his is a matter which has been fairly litigated by people who know what they're doing."**
>
> ————
>
> Honorable Graham C. Mullen,
> *In re Swisher Hygiene, Inc., Securities and Derivative Litig.,*
> 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement)



## WHITNEY E. STREET

Partner

Email.  whitney@blockesq.com

EDUCATION
- University of Virginia School of Law, J.D.
- University of Virginia, B.A., Economics and Literature

BAR ADMISSIONS
- California
- New York
- Massachusetts
- Texas

COURT ADMISSIONS
- N.D. Cal. and E.D. Cal.
- S.D.N.Y. and E.D.N.Y.
- D. Mass.

PROFESSIONAL ACTIVITIES
- Co-Chair of the AAJ Antitrust Litigation Group
- Law360 Competition Law Editorial Advisory Board
- National Association of Public Pension Attorneys

PUBLICATIONS | SPEAKING EVENTS
- Co-Author, What Lies Ahead in High Stakes Pay-For-Delay Antitrust Litigation, American Association of Justice Business Torts Newsletter (May 2015)
- Author, Technology Assisted Review: the Disclosure of Training Sets and Related Transparency Issues, Georgetown Law Advanced eDiscovery Institute (Fall 2014)
- Faculty, Georgetown University Law Advanced eDiscovery Institute (November 2014)
- Co-Author, Decision Re-Affirms Critical Role of Shareholders Benefits and Pensions Monitor (October 2014)
- Panelist, American Association for Justice Class Certification Seminar (2013)

Block & Leviton Partner Whitney Street has fifteen years of complex litigation experience and significant expertise in antitrust and securities class action litigation.  Whitney, who serves as Chair of the Firm's Competition Law Group, was appointed Co-Lead Counsel on behalf of a class of indirect purchasers in *In re Domestic Drywall Antitrust Litig.,* 13-md-02437 (E.D.Pa.), which involves allegations of price fixing and other forms of concerted conduct in violation of the antitrust laws.  To date, Whitney has recovered more than $15 million on behalf of the class of indirect purchasers.  The litigation is ongoing against the remaining four defendants.

In addition, Whitney represents the City of Providence in an antitrust class action suit against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs.  See *In re Thalomid and Revlimid Antitrust Litig.,* 14-cv-06997 (D.N.J.). Most recently, Whitney was appointed to the Plaintiffs' Steering Committee in *In re Packaged Seafood Antitrust Litig.,* 15-md-02670 (S.D.Cal.) (alleging price fixing in the market for shelf-stable seafood products) and in *In re Liquid Aluminum Sulfate Antitrust Litig.,* 16-md-02687 (D.N.J.) (alleging bid rigging, market allocation, and price fixing in the market for aluminum sulfate).

Whitney was also an integral part of the litigation teams in the following antitrust class actions:  *Air Cargo Shipping Services Antitrust Litigation,* 06-md-1775 (E.D.N.Y.) (settlements totaling more than $270.0 million); *In re: Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation,* 3:03-md-1542 (D. Conn.) (partial settlements totaling $87.0 million); *In re: Methyl Methacrylate (MMA) Antitrust Litigation,* 06-md-01768 (E.D. Pa.) (settled for $15.0 million); and *In re: Hydrogen Peroxide Antitrust Litigation,* 05-civ-666 (E.D. Pa.) (partial settlements of more than $4.0 million).

Whitney received her training at prominent litigation firms in New York and Boston where she represented clients in antitrust and securities class actions.  She began her career at Pillsbury Winthrop Shaw Pittman, one of the largest law firms in California.

## R. Joseph Barton

Partner

Email. joe@blocksq.com

EDUCATION
- College of William & Mary, Marshall-Wythe Law School, J.D.
- College of William & Mary, B.A., History and Classical Studies

BAR ADMISSIONS
- California
- District of Columbia

COURT ADMISSIONS
- Second, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuit Courts of Appeal
- D.D.C.
- N.D. Cal., C.D. Cal., and S.D. Cal.
- D. Md.
- N.D. Tex. and W.D. Tex.
- N.D. Ill.

PROFESSIONAL ACTIVITIES
- Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee
- Co-Chair of AAJ
- Chair of Employment Rights Section of the AAJ from 2013 to 2014

R. Joseph Barton is the Chair of the Firm's Employee Benefits Group and the Firm's Veterans/Servicemember Rights Group at the Firm. Joe has more than 15 years experience handling a diverse array of complex and class litigation. Joe has a Martindale-Hubbell AV Preeminent Rating, has been selected every year since 2013 as a Washington, D.C. Super Lawyer, has a 10.0 rating from Avvo, and is listed in the Marquis' Who's Who in American Law.

### NOTABLE ERISA CASES

Over the last 15 years, Joe has handled a wide variety of employee benefit (i.e. ERISA) cases. He has been trial counsel in four ERISA cases. He was lead trial counsel in a case challenging a complex transaction involving the Trachte ESOP and the Alliance ESOP on behalf of a class of employees of Trachte, *Chesemore v. Alliance Holdings, Inc.,* No. 3:09-cv-00413 (W.D. Wis.). In that case, Joe obtained a favorable trial decisions on a liability and remedies of $17.2 million (plus prejudgment interest) for the Class which was affirmed by the Seventh Circuit. In *Severstal Wheeling Inc. Ret. Comm. v. WPN Corporation,* No. 10-cv-954 (S.D.N.Y.), Joe was lead trial counsel representing the fiduciaries of two pension plan suing their former investment manager for improper investments and obtained a judgment for plaintiffs of over $15 million which was affirmed by the Second Circuit.

Joe is among a handful of lawyers who regularly represent participants in litigation involving ESOPs holding privately held stock. In addition to the Alliance/Trachte ESOP litigation, Joe has litigated and is litigating a number of private ESOP cases, including the Jeld-Wen ESOP, the Tharaldson Motels, Inc. ESOP and, the Azon Corporation ESOP.

Joe has also been involved in a number of cases involving breaches of fiduciary duty and self-dealing, including improperly investing 401k plan assets in artificially inflated stock of publicly traded companies, in improper and risky investments such as hedge funds or private equity. He litigated one of the earliest cases challenging the prudence of investment and fees of the pension and 401k plans sponsored by New York Life Insurance Company.

Joe has also litigated cases involving the failure to properly pay benefits. In *Slipchenko v. Brunel,* No. 4-11-cv-01465 (S.D. Tex.), Joe obtained a settlement in a COBRA class action which resulted in the largest per class-member recovery in any reported COBRA class action. In *Simpson v. Fireman's Fund Insurance Company* (N.D. Cal.), Joe represented a class employees alleging that FFIC's policy of terminated persons on disability violated the discrimination provisions of ERISA, and obtained a settlement restoring their right to benefits for a period of years and also reimbursement of past expenses.

### NOTABLE CASES INVOLVING VETERANS & SERVICEMEMBERS

In cases involving the rights of veterans and servicemembers,Joe is proud to have achieved results which one court described as "outstanding, worthy of being emulated by class representatives and counsel in other comparable litigation." In that case, *Tuten v. United Airlines,* No. 12-cv-1561-WJM-MEH (D. Col.), he was lead counsel for a class of United Airlines Pilots alleging USERRA violations in connection with their pension contributions. The case was settled for an amount that provided the Class with 100% of their actual damages.

In *Bush v. Liberty Life Assurance Co.,* Joe was lead class counsel on behalf of a class participants whose long term disability benefits were insured by Liberty Life alleging that those benefits should not have been reduced by the amount of benefits provided through the Department of Veterans Affairs.  As part of the settlement, Liberty Life agreed to return 60% of the monies imposed as offsets and to cease imposing such reductions/offsets unless and until the state departments of insurance had approved them.

**PRO BONO CASES**

Joe considers pro bono representation an important part of his practice and has represented clients in actions concerning their employer's failure to pay wages and/or overtime.  In one such case, the Judge in D.C. Superior Court described Mr. Barton's representation as follows: "EVERYTHING DONE ON BEHALF OF THE PLAINTIFF HAS BEEN PROFESSIONAL, TIMELY AND THOROUGH."



**JOEL FLEMING**

Partner

Email.  joel@blockesq.com

EDUCATION
• Harvard Law School, J.D., cum laude
• Wilfrid Laurier University, B.A., Political Science with high distinction

BAR ADMISSIONS
• California
• Massachusetts

COURT ADMISSIONS
• First and Ninth Circuit Courts of Appeal
• N.D. Cal. and C.D. Cal.
• D. Mass.

PUBLICATIONS
• Co-author, Decision Re-Affirms Critical Role of Shareholders, Benefits and Pensions Monitor (October 2014)
• Co-author, Meltdowns crank up muni-bond litigation, Daily Journal (September 18, 2013)
• Co-author, SEC takes hard line on 'cyber incidents', Daily Journal (April 5, 2013)
• Co-author, Lower Courts Interpret The Supreme Court's Decision In Janus Capital Group, Inc. v. First Derivative Traders, Financial Fraud Law Report 4:5 (May 2012)

PROFESSIONAL ACTIVITIES
• Visiting Lecturer, Tufts University: Experimental College (2013-2015)

Block & Leviton Partner Joel Fleming has significant experience in shareholder litigation.  Since graduating with honors from the Harvard Law School, Joel has spent his entire career practicing shareholder litigation and has been recognized as a "Rising Star" in securities litigation by Super Lawyers magazine for three years in a row.

Joel was a lead attorney for Block & Leviton in *In re Rentrak Corporation Shareholders Litigation,* No. 15CV27429, which resulted in a $19 million settlement for a class of former shareholders of Rentrak Corporation. This is believed to be largest settlement of merger litigation in Oregon state court history. It was also one of the top five largest settlements, since 2010, of merger litigation arising from transactions valued at less than $1 billion.

Joel was also the lead associate in *Vladimir Gusinsky Living Trust v. Berman,* No. 2:14-01420-JAK (C.D. Cal.), a derivative action on behalf of Jakks Pacific, Inc., which was resulted in a settlement that imposed significant corporate governance reforms, valued by expert testimony as worth $20 to$40 million to the company.

Joel is currently serving as one of the lead attorneys in litigation challenging a conflicted transaction between Reynolds American and its largest shareholder, British American Tobacco: a $4.7 billion share issuance to British American Tobacco at a below-market price. In December 2016, , in a question of first impression, the North Carolina Court of Appeals held in favor of the putative class represented by Block & Leviton, finding that Plaintiffs had adequately pled that British American Tobacco was a controlling shareholder and owed a fiduciary duty to public shareholders. *Corwin v. British Am. Tobacco PLC,* 796 S.E.2d 324, 327 (N.C. Ct. App. 2016).

Joel also serves as a lead attorney for a putative class of Charter Communications shareholders, challenging an unfair share issuance to Charter's controlling shareholders, Liberty Broadband and John Malone, in connection with Charter's purchase of Time Warner Cable and Bright House Networks.

In May 2017, the Delaware Chancery Court held that plaintiffs had adequately pled that the stockholder vote to approve the share issuance was "structurally coercive." *Sciabacucchi v. Liberty Broadband Corporation,* No. CV 11418-VCG, 2017 WL 2352152, at *3 (Del. Ch. May 31, 2017).

Prior to joining the firm, Joel was a member of the Securities Litigation and Enforcement group at Wilmer Cutler Pickering Hale and Dorr—a large defense firm headquartered in Boston and Washington, D.C.  While at WilmerHale, he served as a member of the trial team in *AATI v. Skyworks*, the first-ever arbitration to go to trial before the Delaware Chancery Court, in a case involving a merger-related dispute between two companies in the high technology industry. Joel represented both companies in a subsequent shareholder class action that ended with the dismissal with prejudice of all counts.



**JACOB WALKER**

Senior Associate

Email.  jake@blockesq.com

EDUCATION
- University of Michigan Law School, J.D., cum laude
- Babson College, B.S., Business Administration

BAR ADMISSIONS
- Massachusetts
- California

COURT ADMISSIONS
- First and Ninth Circuit Courts of Appeal
- D. Mass.
- N.D. Cal. and C.D. Cal.

PROFESSIONAL CERTIFICATIONS
- Certified Information Privacy Professional (CIPP/US)

PUBLICATIONS
- Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Jake represented the Louisiana Municipal Police Employees' Retirement System in *In re Onyx Pharmaceuticals Inc. Shareholder Litigation,* (Cal. Sup. Ct.), a matter arising out of Onyx's $11 billion merger with Amgen (settled for $30 million).

Jake currently represents lead plaintiffs in securities class actions against *Amicus Therapeutics* (D.N.J.) ($3.9 million settlement pending preliminary approval), *EZCORP, Inc.* (W.D. Tex.), and *Global Power Equipment Corporation* (N.D. Tex.), and in litigation related to the $4 billion private equity take-out of *Life Time Fitness, Inc.,* case no. 15-cv-01911 (D. Minn.). Jake has also fought for consumers in, among other cases, the VW diesel engine litigation, (N.D. Cal.) (initial settlement valued at over $15 billion), and against Gatehouse Media for improperly overcharging Massachusetts consumers of weekly newspapers (Mass. Sup. Ct.).

Jake previously was an associate at both Gibson Dunn and Skadden Arps. He represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. He also represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company in state and federal courts in California and Delaware, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. in the Superior Court of California. He has also represented third-parties in M&A litigation in California and Delaware courts.

In addition, Jake has represented several large technology companies, including in the defense of consumer class actions related to privacy and technology issues.  He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues.  Jake has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's office.

As part of his pro bono practice, Jake was part of a team of attorneys who represented Indian workers illegally trafficked to the Gulf Coast. Claims against the company have been proposed to be settled for over $20 million as part of a pending bankruptcy case. Jake has also been recognized by the American Bar Association for his pro bono work on behalf of active duty military members and for his work teaching financial literacy skills to Boston-area high school students.

## VINCENT CHENG

Senior Associate

Email. vincent@blockesq.com

EDUCATION
- University of California Berkeley School of Law, J.D.
- University of California, Berkeley, B.A., Philosophy and Mathematics

BAR ADMISSION
- California

PUBLICATIONS
- Author, "*National Railroad Passenger Corporation v. Morgan*: A Problematic Formulation of the Continuing Violation Theory," California Law Review (October 2003)

Vincent Cheng is an associate at the firm and a member of the Employee Benefits Group and Veterans/Servicemember Rights Group.

Since graduating from law school, Vincent has focused his work on advocating for the rights of employees and retirees and of veterans and servicemembers. Prior to joining Block & Leviton, he had over 8 years of experience in litigating a variety of lawsuits on behalf of employees. These lawsuits included cases brought under the Employee Retirement Income Security Act (ERISA) involving breach of fiduciary duty and benefit denial claims and cases brought under the Uniformed Services Employment and Reemployment Rights Act (USERRA) involving veterans' employment rights and benefits, as well as employment cases involving unpaid overtime wages under the Fair Labor Standards Act and the California Labor Code and race and gender discrimination under Title VII and the California Fair Employment and Housing Act (FEHA).

### NOTABLE EMPLOYEE BENEFITS CASES

- *Carlson v. Northrop Grumman Severance Plan*, No. 13-cv-02635 (N.D. Ill.): represent a putative class of employees who were laid off from Northrop Grumman alleging that they improperly denied cash severance under the severance Plan.

- *Aguilar v. Melkonian Enterprises, Inc.*, No. 05-cv-00032 (E.D. Cal.): represented a class of participants in two pension plans alleging that the fiduciaries failed to prudently invest the plan assets; obtained a settlement that provided for recovery of more than 85% of the losses to the plans.

- *Simpson v. Fireman's Fund Insurance Company*, No. C05-000225 (N.D. Cal.): represented disabled employee-participants alleging that FFIC terminated them in violation of ERISA § 510 to prevent them from continuing to receive medical benefits; obtained a settlement that provided for restoration of their right to benefits for a period of years and reimbursement of past medical expenses.

- *Paulsen v. CNF Inc.*, No. C 03-3960 (N.D. Cal.): represented a group of employees alleging that the fiduciaries breached their duties under ERISA in connection with the spinoff of a division of CNF, and that the CNF pension plan's actuary breached its duty of care under state law in valuing the plan liabilities to be transferred at spinoff and certifying post-spinoff that the new plan was adequately funded.

- *Hurlic v. Southern California Gas Company*, No. 05-5027 (C.D. Cal.): represented a group of participants alleging that the pension benefit accrual formula under SCGC's cash balance defined benefit plan violated ERISA's prohibition against age discrimination and ERISA's anti-back-loading rules.

**NOTABLE CASES INVOLVING VETERANS AND SERVICEMEMBERS RIGHTS**

• *Allman v. American Airlines, Inc. Pilot Retirement Benefit Program Variable Income Plan*, No. 14-cv-10138 (D. Mass.), where American Airlines allegedly violated USERRA and ERISA by making deficient pension contributions for a class of pilots who took military leave.

• *Bush v. Liberty Life Assurance Company of Boston*, No. 14-cv-01507 (N.D. Cal.), where Liberty Life agreed to return significant portions of reduced long-term disability benefits to veteran-claimants and not to reduce future benefits absent state approval.

• *Munoz v. InGenesis STGi Partners*, LLC, No. 14-cv-1547 (S.D. Cal.), a USERRA discrimination and failure-to-reemploy case where we obtained through settlement the full amount of the plaintiff's lost pay and benefits plus interest and a sizable amount of liquidated damages.

**NOTABLE EMPLOYMENT CASES**

• *Gutierrez v. Schmid Insulation Contractors, Inc.*, No. 07-cv-5852 (C.D. Cal.), a wage-and-hour class action alleging that the defendants failed to pay for travel time from offices to construction sites, provide meal and rest breaks, and pay overtime to a group of Spanish-speaking, immigrant workers.

• *Wynne v. McCormick & Schmick's Seafood Restaurants, Inc.*, 06-cv-03153 (N.D. Cal.), a Title VII and FEHA class action alleging race discrimination in hiring and job assignments, which resulted in a consent decree through settlement that provided for significant injunctive relief to promote equal employment opportunity in defendants' employment practices.

• *Holloway v. Best Buy Co., Inc.*, No. 05-5056 (N.D. Cal.), a Title VII and FEHA class action alleging race and gender discrimination by Best Buy in hiring, promotions, and job assignments.



**BRADLEY VETTRAINO**

Associate

Email.  bradley@blockesq.com

EDUCATION
• Washington University in Saint Louis School of Law, J.D. (Dean's List)
• Metropolitan State University of Denver, B.A., History

BAR ADMISSIONS
• Massachusetts
• Illinois

COURT ADMISSIONS
• D. Mass.
• S.D. Ill.

Prior to joining Block & Leviton in 2015, Bradley worked as an associate at two prominent plaintiff-side products liability firms.

Bradley is experienced in all stages of complex civil litigation, including discovery and dispositive motion practice.  In addition, he has worked on an array of complex civil matters, including products liability cases, consumer protection matters and business litigation in both state and federal courts.

In addition, Bradley has experience managing and litigating over fifteen plaintiffs' toxic tort cases, securing favorable settlements in numerous matters. In addition, he successfully argued in opposition to a motion for summary judgment before a state court.

Bradley was a member of the team representing the Ohio Public Employees' Retirement System in the securities class action *In re BP plc Sec. Litig.,* Case No. 4:10-md-02185 (S.D. Tex.), which recovered $175 million to investors related to the explosion and subsequent massive oil spill in the Gulf of Mexico in 2010. Additionally, he also represented a pension fund in the class action *In re Onyx Pharmaceuticals, Inc. Securities Litigation,* case no. CIV523789 (Cal. Sup. Ct.), which recently settled for $30 million – the second largest post-close merger and acquisition settlement in California state court history.

Bradley currently represents shareholders of Rentrak Corporation in a lawsuit currently pending in Oregon against the Company and its Board of Directors relating to the proposed acquisition of Rentrak Corporation by comScore, in which a $19 million settlement is pending final approval. See *In re Rentrak Corporation Shareholders Litigation,* Case No. 15-cv-27429 (Ore. Cir. Ct.). He also represents shareholders of Keryx, Inc. in a securities action pending in the District of Massachusetts. Mr. Vettraino also represents shareholders in a variety of derivative and books and records actions.

Upon graduating from Washington University in St. Louis, Bradley received the Dan Carter-Earl Tedrow Memorial Award, an award given to the student who most exemplifies the aims of the legal profession.  He also served as an Executive Board Member and Primary Editor of the Global Studies Law Review.



## THOMAS KIRCHOFER

Associate

Email.  tom@blockesq.com

EDUCATION
- Cornell Law School, J.D.
- Brown University, B.A., History

BAR ADMISSIONS
- Massachusetts
- New Hampshire

COURT ADMISSIONS
- First Circuit Court of Appeals
- D. Mass.
- D.N.H.

PUBLICATIONS
- Contributing author to Massachusetts Evidence: A Courtroom Reference (MCLE).
- New Expectations in Wake of Latest Updates to 'Snitch Rule.' Mass. Lawyers Weekly, March 2, 2017.
- Firms Need to Provide New Lawyers With Clear Ethical Guidance.  Mass. Lawyers Weekly, June 2, 2016.
- Attorney Voir Dire and Social Media: Tread Carefully. Mass. Lawyers Weekly, September 4, 2014.
- Court Finds New Grounds for Waiver of Attorney-Client Privilege. Mass. Lawyers Weekly, July 6, 2009.

Thomas Kirchofer is an associate at Block & Leviton LLP, focusing on securities, corporate governance, and merger-and-acquisition litigation. Mr. Kirchofer recently joined Block & Leviton from the Boston firm Sherin and Lodgen, LLP, where he had a wide-ranging practice representing clients in complex business disputes. He was named a "Rising Star" by *Massachusetts Super Lawyers* in 2009 through 2011, and again in 2013 through 2016.

Tom has represented both plaintiffs and defendants in state and federal courts, and before administrative agencies.  He has successfully represented health care providers in disputes with third-party payers, and he was part of a team of lawyers defending a large generic pharmaceutical company from a series of claims that the "Average Wholesale Prices" of its drugs were inflated.  He has frequently defended lawyers in legal malpractice actions and professional discipline matters, and he has extensive experience in commercial real estate disputes.

### NOTABLE MATTERS

Thomas has obtained judgments on behalf of clients in various types of matters, including attorneys in legal malpractice cases and landlords involved in commercial lease disputes. On multiple occasions, Tom persuaded the Office of Bar Counsel of the Board of Bar Overseers not to pursue disciplinary charges against lawyers. In *Fox v. Volvo Cars of N. Am., LLC,* he achieved dismissal of a products liability suit against automobile manufacturer, upheld on appeal. 2016 Mass. App. Div. 37 (Dist. Ct. 2016). Tom successfully moved to dismiss the individual defendants in an ERISA suit against closely held corporation (*Langone v. Son, Inc.,* No. 12-11717-GAO, 2015 WL 3744419 (D. Mass. June 15, 2015)).

Additionally, Tom has successfully defended a judgment on appeal at the First Circuit Court of Appeals, where the appellant attempted to challenge a state court judgment in federal court.

## STEPHEN TETI

Associate

Email.  steti@blockesq.com

EDUCATION
• Quinnipiac University School of Law, J.D., magna cum laude
• Fairfield University, B.A., Political Science and French, cum laude

BAR ADMISSIONS
• Massachusetts
• Connecticut

Court Admissions
• Ninth Circuit Court of Appeals
• D. Mass.
• D. Conn.t
• D. Colo.
• S.D.N.Y. and W.D.N.Y.

Stephen Teti is an associate at Block & Leviton LLP, focusing his practice on antitrust litigation.

Stephen joined Block & Leviton after practicing securities, derivative, and consumer class litigation for six years at a nationally-recognized plaintiffs' law firm in Connecticut.  Before, he clerked for the judges of the Connecticut Superior Court.  During law school, Steve served as Publications Editor of the Quinnipiac Law Review, a judicial extern to the Honorable Stefan R. Underhill in the United States District Court for the District of Connecticut, an intern for the State of Connecticut Office of the Attorney General, and as a legislative extern to the Judiciary Committee of the Connecticut General Assembly.

### NOTABLE CASES

•       Obtained a significant decision for consumers in *Friedman v. Maspeth Fed. Loan & Savings Ass'n,* 30 F. Supp. 3d 183 (E.D.N.Y. 2014). In a case before the Honorable Jack B. Weinstein, raising "issues of first impression on the reach of the Real Estate Settlement Procedures Act," Mr. Teti defeated a motion to dismiss, and later obtained a settlement that reimbursed consumers for 100% of their losses in the case which involved wrongful imposition of late charges on timely received mortgage payments;

•       Lead associate in cases achieving notable recoveries under the Securities Act of 1933, including *City of Birmingham Retirement & Relief System v. MetLife, Inc.*, Case No. CV-2012-902101 (Ala. Cir. Ct.) ($9.75 million settlement); *Rosenberg v. Cliffs Natural Resources, Inc.*, No. 2014 CV 828140 (Ohio Ct. Com. Pleas) ($10 million settlement); and *Niitsoo v. Alpha Natural Resources, Inc.*, No. AD-303-2014 (Pa. Ct. Com. Pleas) ($3.6 million settlement);

•       Lead associate in several successful appeals, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Retirement System v. Parkinson*, 737 F.3d 719 (7th Cir. 2013); and *Chavez v. Nestlé USA, Inc.*, 511 Fed. Appx. 606 (9th Cir. 2013);

•       Achieved several favorable decisions regarding the improper removal of class actions under the Securities Act of 1933, including *Niitsoo v. Alpha Natural Resources, Inc.,* 902 F. Supp. 2d 797 (S.D. W. Va. 2012); *Rosenberg v. Cliffs Natural Resources, Inc.*, 2015 WL 1534033 (N.D. Ohio Mar. 25, 2015); and *Rajasekaran v. CytRx Corp.,* 2014 WL 4330787 (C.D. Cal. Aug. 21, 2014);

•       Represented banks and other financial institutions in *In re Home Depot Inc. Customer Data Security Breach Litig.*, 14-md-2583 (N.D. Ga.) (served on Plaintiffs' Coordination & Discovery Committee); *In re Target Corp. Customer Data Security Breach Litig.*, 14-md-2522 (D. Minn.); and *Greater Chautauqua Federal Credit Union v. Kmart Corp.*, No. 15-cv-2228 (N.D. Ill.)

## JEFFREY GRAY

Associate

Email.  jgray@blockesq.com

EDUCATION
- Suffolk University Law School, J.D.
- Sawyer Business School, Suffolk University, M.B.A.
- Connecticut College, B.A., Economics

BAR ADMISSION
- Massachusetts

Jeff Gray joined Block & Leviton as an associate in 2016, where his practice focuses on consumer class action litigation. Jeff is experienced in conducting large scale document review projects.

Jeff is a member of the Block & Leviton LLP litigation team representing members of the class in the matter Volkswagen "Clean Diesel" MDL. Prior to joining Block & Leviton, Jeff also received valuable experience with class action shareholder suits, breach of contract cases, and defense of trademark infringement claims, as well as SEC and DOJ investigations of pharmaceutical companies and hedge funds.

Earlier in his career, Jeff was a management consultant at a financial services firm in the Boston area and, prior to that, was a project manager in commercial lending at FleetBoston Financial. While in law school, he completed internships with MFS and with The Nature Conservancy and was a law clerk at CT Corporation System.