## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re EZCORP, Inc. Securities Litigation** | **Master File No. 1:15-cv-00608-SS** |

### DECLARATION OF STEPHEN S. GILSTRAP IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

I, STEPHEN S. GILSTRAP, hereby declare as follows:

1.      My name is Stephen S. Gilstrap.  I am over the age of 18, of sound mind, capable of making this Declaration, and personally acquainted with the facts stated in this Declaration. The facts herein are true and correct to the best of my knowledge.

2.      I am an attorney at Vinson & Elkins LLP, counsel for Defendant EZCORP, Inc., in the above-referenced case, and a member of the Bar of the State of Texas. I have been admitted to practice in this Court *pro hac vice* in the above-referenced case.  I submit this Declaration in support of Defendants' Response in Opposition to Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.      A true and correct copy of EZCORP, Inc.'s July 17, 2015 Form 8-K is attached hereto as Exhibit 1.

4.      A true and correct copy of EZCORP Inc.'s May 12, 2015 Form 12b-25, which was marked as Deposition Exhibit 16 in this case, is attached hereto as Exhibit 2.

5.      A true and correct copy of EZCORP, Inc.'s May 20, 2015 Form 8-K is attached hereto as Exhibit 3.

6.      A true and correct copy of EZCORP, Inc.'s April 30, 2015 Press Release is attached hereto as Exhibit 4.

7.      A true and correct copy of EZCORP, Inc.'s October 20, 2015 Form 8-K is attached hereto as Exhibit 5.

8.      A true and correct of excerpts from the February 9, 2018 Deposition of Lead Plaintiff John Rooney are attached hereto as Exhibit 6.

9.      A true and correct copy of the May 1, 2015 Analyst Report from Jeffries Group LLC regarding EZCORP, Inc., which was provided by Plaintiff's counsel as part of the "back-up" associated with Plaintiff's expert Chad Coffman's January 31, 2018 report, is attached hereto as Exhibit 7.

10.      A true and correct copy of Plaintiff's expert Chad Coffman's Regression Analysis Spreadsheet, which was marked as Deposition Exhibit 15 in this case and provided by Plaintiff's counsel as part of the "back-up" associated with Coffman's January 31, 2018 report, is attached hereto as Exhibit 8.

11.      A true and correct of excerpts from the March 6, 2018 Deposition of Chad Coffman are attached hereto as Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in *Dallas* County, State of *Texas*, on *March 16, 2018*.

_____

Stephen S. Gilstrap, Declarant