# Exhibit 7

**FLASH NOTE**

Company Update

USA | Financials | Commercial Finance

**May 1, 2015**

# Jefferies

EQUITY RESEARCH AMERICAS

# EZCORP, Inc. (EZPW)

## F215 Earnings Delayed due to Accounting Review; Reports Preliminary Data

**HOLD**

Price target $11.00
Price $9.20

### Key Takeaway

**EZPW has delayed its F2Q earnings release due to a review of its Grupo Finmart segment. The company released preliminary data, suggesting that the pawn segment exhibited stability, while the other segments continue to perform poorly. EZPW also expects to take $8M of charges while Grupo Finmart results are uncertain due to the review. Overall, we expect the delay/poor results to pressure the stock and await full earnings before updating our model.**

**F2Q15 earnings release is now delayed.** EZPW announced that it will delay its earnings release for the quarter "due to an ongoing review of certain elements of its Grupo Finmart loan portfolio that may impact current and historical amounts of loan reserves and interest income... The company will announce its second quarter earnings upon completion of that review." We believe this is a negative development for the company particularly as this segment had been relatively strong for EZPW and had been buttressing results.

**Preliminary results somewhat mixed**. EZPW announced core pawn revenue growth of 3% (5% on a constant currency basis), versus our forecast for ongoing contraction. EZPW's Mexican pawn grew 15% YoY on a constant currency basis, but declined 1% on a GAAP basis, versus our forecast for 12% growth. From the disclosures, it is difficult to discern the complete results versus our forecast. Overall we would classify pawn as consistent, while other consumer lending segments are under pressure or accounting review. We are not updating our model at this point until we have greater detail on the quarter.

**$8M charge disclosed.** Management also noted that income from continuing operations will be negatively impacted by $8.3M in after-tax charges including:

- $5.9M from Cash Converter's decision to terminate an agreement with two financial agents
- $0.8M related to an IRS tax settlement in fiscal 2010
- $0.6M related to legal expenses

**Strategic review.** The company anticipates the completion of a strategic review of its business and operations, and plans to disclose the results with F3Q15 results. We note this is the 2nd review in less than a year, with little progress made on the first review.

**Thoughts on the stock.** We view the developments as an incremental negative for EZPW, particularly given the earnings delay related to a review of a key segment. Results from the pawn segment appear modestly above our forecast while we note there is a large degree of uncertainty for earnings, and the initial guidance appears below our forecast. We anticipate weakness in the stock and maintain our Hold rating.

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com

* Jefferies LLC

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 3 to 6 of this report.

**EZPW**

Company Update

May 1, 2015

## Chart 3: EZPW Earnings Model

**EZCorp, Inc**
John Hecht - 415.229.1569
Kyle Joseph - 415.229.1525
Michael Del Grosso - 415.229.1576

| | FY 2013 | 12/31/2013 1Q14A | 3/31/2014 2Q14A | 6/30/2014 3Q14A | 9/30/2014 4Q14A | FY 2014 | 12/31/2014 1Q15E | 3/31/2015 2Q15E | 6/30/2015 3Q15E | 9/30/2015 4Q15E | FY 2015 | 12/31/2015 1Q16E | 3/31/2016 2Q16E | 6/30/2016 3Q16E | 9/30/2016 4Q16E | FY 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | | | | |
| Merchandise Sales | 368,766 | 105,587 | 103,454 | 89,170 | 89,120 | 387,331 | 116,786 | 111,463 | 100,245 | 99,464 | 427,957 | 119,576 | 116,089 | 102,253 | 105,770 | 443,689 |
| Jewelry Scrapping Sales | 131,702 | 27,703 | 26,193 | 20,273 | 22,074 | 96,243 | 28,222 | 26,687 | 21,065 | 22,314 | 98,288 | 28,601 | 27,611 | 21,644 | 22,939 | 100,794 |
| Pawn Service Charges | 251,354 | 64,133 | 59,162 | 59,917 | 65,166 | 248,378 | 65,497 | 60,451 | 60,727 | 66,669 | 253,345 | 68,016 | 63,294 | 63,558 | 69,810 | 264,678 |
| Consumer Loan Fees | 248,304 | 66,329 | 64,785 | 61,144 | 52,202 | 244,460 | 61,143 | 65,718 | 66,149 | 61,628 | 254,637 | 57,237 | 61,611 | 63,737 | 67,751 | 250,336 |
| Other | 10,181 | 5,605 | 6,106 | 10,876 | 14,755 | 37,342 | 10,833 | 10,833 | 10,833 | 10,833 | 43,332 | 11,350 | 11,350 | 11,350 | 11,350 | 45,399 |
| **Total** | 1,010,307 | 269,357 | 259,700 | 241,380 | 243,317 | 1,013,754 | 282,481 | 275,152 | 259,019 | 260,908 | 1,077,559 | 284,780 | 279,955 | 262,541 | 277,620 | 1,104,895 |
| Cost of Merchandise | 218,617 | 63,588 | 63,857 | 55,751 | 64,197 | 247,393 | 81,097 | 77,420 | 65,949 | 65,356 | 289,822 | 75,293 | 73,227 | 63,597 | 65,971 | 278,087 |
| Cost of Scrap | 96,133 | 20,020 | 20,111 | 15,131 | 17,574 | 72,836 | 23,248 | 21,973 | 17,380 | 17,971 | 80,573 | 22,744 | 21,922 | 16,740 | 18,201 | 79,608 |
| Total | 314,750 | 83,608 | 83,968 | 70,882 | 81,771 | 320,229 | 104,345 | 99,393 | 83,329 | 83,327 | 370,395 | 98,037 | 95,149 | 80,337 | 84,172 | 357,695 |
| Consumer Loan Provision | 54,873 | 18,432 | 10,422 | 17,246 | 17,628 | 63,728 | 16,358 | 13,364 | 18,659 | 18,402 | 66,782 | 14,546 | 12,795 | 18,111 | 20,228 | 65,681 |
| Net Revenue | 640,684 | 167,317 | 165,310 | 153,252 | 143,918 | 629,797 | 161,778 | 162,394 | 157,031 | 159,180 | 640,383 | 172,196 | 172,010 | 164,093 | 173,220 | 681,520 |
| Store Operations Expense | 414,225 | 112,769 | 108,064 | 109,575 | 110,136 | 440,544 | 106,154 | 107,020 | 103,931 | 105,609 | 422,714 | 111,883 | 112,154 | 104,368 | 110,595 | 439,000 |
| Admin & Corp Expense | 52,474 | 15,745 | 20,032 | 14,467 | 13,875 | 64,119 | 12,005 | 11,694 | 11,656 | 11,741 | 47,096 | 14,239 | 13,998 | 13,127 | 13,881 | 55,245 |
| Depreciation & Amort. | 33,560 | 9,406 | 9,514 | 9,191 | 8,998 | 37,109 | 9,474 | 9,415 | 9,958 | 9,301 | 38,148 | 9,492 | 9,454 | 9,314 | 9,435 | 37,695 |
| G/L on disposal | 1,434 | (6,290) | 342 | (26) | 440 | (5,534) | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | 501,693 | 131,630 | 137,952 | 133,207 | 133,449 | 536,238 | 127,633 | 128,129 | 125,544 | 126,651 | 507,958 | 135,614 | 135,606 | 126,810 | 133,911 | 531,940 |
| Operating Income | 138,991 | 35,687 | 27,358 | 20,045 | 10,469 | 93,559 | 34,144 | 34,266 | 31,486 | 32,529 | 132,425 | 36,583 | 36,405 | 37,284 | 39,309 | 149,580 |
| Interest Income | (787) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | 15,953 | 4,332 | 5,275 | 6,073 | 7,147 | 22,827 | 6,258 | 5,150 | 5,443 | 6,015 | 22,867 | 5,882 | 4,714 | 5,126 | 6,086 | 21,808 |
| Equity Income | (11,878) | (1,271) | (492) | (2,117) | (2,068) | (5,948) | (2,068) | (2,068) | (2,068) | (2,068) | (8,272) | (2,068) | (2,068) | (2,068) | (2,068) | (8,272) |
| Other | 44,393 | (168) | 9,264 | (370) | 4,971 | 13,697 | - | - | - | - | - | - | - | - | - | - |
| Pre Tax Income | 91,310 | 32,794 | 13,311 | 16,459 | 419 | 62,983 | 29,954 | 31,183 | 28,111 | 28,582 | 117,830 | 32,768 | 33,759 | 34,226 | 35,291 | 136,044 |
| Tax Expense | 29,575 | 9,881 | 4,204 | 4,302 | 2,001 | 20,388 | 9,885 | 10,291 | 9,277 | 9,432 | 38,884 | 10,814 | 11,141 | 11,294 | 11,646 | 44,894 |
| Net Income | 38,425 | 22,913 | 9,107 | 12,157 | (1,582) | 42,595 | 20,069 | 20,893 | 18,834 | 19,150 | 78,946 | 21,955 | 22,619 | 22,931 | 23,645 | 91,149 |
| Non-Controlling Interest | 4,348 | 1,826 | 1,035 | 837 | 470 | 4,168 | 470 | 446 | 421 | 452 | 1,789 | 499 | 491 | 463 | 497 | 1,951 |
| Net Income | 34,077 | 21,087 | 8,072 | 11,506 | (88,658) | 38,427 | 19,599 | 20,447 | 18,413 | 18,698 | 77,157 | 21,455 | 22,128 | 22,468 | 23,148 | 89,199 |
| GAAP Earnings Per Share | $ 0.65 | $ 0.39 | $ 0.15 | $ 0.21 | $ (1.65) | $ (0.91) | $ 0.37 | $ 0.38 | $ 0.34 | $ 0.35 | $ 1.44 | $ 0.40 | $ 0.41 | $ 0.42 | $ 0.43 | $ 1.66 |
| Wtd Avg Shares Diluted | 53,732 | 54,362 | 54,586 | 54,395 | 53,657 | 54,250 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 | 53,657 |
| | -76.8% | | $ 53,069 | | | | | | | | | | | | | |
| Non core adj (1x items ) Pre tax | | $ (6,290) | $ 7,940 | $ 186 | $ 103,000 | | | | | | | | | | | |
| Non core tax Adjustment | | (1,895) | 2,508 | | $ - | | | | | | | | | | | |
| Core earnings | 87,851 | $ 16,692 | $ 13,504 | $ 11,692 | $ 14,342 | | $ 19,599 | $ 20,447 | $ 18,413 | $ 18,698 | 77,157 | $ 21,455 | $ 22,128 | $ 22,468 | $ 23,148 | |
| **Core / Adj. EPS** | $ 1.64 | $ 0.31 | $ 0.25 | $ 0.21 | $ 0.27 | $ 1.04 | $ 0.37 | $ 0.38 | $ 0.34 | $ 0.35 | $ 1.44 | $ 0.40 | $ 0.41 | $ 0.42 | $ 0.43 | $ 1.66 |
| **Annual EPS** | | $ 1.36 | | | | $ 1.09 | | | | | $ 1.47 | | | | | |

Source: Jefferies estimates, company data

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 3 - 6 of this report.

Jefferies 213

## Company Description

EZCORP, Inc. provides specialty consumer financial services including collateralized non-recourse loans, pawn loans, and a variety of short-term consumer loans, including payday loans, installment loans and auto title loans, or fee-based credit services. The company also sells used merchandise, consisting primarily of collateral forfeited as a result of its pawn lending operations. It offers products through four primary channels: in-store, online, worksite and mobile platforms. The company operates storefronts under the EZPAWN, EZMONEY Loan Services, EZMONEY Payday Loans and EZ Loan Services brand names. EZCORP was founded in 1989 and is headquartered in Austin, TX.

## Analyst Certification:

I, John Hecht, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle Joseph, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Michael Del Grosso, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Company Specific Disclosures

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Meanings of Jefferies Ratings

Buy - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes stocks that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated stocks with an average stock price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated stocks with an average stock price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated stocks with an average stock price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended

to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risk which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- EZCORP, Inc. (EZPW: $9.20, HOLD)
- First Cash Financial Services, Inc. (FCFS: $48.34, HOLD)
- Regional Management Corporation (RM: $16.15, HOLD)
- Springleaf Holdings, Inc. (LEAF: $50.00, BUY)
- The J.G. Wentworth Company (JGW: $10.06, HOLD)
- World Acceptance Corporation (WRLD: $84.62, HOLD)



## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| **BUY** | 1062 | 51.21% | 290 | 27.31% |
| **HOLD** | 843 | 40.65% | 160 | 18.98% |
| **UNDERPERFORM** | 169 | 8.15% | 11 | 6.51% |

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 3 - 6 of this report.

**Jefferies**

## Other Important Disclosures

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered firm and a member of FINRA.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This material has been prepared by Jefferies employing appropriate expertise, and in the belief that it is fair and not misleading. The information set forth herein was obtained from sources believed to be reliable, but has not been independently verified by Jefferies. Therefore, except for any obligation under applicable rules we do not guarantee its accuracy. Additional and supporting information is available upon request. Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, this material is distributed in the United States ("US"), by Jefferies LLC, a US-registered broker-dealer, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6, under the US Securities Exchange Act of 1934. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed. Jefferies International Limited has adopted a conflicts management policy in connection with the preparation and publication of research, the details of which are available upon request in writing to the Compliance Officer. Jefferies International Limited may allow its analysts to undertake private consultancy work. Jefferies International Limited's conflicts management policy sets out the arrangements Jefferies International Limited employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by Jefferies Singapore Limited pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact Jefferies Singapore Limited, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the PRC. This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India this report is made available by Jefferies India Private Limited. In Australia this information is issued solely by Jefferies International Limited and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act") in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. Jefferies International Limited is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. Jefferies International Limited has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services licence under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, its associates or affiliates, and its respective officers, directors, and employees may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. Upon request Jefferies may provide specialized research products or services to certain customers focusing on the prospects for individual covered stocks as compared to other covered stocks over varying time horizons or under differing market conditions. While the views expressed in these situations may not always be directionally consistent with the long-term views expressed in the analyst's published research, the analyst has a reasonable basis and any inconsistencies can be reasonably explained. This material does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this report is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 3 - 6 of this report.

**Jefferies**

rates could have adverse effects on the value or price of, or income derived from, certain investments. This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of securities. None of Jefferies, any of its affiliates or its research analysts has any authority whatsoever to make any representations or warranty on behalf of the issuer(s). Jefferies policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis. Any comments or statements made herein are those of the author(s) and may differ from the views of Jefferies.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third party content providers shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available primarily electronically, and, in some cases, in printed form. Electronic research is simultaneously available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any officer nor employee of Jefferies accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

For Important Disclosure information, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 1.888.JEFFERIES

© 2015 Jefferies Group LLC

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 3 - 6 of this report.