# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF TEXAS

 3

 4     In Re EZCORP, Inc.              Master File No.

 5     Securities Litigation          1:15-cv-00608-SS

 6     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 7

 8                   VIDEO DEPOSITION OF

 9                CHAD WILLIAM COFFMAN

10

11

12                   March 6, 2018

13                      9:43 a.m.

14

15                353 North Clark Street

16                  Chicago, Illinois

17

18

19

20

21        Deanna Amore, CSR, RPR, 084-003999

22

23

24

25

                                            Page 1
```

```
1                  APPEARANCES OF COUNSEL
2
   On Behalf of the Lead Plaintiff, JOHN ROONEY:
3
            LEVITON & BLOCK
4           MR. JEFFREY C. BLOCK
            MR. JACOB A. WALKER
5           155 Federal Street
            Suite 400
6           Boston, Massachusetts 02110
            (617) 398-5600
7           jeff@blockesq.com
            jake@blockesq.com
8
   On Behalf of the Defendant, EZCORP, INC.:
9
            VINSON & ELKINS
10          MR. STEPHEN S. GILSTRAP
            2001 Ross Avenue
11          Suite 3700
            Dallas, Texas 75201
12          (214) 220-7700
            sgilstrap@velaw.com
13                - and -
            VINSON & ELKINS
14          MS. JENNIFER B. POPPE
            2801 Via Fortuna
15          Suite 100
            Austin, Texas 78746-7568
16          (512) 542-8411
            jpoppe@velaw.com
17
18   ALSO PRESENT:
            Daniel Froman, Videographer
19
20                  *   *   *   *   *
21
22
23
24
25

                                        Page 2
```

Job No. 2817298

```
 1                   I N D E X
 2   WITNESS                        EXAMINATION
 3   CHAD WILLIAM COFFMAN
 4      EXAMINATION BY MR. GILSTRAP              6
 5                    EXHIBITS
 6     NUMBER           DESCRIPTION            PAGE
 7     Exhibit 14    1.31.2018 Expert Report     8
 8                   of Chad Coffman, CFA
 9     Exhibit 15    Event Study Regression     70
10                   Analysis Output
11     Exhibit 16    5.12.2015 Morningstar      78
12                   Document Research - Form
13                   NT 10-Q
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   sometimes they do their own analyses of nonpublic
 2   information and provide information to the market
 3   that way.  So, yes, I think they are an important
 4   source of information, but they are not just a
 5   conduit of information, of spreading information.
 6       Q.   Right.
 7            And I believe you just talked about
 8   companies issuing information in press releases and
 9   that sort of thing.  That's a way that information
10   gets to the market; is that correct?
11       A.   That's one way it can get to the market,
12   yes.
13       Q.   Is another way SEC filings?
14       A.   Yes.
15       MR. GILSTRAP:  I'm at a good stopping point, if
16   you want to take, like, a ten-minute break and
17   start back at maybe about 11:00.
18       THE VIDEOGRAPHER:  We are going off the record
19   at 10:49 a.m., and this is the end of Media Set 1.
20                 (A short break was taken.)
21       THE VIDEOGRAPHER:  We are back on the record at
22   11:04 a.m.  This is Media Set 2.
23   BY MR. GILSTRAP:
24       Q.   Mr. Coffman, we were speaking earlier,
25   before the break, we talked about how one of your
```

Page 49

 1   is the regression analysis that you conduct; is

 2   that correct?

 3        A.   Well, the regression analysis gives you

 4   the expected return based on looking at

 5   historical -- the historical relationship between

 6   the market indices and the stock at issue, and so

 7   that regression analysis, one of the outputs of

 8   that regression analysis is an expected return on a

 9   particular day.  So then there is the actual

10   return, which is just observed, and the abnormal

11   return is just the comparison between those two

12   things.

13        Q.   And you spoke about the kind of control

14   indices, and what were the control indices used in

15   your regression model in this case?

16        A.   The return on the S&P 500 total return

17   index and the return on the peer index we were

18   discussing earlier, the daily change -- the

19   percentage change in value of those indices.

20        Q.   And am I correct that if a stock price

21   return on a specific date is above a certain

22   threshold, that we can get into in a minute, the

23   t-score, that you can state with a certain level of

24   confidence that that abnormal return is explained

25   by something other than randomness?

Veritext Legal Solutions
800-336-4000

```
 1        A.    Yes.   I guess the way I would say it is
 2   the purpose of the statistical test is to
 3   identify -- so you go into each day with a null
 4   hypothesis, and the null hypothesis is the stock
 5   price wasn't -- the stock price was not impacted by
 6   information on that day.
 7            And then the test statistic allows you to
 8   evaluate whether you can reject that null
 9   hypothesis and say that the stock price moved in
10   such a way that just purely random chance did not
11   cause that with a certain degree of confidence.
12            So with 95 percent confidence, you can
13   reject the null hypothesis.  That's the threshold
14   we're talking about.
15        Q.    And did you use the 95 percent threshold
16   for purposes in this report?
17        A.    For purposes of this test, I identified
18   significance through the 95 percent confidence
19   level, yes.
20        Q.    And in your experience, is that the
21   generally accepted confidence level required?
22        A.    It's not the only level.  I mean, there
23   are certainly academic studies that draw inferences
24   based on the 90 percent level of confidence, and in
25   the past I've made note of results that are
```

Page 64

```
 1    significant at the 90 percent level of confidence.
 2    I would say the 95 percent confidence level is
 3    what's most often looked at both in this context
 4    and in the literature, but it's certainly not the
 5    only threshold that's ever relied upon.
 6         Q.   And what does a t-statistic or a t-score
 7    need to be in order to show an abnormal return
 8    that's explained by something other than randomness
 9    at the 95 percent confidence level?
10         A.   Well, in a very large sample size, that
11    statistic is about 1.96, which means that the
12    abnormal return is more than 1.96 standard
13    deviations away from zero.
14              In a less than very large sample size,
15    that threshold can move a little bit from 1.96.
16    You know, it might be -- and the sample sizes we're
17    talking about here, it might be more like 1.97 or
18    1.98.
19              What you do is you take that t-statistic
20    and turn it into what's called a p-value based
21    on -- and that takes into account the sample size
22    you're looking at, and so, ultimately, you're
23    actually judging on that p-value.  So if the
24    p-value is less than 5 percent, then you deem
25    something as statistically significant at the
```

Page 65

```
 1   95 percent level.

 2            But the 1.96 threshold is a -- sort of a

 3   marker that's often discussed because that's the --

 4   sort of for the very large sample sizes, what the

 5   threshold is, but the threshold for a smaller

 6   sample size is actually slightly different than

 7   that.  And we take into account the sample size in

 8   calculating the p-values to actually determine

 9   whether something is significant or not.

10        Q.   When you say "very large sample size," do

11   you know how many samples roughly are needed for

12   that 1.96 threshold, generally speaking?

13        A.   Well, I don't recall exactly how many data

14   points you need to get, you know, to where it

15   rounds to 1.96.  It's one of those things where

16   it's true in the limit to infinity, but it

17   approaches 1.96 pretty quickly, I believe, after a

18   couple hundred observations.  But, like I said, the

19   statistics we calculate and the p-values we

20   calculate explicitly take into account the sample

21   size we're using.

22        Q.   Sure.

23            And so if a specific sample is associated

24   with a t-statistic that, let's say, is three, is it

25   fair to say that that would be a statistically
```

Page 66

```
 1   significant sample?
 2        A.   I don't think of -- I don't like the way
 3   your question is worded just because it's -- you
 4   don't determine that the sample is statistically
 5   significant.
 6        Q.   Sorry.  I guess I should have said data
 7   point.
 8        A.   Yeah, I mean, essentially, I think what
 9   you're asking me -- and tell me if you're asking
10   something different -- is when you observe a
11   t-statistic of three for a particular stock price
12   return, is that typically statistically
13   significant?
14             And I think in reasonably sized samples,
15   that's true.  I mean, you might imagine very small
16   sample sizes where that might not be true.
17             But, certainly, in my event study where
18   I'm looking at the previous 120 days, when I'm
19   looking at each day and whether it's statistically
20   significant or not, if I observe a t-statistic of
21   three, that easily meets the 95 percent threshold
22   and would be statistically significant.
23        Q.   And in your regression analysis, if you
24   observed a t-statistic of one, then the stock price
25   movement on that day would not be statistically
```

Page 67

```
 1   significant?
 2        A.   Certainly not at the 95 percent level,
 3   that's correct.
 4        Q.   And I'm correct that t-statistics are both
 5   positive and negative.  So, for example, if there
 6   was a stock price drop, for a day to be
 7   statistically significant, it would need to be more
 8   negative than 1.96; is that correct?
 9        A.   Or somewhere right around that area, yes.
10        Q.   I'd like to direct your attention to
11   footnote 46, which is on page 22.  It's the
12   footnote we were looking at earlier.
13        A.   Okay.
14        Q.   And it talks about, toward the end of that
15   footnote, certain days being removed from the
16   estimation period.  Do you see where I am?
17        A.   Yes.
18        Q.   What does that mean?
19        A.   Sure.
20             So the reason that's done or why that's
21   done is when you're testing the null hypothesis
22   that the stock price was not impacted by any news
23   and, therefore, didn't move as a result of news,
24   what you ultimately want to evaluate is what is the
25   variability of the stock under conditions where
```

Page 68

```
 1    there is no news because that's the null hypothesis
 2    you are trying to reject against.
 3              And so if there are days during the
 4    estimation window where there is obvious
 5    firm-specific news that obviously moved the stock
 6    price or at least could have moved the stock price,
 7    then including those days as if they didn't have
 8    news and bias attached, because you are introducing
 9    volatility that was clearly induced by news into
10    the control, and ideally, you'd like to have an
11    estimate of what the variability of the stock price
12    is in the absence of news.
13              And so if there are days that are
14    essentially outliers where their returns are
15    sufficiently large, that by including them in the
16    estimation, you are really biasing against the test
17    you are trying to perform, then it makes sense to
18    exclude them.
19        Q.   And footnote 46 notes the dates that you
20    excluded from your analysis?
21        A.   Correct.
22              And you know, there is -- you can always
23    argue that there is potentially more dates that
24    should have been excluded with news on other dates,
25    but by leaving the rest of the dates in that might
```

Page 69

```
 1   have had at least some news, it's actually biasing
 2   against our particular test.
 3          So these were just two very large returns
 4   on obvious dates that were outliers that to make
 5   the test less biassed, I excluded them.
 6       Q.   Mr. Coffman, I am handing to you what's
 7   going to be marked as Exhibit 15, which is a very
 8   big spreadsheet that was provided in the backup
 9   materials by plaintiffs' counsel.
10                    (Whereupon, Exhibit 15 was
11                    marked for identification.)
12   BY MR. GILSTRAP:
13       Q.   Please take a second to glance through and
14   let me know when you're ready.
15       A.   Okay.
16       Q.   And have you seen Exhibit 15 before?
17       A.   If it's what I believe it appears to be,
18   I have.  It's likely the output of the event study
19   regression I ran in this case, but in order to
20   verify that, I'd want to double-check against some
21   of the numbers in the report.  But I believe that's
22   probably what this is.
23       Q.   Well, to the extent you need to check to
24   make your -- I'll represent to you it was what was
25   provided by your counsel, but, please, take the
```

Page 70

 1    time you need to check and make sure the numbers

 2    match to your satisfaction.

 3        A.    Yes, this appears to be the output of the

 4    event study I ran.

 5        Q.    Okay.  And just broadly speaking, we are

 6    going to go through some of the columns so I can

 7    understand, but when you say it shows the output of

 8    your regression for the event study, broadly

 9    speaking, what does that mean?

10        A.    Sure.

11              Well, it also includes, I think, many of

12    the input variables.  So I think the easiest way to

13    describe it would be to just go through the first

14    line and explain what each number means.

15        Q.    Sure.  That would be great.

16        A.    Column A just shows the trading date.

17              Column B shows the return for EZCORP on

18    that day when comparing against the prior day.  So

19    for that column it's minus 0.058.  So that means

20    there was a 5.8 percent decline in the stock price

21    on that day.

22              Column C is the return on one of the

23    control variables.  That's the S&P 500.  So that

24    would suggest the S&P 500 was up six tenths of

25    1 percent that day.

                                        Page 71

 1          Column D shows the return of the equally
 2   weighted index, the peer index that we discussed
 3   earlier.  So that would imply that on this day, the
 4   peer index was down, it looks like,
 5   eight one-hundredths of 1 percent.
 6          Then E, F, G, H, I and J are all the
 7   regression coefficients and the t-statistics for
 8   those regression coefficients.  So I don't know if
 9   you want me to get into the detail of what all of
10   those things mean, but each line item here
11   represents there is a separate regression.
12          So the regression in what we're talking
13   about on line 2, this reflects the regression
14   coefficients from looking at the 120 prior trading
15   days, and based on that, running that regression,
16   Columns E through J describe some -- the
17   coefficients from that regression equation and the
18   statistical test of whether those factors were
19   statistically significant or not.
20        Q.   Okay.
21        A.   Column K is the root mean squared error or
22   what I talk about in the report of the standard
23   deviation of errors.  So that's -- when you see in
24   the first line that the RMSE is 0.016, that means
25   that the standard deviation of the abnormal returns

                                          Page 72

```
 1   is 1.6 percent.  So another way to think about what
 2   that means is you would need roughly 1.9, six times
 3   that of a price movement for it to be statistically
 4   significant.  Okay?
 5          L is another output statistic from the
 6   regression.  That's the adjusted R-squared of the
 7   regression.  It measures the goodness of fit or how
 8   much of the variation in the EZCORP returns can be
 9   explained by the control indices.
10          Column M identifies the number of
11   observations that went into the estimation.  So as
12   I described in the report, I exclude earnings
13   announcements, and those two other dates we just
14   talked about so that's why it can be slightly less
15   than 120.
16          N reflects what we talked about before as
17   the expected return.  So based on the regression
18   I ran and the coefficient in Column E through J as
19   well as the observed returns of the S&P 500 and the
20   peer index, this is what the model says, absent any
21   new firm-specific information, we would expect the
22   stock price to move in that fashion.
23          So, here, the expected return is 0.0033.
24   This is saying the model would have expected,
25   absent any news, the stock price to increase by
```

Page 73

```
 1    33 basis points or 33 one-hundredths of a percent.
 2            O is the abnormal return that we talked
 3    about.  So that's just the difference between the
 4    observed return in Column B and the expected return
 5    in Column N.
 6            P, Column P is the abnormal dollar
 7    movement.  So that just takes the abnormal return
 8    and converts it into dollars and cents.  So this
 9    would imply that the stock price declined by
10    61 cents in a way that was different than what the
11    model predicted.
12            And then Column Q is the t-statistic for
13    the abnormal return.  So that's the t-statistics
14    that we look at for determining whether or not --
15    that's the number of standard deviations the actual
16    return was away from the predicted return.  So you
17    get to that by taking the abnormal return divided
18    by Column K, the root mean squared error.
19            And then Column R is the statistical
20    value -- what's the p-value, which is translating
21    the abnormal return -- I'm sorry -- the t-statistic
22    into a probability figure based on the number of
23    data points they are using to determine -- you can
24    think of the p-value as essentially the probability
25    you would observe an abnormal return as far from
```

Page 74

1   zero as you are by random chance alone.  So if that

2   value is less than 0.05 implies that there is a

3   less than a 5 percent chance.  So that would be

4   statistically significant.

5           And then Column S just is an indicator of

6   the level of statistical significance.  So

7   I believe if there is three characters there,

8   that's significant at the 99 percent level.  If

9   there is two characters there, it's significant at

10  the 95 but not the 99 percent level, and if there

11  is one character, it is significant at the

12  90 percent level but not the 95 percent level.

13      Q.   Thank you for going through that.

14          And looking at Column S, that you just

15  spoke about, the significant -- statistical

16  significance column, when you talk about

17  characters, there are some dates that have, you

18  know, one minus, two minus and three minuses, and

19  am I correct that that just means that there is a

20  negative price movement at those various confidence

21  intervals, 90 percent, 95 percent and 99 percent?

22      A.   Yes, that's correct.

23      Q.   And same for the plus marks.  If there is

24  one plus mark, then that means that day's return is

25  statistically significant at the 90 percent

                                            Page 75

1  confidence level.  If there are two plus marks, at

2  the 95 percent, and if there are three plus marks,

3  at the 99 percent?

4       A.    That's correct, yes.

5       Q.    And if there is nothing in Column S

6  associated with a particular day, that means that

7  the return on that day was not statistically

8  significant in your model?

9       A.    That's correct.

10      Q.    And so just taking the first date that we

11 were looking at, Column Q, which shows the

12 t-statistic is negative 3.849, which is more

13 negative than the 1.96 t-statistic number we spoke

14 about earlier.  So based on that t-score, we would

15 anticipate that there would be at least some minus

16 marks in Column S given that it's more negative

17 than that 1.96 number?

18      A.    That's correct.

19            Again, to be precise, you translate it

20 through the p-value, but generally speaking, that's

21 correct, yes.

22      Q.    And I believe earlier you said for the

23 p-value for a date to be statistically significant,

24 you would -- the p-value would be less than

25 5 percent; is that correct?

Page 76

1      A.   To be significant at the 95 percent

2   confidence level, the p-value would have to be less

3   than 0.05.

4      Q.   And what would the p-value have to be to

5   be statistically significant at the 99 percent

6   level?

7      A.   Less than 0.01.

8      Q.   And am I correct that if it's less than

9   0.1, that it would be statistically significant at

10   the 90 percent level?

11      A.   That's correct, yes.

12      Q.   My stats teacher would be proud.

13           Turning back to Exhibit 14, so the report,

14   page 62, which is Appendix A.  Let me know when

15   you're there and you've had a chance to review.

16      A.   Okay.

17      Q.   So am I correct Appendix A lists the

18   documents that you considered in drafting the

19   report that's Exhibit 14?

20      A.   Yes.

21           Some of the line items are summaries of

22   information, not a detailed list of every single

23   document, but, yes, Appendix A is meant to reflect

24   the material I considered in preparing the report.

25      Q.   And in looking through Appendix A, as you

Page 77

```
 1   sit here today, are there any documents not

 2   included in Appendix A that you have reviewed and

 3   should have been included and may have been

 4   inadvertently left off?

 5        A.   Not that I'm aware of, no.

 6                    (Whereupon, Exhibit 16 was

 7                    marked for identification.)

 8   BY MR. GILSTRAP:

 9        Q.   Mr. Coffman, I'm going to hand you what's

10   being marked as Exhibit 16.

11             Let me know when you've had a chance to

12   review.

13        A.   Okay.

14        Q.   In putting together your report,

15   Exhibit 14, did you -- do you recall reviewing

16   Exhibit 16?

17        A.   I don't recall reviewing this specific

18   document.  Whether or not it was part of the

19   material I considered, it would be easy to

20   ascertain, but I don't specifically recall this

21   document as something I considered.

22        Q.   Let me back up.

23             What is Exhibit 16?

24        A.   It appears to be an SEC filing,

25   Form NT 10-Q, filed by EZCORP on May 12, 2015.  At
```

                                        Page 78

```
 1   least that's what it purports to be.

 2       Q.   And as we talked about earlier, would this

 3   type of SEC filing be something that potentially

 4   made information available, publicly available to

 5   the marketplace?

 6       A.   That's plausible, yes.

 7       MR. GILSTRAP:  I think we're coming down the

 8   home stretch.  I think probably take a short

 9   five-minute break and then we can wrap up pretty

10   quickly before lunch, if that works with everybody.

11       THE VIDEOGRAPHER:  We are going off the record

12   at 11:47 a.m.

13                      (A short break was taken.)

14       THE VIDEOGRAPHER:  We are back on the record at

15   11:52 a.m.

16       MR. GILSTRAP:  Mr. Coffman, thank you for your

17   testimony today.

18       Defendant EZCORP has no further questions.

19   We'll pass the witness.

20       MR. BLOCK:  We have no questions either.  Thank

21   you.

22       THE VIDEOGRAPHER:  This marks the end of Media

23   Set 2 and the end of this deposition at 11:53 a.m.

24

25
```

Page 79

Job No. 2817298

```
 1              C E R T I F I C A T E

 2

 3         I, DEANNA AMORE, a Shorthand Reporter and

 4    notary public, within and for the State of

 5    Illinois, County of DuPage, do hereby certify:

 6         That CHAD WILLIAM COFFMAN, the witness

 7    whose examination is hereinbefore set forth, was

 8    first duly sworn by me and that this transcript of

 9    said testimony is a true record of the testimony

10    given by said witness.

11         I further certify that I am not related to

12    any of the parties to this action by blood or

13    marriage, and that I am in no way interested in the

14    outcome of this matter.

15

16         IN WITNESS WHEREOF, I have hereunto set my

17    hand this 9th day of March 2018.

18

19

20

21         Deanna M. Amore, CSR, RPR

         Veritext Legal Solutions

22         Veritext Firm Registration No. 571

         300 Throckmorton Street, Suite 1600

23         Fort Worth, Texas 76102

24

25
```

Page 80

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TEXAS

 3     In Re EZCORP, Inc.           Master File No.

 4     Securities Litigation        1:15-cv-00608-SS

 5

 6             DECLARATION UNDER PENALTY OF PERJURY

 7       I declare under penalty of perjury that I have

 8     read the entire transcript of my deposition taken

 9     in the above-captioned matter or the same has been

10     read to me and the same is true and accurate, save

11     and except for changes and/or corrections, if any,

12     as indicated by me on the DEPOSITION ERRATA SHEET

13     hereof, with the understanding that I offer these

14     changes as if still under oath.

15

16             Signed on the _____ day of

17     _____, 2018.

18     _____

19             CHAD WILLIAM COFFMAN

20

21

22

23

24

25

                                             Page 81
```