UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| *In re EZCORP, Inc. Securities Litigation* | Master File No. 1:15-cv-00608-SS |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that pursuant to this Court's August 5, 2019 Order Preliminarily Approving Settlement and Providing for Notice, Lead Plaintiff John Rooney ("Lead Plaintiff"), by and through his counsel, hereby moves the Court for an award for reasonable attorneys' fees and reimbursement of litigation expensesclass expenses.

This Motion is based upon the accompanying Memorandum of Law, the Declaration of Jeffrey C. Block and exhibits attached thereto, a proposed Order, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Dated: November 1, 2019

By: */s/ Joe Kendall*
**KENDALL LAW GROUP, PLLC**
Joe Kendall (State Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

*Liaison Counsel for Lead Plaintiff and the Class*

Lionel Z. Glancy, *pro hac vice*
Joseph D. Cohen, *pro hac vice*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
lglancy@glancylaw.com
jcohen@glancylaw.com

Jeffrey C. Block, *pro hac vice*
Jacob A. Walker, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860

Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Jeff@blockesq.com
Jake@blockesq.com

*Counsel for Lead Plaintiff John Rooney and*
*Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 1st day of November, 2019 to all counsel of record.

By:  *s/ Joe Kendall*
       Joe Kendall